AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

NOV 18 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States of America
v.
MARK ANDREW MAZZA
Date of Birth 12/30/1964

)
)
)
)
)
)
)

Case: 1:21-mj-00655
Assigned To : Faruqui, Zia M.
Assign. Date : 11/12/2021
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Mark Andrew Mazza,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §1512(c)(2) - obstructing any official proceeding (Congressional Proceeding and Grand Jury)
18 U.S.C. § 1752(a)(1), (2) (4) and §1752(b)(1)(A)- knowingly enter or remain in any restricted building or grounds; knowingly, and with intent to impede or disrupt the orderly conduct of Government business; and engage in physical violence, all while carrying a deadly or dangerous weapon
18 U.S.C. §231(a)(3) - obstructing law enforcement officer during a civil disorder
40 U.S.C. § 5104(e)(1)(A)(i), (2)(D) and (F) - carry, or have readily accessible, a firearm on Capitol Grounds; utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct; and engage in acts of physical violence
22 D.C. Code §4504, and 7 D.C. Code §§ 2502.01, and 2506.01 - possess a pistol, firearm, or ammunition outside their home or place of business, in D.C., without a license and registration

Date: 11/12/2021

Zia M. Faruqui
2021.11.12 20:54:01 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia Faruqui U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/12/21, and the person was arrested on *(date)* 11/17/21
at *(city and state)* SHELBYVILLE, IN.

Date: 11/18/21

*Arresting officer's signature* #5005

S/A RICHARD T. LANITY
*Printed name and title*