UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-655 |
| | : | |
| MARK ANDREW MAZZA, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| Defendant. | : | 18 U.S.C. §§ 1512(c)(2) and 2 |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(1) |
| | : | (Unlawful Possession of a Firearm on |
| | : | Capitol Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |
| | : | 22 D.C. Code §4504(a) |
| | : | (Carrying a Pistol Without a License |
| | : | 7 D.C. Code § 2502.01 |
| | : | (Possession of Unregistered Firearm) |
| | : | 7 D.C. Code, § 2506.01(3) |
| | : | (Unlawful Possession Of Ammunition) |
| | : | 22 D.C. Code §§ 3211, 3212(b) |
| | | Second Degree Theft |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **Mark Andrew Mazza**, committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, that is, officers of the Metropolitan Police Department and officers of the U.S. Capitol Police, who were lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **Mark Andrew Mazza**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding (Congress) and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

### COUNT THREE

Between on or about January 8, 2021 and November 18, 2021, within the District of Columbia and elsewhere, **Mark Andrew Mazza**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before the Grand Jury investigating criminal acts at the U.S. Capitol Building on January 6, 2021, by filing false police

reports and making false statements to members of the U.S. Capitol Police investigating that incident.

**(Obstruction of an Official Proceeding (Grand Jury)**, in violation of Title 18, United States Code, Sections 1512(c)(2))

### COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **Mark Andrew Mazza**, using a deadly and dangerous weapon, that is, a metal collapsible baton, did forcibly assault, resist, oppose, impede, intimidate, interfere with, officers and employees of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer P.N. of the Metropolitan Police Department, and other officers of the Metropolitan Police Department and the U.S. Capitol Police, while such officers or employees were engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **Mark Andrew Mazza,** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so, and, during and in relation

to the offense, did use and carry a deadly and dangerous weapon, that is, a loaded Judge revolver and a metal baton.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a loaded Judge revolver and a metal baton.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza, did knowingly engage, and aid and abet others, in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a metal baton.

**(Engaging in Physical Violence in a Restricted Building with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(4) and (b)(1)(A))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza, did carry and have readily accessible, a firearm, that is, a Judge revolver, on the United States Capitol Grounds and in any of the Capitol Buildings.

**(Unlawful Possession of a Firearm on Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(1)(A))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza willfully and knowingly engaged, and aided and abetted others, in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

**(Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT TEN

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business**, in violation of License to Carry a Pistol Emergency Amendment Act of 2014 and the License to Carry a Pistol Clarification Emergency Amendment Act of 2014, to be codified as 22 D.C. Code, Section 4504(a) (2001 ed.))

## COUNT ELEVEN

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza did

possess a certain firearm, that is a Taurus revolver, without being the holder of a valid registration certificate.

(**Possession of Unregistered Firearm**, in violation of 7 D.C. Code, Section 2502.01(a) (2001 ed.))

### COUNT TWELVE

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza did possess ammunition without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**, in violation of 7 D.C. Code, Section 2506.01(3) (2001 ed.))

### COUNT THIRTEEN

On or about January 6, 2021, within the District of Columbia, Mark Andrew Mazza wrongfully obtained and used property of value, belonging to the Metropolitan Police Department, consisting of a metal baton, with the intent to appropriate the property for his own use and to deprive the Metropolitan Police Department of a right to and benefit of the property.

(**Second Degree Theft**, in violation of 22 D.C. Code, Sections 3211, 3212(b) (2001 ed.))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.