

# <u>Charges (13 Counts)</u>

1. **18 U.S.C. § 231(a)(3)** (Civil Disorder)
2. **18 U.S.C. § 111(a)(1) and (b)** (Assaulting Officer Using Dangerous Weapon) **(Officer R.N.)**
3. **18 U.S.C. § 1512 (c)(2)** (Obstruction of Justice- Congressional Proceeding)
4. **18 U.S.C. §1512(c)(2)** (Obstruction of Justice- Grand Jury)
5. **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) **(firearm and metal pole)**
6. **18 U.S.C. § 1752(a)(2) and (b)(1)(A)** (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
7. **18 U.S.C. § 1752(a)(4) and (b)(1)(A)** (Engage in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)

## **Charges (13 Counts)**

8. **40 U.S.C. § 5104(e)(1)(A)-** Unlawful Possession of a  Firearm on Capitol Grounds or Building
9. **40 U.S.C. § 5104(e)(2)(F)** (Act of Physical Violence in the Capitol Grounds or Buildings)
10. **22 D.C. Code §4504(a)** (Carrying a Pistol Without a License Outside Home or Business)
11. **7 D.C. Code § 2502.01** (Possession of Unregistered Firearm)
12. **7 D.C. Code §2506.01(3)** (Unlawful Possession of Ammunition)
13. **22 D.C. Code §§ 3211 and 3212(b)** (Second Degree Theft)



Exhibit A



EXHIBIT B



EXHIBIT C-1

EXHIBIT C-2



**EXHIBIT C-3**



Wednesday, January 06, 2021 3:08:29 PM

**EXHIBIT D**



Wednesday, January 06, 2021 3:08:32 PM

**EXHIBIT E**



**EXHIBIT F**



**EXHIBIT 2 (Unbelievable Video)**       16:45 to 29:00



**EXHIBIT G**



EXHIBIT H



**EXHIBIT I**



**EXHIBIT J**



**EXHIBIT K**



**EXHIBIT L**



**EXHIBIT M**



EXHIBIT N



EXHIBIT O



**EXHIBIT P**



EXHIBIT Q



EXHIBIT R-1& R-2



EXHIBIT S-1, S-2 and S-3



**Exhibit T-1, T-2 and T-3**