**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-CR-736 (JEB)** |
| | : | |
| **MARK ANDREW MAZZA,** | : | |
| | : | **Detention Hearing: 12/28/2021** |
| **Defendant.** | : | |

**NOTICE OF FILING**

The United States, by and through its attorney the United States Attorney for the District

of Columbia, hereby notifies the Court and the public , that it intends to play the following Video

Exhibit from its Detention Memorandum (which is already publicly available).

| Exhibit Number | Name of Video | Portion of Video for Hearing |
|---|---|---|
| Video Exhibit 3 | *UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol* (publicly available) | 16:45 to 29:00 |

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____ */s/ Tejpal S. Chawla*
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov