IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW MAZZA,<br><br>*Defendants.* | Case No. 21-CR-736 (JEB)<br><br>Hearing Date:   March 3, 2022 |

## CONSENT MOTION FOR CONTINUANCE

The United States of America, with consent of the defense, hereby respectfully moves the Court to continue the status hearing scheduled for March 3, 2022.  At the last status hearing on January 12, 2022, government counsel indicated that it believed that since the Protective Order had just been signed by the Court, that a significant amount of discovery would be soon provided to defense counsel.  That has happened, and the parties are continuing conversations about possible pre-trial resolution of this matter.  The government is still continuing to provide additional discovery, and the parties believe that the status hearing would merely consist of the parties advising the Court of these details and asking for an new date.  Government counsel has conferred with defense counsel, and the parties are in agreement that a continuance for another status hearing is therefore appropriate.

The parties have conferred about a new date and are requesting a status date after May 2, 2022.  Additionally, the parties are jointly requesting a continued tolling of the Speedy Trial Act, as the additional time needed to take these steps is in the public and parties' interests, the additional time requested is appropriate given Covid-19 issues, and the possibility of a possible pretrial resolution, and is in the interests of justice.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
DC Bar No. 415793

By:     /s/
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov