## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-CR-736 (JEB)** |
| **MATTHEW MAZZA,** | |
| *Defendant.* | **Hearing Date:    May 4, 2022** |

## JOINT MOTION FOR CONTINUANCE

The United States of America, with consent of the defense, and the defendant, Matthew Mazza, hereby respectfully move the Court to continue the status hearing scheduled for May 4, 2022.  Since the last hearing, the United States has provided additional discovery to the defendant and made a plea offer on May 2, 2022.  Counsel for the defense has not had time to consult with his client about the plea offer or the additional discovery provided by the Government.  The parties have conferred and in agreement that both parties would solely be asking for additional time at any status hearing, which makes this motion for continuance appropriate.

The parties have conferred about a new date and are requesting a status date after May 30, 2022.  Additionally, the parties are jointly requesting a continued tolling of the Speedy Trial Act, as the additional time needed to take these steps is in the public and parties' interests, the additional time requested is appropriate given Covid-19 issues, and the possibility of a possible pretrial resolution, and is in the interests of justice.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
DC Bar No. 415793

By:            /s/

TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov

By:     /s/

Gregory English, Esq.
Counsel for Matthew Mazza
DC Bar 398564
601 King Street
Suite 406
Alexandria, VA 22314
(703) 739-1368
gbeuva@gmail.com