

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 13, 2022

**VIA ELECTRONIC MAIL (GBEUVA@GMAIL.COM) AND USAFX**
Col. Gregory English, Esq.
Counsel for Matthew Mazza

Re:   United States v. Mark Mazza

Dear Counsel:

We are providing additional video evidence that has been recovered in the investigation. Some of the video relates to Mr. Mazza's conduct on January 6, 2021. The video is entitled "Raw 360clip in mp4 format.mp4" and a second video title "VJ taser clip_v1.mp4" is enhanced video from that clip. These are being shared on the USAFx drive.

The video is without sound, and it is difficult to analyze movements and intent in the crowd. The video purports show your client, Mr. Mazza, using the stolen police baton to push at/ or near another rioter who had activated a stun gun in the presence of a U.S. Capitol Police Officer M.M. who had been dragged out of the tunnel in the Lower West Terrace around the same time as MPD Officer Fanone.

Sincerely,

TEJPAL S. CHAWLA
Assistant U.S. Attorney

# COURT REFERENCE LETTER

To Whom This May Concern,

My name is Richard M. Dennis and I am proud to offer my recommendation of Mark Mazza to whom I am personally proud to call my friend and fellow Veteran.

During my relationship with Mark Mazza, I have experienced an individual who shows up earlier than asked, works hard, and carries himself in a polite, respectable manner. He is a Disabled American Veteran (DAV) member of Greenwood, Indiana Chapter 60. He Volunteers to help at DAV events. He runs the DAV Fund Raisers at Rural King in Shelbyville and is helping raise funds at Rural King in Greenwood this month. He helps out Veterans in need. He has always been respectful to everyone.

Mark Mazza is part of a Veterans Group that meets every Monday. He is very reliable and willing to help anyone who needs help.

In addition, Mark Mazza is a family-person who has always presented himself with levelheadedness and grace. He is raising two high school age children. His son is in the Greenwood Marching Band and they are going to State on November 20th.

Please do not hesitate to contact me if you would like to discuss this recommendation further.

Sincerely,

*Richard M. Dennis*

Richard M. Dennis, CW3 (U.S.A. Retired)
wodennis@att.net
317-289-2904

Gregory English,

Mark Mazza is part of the PTSD group with me. I know Mark very well. For 1 and a 1/2 years, I remodeled a house across the street from Mark and spent time with him daily.

Mark,s amazing mechanical ingenuity was invaluable to me. Of note: in the hundreds of hours he helped me, Mark never took nor asked for so much as a penny! Only occasionally he would accept a lunch invitation. Although, not a new "believer", Mark constantly asked bible questions like a brand new "born again" christian. His thirst for scripture was at times insatiable! He shared that he prayed often for healing from being troubled emotionally/mentally, possibly from PTSD.

Troubled with PTSD, Mark sought help from the Veterans Administration - which took months! Eventually, with professional counseling and medication, Mark made huge strides. He was a joyful pleasure to be around.

Next - the VA stopped in person meetings during Covid, which I believe was not as beneficial for Mark, communicating by phone only.

Addressing Mark's excursion to the Capital, his only possible motive would be protesting unfairness! Mark is frequently concerned about any action that is harmful to the liberties enjoyed in our country. Certainly, Mark is not perfect, however, his intent is honorable.

AL Page
317 364-6161
al@alpagerealty.com