September 14, 2022

Your Name:          Sergeant Phuson Nguyen (MPD)

Defendant's Name:   Mark Andrew Mazza

Case Number:        CASE NO. 21-CR-736 (JEB)

Relationship:       None

Sentencing Date:    October 5th, 2022

Judge:              The Honorable James Boasberg, U.S. District Judge

Dear Judge James Boasberg,

I am writing this letter to the court not for the specific purpose for the sentencing of Mr. Mazza, but rather, informing the court how the event of January 6, 2020, have affect me as a law enforcing officer and an American citizen.

Being an immigrant from Vietnam at the age of 13, and having experienced another form of government during my childhood, I quickly realized that our form of government is the greatest of all.  I love the freedom that we have here, and thus, I love when others exercise their rights.

On January 6th, 2020, I was working to ensure that the people can express their voices about the election safely.  I did not know at the beginning of the day that it will be the most horrific day of my police career.  I was a then a Detective with the Metropolitan Police Department's Special Operation Division.  I was assigned to a civil disturbance unit and responded to the US Capitol when the crowd was getting aggressive.  I initially responded to outside of the west terrace for crowd control which quickly escalated to full hand to hand combat scene.  While on the outside of the west terrace I was hit with a 2x4 piece of lumber that was approximately 18 foot long.  I also suffered from inhalation of smoke grenade and tear gas because the wind was blowing in our direction that day.  We then got overran by the rioters and retreated inside the lower terrace tunnel of the US Capitol where we took our stance to prevent the breach of the lower terrace entrance.

While inside the lower terrace tunnel, I was facing constant assaults from the rioters to include assault from Mr. Mazza.  I was sprayed in the face with OC spray from a rioter.  After getting decontaminated, I went back to the line with a gas mask on.  During another segment of fighting, another rioter grabbed my gas mask while a second rioter sprayed Bear spray in face.  The rioter let go of my gas mask and it snapped back in my face trapping the Bear spray inside, causing me to choke and couldn't breathe.  I was then immediately got knocked down to the ground during the fight.  While slumping on the floor, I thought that I was going to die there on the floor because of could not breathe.  I was telling myself that if I want to see my family again then I need to get it together and get back in the fight.  The thought of family gave the will to get up with the help another fellow officer.  I then broke the seal of my gas mask to get air and

eventually make it back to decontamination a second time.

I sustained two partially torn ligaments in my right shoulder from the assaults on that day.  I was out on limited duty and was in physical therapy for approximately two months.  I also continued to feel the effect OC and Bear spray weeks after.  I sometimes still feel pain in my shoulder every now and then.  The riot also affects me emotionally which is hard for me to put in words but I can you that the emotional scar is way worst then the physical one's.

As a police officer, I have the duty to protect everyone equally.  Mr. Mazza assaulted me only during one segment of fighting but his participation in the riot directly allowed other rioters to assault me and my fellow officers.

I truly believe in our judicial system and I trust that the court will hand down fair sentence.  I would like Mr. Mazza to know that even though I sustained physical and emotional pain from the event of January 6, 2020, I'll still be coming to help him if he ever needs police service from the Metropolitan Police Department.

Sincerely,

Sergeant Phuson Nguyen