```
1                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2
     * * * * * * * * * * * * * * *    )
3    UNITED STATES OF AMERICA,        )      Criminal Action
                                      )       No. 21-00040
4                    Plaintiff,       )
                                      )
5         vs.                         )
                                      )
6    PATRICK EDWARD McCAUGHEY, III,   )      Washington, D.C.
     TRISTAN CHANDLER STEVENS and     )      August 29, 2022
7    DAVID MEHAFFIE,                  )      9:38 a.m.
                                      )
8                    Defendants.      )
                                      )
9    * * * * * * * * * * * * * * *    )

10
               TESTIMONY OF JASON MASTONY EXCERPTED FROM THE
11                        BENCH TRIAL - DAY 1
              BEFORE THE HONORABLE TREVOR N. McFADDEN,
12                   UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14
     FOR THE GOVERNMENT:      KIMBERLY L. PASCHALL, ESQ.
15                            JOCELYN P. BOND, ESQ.
                              ASHLEY AKERS, ESQ.
16                            UNITED STATES ATTORNEY'S OFFICE
                                FOR THE DISTRICT OF COLUMBIA
17                            555 Fourth Street, Northwest
                              Eleventh Floor
18                            Washington, D.C. 20530

19
     FOR THE DEFENDANT        LINDY R. URSO, ESQ.
20        McCAUGHEY:          LAW OFFICES OF LINDY R. URSO
                              810 Bedford Street
21                            Suite 3
                              Stamford, Connecticut 06901
22

23   FOR THE DEFENDANT        LAUREN COBB, ESQ.
          STEVENS:            OFFICE OF THE FEDERAL DEFENDER
24                            NORTHERN DISTRICT OF FLORIDA
                              3 West Garden Street
25                            Suite 200
                              Pensacola, Florida 32502
```

 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANT          WILLIAM L. SHIPLEY, JR., ESQ.
              MEHAFFIE:          LAW OFFICES OF WILLIAM L. SHIPLEY
 3                               Post Office Box 745
                                 Kailua, Hawaii 96734
 4
                                 JOSE M. LOPEZ, ESQ.
 5                               LOPEZ, SEVERT & PRATT CO.
                                 18 East Water Street
 6                               Troy, Ohio 45373

 7
       REPORTED BY:             LISA EDWARDS, RDR, CRR
 8                              Official Court Reporter
                                United States District Court for the
 9                                District of Columbia
                                333 Constitution Avenue, Northwest
10                              Room 6706
                                Washington, D.C. 20001
11                              (202) 354-3269

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2

3                                  Direct      Cross         Red.

4

   WITNESSES FOR THE GOVERNMENT:
5

   Jason Mastony                    4          97           140
6                                              109
                                               112
7

8

9    EXHIBITS RECEIVED IN EVIDENCE                           PAGE

10   Government's Exhibit Nos. 232, 233 & 234                27
     Government's Exhibit Nos. 235 & 236                     65
11   Government's Exhibit No. 301                            76
     Government's Exhibit No. 414                            81
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    (REPORTER'S NOTE:  The following contains excerpts from the

 2    bench trial requested by counsel:)

 3              THE COURT:  Ms. Paschall?

 4              MS. PASCHALL:  Thank you, your Honor.

 5              The Government calls Sergeant Jason Mastony.

 6              (Thereupon, the witness entered the courtroom and

 7    the following proceedings were had:)

 8              THE COURT:  Sergeant, if you could come on up to

 9    the stand and remain standing for a moment.

10              JASON MASTONY, GOVERNMENT WITNESS, SWORN.

11                        DIRECT EXAMINATION

12    BY MS. BOND:

13    Q.  Good afternoon, Sergeant.  Would you please say your

14    name and spell it for the record?

15    A.  Sergeant Jason Mastony.

16              THE COURT:  Feel free to adjust that microphone.

17              THE WITNESS:  J-A-S-O-N M-A-S-T-O-N-Y.

18    BY MS. BOND:

19    Q.  And where are you employed?

20    A.  Metropolitan Police Department, Fourth District.

21    Q.  What's your current rank?

22    A.  Sergeant.

23    Q.  What was your rank back on January 6th of 2021?

24    A.  Sergeant.

25    Q.  What did you do before you joined MPD?
```

1    A.  High school, college.  I worked for a medical device

2    manufacturer and became a police officer 12 years ago.

3    Q.  And you've been with MPD the last 12 years?

4    A.  Yes.

5    Q.  So back on January 6th, 2021, what kind of

6    responsibilities did you have then?

7    A.  So I was a patrol sergeant in the Fourth District

8    working the evening tour.  And then additionally I was the

9    sergeant on Civil Service Unit 42, which is a platoon inside

10   of the Fourth District, staffed by Fourth District officers.

11   And CDU 42 is a rapid response unit, which is just a platoon

12   with standard CDU certifications.  And then on top of that,

13   we get additional training and munitions and crowd control

14   and we're particularly designed for addressing violent

15   crowds as opposed to crowds.

16   Q.  And you call it CDU 42.  Are the numbers specific for

17   some reason?

18   A.  Yeah.  The two platoons -- there's seven rapid response

19   platoons on the Metropolitan Police Department, one for each

20   of the seven police districts.  The two platoons are the

21   rapid response platoons, so 1-D, 2-D, 3-D.  All have

22   platoons; and they are 12, 22, 32, and 40 is 42.

23   Q.  So what kind of training do they get, CDU 42, to respond

24   to crowds?

25   A.  So primarily we're given different gear.  The standard

1    CDU attire for a Metropolitan Police Department police

2    officer is a pair of gloves that have padding and armor on

3    them that go down to here; a riot baton, which is just an

4    extended -- essentially like an asp baton or a police baton,

5    just bigger; and a helmet that is ballistic and has a visor

6    shield.  That's what essentially every officer on the

7    Metropolitan Police Department gets for civil disturbance.

8         The rapid response platoon will have additional

9    armor protection that's got like an athletic cup situation,

10   like armor that goes on our thighs, our shins, knees,

11   forearms, shoulder pads.  All that stuff hooks into our --

12   the vest that we wear on patrol.  So that covers our chest

13   and pretty much it just covers all your extremities for

14   being struck with, you know, objects or thrown objects,

15   anything like that.

16        And then on top of that, training.  We just -- we

17   drill more addressing a violent crowd, not a lot of, you

18   know, deescalation, like, "Sir, ma'am, the Metro is that

19   way"; more, you know, you're being attacked by a crowd.  How

20   do you get something you need out of a violent crowd?

21   Extractions, things like that.

22        And then on top of that, munitions.  We're

23   certified in all the munitions the department uses.

24   Q.  Like what?

25   A.  Shoulder OC spray, larger canister OC spray that looks

1    like, you know, bug repellent or something like that,

2    40-millimeter.  We're all certified in a 40-millimeter

3    extended impact weapon, which is essentially a grenade

4    launcher with a foam round, and it also shoots munitions.

5    And then hand-thrown munitions, which are anything from CS

6    gas to OC spray to sting balls, which would be rubber

7    bullets or rubber pellets.  So pretty much all the munitions

8    that are used in civil disturbance a CDU 42 member is

9    certified to use.

10   Q.  And of the 12 years you've been with MPD, how many of

11   those have you been with part of CDU?

12   A.  So CDU, I was certified in the academy 12 years ago.

13   The rapid response platoons were created at the beginning of

14   2017 for Trump's first inaugural election.

15   Q.  So in the average year, about how many times a year

16   would you say you have worked on gatherings that started out

17   as First Amendment assemblies?

18   A.  So training-wise or actual deployed for actual First

19   Amendment assemblies?

20   Q.  Actually deployed.

21   A.  First Amendment assemblies would be several times a year

22   up until 2020, so call it dozens.

23             And then starting in 2020, we were in an almost

24   constant -- I spent probably 40 percent of the year on CDU

25   deployment.  It wasn't always on an active protest.

1    Sometimes it was just:  You're going to have a crowd here

2    for this and we're going to keep you activated, and the

3    deployments lasted months.

4         But yeah.  For actual disturbances I've been on, I

5    call it dozens.  For actual riots, I call it about six.

6    Q.  Six times in your --

7    A.  Where it's a straight declared riot.

8    Q.  Okay.  So can you tell me why you spent so much of 2020

9    deployed?

10   A.  We had the George Floyd killing on May 31st of 2020,

11   which led to unrest in the city.  It was pretty much three

12   nights of riots.  I worked the last night, the third night.

13   And then interspersed in there for the remainder of the year

14   we would have events, you know.  They tried to take down the

15   statute at Lafayette Square Park.  We deployed for that and

16   stayed deployed for a while for the nights after for weeks

17   or months.  It kind of all blends together.

18        And then the -- we had a Fourth District police

19   chase that involved a citizen getting killed and riots at

20   our station, so we deployed for that.

21   Q.  In your experience, what's the most difficult riot

22   you've ever had to work in the city?

23   A.  The January 6th.

24   Q.  Why is that?

25   A.  Just numbers.  We were massively outnumbered, whereas

1  generally we are outnumbered, but it's more of a factor of

2  there's several hundred of them and there's a few -- there's

3  dozens or scores of us, maybe not to 100, but 100.

4          So say again -- again, I'm generalizing -- but 100

5  versus 400, and those 400 are not always cohesive, going

6  after one thing.  They're:  I'm going to go here.  I'm going

7  to go there.

8          In this case, you had thousands focused on one

9  object, and we were between the two things.

10  Q.  How would the violence you saw on January 6th compare

11  with the violence you saw in the other six declared riots

12  you've seen in your experience?

13  A.  It was comparable; but again, it just upped the factor

14  of -- before, I have had things thrown at me.  I have had,

15  you know, chemical munitions and other things on.  But

16  there, it reduced the number of people.  I had one or two

17  people in a crowd doing that.

18          In this case, I had dozens to hundreds of people

19  that you're confronted with.  So again, comparable acts, but

20  the amount of acts and the amount of people participating

21  was different.

22  Q.  So I take it you were on duty on the 6th.  What time did

23  you start in the morning?

24  A.  6:00 a.m., approximately, possibly 5:00.  But I think it

25  was 6:00.

1    Q.  And where were you stationed initially?

2    A.  We went down.  We were staged in -- on Constitution

3    Avenue just southeast of the Eclipse [sic].  So

4    Constitution, and we had four blocks running from the

5    Eclipse down towards the Capitol Building.  So we were

6    stretched out in a high-visibility manner.  We were not

7    wearing any riot gear or protection.  We were just in our

8    standard uniforms and wearing neon high-visibility jackets

9    over top of our uniforms.

10             And it was just pretty much:  Put a squad in each

11   block and the crowd goes by.  "Officer, where's the Metro?

12   Officer, Officer," and that kind of thing.  Just "Hello."

13   Just being there so that they know there is a police officer

14   there.  But we were in no other capacity.

15   Q.  You keep saying "we."  When you say "we," are you

16   referring to CDU 42?

17   A.  Yes.  The platoon is there.  That's where the platoon

18   was staged.

19   Q.  And what were you seeing when you first got there?

20   A.  So it was pretty much just a standard crowd.  There was

21   an event going on on the Ellipse.  And in general, the crowd

22   was moving from the east to the west, so a large crowd

23   coming up Constitution Avenue towards the Ellipse.  That

24   pretty much went on from when we got on or really sunrise to

25   the time of the speech or -- the speech began.

1    Q.  How would you describe the tone of the crowd during

2    those hours, early sunrise to the time the speech began?

3    A.  Nothing unusual.  It was fairly positive.  People

4    walking back, just, you know, expressing themselves and, you

5    know, saying some common statements like "Back the Blue" and

6    other kinds of things.  And that was pretty much our day to

7    that point, was just people walking by and, you know,

8    expressing to them as they are trying to get photos with us

9    and other kind of things like that.

10   Q.  How many officers were part of CDU 42 on the 6th?

11   A.  On the 6th?  So a CDU platoon is 12 officers, four

12   sergeants, one lieutenant.  On the 6th, it was 25 officers,

13   four sergeants, one lieutenant.

14   Q.  Why so many officers?

15   A.  That's just what a CDU platoon is.  A CDU platoon is 28

16   officers --

17   Q.  I see.  Okay.

18   A.  -- and then we had three short on the 6th.

19   Q.  I apologize.  I misheard.

20           So I want to ask you just about a few names of

21   people.  Would Officer Daniel Hodges have been in your

22   platoon?

23   A.  Yes.

24   Q.  How about Officer Abdi?

25   A.  Yes.

1    Q.  Officer Spooner?

2    A.  Yes.

3    Q.  Would Officer Chad Curtice have been in your platoon?

4    A.  Yes.

5    Q.  Now, you mentioned on Constitution you were wearing neon

6    jackets.  Can you just tell me what else you were wearing?

7    A.  Essentially what I'm wearing right now:  a bulletproof

8    vest; you have your standard patrol gear; your gun; your

9    magazines; your asp baton; a small cannister of OC spray.

10   Sergeants are equipped with Tasers, but just those four

11   people would have those.  And then you have a bulletproof

12   vest, a body-worn camera, and then most people are wearing

13   some sort of winter jacket because it's cold.  A neon yellow

14   raincoat.

15   Q.  Now, at some point while you're out there on

16   Constitution, did you get a call for assistance at the

17   United States Capitol Building?

18   A.  Yes.

19   Q.  Tell me about that.

20   A.  So we were on Constitution Avenue.  Again, things were

21   going pretty much normally.  People started going up.

22   Around 11:00, while the speech is still going on, we started

23   seeing the crowd go counter-flow, going back towards the

24   Capitol, large amounts of people going the opposite

25   direction.

1          Over the course of the hour, this crowd starts

2     getting kind of ornery.  It starts collecting around the

3     Justice Department.  I'm currently at the 500 block of 10th

4     Street, which is next to the Justice Department.  I'm

5     standing with our lieutenant, Bill Hackerman.  We started

6     seeing the crowd surge the Justice Department.

7     Q.  What do you mean by "surge"?

8     A.  The Justice Department security is in front of the

9     building.  They have bike racks.  We were seeing those bike

10    racks physically start moving.  There's enough people in

11    front of the Justice Department that they're pushing on the

12    Justice Department line and going right -- [indiscernible]

13    start getting a little hectic.

14          THE COURT REPORTER:  I'm sorry.  I missed what you

15    said at the end.  If you could slow down, please.

16          THE WITNESS:  I'm not sure exactly where I lost

17    you.  So the transmission started getting more hectic on

18    our radio zone as to the events.  We started hearing more

19    transmissions going on that started kind of escalating our

20    anxiety, really, of what was going on.

21    BY MS. BOND:

22    Q.  What were the conditions that you were hearing?

23    A.  Pretty much our -- when we have any kind of First

24    Amendment in the city that involves the Capitol Building,

25    Capitol has an area responsibility and MPD has a different

 1    area of responsibility.

 2              When a crowd moves from the MPD area to the

 3    Capitol area, we hand it off.  So people coming from the MPD

 4    area of responsibility, essentially D.C., are going onto the

 5    United States Capitol grounds and there's a handoff on the

 6    air.  The crowd is now onto U.S. Capitol grounds.  U.S.

 7    Capitol has the event.  When they come back off the grounds,

 8    they do the same thing over the air.

 9              So the crowd has come onto the U.S. Capitol

10    grounds.  Standard thing.  Nothing unusual.  There's a crowd

11    in the Capitol grounds.

12              Then the unusual starts to happen.

13    Q.  What's the unusual?

14    A.  The Capitol Police is calling for MPD to come on the

15    Capitol grounds and assist them.  The commander of the

16    overall MPD operation, Inspector Glover, he goes.  He starts

17    pulling platoons in to respond to the Capitol, to what's

18    going on.

19              As I said, like at this point, they're starting to

20    actually voice things.  Glover is starting to narrate what's

21    going on.  They're taking projectiles.  He's authorizing

22    helmets.

23    Q.  And can I just pause you for a second?

24    A.  Yes.

25    Q.  So what you're recounting right now, is that what you

```
 1    were hearing on the radio?
 2    A.  That's what is going on on radio transmissions while I'm
 3    standing at 10th and Constitution.
 4    Q.  Okay.
 5    A.  My physical observations, that started telling me what's
 6    going on at the Justice Department.
 7    Q.  I see.  Please continue.
 8    A.  So between myself and Lieutenant Hackerman, we decided
 9    to pull the platoon off high visibility, get them all to the
10    500 block of 10th Street just to have them in one place so
11    we can go somewhere because it's our understanding at that
12    point, we're gonna move somewhere despite not having the
13    order.  Escalate the radio stuff.  It continues to escalate.
14    They still don't call for us.
15              Lieutenant Hackerman has asked for authorization
16    for us to get in our gear.  We are at this point in no
17    particular hard gear.  He asks for authorization.
18    Authorization is granted.  We start putting on our gear in
19    the 500 block of  10th Street, just everybody strapping on
20    stuff.
21    Q.  And so can you tell me what gear that you're putting on
22    at --
23    A.  The pads I described earlier.  Essentially, you're
24    putting on pads over all your extremities.  Your vest is --
25    your chest is already covered by your vest.  You're starting
```

1    to attach pads to your legs, your arms.  So -- and you're

2    completely covered so if you take a hit from a flying

3    object, you're not going to be debilitated or out.  It'll

4    bounce off and you can keep going.

5            There's a part of this which might come up later,

6    but the rapid response platoon also wears a suit, a

7    coverall.  So it's a onesie.  It's like a NASCAR -- like a

8    Novak suit.  It's flame-retardant.  So you put that on over

9    it.

10           There was a time crunch here because we were all

11   hearing the transmissions.  We were all starting to be,

12   like, "This is bad.  It's getting bad fast."  So most of

13   us -- I think only two members of the platoon, Sergeant

14   Austin, Officer Stokes, decide to put that on, that they

15   have time to get that on.

16   Q.  That Novak suit?

17   A.  That suit.

18   Q.  Okay.

19   A.  Everybody else goes down similar to what I'm wearing

20   except with a long-sleeved polyester suit, a shirt, like our

21   standard uniform shirt.  And essentially that's what we go

22   down with.  We go with pads on top of our uniforms.

23           So of all the rapid response platoons down there

24   that day, in videos or anything you see, if you see an

25   officer that's an MPD officer wearing that suit with pads

1    outside and no suit -- no onesie, black onesie, over it,

2    that's a CDU 42 member.  We didn't have time to put the suit

3    on.  So that's what we were wearing when we went down to the

4    Capitol.

5    Q.  So your CDU 42 members, by the time they made it down to

6    the Capitol, were they wearing helmets?

7    A.  Yes.  We did have helmets.  So everybody, no matter what

8    the state of their apparel was, everybody just had a

9    bullet-resistant helmet, like a rated, like, 3 helmet with a

10   visor on it.

11   Q.  Does that visor come up and down?

12   A.  Yeah.  It comes up and down, comes out.  It covers

13   around from your ears all the way around your face.

14   Q.  Now, your guys in CDU 42, did they have gas masks?

15   A.  We did have gas masks.

16   Q.  And do you know if all of you were wearing them that

17   day?

18   A.  In general, when we responded, no one would put on a gas

19   mask.

20   Q.  Why is that?

21   A.  It's not anywhere close to procedure for MPD to deploy

22   CS gas, which is why you would need a gas mask.  CS gas is

23   an aerosol.  The gas mask will stop that from coming into

24   your lungs, filter it.  It stops it.

25            MPD since IMF in the early 2000s really has not

1    used that even during the protests.  When Park Police would

2    deploy it, we weren't deploying CS gas.  It gets everywhere.

3    It's a contaminant.  There's not a lot of good ways to

4    contain it in an urban environment.

5    Q.  When you say IMF, are you referring to a riot that

6    occurred in the IMF in the early 2000s?

7    A.  Yes.

8    Q.  So I want to take you back to when you got the call for

9    assistance at the Capitol.  Do you remember those moments,

10   how you learned that you needed to get over to the Capitol?

11   A.  So -- I'm sorry.  So it was pretty much the radio

12   transmissions just going on --

13   Q.  Okay.

14   A.  -- calling for more platoons, calling for additional

15   assistance down there, that they were taking scaffolding,

16   that it was being taken off the construction site, thrown at

17   the officers, that he had officers injured.  That was the

18   big one that hits you, when you start hearing people are

19   going down.

20   Q.  Is that typical, to hear that officers have been

21   injured?

22   A.  No.

23   Q.  Now, did you get something called a 1033?

24   A.  I don't recall if we received a 1033 before we were

25   actually physically on the line.

 1   Q.  I see.

 2   A.  I never recall hearing a 1033 transmission while I was

 3   monitoring the radio in the -- prior to engaging with the

 4   crowd.

 5   Q.  So you get the call for assistance.  How do you and your

 6   men respond?

 7   A.  So we go down.  We all load into our vans, rental vans.

 8   We drive as fast as we can to the U.S. Capitol.  We come in

 9   off the north side.

10   Q.  Now, is the north side where you were told to go?

11   A.  No.  I believe we were told to go to the south side.

12   Q.  So why did you go to the north side?

13   A.  The crowd was -- we were on the north side of the Mall.

14   The crowd was between the Mall and was on the Mall,

15   essentially.  So crossing the Mall was going to be

16   difficult.  And also, that's where the lead car went.  So we

17   all followed the lead car.  They were going to the north

18   side.  We went right behind them.  We didn't really put the

19   most thought into what we had been told and to respond to it

20   appropriately.

21   Q.  Before this experience, had you ever actually been to

22   the Capitol Building before?

23   A.  I went once as a tourist.

24   Q.  And do you recall what year that was?

25   A.  2014, 2015.  I walked around the west and then I walked

1    back.

2    Q.  So you touched a little bit on sort of a hand-off

3    between MPD and Capitol police as crowds moved toward the

4    Capitol Building.  Did MPD have jurisdiction over Capitol

5    grounds?

6    A.  I believe we have joint jurisdiction.

7    Q.  Can you give me -- help me to understand that a little

8    bit?

9    A.  I don't have a legal, you know, real --

10   Q.  Okay.

11   A.  -- to put this on here.  But we are the primary law

12   enforcement agency in Washington, D.C.  If there's a murder

13   on the U.S. Capitol, we have it.

14          Other than that, pretty much Capitol is primary.

15   If they have an offense on the Capitol grounds, they handle

16   the report; they handle the investigation; they handle all

17   that stuff outside of a murder.  But really, they have a

18   full police agency.  We let them handle the Capitol.

19          I'm a sworn police officer in Washington, D.C.

20   The Capitol's in D.C.  If something goes on, I'll cross a

21   boundary at the Capitol.  I'm still going to go over there

22   and take police action.  Whether or not I handle it, that

23   ultimately -- or it gets investigated by another person,

24   that's something else.  But I have police powers to go to

25   the Capitol and do something.

1    Q.  Had you personally ever been called to assist on Capitol

2    grounds before?

3    A.  No.

4    Q.  And so when you're headed over there, what were you

5    expecting?

6    A.  I was expecting a crowd, like a line.  I did not --

7    self-admission:  I did not properly prepare.  There was

8    obviously -- by what information I had, there was a CDU line

9    under active assault by a crowd.

10   Q.  Okay.

11   A.  So I should have had a different kind of response than

12   what I had.  But really what I expected was a crowd and to

13   go address it, form a line and stop that crowd from moving

14   where it wanted to move.

15   Q.  So you've already talked a good bit about gear.  But in

16   addition to what you've already spoken about, would CDU

17   officers -- CDU 42 officers have had OC spray that day?

18   A.  Yes, but just our personal one that we would carry every

19   day.  It's a little, like, two-ounce container.  It's not a

20   large something meant for crowd control.  It's meant for

21   personal -- if you have one person who you need to OC spray,

22   you do two short bursts.  It's not a crowd-designed

23   implement.

24   Q.  Did your officers have their service weapons?

25   A.  They did.

1    Q.  Anything else that they could use to help control the

2    crowd?

3    A.  The one crowd civil disturbance thing that they had --

4    they had no munitions, nothing of the stuff we're trained to

5    carry.  We just had a CDU baton, an expandable baton, that

6    we don't carry on routine patrol.  That was the one piece of

7    CDU equipment that they had.  Outside of that, they also had

8    asp batons, the collapsible ones.  I already mentioned the

9    OC spray.  And they had their service weapons.

10   Q.  Did any of your officers have shields?

11   A.  No, we didn't.  We were not equipped with shields when

12   we responded.

13   Q.  Are you -- so you weren't equipped with shields on the

14   6th.  Do you ever use shields during crowd control?

15   A.  Yes.

16   Q.  But why didn't you have them on the 6th?

17   A.  We just weren't issued them.

18   Q.  Okay.  Now, I want to ask you about body-worn camera.

19   Were you wearing a body-worn camera that day?

20   A.  Yes.

21   Q.  And what is a body-worn camera?

22   A.  A body-worn camera is a small box you wear on your

23   chest.  It's produced by a company called Axon.  You run it.

24   It runs live the whole time, so it's constantly recording

25   over a two-minute buffer.  Once I hit a button on my chest

1    in a certain manner, two taps, the camera goes actual live

2    recording.  It ceases to record over that two-minute buffer

3    and it begins recording audio and recording live until the

4    camera battery dies.

5    Q.  Does it record both audio and video?

6    A.  After the two-minute buffer, once I hit the button, it

7    begins recording audio.  There's a two-minute -- call it a

8    grace period where the camera is recording.  If it was in

9    the "on" position now, if I activated this, it would start

10   two minutes ago with no audio, go two minutes, and then the

11   audio would start at the moment I hit the button.

12   Q.  So for a person watching your body-worn camera after the

13   fact, does that mean that the first two minutes of video

14   would have no sound?

15   A.  In most cases, barring a previous activation that

16   overlapped in some way.  But if I just -- if I had my camera

17   in the "on" position at this point, I would hit it twice and

18   you would see a video that started two minutes prior to this

19   going, no sounds; and then at the moment I hit this, you'd

20   start hearing sounds and a video recording.

21   Q.  I see you touching the center of your chest.  Is that

22   your body-worn camera?

23   A.  Yes.

24   Q.  Is that where your body-worn camera was on you on

25   January 6, 2021?

1    A.  Yes.

2    Q.  Did you turn your body-worn camera on that day?

3    A.  I did.

4    Q.  Now, have you had an opportunity to review your

5    body-worn camera footage -- before I ask you that, I wanted

6    to talk about the officers in your platoon.

7              Do you know if they were wearing body cams that

8    day?

9    A.  Yes.

10   Q.  Do you know if every single person was or in general

11   most of them were?

12   A.  Every single member of the platoon was wearing a

13   body-worn camera.

14   Q.  Did you give any orders to them that day about their

15   body cams?

16   A.  I'm not sure if I ever gave the order to activate the

17   body-worn cameras.

18             But on our way down -- again, sorry; I'm throwing

19   another element in here -- the Taser that I'm equipped with

20   has a Bluetooth activation.  If I take a Taser out and I hit

21   the "on" switch, every camera in my vicinity activates.  So

22   on the walking into the -- onto the grounds of the Capitol

23   on January 6th, I took the Taser, I turned it on and I

24   reholstered it.  And by me turning it on, if anybody's

25   cameras weren't live at that point, they then went live.

1    Q.  Okay.  Now, your body-worn camera footage, have you had

2    a chance to review your body-worn camera footage from that

3    day?

4    A.  Yes.

5    Q.  So I'm pulling up for authentication -- it'll be

6    Exhibits 232, 233, 234 and then all of the derivatives of

7    those exhibits.

8           MS. BOND:  If you can pull up 232 so we can

9    confirm that it was his.

10   BY MS. BOND:

11   Q.  In your prior review, does your video run from

12   approximately 1:55 p.m. to 4:25 p.m.?

13   A.  Yes.

14   Q.  So this clip that -- the still that's here on the

15   projector here, is this your body-worn camera footage from

16   that day?

17   A.  Yes.

18   Q.  So I would like to ask you just a little bit more.  In

19   the right-hand corner, I see some timestamps.  Can you tell

20   me about those?

21   A.  Yeah.  It's a timestamp which is in European.  So the

22   date code is turned around.  2021 is the year; 01, the

23   month; 06, the day.  And then it goes to military time.  So

24   it's 1300 and 53 hours, so 1:53 p.m.

25   Q.  And in your experience, are the time and date stamps

1    generally accurate?

2    A.  Yes.

3    Q.  Are they accurate for January 6th, 2021?

4    A.  They are.

5    Q.  On that day, was your body cam having some sort of audio

6    issue?

7    A.  I believe so.

8    Q.  What was going on?

9    A.  I have no idea.  I cleaned my body camera since, and it

10   seems to have resolved the issue.  But from the moment that

11   it's activated to the moment it's deactivated, there was

12   clearly something going on with the microphone that makes it

13   less audibly clear than it normally is.

14   Q.  But you've cleaned it and it's better now?

15   A.  Yes.  The same cameras is now better than it used to be.

16   But the -- I didn't know there was a problem before I

17   watched the video from January 6th.  And yeah.  So I don't

18   know how long it was going on prior to this activation.

19   Q.  So of all of your body-camera footage that day, do you

20   have any reason to believe that it's been altered in any

21   way?

22   A.  No.

23            MS. BOND:  So the Government moves to admit and

24   publish -- it'll be Exhibits 232, 233, 234 and all of the

25   derivatives of that body-worn camera footage.

1          THE COURT:  Seeing no objection, they will be

2    admitted.

3          (Whereupon, Government's Exhibit Nos. 232, 233 and

4    234 were entered into evidence.)

5    BY MS. BOND:

6    Q.  I would like to start with getting your officers ready.

7    Going back to your platoon arriving at the Capitol, once

8    everybody gets geared up, how do you make your approach to

9    the Capitol?

10   A.  I don't remember the exact streets, but we go in a

11   convoy with two scout cars and four rental vans on the north

12   side of the Mall, east until we get to a cross street, and

13   then we're on the north side of the Capitol.  We go through

14   one of their lowering barricades.  We park on the outside of

15   the Capitol perimeter and then we dismount and walk in.

16          MS. BOND:  So playing Clip 232 -- Exhibit 232.1,

17   please.  It's a one-minute clip.

18          (Whereupon, Government's Exhibit No. 232.1 was

19   published in open court.)

20          THE WITNESS:  In general, a CDU line is one line

21   with four sergeants and a lieutenant in the back.  Four or

22   five of my officers don't have hard gear.  They're just in

23   the normal outfit that I described for the CDU officer.  And

24   they just -- at this point, I'm trying to let them know:

25   You guys stand behind the officers with hard gear in the

Mastony - DIRECT - By Ms. Bond

1    event we form line.

2    BY MS. BOND:

3    Q.  Why would you put them behind the officers with hard

4    gear?

5    A.  Because they don't have the external protection that the

6    other officers do.  Pretty much throughout the clips that

7    we're going to view is me trying to get officers with

8    protection on their extremities to take the place of

9    officers without protection on their extremities.

10   Q.  So as you're heading towards the Capitol, does somebody

11   help lead you?

12   A.  Yeah.  A Capitol officer, Seth Carl, who I met for the

13   first time that day.  I don't know the U.S. Capitol grounds.

14   I'm the first guy in the line going in.  I don't know where

15   my line is.  I don't know where I'm going.

16        So I grab one of the Capitol officers.  I tell

17   him:  You need to tell me where to go.  Seth Carl takes us

18   in.  He has no armor.  He doesn't even have a helmet.  He

19   does not tell his commands where he's going.  He just takes

20   us into the crowd, which I appreciated.  But that's how we

21   got in.  Seth Carl just said, "This way," and we followed

22   him.

23   Q.  I'm sure we'll talk about Seth Carl again later.

24        MS. BOND:  So let's play Exhibit 232.2, another

25   one-minute clip.

```
1              (Whereupon, Government's Exhibit No. 232.2 was

2      published in open court.)

3      BY MS. BOND:

4      Q.  In this initial approach to the Capitol, how would you

5      describe the crowd at this point?

6      A.  The crowd is -- on outskirts of the crowd, it's kind of

7      aimless:  People walking around, people standing around,

8      people looking.  At this point, I'm just using compliance to

9      get through the crowd.  Yeah.  I'm just asking people, "Move

10     aside."

11             As the crowd starts to get denser, I begin to

12     physically move people.  So I'm just trying to physically

13     move people as I move through the crowd, putting my hand on

14     them:  "Police department.  Move aside."  In going through

15     crowds before, I've had good success with just straight

16     compliance, just:  "I know where I'm going.  You get out of

17     my way."  And before they realize what's going on, they've

18     already complied.

19             So that's what I'm going to here.  When the crowd

20     is thin, we're just walking straight through them.  When the

21     crowd gets thicker, I'm moving them aside.  We start off in

22     a two-column formation.

23             Unfortunately, it goes gown to one single line of

24     officers moving through a thick crowd.  And as I'm coming

25     through, it's just more people pressing up front, harder to
```

1    get through.

2             As the video continues -- I'll let it play.

3    Q.  Did the reactions from the members of the crowd change

4    as you were pushing through that denser crowd?

5    A.  They got more hostile.  You started hearing more hostile

6    remarks.  At first:  "Oh, it's a police officer.  You told

7    me to move.  I move."  By the time we get to the end, it's

8    me physically grabbing people by the shoulder and pushing

9    them aside whether or not they don't hear me or don't care

10   that I'm there.  I can't make that judgment.  But I'm

11   physically now having to use force to get people out of my

12   way.

13            MS. BOND:  I'll ask you to play the next exhibit.

14   But I will refrain from talking over it, because I think

15   that's causing problems.

16            Would you be willing to play Exhibit 232.3.

17            (Whereupon, Government's Exhibit No. 232.3 was

18   published in open court.)

19            MS. BOND:  Stop it there.

20   BY MS. BOND:

21   Q.  What we just observed as you're walking through the

22   crowd, is that the denser, more hostile crowd that you were

23   talking about?

24   A.  Yeah.  So you see me come up on our initial CDU line.  I

25   have found our line, the officers.  At this point, when I

1   come in, the line is not under active assault.  This

2   whole -- for the next half-hour, we go through ebbs and

3   flows.  Sometimes the crowd is assaulting the line;

4   sometimes the crowd is just standing there.

5          So at this point, I get into the line, find

6   Capitol.  And then I'm not sure how much more of this video

7   plays, but I shortly realize -- I do not know it at this

8   exact moment in this video -- that the crowd behind me has

9   laid attack on the rest of my platoon.  And I only

10  brought -- as opposed to bringing all 25 officers and

11  officials in, I brought myself, another sergeant and two

12  officers who successfully made it to the line.

13  Q.  I definitely want to talk more about that.

14          But first, in this video, we see what appears to

15  be a bike rack that you're going through.  Was that

16  accurate?

17  A.  Yes.

18  Q.  So what was that bike rack all about?

19  A.  So the bike rack was -- had established a line.  I'm not

20  sure when it was put up, but the line being held was secured

21  by a bike rack with officers behind it.  So we had a bike

22  rack interlocked just mechanically with, like, the peg that

23  goes into the hole on the side of the bike rack.  They

24  weren't attached to the ground by any means.  They weren't

25  attached together with zip ties, as sometimes they are.

1    They're just bike racks.  Essentially, using a barrier

2    between the police and the crowd.

3    Q.  So were there any officers standing behind the bike

4    racks?

5    A.  Yeah.  The bike rack was fully manned.  Say, every

6    stretch of the bike rack in my vision was staffed by

7    officers standing behind it.  "Don't come back -- don't come

8    back to this bike rack.  There're officers right here.  This

9    is a police line."

10   Q.  Now, in this moment that we're all staring at on the

11   screen, it's now at 14:00:43, which would be 2:00

12   approximately and 43 seconds, is this the west plaza that

13   we're looking at?

14   A.  Yes.

15   Q.  And the bike rack line, does it span the whole of the

16   west plaza?

17   A.  To my knowledge, from the west -- again, I don't know

18   the technical parts of the U.S. Capitol grounds.  But the

19   plaza in between -- there's three sets of scaffolding:  the

20   north set of scaffolding over a stairwell, the south set of

21   scaffolding over a stairwell and a media tower in the

22   middle.

23         The scaffolding goes from the north tower right

24   before the stairwell starts -- or the bike rack goes from

25   the north tower right before the stairwell starts, so just

1    short of that tower, and then all the way around the south

2    tower.  So that's -- I'm not sure if the plaza is considered

3    bigger than that, but that's where the bike rack was.

4    Q.  Got it.  And what was the purpose of that bike rack

5    line?

6    A.  So I don't know why U.S. Capitol set it up.  I assumed

7    it was an inner perimeter in the event that a crowd came in

8    there, that you have an additional layer to put officers

9    behind to slow anybody going through the perimeter.

10   Q.  Okay.  Now, you talked about only half of your platoon

11   making it through.  What happened?

12   A.  So it wasn't half.  I have 25 officers.  Two officers.

13   So --

14   Q.  I see.  I'm sorry.

15   A.  -- so the inspector, the commander of the CDU, was

16   expecting a hard platoon to show up with 28 officers, four

17   officials to reinforce him.  He's under attack.  He needs a

18   platoon.  We're it.

19          Instead, I show up with me, another sergeant and

20   two officers.  So essentially, not great.  I'm supposed to

21   bring in several dozen people or two dozen people.  I bring

22   in two.

23   Q.  So when did you first realize that you were missing so

24   many men?

25   A.  About here.  So I turn around and say:  What?  But

1     it's -- yeah.  I don't have a good, really, you know,

2     narrative for this.  Just that this isn't great.  I'm --

3     not anywhere in our training, like, it was like:  If you

4     lose 90 percent of your platoon, this is what you do.

5     Q.  So what did you do?

6     A.  Essentially, I wander around trying to figure out what

7     happened.  You see again if the -- if you watch the video,

8     it continues on me looking around:  What's going on?  Where

9     is my platoon?  Do I have to go out and get my platoon?

10    Should I go out and get my platoon?  And just different --

11    what should I do in this situation?

12            So --

13    Q.  So what did you actually do?

14    A.  -- I stood there until my platoon managed to break out

15    itself.  There was really -- the ultimate concession here is

16    that there was nothing I could do.  The officers out there

17    were on their own.  There was no ability for me to go.

18    There's no one for me to call to go, "Hey, I've got a

19    platoon cut off in the crowd."  Like there's nothing to be

20    done there.  It's just:  They're out there.  If they don't

21    find their way out, then that's where they're going to be.

22    Yeah.  So I'm inside the line.  They're outside the line.

23    Not a great supervisory position to be in, but that's what

24    it was.

25    Q.  Did your platoon eventually make it back in through the

1     police line?

2     A.   Yes.   They were able to fight their way into the

3     direction of the police line and successfully enter the

4     police line.

5             MS. BOND:  So playing Exhibit 232.4, please.  It's

6     a minute and a half long.  It starts at timestamp 14:03.

7             (Whereupon, segments of Government's Exhibit

8     No. 232.4 were published in open court.)

9             THE WITNESS:  If you want to stop the video.

10            So in this sequence of video, you see what looks

11    like an amplifier set up on the stage next to me.  It's

12    called an LRAD system.  I don't know exactly what the

13    acronym means.  I'm not technically certified with the

14    system.  I just know it exists.  It's existed for 12 years,

15    at least since I've been on the department.

16            You set it up to issue warnings to a crowd.  So

17    it's a loud amplified speaker.  It gives a prerecorded or a

18    message that's done manually into it and it voices to a

19    crowd in almost all instances:  "This is an unlawful

20    assembly."  And it gives a series of warnings.  First

21    warning, second warning, third warning.  And the third

22    warning comes with a modifier that:  Failure to abide by

23    this warning will result in arrest.  So that's what's going

24    on with that box that's speaking in an amplified manner on

25    that corner.

1              Then you also see in the picture our SOD people

2      who have munitions -- I do not -- deploying, throwing

3      munitions into the crowd to try to disperse it.

4      BY MS. BOND:

5      Q.  And the LRAD system, is that what we could hear audibly

6      in this video?

7      A.  Yes.  You see it's a box that's on this raised railing

8      in front of me.  You see a box and it's -- that's what's

9      issuing the loud warnings.  I don't know exactly what the

10     warning is, but that's what's issuing the warning.

11     Q.  And to your recollection, was that LRAD system going

12     when you walked into that police line?

13     A.  It started almost -- whether it was on as I walked in

14     or -- but it was going.  As I turned, I see what's going on;

15     and they're issuing LRAD warnings.

16     Q.  And do you recall about how long you could hear it for?

17     A.  No.  A matter of minutes.

18     Q.  Okay.

19              MS. BOND:  If you would continue playing the

20     exhibit.

21              (Whereupon, segments of Government's Exhibit No.

22     232.4 were published in open court.)

23              THE WITNESS:  Stop it again.

24              At this point, you see my platoon start coming

25     into the line.  You'll see as the video plays that they're

1    in varying states of dishevelment.  They've been assaulted.

2    And mostly the problem is they are not wearing gas masks or

3    really anything to shield their face and eyes.  And they've

4    been sprayed by chemical munitions by the crowd.  So mostly

5    bringing them in behind our line.  People have brought

6    water.  There's water that's presented itself.  I don't know

7    where it came from.  And they're trying to flush out their

8    eyes from the munitions that are in them.

9    BY MS. BOND:

10   Q.  Now, did the other police officers have to move that

11   bike rack line so your platoon could come through?

12   A.  Yes.  So the bike rack has to be physically opening.

13   Whether that caused the line to weaken, I don't know.  But

14   to get us in, we had to physically open those racks.

15   Q.  How did the crowd react when that bike rack line was

16   opened?

17   A.  So you'll see that there's a small surge of -- there's

18   several scuffles in the next half-hour that I'm present for,

19   and this is one of them.  Just the back-and-forth of thrown

20   objects, fights, assaults, not a serious push, but just a

21   back-and-forth.

22          MS. BOND:  Would you continue.

23          (Whereupon, segments of Government's Exhibit No.

24   232.4 were published in open court.)

25

Mastony - DIRECT - By Ms. Bond

1    BY MS. BOND:

2    Q.  So did there come a point that the police line that had

3    been established there was eventually overrun?

4    A.  Yes.

5    Q.  Did that happen at approximately 2:30 p.m.?

6    A.  Yes.

7    Q.  So I want to focus on that period in between 2:00, when

8    you get your platoon back, and 2:30.

9         So what types of behaviors were you encountering

10   from the crowd?

11   A.  So pretty much a spectrum, from active assault to

12   passive resistance.  And passive resistance being:  "I'm

13   standing here.  I'm going to yell at you.  I'm not going to

14   assault you.  I'm not going to push you.  I'm not going to

15   spray you with anything."  Just -- this is what the crowd is

16   doing to us.  He's just standing there and between -- giving

17   speeches, telling us that what's going on is wrong, just

18   trying to, you know, physically talk to us, essentially.

19        I'm fine.  Nothing we haven't dealt with before.

20   Just a passive line of people who are upset, who, despite

21   warnings, are not leaving.

22        So really you have ebbs and flows of forces.  This

23   is a deescalation of force.  We've just gone through 2020.

24   We are not going to assault people who are just standing

25   there talking to us.

1    Q.  Let me pause you.  When you say "We've just gone through

2    2020," what does that mean to you?

3    A.  It's a year, you know, just a reckoning of police force

4    used on community members.  Every realm of police officer --

5    again, I'll just speak for myself:  I am now very much more

6    conscious of the type of force that I'm going to use on a

7    citizen.

8         At this point in time, coming off the 2020

9    protests and having worked as many protests as I now have, I

10   am extremely cautious about how I put my hands on people.

11   And I'm not going to strike or use OC spray again unless

12   high conditions are met in my mind to move you.

13        Even if you are unlawfully where you are and

14   you're standing there against my order, if you're just

15   standing there and you are not assaulting me, I am not going

16   to strike you.  I am not going to really -- I did not use OC

17   spray that day.  I was going above and beyond, trying not to

18   do anything that could -- honestly, self-preservation -- get

19   me fired from my job.  I had no interest in it.

20        So I think that's kind of what you see in that

21   time period.  You have officers who are confronted with

22   people who are passively resisting.  And then behind them,

23   interspersed with them, sometimes they're assaulting;

24   sometimes they're not.  And so I cannot very well target

25   someone who comes around three passive people and sprays us

1    with bear spray.

2              So I pretty much just stand there and take it.  If

3    I react to it and try to get to that person behind the three

4    passive people, in my mind, again, the perception of this

5    time, I'm going to have a video going through someone who is

6    not fighting me to get someone else who isn't [sic].  And

7    then my fear was that I would have to account for "This

8    person wasn't doing anything, Officer.  Why did you strike

9    them?  Why did you come through to them?"

10             You have about a half-hour of that.  We are

11   getting assaulted intermittently, but a lot of the people

12   that we are interacting with are just passively there.

13   Whether they were assaulted before that or assaulted after

14   that -- whether they were assaulted before that or assaulted

15   after that, we couldn't do anything about it.  We were just

16   going moment to moment.

17             If you are not actively assaulting me -- again,

18   from my perspective -- I was not going to use a great deal

19   of force against you, even if it would have helped maintain

20   that line.

21   Q.  So I'd like to talk about a few specific moments in that

22   2:00-to-2:30 period.

23             MS. BOND:  If we could play Exhibit 232.5.  It'll

24   be at timestamp 14:06:20.

25             (Whereupon, segments of Government's Exhibit

1    No. 232.5 were published in open court.)

2               MS. BOND:  Pause it.

3    BY MS. BOND:

4    Q.  What was that smoke we were just observing there?

5    A.  I believe that was a fire extinguisher.  So that's a

6    good example of what I was talking about.  You have a

7    leather jacket, American-flagged gentleman who's just

8    standing there.  He's not assaulting me, not spraying me,

9    not doing anything.  That red stuff that you saw coming in,

10   that's crowd chemical OC.

11              In general, our OC that I know that we were

12   carrying on that day in those shoulder-mounted OC dispensers

13   that you saw the captain carrying, that's spraying -- it is

14   OC spray, but it's not dyed red.  So the red stuff that's

15   coming in that's staining our shirts, that's getting on our

16   face masks, that's the red dots on this camera, that's

17   coming in.  So you can see in this that we are getting

18   munitions.  You can see thrown projectiles coming in,

19   lumber, just metal, anything coming up from the construction

20   site.  And you can see the fire extinguisher getting sprayed

21   at us.

22              THE COURT:  You said earlier, Sergeant, that after

23   IMF, CDU wouldn't use munitions.  But SOD is?

24              THE WITNESS:  So in general, like I said, we're --

25   the CDU 42 is the most trained of the CDU non-SOD elements.

1    We are qualified to carry all this stuff.  And -- but it's

2    essentially gone down to:  Break in case of emergency.

3              And on January 6th, we were not equipped with any

4    riot control munitions.  SOD has what's called a domestic

5    security office which has vans that come around, DSO teams.

6    You might hear that on the radio transmissions.  They come

7    in with the munitions.  All those officers have munitions.

8    A lot of these officials are SOD members who carry the

9    shoulder-mounted OC spray dispenser Mark 46.

10             So in general, I have at times -- Trump's

11   inauguration is one example where we were issued out

12   munitions.  There are other occasions where they gave us

13   munitions.  January 6th was not -- our CDU platoon was not

14   issued munitions.

15             So it was just what you're carrying duty-wise,

16   your small can of OC spray, which is your one reach-out-and-

17   touch-you thing.  Everything else is hand controls and using

18   your riot baton as best you can.

19             THE COURT:  Thank you.

20             MS. BOND:  So moving on to Exhibit 232.6, which is

21   timestamped 14:09:28.

22             (Whereupon, Government's Exhibit No. 232.6 was

23   published in open court.)

24   BY MS. BOND:

25   Q.  What was going on here in this clip?

1    A.  You see us again taking munitions, guys running up,

2    throwing stuff, running away.  They're receiving our

3    munitions back.

4         The captain, who's near me, has a Mark 46 OC

5    dispenser.  And you'll see that the stuff we're getting in

6    is red.  The stuff he's putting out is white, clear.  It's

7    the difference between the munitions going back and forth.

8         You see all the bike rack tug of war.  They're

9    taking bike racks off the line.  They're taking away that

10   physical barrier.  So it's just a force multiplier.  I can

11   put one officer on a bike rack.  It's a better way to hold

12   back a crowd than it is one officer, no bike rack.  He can

13   just use his -- expand on his space.  He's just not going to

14   get as much push if he's got a physical obstacle in between

15   him.

16        That bike rack's been taken away.  And also, in

17   the tug of war for the bike racks, you see the Capitol

18   officer who has gone in and gotten the bike rack back.

19        We've also lost ground.  We used to be before

20   where the bike racks were.  But now there's a guy who's

21   down.  He's injured or feigning injury.  We're not going to

22   push him off.  We're not going to use force against him

23   because it's an injured guy sitting on the ground.  So we've

24   pretty much given up that ground to him and we establish a

25   line behind that.

1        So while in the scheme of things 4 feet is not

2    that much, but if over the course of an hour you're giving

3    up 4 feet every few minutes, you're eventually going to be

4    in so tight of a perimeter that you no longer are protecting

5    what you were protecting before.

6    Q.  Now, was that the only time that day you saw a tussle

7    over bike racks?

8    A.  No.  For this half-hour, essentially.  Again, it'll be

9    calm.  You'll be talking to someone.  They'll be trying to

10   express their views.  You're going to say, like, "Sir,

11   nothing.  Leave.  Whatever.  Move back.  Move back.  Move

12   back."  And then there will be a skirmish of a few seconds.

13   Someone will come in, grab a bike rack, try to run off with

14   it.  The officers do a tug of war.  Sometimes they'll get

15   it; sometimes they won't.

16        MS. BOND:  So moving on to Exhibit 232.7,

17   timestamped 14:13:12.

18        (Whereupon, Government's Exhibit No. 232.7 was

19   published in open court.)

20        THE WITNESS:  You'll see the bike racks are now

21   gone from my side of the line.

22   BY MS. BOND:

23   Q.  Why are they gone?

24   A.  So again, I was not present for this.  I went -- the

25   entire time on here, I have this overwhelming complex that I

1   do not have all my officers.  I do not see 25 officers laid

2   out in front of me as I would in training in any kind of,

3   you know, non-dynamic environment.  It makes me very, very

4   nervous that I have an officer somewhere that I don't know

5   about.  So --

6   Q.  Why does that make you nervous?

7   A.  I'm accountable for them.  They're my officers.  If

8   they're out there, Inspector Glover is not going to know.

9   Who's going to know?  His sergeant is going to know.  That's

10  my job.  I'm supposed to take care of those officers, know

11  where they are.

12          So by not having them where I was hoping they

13  would be, I'm running around, like:  Are you just getting

14  your eyes washed out?  Have I lost you?  Did everybody come

15  in off the line when we got separated?  That kind of thing.

16          So I'm away from the line when these bike racks go

17  away.  I don't know for a fact, but given the circumstances,

18  I conclude that the bike racks were taken by the crowd in

19  dispersing.  So instead of having a bike rack interlocked

20  with lines of officers behind them, I now just have

21  officers.  There's no physical boundary between me and the

22  crowd.

23  Q.  And how effective is just a line of officers compared to

24  a line of officers plus bike racks?

25  A.  Plus bike racks is better.

1    Q.  Why is that?

2    A.  Again, it's a force multiplier.  You have a steel

3    structure between you and them.  It is harder for a person

4    to get through the steel structure and a line of officers

5    than a line of officers.

6            And then as you'll see as the video develops, when

7    some of those officers go away for whatever reason -- they

8    get sprayed in the eyes; they go back to get water --

9    they're not always replaced.  So now you can see big holes

10   in the crowd.  If you have a crowd that wants to go

11   somewhere and that crowd sees holes, it's going through the

12   holes.  So if you don't plug them, people will explore that

13   space and go through it.

14   Q.  So before we play the rest, I heard you in the first

15   portion of this clip saying:  42, push up."  Was that your

16   voice that I was hearing?

17   A.  Yes.

18   Q.  Why were you saying that?

19   A.  I wanted to take back that ground.  I could see fairly

20   early on in this that while we weren't breaking, we were

21   losing ground incrementally --

22   Q.  And did --

23   A.  -- through passive resistance, through -- there's a guy

24   who comes up at some point with a bike rack with a backpack

25   facing forward who is just pushing.  When I'm on the line

Mastony - DIRECT - By Ms. Bond

1    myself not supervising and things, I've plugged a hole.

2    They're not assaulting me.  They're just using body weight

3    to move my line.

4              They might only achieve a foot.  But like I said,

5    if they achieve a foot every few minutes, that collects over

6    time over how long we've stood on this line for as long as

7    it held.

8              (Whereupon, segments of Government's Exhibit No.

9    232.7 were published in open court.)

10   BY MS. BOND:

11   Q.  So even with this, the police were still able to hold

12   the line for a while.  Is that right?

13   A.  Yes.

14   Q.  So pulling up Exhibit 232.19, which is a still shot at

15   14:15:44, is this what the police line would have looked

16   like at 2:15 p.m.?

17   A.  Yes.

18   Q.  And did the police line still extend across the length

19   of that plaza?

20   A.  Yes.

21   Q.  Okay.  Moving on to Exhibit 232.21.  And that is a still

22   shot as well.  Would that be what the police line looked

23   like at 2:22 p.m.?

24   A.  Yes.

25   Q.  And did it still extend across the length of that plaza?

1    A.  Yes.

2              MS. BOND:  Then I'd like to play Exhibit 232.9,

3    timestamp 14:25:30.

4              (Whereupon, segments of Government's Exhibit No.

5    232.9 were published in open court.)

6    BY MS. BOND:

7    Q.  After having now watched it, would you tell me what's

8    going on here?

9    A.  Yes.

10             (Whereupon, segments of Government's Exhibit No.

11   232.9 were published in open court.)

12             THE WITNESS:  Stop it.

13             So that cloud you just saw is a CS device.  I'm

14   not sure if it's what's called a burner, which is a constant

15   burning stream -- well, actually, I am certain it's a burner

16   because it's continuously smoking.  It's a spewing or a puff

17   that's on fire similar to like a fire or snake that goes and

18   it's burning and emitting CS gas.

19   BY MS. BOND:

20   Q.  What is CS gas?

21   A.  It's a teargas.  So it's what I was talking about

22   earlier.  It's just a thing that in general we have access

23   to it, but we're not deploying it.  OC is really the

24   Metropolitan Police Department's crowd control munition.

25   It's a more controlled thing.  CS gas is an aerosol.  It

1    expands out and it's an asphyxiant.  You have a sensation

2    that you cannot breathe while inhaling the teargas.

3    Q.  And did you ultimately get hit with this particular

4    cloud?

5    A.  Yes.  So you'll see as the video plays out that the line

6    thins.  The Capitol Police officers in this video, you can

7    see they've got U.S. Capitol on the back of their helmets,

8    not MPDC.  They're all masked.

9          I have not given the order.  I did not give the

10   order.  The only people on MPD's side who have gas masks on

11   are the ones who did it by just motivation that they didn't

12   want to get OC sprayed, so they put a gas mask on instead.

13   It was very intelligent, but we didn't all do it.  I didn't

14   do it.  And a lot of these officers here are about to suck

15   this concentrated CS gas that's sitting at their feet and

16   they're about to leave this line.

17   Q.  How did the CS gas affect you specifically?

18   A.  I held out for 26 seconds, which I'm still proud of.  I

19   thought it was five at the time.  I counted it; it's 26.  So

20   I'm very proud of that.  But I could not breathe.

21          So essentially I was trying to shout orders, push

22   the guys who were masked up because, as they saw everybody

23   else going who didn't have masks, they wanted to come back

24   too.  So I pushed them up.  As the crowd went back, I pushed

25   them up into the dead space that was vacated by the crowd.

1          But after 26 seconds, I had to go back.  I could

2     not breathe.  And I had a gas mask on my leg, but I was kind

3     of over it at that point.  I could not get to it.  I had an

4     officer help me.  I did a buddy breathing.  I just put my

5     head in it, started to breathe in and out until I had enough

6     air.

7          And then after that, this is when the line really

8     starts to fold.  I get up.  And I'm sure that'll come up in

9     the video.

10          THE COURT REPORTER:  Just for the record, did I

11     hear you correctly that you said buddy breathing?

12          THE WITNESS:  Yeah.  Like what a fire fighter does

13     when he does not attach a mask.

14          THE COURT:  So I take it the CS slow burner was

15     not put out by U.S. Capitol Police?

16          THE WITNESS:  I could not testify as to who

17     deployed it.  If I were to suggest that I believe either MPD

18     or U.S. Capitol deployed it and either gave a warning that I

19     didn't hear that we were about to deploy gas -- which is

20     standard in our training:  "Gas, gas, gas."  When you hear

21     "Gas, gas, gas," you drop to a knee.  You put on a gas mask.

22          Never heard the command over the radio or audibly.

23     We were not on the same channel as Capitol Police.  I do not

24     know that there's been any evidence that the crowd had

25     access to CS gas.  If I was to suppose what happened was,

1   Capitol or MPD without radio transmission deployed a CS gas

2   burner into the crowd and someone in the crowd bounces it

3   off this tower here and it drops on my line.

4            THE COURT:  I see.  So you're not suggesting that

5   the crowd lit this?

6            THE WITNESS:  No, but it may be possible.  I do

7   believe the crowd threw it back or it did emanate from the

8   crowd.  I don't know who started it, who initiated it.  It

9   may be a deployed munition thrown back or it could be

10  something that emanated from the crowd.  I don't have

11  anything to support it.

12           THE COURT:  Okay.

13           MS. BOND:  Would you play the remainder.

14           (Whereupon, segments of Government's Exhibit No.

15  232.9 were published in open court.)

16           MS. BOND:  Pause it.  Thank you.

17  BY MS. BOND:

18  Q.  So you talked earlier about the police line eventually

19  being overrun.

20           Before I play that video for you, can you just

21  tell me what you remember about those moments, how that

22  actually happened?

23           And actually, first, looking at this timestamp

24  that's still up on the screen, 14:26, is the police line

25  still holding at that point?

1    A.  Yes.

2    Q.  So what do you remember about the moments that the line

3    folded?

4    A.  So I'm in this position.  And it will go on for about

5    the next five minutes.  I'm taking off my helmet, getting my

6    mask on, getting my gloves back on.

7             There starts being penetrations on the south side

8    of the line, one's or two's breaking through, officers going

9    and tackling those people, securing the line.  That's across

10   the plaza from me.  I evaluate that as not my issue at that

11   moment.

12            Once I get my helmet back on, I see the same thing

13   happening on my right side.  When I go back to look at the

14   right side, before I -- or this is the north side of the

15   line now -- before the CS gas hit, I had a good number of

16   officers.  Everybody is shoulder to shoulder, some two deep.

17   A strong police line presence.

18            After the gas deployed and officers left the line,

19   those officers didn't make it back to the line quickly.

20   There's no bike rack.  There was just a line of officers

21   that was ultimately exploited by the crowd.  The crowd

22   pushed.  There was no one to support it.  Officers got taken

23   out into one fight or another.  I get taken off the line and

24   moved to another segment of the line by a protester.  And

25   then the line collapses from my side into the plaza itself

1    until there's no semblance of order on the police line.

2    Q.  And -- well, we'll talk about this later.

3            MS. BOND:  Would you play Exhibit 232.10, which

4    starts at timestamp 14:27:50.  It is a five-minute clip.

5            (Whereupon, segments of Government's Exhibit No.

6    232.10 were published in open court.)

7            MS. BOND:  Pause it.

8    BY MS. BOND:

9    Q.  I see a couple of times in the last couple minutes I've

10   seen you throw bike racks down in front of you.  Why are you

11   doing this?

12   A.  In my mind, bike racks are coming at me.  There were no

13   bike racks here, as you saw in the previous videos.  The

14   bike racks are being -- coming into me.  We have officers

15   still out amongst this crowd.

16           The line did not, you know, fall back in an

17   orderly manner.  I'm just trying to keep -- you have

18   obstacles between you and what's in front of you.  I'm just

19   trying to keep it clear so I can move back so other officers

20   can move back until we assemble some order of a line.

21           To my knowledge at this point, I have no exit.  I

22   do not know the layout of the U.S. Capitol.  I do not know

23   this area I'm in.  All I know is that I'm in an alcove-like

24   structure, and I had no knowledge there was a stairwell

25   behind me.  I thought we were just pretty much surrounded in

1    a small area with a bunch of officers.  And if we don't

2    establish a line now, we're not getting out of it.

3         So it was just try to get shoulder-to-shoulder

4    with some people and hold back what was -- reestablish what

5    is left of a line.

6    Q.  So in those moments as you're backing up, what did you

7    think was behind you?

8    A.  Hopefully just other police officers.  But there's other

9    protesters.  I just thought it was a wall, that we were

10   going to be on a lower level with a wall behind us and a

11   crowd of thousands in front of us and it was just going to

12   be what we're going to do then.

13        But you'll see as the video progresses that I get

14   up to an upper level.  I do not think I had access to that

15   area.  I thought I was -- we came in on the lower level.  I

16   thought that's where we are.  We'll hold this here until we

17   do something about this crowd.

18        But I didn't think we were going to be -- I didn't

19   think I had access to any other area certainly.  Once this

20   line folded, I thought I was trapped.

21        MS. BOND:  Would you continue.

22        (Whereupon, segments of Government's Exhibit No.

23   232.10 were published in open court.)

24        MS. BOND:  Actually, stop it there.

25

Mastony - DIRECT - By Ms. Bond

1    BY MS. BOND:

2    Q.  So on the lower right-hand side of this screen, do you

3    see things leaning up against that wall there?

4    A.  Yes.

5    Q.  What are those?

6    A.  So those are full-body riot control shields.  They do

7    not belong to the Metropolitan Police Department.  And so

8    they weren't -- they have the Capitol insignia, which tells

9    me they're Capitol shields.  MPD or CDU 42 did not bring

10   shields in.  We did not have no shields.  But I used a

11   shield at many points during that day since Capitol Police

12   had them around.

13   Q.  Do you know where they came from?

14   A.  I don't know how Capitol Police deployed them or staged

15   them.  I just -- in sequences throughout the day, as events

16   unfold, I get my hand on Capitol shields.  And so they're

17   around.

18           I don't know the source of them.  I know they

19   weren't MPD shields.  I just know that those right there are

20   Capitol shields.  I have trained on the same design of

21   shields, so I'm familiar with it, how to use it.  So when

22   someone hands it to me, I'm going to use this.

23   Q.  To your knowledge, does MPD have these rectangular

24   shields?

25   A.  We do, but those aren't MPD shields because we don't put

1    the Capitol Police Department crest on ours.

2    Q.  So before we play the rest of this --

3              MS. BOND:  May I approach the witness, your Honor?

4              THE COURT:  You may.

5    BY MS. BOND:

6    Q.  I'm showing you what's already been admitted as

7    Exhibit -- I believe it's 801.

8              MS. AKERS:  Yes.

9    BY MS. BOND:

10   Q.  Do you see this?

11   A.  Yes.

12   Q.  Could you hold this for a second?

13   A.  (Witness complies.)

14   Q.  Thank you.

15             Is this the type of shield that you were using

16   that day?

17   A.  Yes.

18   Q.  And is it similar to what was out there that the Capitol

19   Police had provided?

20   A.  Yeah.  You'll hold it like this.  You brace it against

21   your leg like this.  It protects you in a greater degree

22   from your head to your toes than, say -- you'll see in the

23   video circular shields, which MPD does not use at all.  Just

24   Capitol.

25             Then we make a smaller shield that's kind of

1   more -- certified to put in the trunk of a police car, just

2   shorter, with, like, one bar on it.

3           And this also has the ability, which I never

4   utilized during that day, to lock in with shields of a

5   similar type.  You take this shield and you put it with a

6   shield that looks exactly like it, put it in here and then

7   you close it.  And then you have two shields that are

8   mechanically linked.

9   Q.  And the reason why you didn't use it in that way that

10  day?

11  A.  Too dynamic of a situation.  Didn't think to do it.

12  Q.  Were you aware they could be used in that way?

13  A.  I was aware, but only later did I think it would have

14  been a good idea to do that.  But yeah.  Not at the time.

15  Q.  Thank you.

16          (Whereupon, segments of Government's Exhibit No.

17  232.10 were published in open court.)

18          MS. BOND:  Pause it there.

19  BY MS. BOND:

20  Q.  So we saw a lot of what was happening.  But how would

21  you describe the crowd at this particular point?

22  A.  It's actively assaultive.  The line is under assault.

23  The unit cohesion of our platoons is gone.  I'm just pretty

24  much shouting at guys in uniform.  I don't know their names.

25  They're not my platoon.  We've got to get a line going.  I'm

1    just trying to physically be present.  And now I'm just a

2    cog in the line.  I'm establishing the line.  They can't

3    come down these stairs.

4           Here's me.  We're getting our own munitions used

5    on us.  The spray that was just used on me is one of our

6    46s.  You can tell:  There's no dye on it.  And the guy was

7    holding a shoulder-mounted OC spray, so clearly when the

8    line collapsed we lost some.  So we're getting sprayed with

9    our own stuff now.

10   Q.  What do you mean you lost --

11   A.  I believe some of our equipment throughout the course of

12   the day gets overrun by the crowd.  This particular spray

13   that you take in, again, I referenced the difference between

14   red spray and clear spray.  You're getting us with non --

15   this is non-dyed spray from a guy with a shoulder-mounted

16   46.

17          I don't know for a fact that they are not

18   commercially available, but I don't believe they are.  And I

19   didn't see anybody carrying them prior to our line getting

20   overwhelmed until this guy appeared after our line collapses

21   and sprays my shield down with OC spray.

22   Q.  In your 12 years of experience, have you ever seen a

23   police line collapse like that?

24   A.  No.

25   Q.  Had you ever seen a police line fail at all?

1    A.  No.  In 12 years in the Metropolitan Police Department,

2    a police line has not failed to my knowledge through members

3    and going through training for 12 years.  We've never

4    recounted a story in the history of the Metropolitan Police

5    Department where a line has failed in such a manner.

6            We've withdrawn lines:  There's too many people

7    here; we can't hold this; let's pull it back.  We've never

8    had a line fail like this.

9    Q.  Now, you had talked about backing up and believing in

10   those moments that you might have been trapped.

11           So what were you trying to do as you're backing

12   out?

13   A.  Make a smaller line.  So we had a large line going.  And

14   even with the reduced number of those officers, in my mind,

15   I'll just hold.  Even though it's not -- it doesn't really

16   do anything, it will just protect me and the people behind

17   me.

18           Form a line from half the alcove.  If the whole

19   thing is one big alcove, I'll get half.  I'll start a line

20   in the middle.  And that little wall that you saw me

21   pointing off to the right -- off to the right and other

22   officers coming up, my idea was -- poorly executed -- was to

23   move all those officers up and establish a line at that half

24   wall, a physical barrier with officers behind it.  And that

25   way, we could hold it until we figured out what to do,

1    whether it was break out or stay there indefinitely.

2    Q.  Were you successful in establishing that line?

3    A.  Nope.

4    Q.  So you talked about believing that you may have been

5    trapped.  Why was that a concern?

6    A.  I did not have a desire to be trapped behind that crowd.

7    I did not know what the outcome would be or how I would get

8    out if I was enclosed in there.

9          And I would also be completely ineffective.  I

10    would not be able to go anywhere to assist anybody else.  I

11    would not be able to do anything.  They would have

12    essentially contained a large portion of our civil

13    disturbance response to what's going on.  We were pretty

14    much one of the last platoons that's working day work that's

15    going in there.

16          And outside of, again, draining the districts to

17    come in and work, we were the last on-call reserve to come

18    in.  So there's nobody else coming to get us.  If we get

19    stuck in there, that's where your CDU assets are, in that

20    little cut-off corner on the side of the Capitol, not doing

21    much.

22          MS. BOND:  Playing Exhibit 232.11.

23          (Whereupon, segments of Government's Exhibit No.

24    232.11 were published in open court.)

25          MS. BOND:  Stop it there.

Mastony - DIRECT - By Ms. Bond

1    BY MS. BOND:

2    Q.  Are these the moments you were just describing where you

3    guys are being pushed back against --

4    A.  Yeah.  We're being pushed back.  This is where I thought

5    at this point, I do believe I know that there's a stairwell

6    where we're getting out.

7    Q.  Okay.  How did you learn about this stairwell?

8    A.  Just by either turning around or saying that, "Hey,

9    we're pulling back."  My radio at this point, I'm either not

10   listening or the ear mic is out of my ear.  So I'm not

11   hearing transmissions.  I'm aware that a transmission got

12   made to pull back to the upper deck.  But at this point, I

13   have not heard that transmission.  I'm just realizing that

14   there is something behind me, officers going in it; and

15   presumably, that's my exit.  So I'm -- my plan was, at this

16   point, was hold as long as I can on the bottom level and the

17   last man up.

18   Q.  Were you the last man up?

19   A.  No, I was not.  But close.

20   Q.  Do you know how many other officers were still out there

21   when you went up?

22   A.  A handful.  I know Sergeant Brian Peeke was the last man

23   up.

24           MS. BOND:  So playing -- we'll just play a few

25   seconds of 232.12.

1          (Whereupon, segments of Government's Exhibit No.

2     232.12 were published in open court.)

3          MS. BOND:  Stop it there.

4     BY MS. BOND:

5     Q.  So when you get to the top of these stairs, what were

6     you thinking at that point?

7     A.  So again, I was one of the last guys up.  I get to the

8     top of the stairs.  I immediately realized that there is no

9     semblance of a line up here, that it did not get

10    reestablished.  The officers have gone somewhere else.  So I

11    am -- I had a crowd of thousands beneath me.  I have one way

12    up that I'm aware of from where they are to where we are.

13          And so I thought:  It's a narrow stairwell.  You

14    can only fit two guys at a time up here.  I can -- give me a

15    handful of guys.  I can hold this.

16          So I tried to hold right here on the stairwell.  I

17    am not at this time observing these people who are on the

18    upper part above me here.  I think that when I get to this

19    point, in my mind, everybody on this level is cops.  I do

20    not realize that the rioters and crowd have assumed above me

21    as well.

22          So even in this position, I'm vulnerable from any

23    number of points.  But I don't see it at this moment.  And

24    so I attempt to get some officers together and hold the

25    stairwell to keep the crowd from getting up to us.

 1    Q.  Where we've got this clip at right now, timestamp

 2    14:37:50, is this on the lower west terrace?

 3    A.  So again, I'm not good at Capitol geography of anything.

 4    To my knowledge, again, this is the west side of the

 5    Capitol.  It's been referred to as the lower terrace.  I

 6    don't know if this is the lower terrace or if what I was

 7    just on was the lower terrace.  But in general, this is the

 8    area I believe you're talking about.

 9    Q.  Fair enough.

10          In these moments, are you aware of any other

11    civilians or non-officers on the stairs?

12    A.  I can see in this video that they're there, but I am not

13    aware of them.  As this video is recording when I'm present

14    in this moment, I think that everybody on my level right now

15    is a police officer and the only way for anyone else to get

16    to me is through the stairwell I just came up.

17    Q.  So you talked about wanting to hold that stairwell.  How

18    long did you try to hold the stairs?

19    A.  A few minutes before it became -- I became aware of

20    these people around me, that this is clearly not the only

21    way up, that I've got rioters coming in every direction and

22    that me standing here with five officers to hold a stairwell

23    is absolutely meaningless.

24    Q.  And where did you go when you realized that holding the

25    stairs wasn't going to be effective?

```
 1    A.  I went into a hallway that entered the Capitol Building.
 2              MS. BOND:  So playing Exhibit 232.13, starting at
 3    timestamp 14:38:55.
 4              (Whereupon, segments of Government's Exhibit No.
 5    232.13 were published in open court.)
 6    BY MS. BOND:
 7    Q.  So before we talk about this hallway, are you familiar
 8    with Officer Bronson Spooner?
 9    A.  Yes.
10    Q.  How do you know him?
11    A.  He's an officer assigned to CDU 42.
12    Q.  In that video clip we just saw, was he standing near to
13    you on the stairs as you headed into the tunnel?
14    A.  Yes.
15    Q.  Was he wearing a body camera that day?
16    A.  Yes.
17    Q.  Would it have been on?
18    A.  Yes.
19    Q.  How do you know?
20    A.  Unless he turned it off or it got turned off in a
21    scuffle, it would have been on.
22    Q.  And have you had a chance to view his body-worn camera
23    footage in preparation for today?
24    A.  I believe I have.
25    Q.  Is it fair and accurate, to the best of your knowledge?
```

1    A.  Yes.

2              MS. BOND:  The Government moves to -- I can -- we

3    can display them for him.  It's Exhibits 235 and 236.  We're

4    ultimately asking to move them into evidence as well.

5              THE COURT:  Without objection, 235 and 236 are in.

6              Are you also seeking the subcomponents?

7              MS. BOND:  Yes, please.

8              THE COURT:  235 and 236, including their

9    subcomponents, are in.

10             (Whereupon, Government's Exhibit Nos. 235 and 236

11   were entered into evidence.)

12   BY MS. BOND:

13   Q.  So in the end of the last clip we just watched, I

14   believe you called it a hallway that you were walking to.

15   Is that the word you used?

16   A.  Yea.  Hallway, tunnel.  We referred to it mostly as the

17   tunnel for us.

18   Q.  Do you have any idea where that tunnel went?

19   A.  Where it went?  I determined later where it went.  At

20   the time, I had no idea except for into the Capitol

21   Building.

22   Q.  And when you entered that tunnel, what was your plan?

23   A.  Pretty much figure out what the plan was once I was

24   inside; and hopefully, they didn't get in after us.

25   Q.  And as you entered, were the doors still functioning?

1     A.  Yeah.

2     Q.  Did you see anything broken on the doors?

3     A.  Not yet.

4     Q.  Do you know if anyone from your platoon actually made it

5     into those doors with you?

6     A.  Yeah.  Half of our platoon, half of the officers in our

7     platoon, made it into that hallway.  The other half ended up

8     on the upper deck of the outside of the Capitol.

9     Q.  Who do you remember getting into the tunnel with you?

10    A.  Myself, Lieutenant Hackerman, Sergeant Brian Peeke,

11    Sergeant Joseph Austin, Sergeant Jim Park, and then

12    officers -- Officer Abdi was there, Chad Curtice, David

13    Pitt, Daniel Hodges, Bronson Spooner, Jessie Leasure,

14    Carlton Wilhoit.  There were one or two others.

15    Q.  Was it unusual for a platoon to be split like that with

16    half in the tunnel and half on the upper deck?

17    A.  Yeah.  We ceased to have -- since the beginning of this,

18    once we marched in, we had no unit cohesion as a platoon.

19    It was just who I recognized to be part of my platoon.  And

20    I had some of them at points and I had others at others.

21          So yeah.  I've never been -- in 12 years, I've

22    never been on a platoon that was unintentionally split, not

23    divided into squads, "This squad go with Sergeant Peeke;

24    this squad go with Sergeant Park," unintentionally divided

25    in such a manner that you have no knowledge of where anybody

1    else is.

2    Q.  So as a leader, was that a concern for you then?

3    A.  Yes.

4    Q.  Why?

5    A.  I do not have any accountability of my officers.

6           So Lieutenant Hackerman is a good lieutenant.  He

7    had been a lieutenant for a matter of weeks at the point he

8    was promoted.  He had been on a CDU -- on two deployments

9    one other time, and that was the day before.  Our deployment

10   started on January 5th.  That was his first day.  Day 2 was

11   January 6th.

12          I was a sergeant with the same platoon.  I was

13   with it when it was formed in 2017, so I had been on it at

14   that time for five years.  I knew every officer there.  So I

15   had some responsibility above just my seven squad members.

16   Lieutenant Hackerman would do the best he can, but he

17   doesn't know everybody.  I'd know every single one of these

18   people.  When he'd call -- when I'd call out a name, I know

19   who it is.  Or if I see somebody, I know who it is.  So I

20   felt overly responsible for all 25 officers I led into that

21   situation.

22   Q.  So once you and half of your officers made it into that

23   tunnel, did anyone else take on a leadership role at that

24   point?

25   A.  So yeah.  There was a commander.  Ramey Kyle was

1    present.  Yeah.

2              And then there was also an academy sergeant, Paul

3    Riley.  Paul Riley trained me at the academy in use of force

4    and on the range when I was in the police academy 12 years

5    ago.  He is more experienced easily as a sergeant than I am.

6    He did not have a mask on.  I knew exactly who he was.  I'm

7    like:  It's hit the fan.  I am not the most senior person

8    here.  Paul Riley, he is a use-of-force expert on the

9    department.

10             I went up to Riley.  "Riley, what do we do?  Where

11   are we putting our line?"

12             Riley told me, "We're holding right here.  We're

13   holding these doors."

14             I yelled out for 42.  At this point, you just have

15   a ramshackle group of officers.  It's only -- nobody knows

16   each other's names.  There's not a lot of commands.  And

17   going for unit cohesion, I have -- I see a few 42 officers.

18   "42, get in a line."  Spooner, Leasure, Wilhoit, they all

19   get next to me.  We form a shield line inside the door.

20   Q.  So the things that you did to keep people out, we've got

21   you making a shield line at the door.  Did anyone lock the

22   doors?

23   A.  Yeah.  The doors were locked.

24   Q.  Anything else?

25   A.  So from my actions at that time, we assembled a line

1    behind the doors.  The doors were locked.

2              I do not know this for a fact.  I do not know U.S.

3    Capitol procedures.  My understanding from Ramey Kyle

4    speaking to me and telling me what he did is he told the

5    Capitol officer to lock down the doors, which was less than

6    I was hoping for when I have determined that that was the

7    full lockdown that that area was capable of.  But those

8    doors were apparently as secure as U.S. Capitol could make

9    them to my understanding from being told by the commander

10   present.

11   Q.  That was --

12   A.  Ramey Kyle.

13   Q.  Kyle.  Thank you.

14             Did the rioters eventually try to breach that

15   door?

16   A.  Yes.

17   Q.  What do you remember about that initial breach?

18   A.  The first door got breached almost immediately.  The

19   second door held a little bit.  I believe Sergeant Bogner

20   sprayed some OC spray out there.  He tried to get them back

21   with some OC spray out the door.  He closed that door.  I

22   believe that door was then locked.  But then that door came

23   very quickly open and a gentleman came in and gave some sort

24   of speech which was unintelligible or I didn't care to

25   listen to what he was saying.

1          MS. BOND:  Playing Exhibit 232.14, starting at

2     timestamp 14:41:45.

3          (Whereupon, segments of Government's Exhibit No.

4     232.14 were published in open court.)

5     BY MS. BOND:

6     Q.  Where this clip ends here, it looks like there are a lot

7     of bodies pressed together.  Is that right?

8     A.  Yes.

9     Q.  Is that because of where you wear your body cam on your

10    chest?

11    A.  Yes.  So the body camera is worn, like, down by the

12    breastbone.  So you have eye level what I'm actually seeing.

13    And then down by my chest is where the body-worn camera is,

14    about the breastbone.  So about a foot under my eye level is

15    where the body-worn camera sits on an extended clip.  And

16    that's where it hangs, essentially.

17    Q.  What were you experiencing in those moments where we

18    just see body on body?

19    A.  I was pressed in between two unmovable forces,

20    essentially, to the point of incapacitation.  I could not

21    move my arms; I could not move forward; I could not move

22    back.  So pretty much I have a plastic shield in front of

23    me.  My arms are pressed in like this.

24          I have the whole crowd trying to come through the

25    door pressed up against me and I have every officer who was

1   able in the hallway behind me pressing in the opposite

2   direction.  We pretty much just clogged the hallway,

3   shoulder to shoulder.  As long as we stay here, they can't

4   get past us.  That's where we were.

5   Q.  So I want to focus on the time period between 2:40 p.m.

6   and 3:20 p.m.  Were you continuously in that tunnel the

7   whole time during that time period?

8   A.  I believe so.

9   Q.  And in general, how would you describe what was going on

10  during that time period?

11  A.  Essentially what I've just described, of a large crowd

12  trying to push its way in.  MPD is forming a crowd on the

13  opposite side, trying to keep them out.  And just me in the

14  middle.  Sometimes I'm a few officers back; sometimes I'm at

15  the front; sometimes there's a break and we have some

16  distance between me and the crowd.  And, you know, strikes;

17  some other stuff is available.  But in general, I'm pressed

18  somewhere in one of those circumstances.  I'm either in the

19  front or in between some officers getting crushed from

20  either side to the point where, you know, I'm just being

21  moved.

22          I'm not intentionally trying to go to the right of

23  the hallway.  That's just where I'm going.  I'm not

24  intentionally trying to go to the left.  Wherever the crowd

25  surges or is moving in that point, I'm just going along for

1   the ride.  I don't have much ability to do anything.  I've

2   got a shield in front of me.  Both my hands are occupied.  I

3   cannot strike.  I cannot use OC spray.  I can't do pretty

4   much anything.  I'm just in it.  As long as I stay there,

5   they can't move past me.

6   Q.  Did you or any other officers try to give orders to the

7   rioters?

8   A.  To my knowledge, at this point, I did not try to give

9   any verbal orders in this time sequence to people.  To my

10  mind, I felt like we were beyond that.  I wasn't getting any

11  compliance through asking people to leave at that point.

12  Q.  Okay.  I'd like to draw your attention to just a few

13  moments of your body-worn camera footage.

14          MS. BOND:  Moving to Exhibit 232.15, which is

15  timestamped 14:48, please.

16          (Whereupon, segments of Government's Exhibit No.

17  232.15 were published in open court.)

18  BY MS. BOND:

19  Q.  Now, did you hear someone yelling "Move back" and "Push"

20  in that clip?

21  A.  Yeah.  I actually believe that's me.

22  Q.  And what were you trying to accomplish in that moment?

23  A.  I was trying to push the crowd back.  During this -- and

24  I go back in the hallway at least one other time, separate

25  from this particular event.  And again, in the sequence of

1    that, I'm frequently -- I recall yelling "MPD, push" as in

2    getting the officers behind me to push forward.

3                 MS. BOND:  Moving to Exhibit 232.16 at timestamp

4    14:53:30.

5                 (Whereupon, segments of Government's Exhibit No.

6    232.16 were published in open court.)

7    BY MS. BOND:

8    Q.  During this time, between 2:40 and 3:20, did the rioters

9    ever relent?

10   A.  Yeah.  They never relented as far as leaving the

11   hallway.  But there were definitely, like, breathers that

12   both sides took because we couldn't physically take that

13   amount of exertion.

14               So occasionally, the crowd would separate enough

15   from what you just saw where you're standing apart.  I'm not

16   moving forward anymore because I'm burned; and they're not

17   coming at me, I assume, for the same reason.  Just --

18   there's only so much physical exertion you can go through in

19   a period of time.

20               So yeah.  That's what you see there.  I'm not

21   trying to advance the line.  I'm not retreating.  But

22   I'm just:  "You're not going to be pushing on me for a few

23   minutes?  I'll take it.  I'm just going to stand here."

24   Q.  Now showing you clip 232.18, which is timestamped

25   15:07:30.

1          (Whereupon, segments of Government's Exhibit No.

2     232.18 were published in open court.)

3          MS. BOND:  Pause it.  Well, maybe go one extra

4     second.

5          (Whereupon, segments of Government's Exhibit No.

6     232.18 were published in open court.)

7     BY MS. BOND:

8     Q.  This individual who's standing right in front of you, do

9     you have any idea who that is?

10    A.  Outside of being a United States Capitol police officer,

11    I don't.

12    Q.  And do you see his hand on the wall in front of you?

13    A.  Yes.

14    Q.  Okay.  So I want to skip over to a new exhibit, but I

15    want to keep in your mind this is timestamp 15:07:41 with

16    that gentleman's hand on the wall.

17          MS. BOND:  If you could pull up Exhibit 301, which

18    has not yet been admitted, and move exactly to timestamp

19    16:47.

20          (Whereupon, segments of Government's Exhibit No.

21    301 were published in open court.)

22          MS. BOND:  Now play for about five seconds there.

23          (Whereupon, segments of Government's Exhibit No.

24    301 were published in open court.)

25          MS. BOND:  Stop.

1    BY MS. BOND:

2    Q.  Sergeant, do you see yourself in that clip?

3    A.  Yes.

4    Q.  And can you -- I believe you can draw on the screen.

5    Can you circle on the screen where you see yourself?

6    A.  This guy right here.  You see the badge over his heart

7    and then that's my right arm.

8    Q.  How do you know that's you?

9    A.  So like I explained, with the hard gear platoons,

10   there's two hard gear platoons present at the Capitol at

11   this point.  This is an MPD officer, the one I circled,

12   wearing an MPD uniform with the outer vest.  He's got a gold

13   badge on and he's got a Taser mounted.  That means he's a

14   sergeant.

15          I wear the same sequence of events.  I'm also

16   left-handed.  That's a small percentage of the population,

17   not a lot of the department.  This person who I believe -- I

18   know it's me -- does not have a gun on his right-hand side,

19   because my gun's on the left.  The Taser is -- at this

20   point, I don't have my Taser, but it's mounted on my chest,

21   a cross-hand draw from the left-hand side.

22          Additionally, he's wearing rapid response.  It's

23   one of only two platoons there wearing this, so he's a

24   sergeant with a rapid response platoon.  Platoon 12, the

25   other CDU rapid response team there, had a full suit over

1    their uniform because they did not get dressed in the

2    street.

3              So this guy's wearing his pads on the outside.

4    He's wearing an MPD uniform.  He's left-handed, a sergeant,

5    Taser.  And he's wearing a ninja glove -- he's wearing a

6    glove that has a forearm protector attached to a leather

7    glove.  We issued that 20 years ago.  I continue to wear it

8    because it's a glove and a forearm protector.  It's not two

9    separate things.  I couldn't wear it after that day, but

10   that day I was wearing it.

11             All those circumstances:  That's definitely me.

12   Q.  So you would say you're pretty confident that's you

13   there?

14   A.  Yeah.

15   Q.  And have you had an opportunity to watch this video that

16   you just identified yourself in?

17   A.  Yes.

18   Q.  And is that a fair and accurate depiction of what you

19   observed in the tunnel that day?

20   A.  Yes.

21             MS. BOND:  The Government moves to admit Exhibit

22   301 and all of its derivatives.

23             THE COURT:  Seeing no objection, 301 and it's

24   components are admitted.

25             (Whereupon, Government's Exhibit No. 301 was

 1    entered into evidence.)

 2              MS. BOND:  Now, Mr. Clements, would you be willing

 3    to push the video back to 16:45?

 4              (Whereupon, segments of Government's Exhibit No.

 5    301 were published in open court.)

 6              MS. BOND:  Pause it there.

 7    BY MS. BOND:

 8    Q.  Do you see that individual's hands on the wall there

 9    holding the baton?

10    A.  Yes.

11    Q.  Does that moment there at timestamp 16:48 -- does it

12    correspond with what we were just looking at in your body

13    cam at 3:07 with the gentleman's hand on the wall?

14    A.  Yes.

15              MS. BOND:  So I'm going to play until -- from this

16    moment until timestamp 19:02.

17              (Whereupon, segments of Government's Exhibit No.

18    301 were published in open court.)

19              MS. BOND:  Clear the screen.  Pause it.  Forgive

20    me.  Go ahead.

21              (Whereupon, segments of Government's Exhibit No.

22    301 were published in open court.)

23              MS. BOND:  Pause it there.

24    BY MS. BOND:

25    Q.  Now, before you discuss this --

1          MS. BOND:  If Mr. Clements would be willing to

2     bring up Exhibit No. 301.7, which is a screenshot of that

3     video at timestamp 17:17.

4          MR. LOPEZ:  Your Honor, it's difficult to hear her

5     when she's away from the microphone.

6          MS. BOND:  I'm so sorry.

7          (Whereupon, segments of Government's Exhibit No.

8     301.7 were published in open court.)

9     BY MS. BOND:

10    Q.  So pulling up Exhibit 301.7, it's a screenshot from the

11    same video at timestamp 17:17.  Now let's see if I can

12    circle this.

13         Did you see where I circled right there?

14    A.  Yes.

15    Q.  Do you remember that individual from that day?

16    A.  Yes.

17    Q.  And what do you remember about him?

18    A.  So if you watch the video, you'll see at a point there's

19    two shields in between us.  He's got one shield facing me.

20    There's another shield.  I'm not sure who's holding it at

21    that point, it's but oppositely oriented, a shield facing a

22    shield.  So two layers of shields.

23         There comes a point -- again, I described it --

24    where I don't have the ability to hit people at some point,

25    where I'm just there.  My arms are tied up by a shield or

1    whatever it might be.

2            So I do recall at this point I had a

3    back-and-forth with this gentleman.  I don't remember

4    exactly what he was saying.  But the essential was, he was

5    trying to ingratiate himself, negotiate himself to, "Hey,

6    let us pass.  We're on your side.  You're on our side.  You

7    should let us go.  You should let us past you into the

8    Capitol."

9            My only response was:  "F" you.  That's kind of

10   it.  He was saying a few things.  I told him:  "F" you.

11   It's memorable because it's really the only time I lost my

12   temper verbally with the crowd where I wasn't trying to,

13   like, "Hey, sir, I'm not letting you past.  Get back."  It

14   wasn't reasoned.  It was just me yelling "F" words at this

15   gentleman.

16           Part of that whole interaction was during the

17   shield pressing, this guy was using his arm to come around

18   the shields.  Again, we did not have a lot of ability to

19   stop, use our arms, strike the crowd.  And he was clawing at

20   the face of the Capitol officer who was in front of me.  I

21   told that Capitol officer, "If he brings his hand around

22   again, I'm going to break it."

23   Q.  Now, the face that he was clawing at, was that the same

24   individual who had his arm up at 3:07?

25   A.  It was the Capitol officer in front of me.  Yes.

1    Q.  Thank you.

2          Pulling up exhibit -- before I move on, do you

3    remember anything else about what this individual was saying

4    that day?

5    A.  Saying?  No.

6    Q.  Anything else about what he was doing that day?

7    A.  No.

8          MS. BOND:  So pulling up Exhibit 441.  And would

9    you be willing to start it at exactly six seconds?

10          (Whereupon, segments of Government's Exhibit No.

11    414 were published in open court.)

12          MS. BOND:  I've been corrected.  It's Exhibit 414.

13          (Whereupon, segments of Government's Exhibit

14    No. 414 were published in open court.)

15          MS. BOND:  Stop it right there.  Go back to six

16    seconds.

17    BY MS. BOND:

18    Q.  Sergeant, do you see yourself in that clip?

19    A.  Yes.

20    Q.  And have you watched the entirety of this video?

21    A.  I believe at points I have watched the entirety of this

22    video.

23    Q.  And is -- does this video overlap with the same time

24    period in the tunnel where you were there?

25    A.  Yes.  Not the same moment, but approximately the same

 1    time period of the first time I was in the tunnel.

 2    Q.  And is it a -- is the video a fair and accurate

 3    depiction of what you experienced while you were in the

 4    tunnel that day?

 5    A.  Yes.

 6              MS. BOND:  The Government moves to admit Exhibit

 7    414 and all of its derivatives.

 8              THE COURT:  Without objection, 414 and its

 9    components are in.

10              (Whereupon, Government's Exhibit No. 414 was

11    entered into evidence.)

12              THE COURT:  Why don't we take about a ten-minute

13    break.

14              Sergeant, I'll ask you not to discuss the contents

15    of your testimony with anyone over the break.

16              THE WITNESS:  Yes, sir.

17              (Thereupon a recess was taken, after which the

18    following proceedings were had:)

19              THE COURT:  Ms. Bond, you may resume.

20              Sergeant, I'll remind you you're still under oath.

21              THE WITNESS:  Yes, sir.

22              MS. BOND:  Thank you.

23              At this point, I would like to play in full

24    Exhibit 414, which is a six-minute video.

25              (Whereupon, Government's Exhibit No. 414 was

1    published in open court.)

2    BY MS. BOND:

3    Q.  So was that exhibit recorded between approximately 3:02

4    and 3:08 p.m.?

5    A.  Yes.

6    Q.  And other than what we've just seen in that video, do

7    you have specific -- any specific recollections about those

8    minutes?

9    A.  Really, just what you're seeing in the video.  In the

10   video, I'm in -- as from the video's perspective, I'm in the

11   left-hand side of the screen against the wall.  So pretty

12   much what you see:  Pushing, pulling, getting a lot of push

13   on.  I remember Sergeant Park deploying his Taser to my left

14   during this whole event, which you see on the video.  But

15   pretty much, there's nothing I haven't described already in

16   the course of what's going on in the hallway over this

17   period of time.

18   Q.  Okay.  Moving forward, then, to approximately 3:11 to

19   3:12 p.m., I'd like to pull your body-worn camera back up to

20   Exhibit 233.1, which is going to be at timestamp 15:11:42.

21   As it is played, I'll ask you to listen in particular.

22              (Whereupon, segments of Government's Exhibit No.

23   233.1 were published in open court.)

24   BY MS. BOND:

25   Q.  At approximately 15:12:15, did you hear someone scream?

1    A.  Yes.  So it's difficult in this recording.  But I

2    believe this is the recording of Daniel Hodges screaming

3    "Help" during what's going on in the videos.

4    Q.  Now, when you say you believe that, why do you believe

5    that?

6    A.  So I do not recall at the time hearing Daniel Hodges

7    scream for help.  There was a lot going on, a lot of people

8    screaming.  In the time since when I've reviewed the

9    videos -- I know Daniel Hodges, have known him for five

10   years.  I know what he sounds like.  And then adding to the

11   additional fact is I know from video recordings of what

12   happened to him there.  That is how I know this point in

13   time to being where Daniel Hodges was screaming for help.

14           Yeah.  I don't have anything more precise for it,

15   but I didn't recognize it at the time.  And then when I was

16   provided a good recording with -- you know, I can tell that

17   Daniel Hodges is screaming for help in a video recorded on

18   my chest.

19   Q.  So based on your knowledge of him and the knowledge of

20   this video, is it your belief that around that timestamp,

21   3:12:15, is when you hear Officer Hodges screaming?

22   A.  That's my belief.

23   Q.  Moving on to approximately 3:18, did there come a time

24   when law enforcement was finally able to push that first

25   wave out of the tunnel?

1    A.  Yes.

2    Q.  Okay.  So describe to me how that happened.

3    A.  So pretty much just by momentum.  We got enough officers

4    behind us to push out; and at some point, the crowd had

5    eased enough that the way I measured the tunnel of what it

6    was, you have the initial entry point; then you have a first

7    set of double doors; then you have a second set of double

8    doors; and then you have a metal detector after the second

9    set of double doors on the way in, and you have access to

10   all avenues of the United States Capitol after that.

11        The last stand is the metal detector.  If you see

12   us by the metal detector, it's gone almost wrong.  We barely

13   have any room left to push back.

14        And at some point during this, we do manage to get

15   the line pushed all the way back up to the entry of the

16   hallway.

17        Going outside the hallway quickly becomes

18   problematic.  The entire outside of where I came in has

19   been -- above, around, all of it is now owned by the

20   rioters.  If an officer goes out there, he is now covered

21   from every angle except for directly behind him by someone

22   else who may want to hurt him.

23        So my perspective was, I'm not going past that

24   threshold.  And I feel that almost all of the officers who

25   came to that threshold made the same determination.  We were

1    coming about four or five -- a shoulder up to that

2    threshold.  And we did not cross it.  We held there.  And we

3    held that for as long as we could until we got pushed back,

4    pushed forward, and on and on for two hours.

5    Q.  And that threshold that is behind you is the covered

6    portion of the tunnel and in front of you is the open plaza?

7    A.  Correct.

8             MS. BOND:  So playing Exhibit 232.2, which is

9    timestamped 15:18:19.  I'm sorry.  It's 233.2.  I'm so

10   sorry.

11            (Whereupon, segments of Government's Exhibit No.

12   233.2 were published in open court.)

13   BY MS. BOND:

14   Q.  So is this one of those moments where you were able to

15   the rioters back to --

16   A.  Yes.  So in the video itself, you can see it's a

17   prefabricated railing, like a construction railing that's

18   been put up and attached to a plywood box on the corner of

19   the hallway.  So I assume -- I've never been in the hallway

20   except for this configuration, but I assume in general it

21   does not have hand railings and this railing was added.

22            Anyway, as you can see, that railing only exists

23   at the threshold as you go from the covered portion of it

24   outside.  The first set of double doors, it allows you into

25   the interior.  So you're outside in like a breezeway, still

1    covered.  Then you're in the open plaza.  And right before

2    you're in the open plaza, you have that railing you see in

3    my video.  I'm on the left-hand side of the hallway exiting.

4    You see the railing attached to plywood.  So that's where

5    this is going on currently or in that video.

6    Q.  And after that push at 3:18 p.m., did you learn shortly

7    thereafter that an officer had been dragged out into the

8    crowd?

9    A.  So I never at that point -- I never knew how the officer

10   who came to be presented to me got in the condition he was.

11   Q.  Okay.

12   A.  Captain Bagshaw was standing next to me.  He started

13   saying, "Officer down."  I looked down and I had an officer

14   just with a helmet on lying on his face in front of my feet.

15   Q.  Do you recognize the officer?

16   A.  I did not know the officer at the time.  So I just knew

17   he was an MPD officer who was lying face down on the ground

18   in front of me.

19   Q.  So what did you do when you saw the officer in front of

20   you?

21   A.  I picked him up by the -- his vest.  So our vest has,

22   you know, two armholes.  I picked him up by the straps of

23   the vest, lifted up his torso.  And I don't know why --

24   again, hindsight is 20/20 -- I started screaming behind me,

25   "Pull me, pull me, pull me," because everybody -- as the

1    circumstances have played out, all our pressure is going

2    forward out of the tunnel.  So me trying to push backwards

3    is not a successful thing.  And the only thing in my mind at

4    the time to alert them that I needed to get back was to say,

5    "Somebody grab me and pull me" so I can get this guy out of

6    here, because otherwise I'm just trying to push back against

7    them and they don't know why.  They can't see I'm holding an

8    officer.

9             So that's what the circumstance is of me lifting

10   up Fanone, me yelling back, "Pull me."

11            Eventually, an ERT officer who I don't know, who

12   was a much larger man than I, threw one arm around

13   everybody, grabbed who later came to be known as Michael

14   Fanone, grabbed him and helped me spin him around.  I got

15   his legs and the ERT officer pulled him out and I came out

16   behind him.

17            MS. BOND:  So playing Exhibit 233.3, which is

18   timestamped 15:20:28.

19            (Whereupon, segments of Government's Exhibit No.

20   233.3 were published in open court.)

21   BY MS. BOND:

22   Q.  So in addition to pulling Officer Fanone out, did you do

23   anything else to assist him?

24   A.  Sorry.  So I had planned to.  But yeah.  So I took off

25   my helmet to try to get him.  But an officer very shortly

1    came up, like identified himself as his partner, and I went

2    back to doing other things.  The officer's with him.  Okay.

3    That's handled.  Back to the door.

4    Q.  And so did you go back into the tunnel at that point?

5    A.  I'm not sure if I went back at that point.  I spent a

6    little time -- again, I don't know where my body camera

7    picks up and leaves off -- searching for my helmet, finding

8    the wrong helmet, searching again for my helmet, finding the

9    wrong helmet, trying to account for some officers.  And then

10   I don't know if I went right back in then, then came out.

11          So yeah.  I don't recall.  I did go back in after

12   this point.  But whether I went right back in, I don't

13   remember.

14   Q.  About how long did you spend in the tunnel that day?

15   A.  Probably total, maybe an hour and a half.  So I was not

16   in there the entire span of time from coming through the

17   door at 2:40-ish to us breaking out at 5:00.  I took at

18   least one break.  And then I did not return after I think my

19   second or third break for when the officers actually broke

20   out of the tunnel.

21   Q.  Even though you took breaks, were you still there as

22   late as 4:25 p.m.?

23   A.  Yeah.  I think, like, the last time I came out was 4:25.

24   But we didn't -- MPD did not push out of the tunnel until

25   about 5:00.  So by the time of the final pushout, I'm

1    somewhere else in the Capitol trying to gather my platoon

2    up.

3    Q.   Okay.

4    A.   So I'm no longer in the hallway at that point.

5    Q.   So --

6    A.   If my video records the 4:25, that was the last time I

7    was in the hallway.

8    Q.   During the time periods in which you were in there, did

9    rioters ever push back into the tunnel?

10   A.   Yes.  So there were more heave-hos.  There were more

11   times when we were all the way back to the metal detectors.

12   That was not -- the sequence you saw with Mike Fanone, that

13   was not the last time we were fighting in that tunnel.  We

14   managed to get them all the way out and then they got all

15   the way back in at points, all the way back to the metal

16   detectors.

17   Q.   And so would it be accurate to say the clips that we've

18   witnessed between about 2:40 and 3:20, similar things were

19   happening through that whole time period until 4:25?

20   A.   Yeah.  And then to my knowledge, after that.  But just

21   to my personal knowledge of the present, to 4:25.

22   Q.   What made you decide to ultimately leave the tunnel that

23   day?

24   A.   One:  I was completely exhausted.  But everyone was

25   exhausted.  So to that point, I didn't use any kind of

1    excuse.

2              Two:  You know, my helmet was gone at that point.

3    I had -- didn't have my helmet.  I had already taken one

4    pretty good shot with a crutch across the head.

5    Self-preservation was kind of winning out at this point.

6              And then, too, I took the out.  I did not know

7    where my platoon was, and I was probably the person most

8    capable of the command officials in that platoon to know who

9    everybody was and to find everybody to make sure we have

10   everybody accounted for.  So any number of those reasons I

11   used to justify it.  But really, I was burned and I couldn't

12   go back in.

13   Q.  You defended the tunnel for a long time that day.  Did

14   you know while you were in there that other entrances had

15   been breached?

16   A.  No.  I thought we held the Capitol.  I did not find out

17   until later that we did not.

18   Q.  So what was your belief those entire two-plus hours you

19   were in that tunnel?

20   A.  That this was the penetration point, that they were

21   trying to get through this door.  This was my work:  this

22   door.  Like, if I hold this door, then no one's getting in

23   the Capitol.  But at that point, that was all I had.  Like:

24   They're out there.  I'm in here.  As long as I'm here,

25   they're not going to be inside.

1           So I found out later that they did get inside.

2     They did delay the thing.  And I was not pleased for myself

3     or for the events.

4     Q.  When you say not pleased for yourself, what do you mean

5     by that?

6     A.  I viewed it as a failure.  I could not -- it's on our --

7     like, we can't give up that building.  Like, that's not a

8     thing.

9           But, you know, they got in.  They stopped the

10    congressional hearing.

11          And then again, selfishly, by them stopping it, at

12    that point I did not know it was going to continue.  I

13    thought when they told me that they stopped, that Congress

14    is gone, I'm like:  It's just going to happen again tomorrow

15    when they decide, "We're going to do it again" and I'm going

16    to be back in the line tomorrow with, you know, reduced

17    however many officers are left trying to do the same thing.

18    So it was kind of just a low point.

19    Q.  Do you know what time, approximately, officers regained

20    control of that tunnel?

21    A.  To my understanding, about 5:00 is when Virginia State

22    Police came in and gave us the manpower necessary to push

23    out of the tunnel that it was secured.  That entrance was

24    not threatened again.

25    Q.  And once things had calmed down and you were able to

1   take a step back, what did you do at that point?

2   A.  I wandered off the Capitol looking for two lost

3   officers.  So I just wandered about, looking.  Like:  "Are

4   you 4D?  Are you 4D?  Are you 4D?"  Like the district.

5          So I had collected a majority of my platoon in the

6   Capitol Crypt.  We were all there, injured or not.  "Okay.

7   You guys are here."  And there was two people I couldn't

8   find.  So I spent until probably like 8:00 that night just

9   wandering around looking for -- wherever I could find MPD, I

10  was, like, trying to find these two particular officers.

11  Q.  Did you eventually find them?

12  A.  Yeah.

13  Q.  About what time did you find them?

14  A.  Sometime well after dark.  Well, I didn't find them.

15  They returned to the rally point of -- somebody else, you

16  know.  They managed to get in.

17         So by the time I got back to everybody else in the

18  Crypt, those two officers had appeared and I had all my

19  officers.  Nobody was at the hospital.  Everybody was at the

20  Capitol.

21         And then we started figuring out who is injured,

22  who is injured that they have to go, who is injured that

23  they can stay, who is injured that they can't come back

24  tomorrow and then doing all the necessary paperwork that

25  involves the amount of use of force we had and the

Mastony - DIRECT - By Ms. Bond

1    notifications for the injuries and all that clerical stuff
2    that is covered and, you know, the stuff we went through on
3    how to make all the notifications.  So I was doing that
4    until 1:00 a.m. that night.
5    Q.  So were you yourself injured during the course of the
6    day?
7    A.  I did not report injury.  I was bruised, abrased.  I was
8    covered in chemical munitions.  My body was on fire for the
9    next few days.  Face, legs, arms, pretty much anything that
10   wasn't covered by my bulletproof vest was just soaked
11   through.
12            The thing I talked about earlier with us wearing a
13   body suit, because we didn't -- because we got dressed in
14   the street, I did not put that body suit on.  And all the
15   chemical munitions that were used came through my duty
16   uniform.  So all that stuff was on my skin.  Yes.  So eyes.
17   I couldn't wear contacts for a week.  I had -- when I did
18   put them in, I had to use rubber gloves.  It was, like,
19   oil-based.  It was in my hands.  It was everywhere.
20            And then on top of that, I did not -- I had no
21   symptoms according to Google consistent with a concussion,
22   so I did not report a head injury.  I had one big bruise
23   down the front of my head from the guy hitting me in the
24   head with a crutch.  My arms were all bruised up from the
25   push and pull of the tunnel.  But I did not report injury to

1    it.  I did not receive medical treatment for injuries

2    sustained at the Capitol.

3    Q.  Do you know if any of your officers were injured?

4    A.  Yes.

5    Q.  Approximately how many?

6    A.  I believe I completed 14 injury -- 14 injury reports --

7    we call them PD-42s -- for officers.

8    Q.  That was out of 25 you had with you that day?

9    A.  Yes.  That included the officials.  So two of the

10   sergeants were down.  And I believe -- it might have been

11   15, but yeah.  So it was between 11 and 13.  So

12   approximately 14 to 15 injured officers out of 29, 30

13   present.  One lieutenant, four sergeants, five -- yeah.  So

14   of 30 people, 14 to 15 injured.  So about 50 percent were

15   out the next day.

16   Q.  What time did you get out of there that night?

17   A.  1:00 a.m.

18   Q.  And what would your duty schedule have been?

19   A.  We worked -- I'm not sure if we were on tens.  So it

20   was -- I -- yes.  I think we were on a ten-hour tour.  So it

21   would have been 5:00 to 3:00 in the afternoon or 6:00 to

22   4:00, depending on what my start time was.

23   Q.  And other than feeling the burning sensation on your

24   skin, did you have any other lingering effects from that

25   day?

1    A.  No -- yeah.  I -- just to be clear, I don't have -- I

2    had lingering effects from that that lasted a few days.  But

3    I do not have permanent injury based on the United States

4    Capitol.

5    Q.  And the next day, how many of your men were in a

6    position to report to work?

7    A.  I think I had 12 police officers -- I had 12 officers,

8    the lieutenant, me and another sergeant.  So that's --

9    Q.  And should you have had 28?

10   A.  Yeah.  We should have had the whole platoon if we did

11   not go through what we did.  But yeah.  The next day, we

12   reported in with about half strength.

13           MS. BOND:  Thank you.  No further questions.

14           THE COURT:  Sergeant, that was very compelling

15   testimony.

16           Why did this happen?  Why do you feel like kind of

17   for the first time in MPD history a line broke?

18           THE WITNESS:  I --

19           THE COURT:  How did this happen?

20           THE WITNESS:  So again, if you're asking for

21   opinion, I don't have like an official statement for the

22   department.

23           THE COURT:  I'm asking you.

24           THE WITNESS:  So I think we prepared to the level

25   we could.  We had -- it was a full departmental activation.

1    Everybody on MPD was at work.

2              To the point on January 6th, the demonstrations we

3    had worked, it referenced to that political leaning, not so

4    much the antifa and the FTP of the other side of protests we

5    worked.  The problems that we had on, you know, Proud Boys

6    or other associated marches that were supportive of that

7    wing of political view were -- they would come peaceably

8    during the day.  They would walk around.  They would do how

9    the day started.  Nothing surprising.  "Back the Blue, thank

10   you for being out here, we love you," all this stuff, all

11   day long.

12             Night falls.  They wander.  They form into bands.

13   They get melee weapons and go fight the left

14   political-leaning groups that were in the city.  And then we

15   spent our days, our night, just in between the two.

16             So I think our MPD deployment was fine.  Like we

17   were scheduled to ramp up when the sun went down, just like

18   everything over the last six months had taught us to do.

19   This is what they do.  This is going to get violent tonight.

20   So we were scheduled and things.

21             We just happened to be a platoon that was put out

22   without armor and stuff on high visibility to wave at the

23   crowd like everyone expected:  Hey, the police are here, but

24   we're not going to do anything.  We're just going to be

25   here, be present.

1            And the group that was broken up was focused on

2    one thing.  They were not focused on -- you know, I've been

3    on protests before where they get into arguments with each

4    other:  "Let's go to the Department of Labor."  "No.  Let's

5    go to the Federal Reserve."  "Let's go here."  And the

6    groups go in two different directions and then they have

7    half the people protesting.

8            This had thousands of people focused on one target

9    point.  And it was not a sustainable place to hold.  We

10   could not secure the Capitol Building.  It was too big, too

11   unsecurable for the manpower we had to stop what was coming

12   at us that did not have hardly infrastructure for security

13   and we did not have the ability to ramp up our response to

14   the level.

15           In my view, the only thing that could have stopped

16   that crowd short of an impenetrable fence around the Capitol

17   that day would have been a massive collection of ordnance of

18   CS gas where, if we had deployed enough CS gas all at once,

19   those people would have gone home.  Short of that, we were

20   just Band-Aiding it until the line finally broke.

21               THE COURT:  Mr. Urso?

22               MR. URSO:  Thank you.

23                      CROSS-EXAMINATION

24   BY MR. URSO:

25   Q.  Good afternoon, Sergeant Mastony.

1    A.  Good afternoon.

2    Q.  Just following up on the judge's question, you said you

3    had -- you were fully deployed.  The department was fully

4    deployed?

5    A.  Yes, sir.

6    Q.  So -- but didn't you testify earlier that you were not

7    issued munitions?

8    A.  We were not.

9    Q.  And you had been issued munitions back, like, in the

10   George Floyd protests, I think you said, and -- well, at

11   least you said the Trump inauguration?

12   A.  Right.  On other occasions we have been issued munition.

13   We were not issued munition for January 6th.

14   Q.  And certainly that would have helped, if you all had

15   munitions.  Right?

16   A.  It would have.

17   Q.  Do you know who made that decision?

18   A.  No.

19   Q.  And you said -- just now, you were just opining what you

20   think could have stopped it.  CS, you said?  CS gas?

21   A.  In my view, from my perspective, based off the size and

22   violence of that crowd, you had two solutions:  either a

23   hardened structure that was not physically possible for

24   anybody to get in or enough, you know, crowd-dispersal OC

25   spray or CS gas to disperse a crowd in the size of

Mastony - CROSS - By Mr. Urso

1   thousands.

2   Q.  How about if the National Guard were deployed?

3   A.  So I have never been on a CDU deployment where National

4   Guard has been deployed in a manner that I feel could have

5   dispersed what it is.  The National Guard in Washington,

6   D.C., that I have handled, like, deploys on a much smaller

7   scale.

8        I think it would have helped.  I'm not sure

9   that -- I'm not sure how much military force it would have

10  taken to stop that amount of people and what level of force

11  those people would have been authorized or willing to use

12  or their training.  I shouldn't really speak on the National

13  Guard.  I don't know much about that.

14  Q.  Do you think -- how long would it take to put the fence

15  around the Capitol like they did afterwards?

16  A.  Well, so again, I'm just -- you're outside my realm of

17  expertise.  But you would have to find the contractor, find

18  the people to assemble it, have access to the fence.

19        So the White House area at this time was fenced

20  out -- was completely fenced with non-scalable fencing.  But

21  I don't know how much of that is available, if the

22  contract's available to put it up, what kind of legwork it

23  is to get that to happen.  There seem to be a lot of

24  elements in the way to doing that.

25        And then I've been using this analogy a lot in the

1    last years:  We don't have the event to start it at that

2    point.  No one has -- I would think if you had tried to say,

3    "We need to put unscalable fencing around the Capitol" prior

4    to this happening, someone would tell you no, because it's

5    never happened, whereas afterwards the horse has already

6    escaped the barn.  Let's lock the barn door now.

7    Q.  Hindsight is 20/20.  Yeah.

8    A.  Yeah.  You're going outside of my ability to say actual

9    things I know.  But that's what I feel about it.

10   Q.  Thank you.

11        You testified earlier that at some point -- at the

12   time, you didn't realize that there had already been

13   breaches all over the different parts of the Capitol as you

14   were battling and that you said they stopped the

15   certification.

16        Do you know -- did you come to find out around

17   what time that certification process was stopped?

18   A.  I don't know what time it was stopped.  I knew when I

19   found out that it was stopped, and I had no information to

20   believe it would be restarted.

21   Q.  You haven't found out since when it was stopped?

22   A.  I don't know, no, the exact time.

23   Q.  You testified a little bit about shields.  It's

24   Exhibit -- is it 801, that shield?  It's 801.  You felt

25   Exhibit 801.  Did that feel a little heavier than the shield

1    you were carrying on January 6th, 2021?

2    A.  I would say it feels approximately the same weight.

3    It's the same --

4    Q.  Style?

5    A.  Style.  I don't know, you know, specifically if there's

6    a different grade of plastic or anything that felt -- when I

7    picked that up, I did not say, "Oh, this is heavier" or,

8    "Oh, this is lighter."  I would say that that is

9    approximately -- while not being the exact shield, that is

10   the same shield in almost all noticeable aspects to the one

11   I had on January 6th.

12   Q.  And you train -- as part of being in the CDU, you train

13   using shields?

14   A.  Yes.

15   Q.  Is it fair to say shields are defensive weapons,

16   defensive implements?

17   A.  I would say we deploy them to hold an area.  We do not

18   deploy them with the idea that we are going to go

19   offensively and attack or in to disperse a crowd with

20   shields.  If we were going to do a shield line, we are doing

21   it to protect the guy behind the shield and we're trying to

22   hold ground.  I would not -- if I wanted to take ground

23   away, I would not take one of those shields particularly

24   with me.

25   Q.  Unlike, say, a baton, this is not designed to cause

1   injury to another party, correct, a shield?

2   A.  So we do learn shield strikes in the training where you

3   use a shield like this (indicating).  And on this particular

4   day, I did --

5   Q.  I'm sorry.  You mean -- you're motioning forward.

6   A.  To strike with a shield.  The shield I was holding in

7   the manner which we are trained to hold it with our forearm,

8   extend it, our forearm extended through it through a loop

9   and holding the handle.  And we are trained to physically

10  move ourselves forward and use it to push people or strike

11  people out of the way.

12          And then on this day, I did use it in non-training

13  manner by using the blunt end to strike people because, once

14  you're holding a shield, you no longer have access to do

15  anything else or hit people.  And I used it in the --

16  Q.  What do you mean, the blunt end?  You used the edge of

17  the shield?

18  A.  Yeah.  I used the edge, the bottom edge of the shield to

19  strike at least one person.

20  Q.  Is that part of your training or that was just

21  self-preservation?

22  A.  That was what had to be done at that moment.  The use of

23  force continued -- had escalated to the point where if I

24  don't stop this guy assaulting an officer in front of me,

25  something very bad is going to happen to the point of

 1     nearing the force being authorized.  So I decided to hit

 2     that man -- or hit the person assaulting that officer with

 3     the blunt end -- with the edge of the shield.

 4     Q.  Would you agree you were improvising and that's not

 5     anything you're trained to do?

 6     A.  Yeah.  That is correct.  I was not trained to strike

 7     people in that manner with a shield.

 8     Q.  We watched a lot of the video.  Before you made it up

 9     that narrow stairwell up to the second level, we watched a

10     lot of video of you trying to hold the line, you guys

11     holding the line and things like that.  I don't think you

12     described where exactly that was.  I know that was the west

13     side of the building.  But is it fair to say that was sort

14     of on the northern half of the building?

15     A.  So it was definitely on the west side of the building,

16     like the west side proper.  If I was standing on it today, I

17     don't think anybody could confuse me for being on the north

18     side.

19             On the west side, if you draw, you know, four

20     lines or two lines through the Capitol and you put it in a

21     quadrant, it's definitely in the north side of the west

22     area.

23     Q.  Right.  Yeah.

24     A.  So yeah.

25     Q.  Heading towards Constitution Avenue, that half of the

1    building?

2    A.  Correct.

3    Q.  Okay.  And when you got to the west -- inside of the

4    lower west terrace tunnel where we watched -- I'm not sure

5    of the exhibits.  We watched you from the inside.  That's

6    where you identified you heard Officer Hodges screaming.

7    When you got there -- and you got through the inside of the

8    building.  Correct?

9    A.  Yes.  So I entered -- the door that was being contested,

10   that's how I went through.

11   Q.  Oh, you did?

12   A.  I walked in from the outside on the west side.  I walked

13   up that -- the narrow stairwell up to the upper raised

14   platform, that some sort of temporary platform, and then I

15   walked in from the outside.

16   Q.  You're saying the same direction the protesters were

17   coming?

18   A.  Yes.  Then I turned around to face the protesters.

19   Q.  Were there any protesters when you walked in in the

20   tunnel?

21   A.  When I walked in, I don't recall seeing any civilians or

22   non-law enforcement personnel as I came through the tunnel

23   itself.  There were civilians and protesters on the upper

24   deck with me as I entered the tunnel.  But I don't recall in

25   my initial entry seeing any of the protesters.

Mastony - CROSS - By Mr. Urso

1    Q.  Okay.

2          MR. URSO:  Can we play 101.1, please.  Maybe

3    advance it a couple minutes.

4          (Whereupon, segments of Government's Exhibit No.

5    101.1 were published in open court.)

6          MR. URSO:  That's good right there.

7    BY MR. URSO:

8    Q.  Now, if you could look at that, Sergeant.  Do you

9    know -- is that what it looked like when you walked in?

10   Were there other officers going in with you or were you

11   alone?

12   A.  Yes.  There was more officers behind this line.  I

13   assume it's early after the line is broken that this is

14   happening.  So I'm one of the last ones, not the last one,

15   but one of the last ones coming in this direction through

16   this door.

17         MR. URSO:  Keep playing.

18         (Whereupon, segments of Government's Exhibit No.

19   101.1 were published in open court.)

20   BY MR. URSO:

21   Q.  And there's about -- there's a couple or three dozen

22   cops, basically, police officers in that continuing video.

23   Right?

24   A.  Yes.

25   Q.  And they're heading in.  Do you think you're going to

1   be -- show up in this video?

2   A.  Not for a few minutes.  I see a sergeant I helped up the

3   stairs when I'm coming in and he's still down on the deck

4   here.

5   Q.  Do you know why at this point the officers were

6   retreating into the building through that doorway?

7   A.  To my knowledge, officers were getting two directions to

8   move.  There was a contingent of MPD on the southwest corner

9   of the platform above this one where they were and then

10  members were also coming through this door here, so pretty

11  much where I come up in this video in a few minutes.

12          An officer standing on that deck at that time has

13  two decisions:  He can either go up to the southwest on a

14  platform above or he can walk in through this doorway here.

15  And so I come in in the next probably two minutes, probably

16  around 2:40, and walk in through this door.

17  Q.  And was there any reason why officers wouldn't just stay

18  outside so that no people got even close to that tunnel?

19  A.  In my view from -- again, I think I'm in the foreground

20  of this video -- I'm setting up a line on the stairwell.

21  That is when I think that stairwell is the only entry point

22  to the deck I'm on.

23  Q.  You mean up where you can't really see you?  Is that

24  right?

25  A.  So up by the timestamp.

1    Q.  On the left there, you're there?

2    A.  There's a guy with a yellow jacket.  I'm behind him on

3    the top of that stair attempting to hold that stairwell.

4    After the fact or soonly after this, I realized that there

5    is a stairwell the same behind me that is unsecured, that

6    there are protesters on the level above this all around me

7    in a ring above me and that they're coming in off this

8    amphitheater-style seating that this Capitol officer is

9    hitting with pellets.  And then there's more coming in from

10   the deck level around the amphitheater seating on both ends.

11   And so in a few minutes, I'm going to realize this and get

12   inside.

13          But yeah.  I don't --

14   Q.  That's you up on the top left?  You're in that group of

15   officers?

16   A.  Yes.  But if you ask me why I think we went in here to

17   hold this, it's because there's thousands of them, less of

18   us.  And this -- in a best-case scenario, you need four

19   officers a side to hold.  Everything else, you would need a

20   line to the similar extent of what had just failed.

21   Q.  So it was a little bit more -- it was a more defensible

22   area in that tunnel?

23   A.  Yeah.  It's a choke point.  So you have a large crowd

24   outside, and a small group of officers can hold off that

25   longer than outside --

1    Q.  Now --

2    A.  -- in addition to the safety of not having people behind

3    and above you.

4    Q.  Do you see you coming in here at the end?

5    A.  So I think I either just went in or -- depending on who

6    these officers coming up the stairs are.  Yes.  So this is

7    Gavin Nelson.  He's the guy who can't see.  And then I'm

8    standing right behind him.  You see me turn around.  And now

9    I'm walking in, right now.  And then I'm about to come out

10   of frame.  Then I'm out of frame.

11            MR. URSO:  That's good.  Thank you.

12   BY MR. URSO:

13   Q.  Did you -- now, you've seen a lot of different videos

14   since January 6th -- of the events in the tunnel since

15   January 6th, 2021.  Right?

16   A.  Yes.

17   Q.  Do you recall as you sit here today seeing with your own

18   eyes when you were in that tunnel Mr. McCaughey, Patrick

19   McCaughey?

20   A.  So if I was sitting in this room right now and you asked

21   me, "Can you recognize that as the Defendant," I'm going to

22   say he looks similar, but I cannot say that it's him.  It's

23   been a year and a half.

24   Q.  But do you remember -- did you see him yourself in --

25   while you were in that tunnel?

1    A.  I described a person who I saw.  I do not know by face

2    who Patrick McCaughey is.  I described a man I had an

3    interaction with in a video that I remember.

4    Q.  But you didn't have any interaction with him, did you?

5    A.  I don't know who Patrick McCaughey is by face a year and

6    a half later.

7    Q.  All right.  To your knowledge, were any of these

8    Defendants in the tunnel after 3:20 p.m. on January 6th,

9    2021?

10   A.  I don't know any of the Defendants by face or name.

11             MR. URSO:  Thank you, Officer.  Thank you, sir.

12             THE WITNESS:  Yes, sir.

13             THE COURT:  Thank you, Mr. Urso.

14             Ms. Cobb?

15                    CROSS-EXAMINATION

16   BY MS. COBB:

17   Q.  Good afternoon.

18   A.  Good afternoon, ma'am.

19   Q.  I just have a few questions for you.

20   A.  Certainly.

21   Q.  I want to talk specifically about your time in the

22   tunnel.  I know that you testified you only had your small

23   OC spray.  So a single-use type of thing.  Right?

24   A.  Multiple uses, but it's meant to be used on one person,

25   not a crowd.

1   Q.  Based on your recollection, though, is it true that

2   there were other officers in the tunnel who were spraying

3   towards the crowd, maybe from behind you or next to you, but

4   who were spraying sort of out towards the daylight?

5   A.  Yes.  Not many, but some officers did have larger OC

6   deploying devices than I did.

7   Q.  We watched a video just now.  And I'm not going to

8   expect you to remember the number, but it was Exhibit 414.

9   It was one of the longer citizen-filmed videos we watched.

10          And in that video, everything's getting sort of

11   misty.  It looks like there's some spray being sprayed and

12   we heard a few chants of "Shield wall" coming from the

13   crowd.

14          And I want to ask you, at the time -- and maybe

15   even now watching the video -- is it your perception that

16   the shield wall, would you agree that that was in response

17   to the spray and possibly meant to try to block the spray

18   that was coming from the officers?

19   A.  I would say it's in any way possible.  I would say that

20   if that is the case -- again, I don't know it to be -- but

21   if that's the case, it did not get used effectively to do

22   that.  But I don't know.

23          Yes, but it is possible that a shield wall would

24   be used to stop someone from spraying you.

25   Q.  Or to sort of block the spray that's coming towards you?

1    A.  Yes.  That is -- a shield is meant to block things.  So

2    I would say it is possible that a shield will be utilized

3    for that purpose.

4    Q.  The people in the crowd who were in the tunnel who had

5    shields, I think you already testified that it sort of

6    became a back-and-forth between the officers' shields and

7    the shields that the members of the crowd had.

8    A.  Uh-huh.

9    Q.  Is that a fair statement?

10   A.  Yes.

11   Q.  Okay.  And that it was sort of -- just one side would

12   take a few steps forward and maybe take a few steps back

13   depending on who had the higher amount of pressure in that

14   moment?

15   A.  Yeah.  There were moves of momentum going.  But we were

16   actively pushing to get them out and they were actively

17   pushing to get them in.  It wasn't like we were just, "Oh,

18   we've got some space and now we'll move up."

19           Like, we were shield to shield and we were

20   essentially in a battering ram like -- I think the video

21   speaks for itself -- of they're pushing in.  We're pushing

22   out.  They're pushing in.  And whoever has the most muscle

23   at that point makes the most progress.

24   Q.  Understood.

25           MS. COBB:  Thank you.  Those are all my questions.

1          THE COURT:  Thank you, Ms. Cobb.

2          Mr. Shipley?

3                    CROSS-EXAMINATION

4    BY MR. SHIPLEY:

5    Q.  Good afternoon, Sergeant.

6    A.  Good afternoon, sir.

7    Q.  I want to back up.  I don't really want to cover too

8    much territory you've already covered unnecessarily.  But

9    you said some things I want to ask you about.

10          I think you said that initially as your platoon

11   exited the vehicles and you got in formation and began to

12   walk across the grassy area towards the Capitol, it was an

13   area where, you know, the crowd was somewhat dispersed.

14   There was lots of room to move.  It was moving as

15   expeditiously as you possibly could to get to your

16   destination without being impeded.  Right?

17   A.  That's correct.

18   Q.  Now, would it be fair -- but there were people in the

19   area?

20   A.  Yes.

21   Q.  Would it be fair to say -- I guess -- the generic

22   reference to everybody as rioters is not necessarily

23   accurate.  Right?

24   A.  So I would say it's a riot and then there are degrees of

25   participation within that riot.

1    Q.  Fair enough.

2         And so would it be fair to say that those first

3    people that went through that -- without any problem that

4    were just sort of standing in the grass and observing the

5    events in front of them, they're observers?  They're just

6    watching what's happening in front of them?

7    A.  So I don't know what the elements were that brought them

8    to the place they were.  I don't know what barriers they

9    went through.  I don't know any of the facts that brought

10   them to where they were.

11        I know what I was trying to do there.  I know that

12   I had to go through barriers to get to where I was going and

13   that right now those people weren't fighting me.  Like I

14   explained, I'm not going to stop to fight somebody who's not

15   fighting me.

16   Q.  Okay.

17   A.  I'm trying to get to a place, and so I was going through

18   them.  I honestly did not have any, you know, need, desire

19   or want or decide to use my platoon to deal with people who

20   were just walking around in an area where I had no knowledge

21   of, no idea of how they got there, when they got there, if

22   they're supposed to be there.  It wasn't part of my -- it

23   wasn't part of the stuff -- of the information I had at that

24   time.  I just knew someone was calling for help and he was

25   that way, and that's where I was going.

1    Q.  Okay.  And so you made your way through quite a big

2    crowd, got up to the area where the first sort of artificial

3    barrier bike racks were strewn across the outside, with

4    police from behind the racks, trying to maintain the line.

5    Right?

6    A.  Yes.

7    Q.  Okay.  And you didn't have as many officers as you

8    thought.  And you didn't realize that until you got there.

9    They got separated behind you somewhere.

10         But when you got there, you described that that

11    line when you first arrived and got between the bike

12    racks -- that it was not under active attack at that point?

13    A.  Yes.  At that moment, that was again with the lull of

14    going up actively under attack.  Slow.  "Let us in.  Let us

15    in.  You should let us pass."  And, you know, just

16    passively, "I'm not going anywhere, but I'm going to yell at

17    you for a while."

18    Q.  Sure.

19    A.  In that point, it was definitely -- this line is not

20    actively under attack when I arrived.

21    Q.  Okay.  Would it be fair to say that at that point, I

22    mean, those people are there engaged in something, but

23    they're not rioting.  They're protesters.  They're just like

24    protesters that you'd encountered dozens of other times in

25    CDU deployments.  Right?

1    A.   I --

2    Q.   They're yelling, screaming at you, screaming political

3    slogans, whatever.  But they're not attacking anybody.

4    A.   Right.  So if we break it down to moments, in that

5    moment, I would agree that me arriving there is a CDU line.

6    Don't let the people past you.  Essentially, that's it.  If

7    you're not using force against me, I'm not going to use

8    force again you.

9         But I also was not there for the hour beforehand

10   that necessitated the call for a rapid response hard platoon

11   to that area.  And I was present for thereafter where the

12   crowd would go up into straight -- if you show a good video,

13   it's a riot.  If you break it down to a moment, yes, you can

14   find moments where what was happening on the west side of

15   the Capitol on January the 6th looks no different than any

16   other protest.  But, you know, you play the video ahead 30

17   seconds or back 30 seconds, and I could describe it as a

18   riot.

19        So at that point, once the LRAD starts saying,

20   "This is a riot; you need to leave," that's what I

21   considered it to be.  I don't know exactly the moment when

22   the commander designated it a riot, but I know he did.  That

23   was kind of where I was.

24   Q.   Fair enough.

25        But I'm more just talking about your own

1   observations.  So, for example, with respect to application

2   or use of force, you have to make judgments about what the

3   people are doing.  You're not going to hit an observer,

4   right, who's not doing anything except watching.  You're not

5   going to hit a protester who's just yelling at you.  You've

6   got plenty of discipline.  You testified about the

7   discipline that you've developed over time, knowing how to

8   deal with those kinds of situations.  Right?

9   A.  Yes.

10  Q.  But when you're under active attack -- and we saw plenty

11  of video of that.  I'm not saying it didn't happen.  When

12  you're under active attack, that's kind of the boundary for

13  where the riot is.  And those are the rioters, not

14  everybody.

15  A.  So I will say that, again, I think it all comes down to

16  time.  I think a rioter can be a protester and -- or a

17  protester can turn into a rioter.  I think it just takes --

18  depends on what actions were taken.

19          I don't know what else to say other than that,

20  that there is a linear timeline; and you can either -- you

21  can be rioting and actively fighting, but you're still

22  someplace you shouldn't be and you're participating and you

23  see what's going on around you.  And people have free will,

24  and there was no police behind them stopping them from

25  leaving.  If they wanted to leave the situation they were

1   in -- which, reversing positions, I would have.

2             So yeah.  I don't know exactly a good response for

3   this, but -- or me myself designating who was a rioter and

4   who's not.  But I would say that I was in a riot and there

5   was an opposition and there was the police.  And that was

6   really the designator I had.

7   Q.  Fair enough.

8             You also said that there were periods, you know,

9   that the action, so to speak, at the artificial bike line

10  tended to ebb and flow.  There were periods when there

11  wasn't anything going on and there were periods where there

12  were active skirmishes.  Fair enough?

13  A.  Correct.

14  Q.  And there was lots of -- and periods where there was no

15  active skirmishes, a lot of yelling, a lot of chanting, a

16  lot of political sloganeering.  You've heard it all before.

17  Right?

18  A.  Yes.

19  Q.  Did you feel like that there were overt efforts to

20  provoke you or were the people just making -- just

21  expressing their displeasure?

22  A.  I would say the violent acts perpetrated by the people

23  in that crowd were the overt efforts.  I'm going to say that

24  for myself and most officers, words are not going to provoke

25  me in that situation.  I'm not saying it doesn't happen or

1  that, you know, police don't overreact to things.  I think

2  that's the purpose sometimes of saying mean things to the

3  police:  to get them to overreact.

4           I'm saying in this case that any action that

5  caused us to use the force or us to escalate our use of

6  force was an overt act of violence:  spraying us with the

7  munition, hitting us, throwing something; and the crowd at

8  some point acting as in concert as you can be.  Everybody

9  around you is throwing things, but you're still there.  I

10 can't pick you out and say, "You, sir, can leave; but, you

11 five, you need to stay so I can spray you with OC spray."

12 Q.  And the crowd's massive.  The biggest crowd you had ever

13 faced under those kind of circumstances.  Right?

14 A.  It's the biggest, you know, violent crowd that has been

15 turned to me in a focus that I've ever experienced.

16 Q.  Well, let's -- you say "violent."  And, grant you, there

17 was lots of violence.  But let's just say the crowd in

18 general was hostile.  Not everybody was violent, but the

19 crowd in general was hostile.

20 A.  The crowd was hostile.

21 Q.  And, I mean, the biggest hostile crowd you've ever

22 encountered and your fellow officers?

23 A.  So I've faced crowds that do not like me.  I've faced

24 crowds that yell at me.

25           I would say this crowd I faced was focused on one

Mastony - CROSS - By Mr. Shipley

1    objective, me in between it and that objective, and it was

2    very hostile.  I don't know how to get more defined than

3    that.

4    Q.  Okay.  But the objective was, the crowd wanted in the

5    building?

6    A.  Yes.

7    Q.  And you said that, you know, at the bike rack, you know,

8    an important thing is to try to maintain your territorial

9    integrity.  Don't give ground.  You know, you can maintain

10   the integrity of your line if you're not giving ground.  But

11   unfortunately, you didn't have enough people even with the

12   benefit of the barriers.  You didn't have enough people to

13   not lose ground.  Right?

14   A.  That's correct.

15   Q.  And I think you said that at that point, it wasn't

16   necessarily any assaulting that caused you to lose ground,

17   just leaning on the bike racks.  They've not anchored and,

18   you know, they're just able to push the bike racks and force

19   your guys to back up.  And then if you had the opportunity,

20   you could reset the bike racks.  Right?

21   A.  Yes.  So we were losing ground in that manner.  But then

22   also we would lose ground through having targeted assaults

23   on our line.

24   Q.  And -- but sort of the crowd trying to manipulate the

25   bike racks, either pushing them backwards or dismantling

1    them, that's causing your officers to sort of break and gaps

2    to create.  Right?

3    A.  I would say that dismantling the bike racks is more an

4    active resistance.  You are now actively doing something to

5    take away.

6            When I describe passive resistance on a scene, it

7    is more of a person standing in front of me who will not

8    move.  If that person starts doing something by physical act

9    to jeopardize the safety of my line, he is now an active

10   resistor; and in a situation where I was able to, where I

11   had resources available to place an arrest, if I took the

12   situation out of this and placed into other situations I've

13   been in, that person would be arrested.

14           I did not have that ability on this scene to do

15   that.

16   Q.  You didn't have the officers to make arrests because

17   that would have taken away from your ability to maintain a

18   line.  Correct?

19   A.  That is correct.

20   Q.  Now I want to go through some of the times in some of

21   the videos.  I'm not trying to trick you, but I'm not going

22   to, like, pull the videos back up and do it all again.  I

23   just want you to affirm that the times I've got are right

24   based on your recollection and having watched the videos, I

25   assume, multiple times.

1     A.  Yes, sir.

2     Q.  The bike rack barriers pretty much disintegrated around

3     2:15 and left you with a manned line without the benefit of

4     metal barriers?

5     A.  Yes.  At a point in my video, you can see that the bike

6     racks I come through on the northwestern part of the line

7     are gone, either have been taken or -- well, again, I'm

8     fairly confident they were taken, but I was not present when

9     they went going every time.  But there was no longer a bike

10    rack extending all the way to the scaffolding tower in the

11    northwest part of the west side line.

12    Q.  Okay.  And by 2:22, I think the video we watched at

13    2:22, you then narrated and said that you had a line of

14    officers that was continuous, but skirmishes started to pull

15    officers out of the line and creating gaps that you then

16    tried to backfill?

17    A.  Yes.  Skirmishes or, you know, loss of officers.  Again,

18    most of my officers at that point in the video did not have

19    masks on, so they were getting chemical munitions in their

20    eyes, and other varying points that had them where they

21    could no longer safely stand on a line.  And so there were

22    holes in the line which I either filled myself, found

23    somebody to fill or we retreated to make the area smaller

24    that we had to cover.

25    Q.  I thought you were going to talk about the CS gas

1    canisters, but you're talking about --

2    A.  The gas canister comes later.

3    Q.  Right.  So you're just talking about officers that are

4    getting sprayed with OC or somehow otherwise are injured and

5    have to pull back out of the line and then you either have

6    to close the line or put somebody in that gap?

7    A.  Yes.  The ultimate thing that falls in that category is

8    when the CS gas --

9    Q.  Right.

10   A.  -- comes back and causes too large a loss of manpower on

11   that side of the line to successfully hold it against the

12   assault that comes in.

13   Q.  And that was at 2:25, I think, on the video?

14   A.  About that.  You see a CS gas canister come, bounce off

15   the tower and drop on our line.

16   Q.  Right.  Right.

17           And you actually -- I mean, you were interviewed

18   by the FBI and gave a long statement.  And these same times

19   or roughly these same times are in that interview.  Right?

20   A.  Yes.  All that is roughly the same.

21   Q.  Then you said that around 2:30, the line pretty much

22   just folded, because you had lost officers with the CS gas.

23   And now you don't have the bike barriers.  Now you've got

24   bigger gaps.  And you're starting to see officers fall back

25   and I think you said tap each other on the shoulder, which

1   is like a message:  "Fall back."  Right?

2   A.  So I don't recall that.  I recall the line -- the

3   thinned-out line -- it was thinned out -- was assaulted by a

4   group from the northwest side.  I went over to get in that

5   before I was taken out of the picture by another individual

6   and taken to another part of the line.  And at that point,

7   the line was gone, completely folded.

8   Q.  So around 2:30, pretty much, the line was broken; it

9   can't be maintained; it can't be fixed?

10  A.  That is correct.

11  Q.  All right.  And the officers are falling back.  And at

12  that point, you didn't know if you had an exit.  You thought

13  you had a wall behind you.  Right?

14  A.  That is correct.

15  Q.  So as the commander or one of the commanders in that

16  area, you're thinking:  Okay.  Fall back.  We'll find a more

17  defensible position with the guys we have and try to

18  reestablish our line, because you don't have an exit.  At

19  least at first you didn't realize you had an exit?

20  A.  Yes.  My initial instinct was to get officers on either

21  sides of me and to establish a smaller line.

22  Q.  And if you had had a wall behind you, that would have

23  been a pretty desperate situation.  Right?

24  A.  Yes.

25  Q.  You would have had a massive advancing crowd of varying

1    degrees of hostilities and a smaller number of officers with

2    no place to go?

3    A.  That is correct.

4    Q.  And obviously, I mean, other than just being assaulted

5    by the crowd at that point, you're just subject to being

6    crushed because people 25 deep can't see forward that there

7    is no place left to go and everybody's just going to end up

8    against the wall, right, had there been no exit?

9    A.  Right.  And had all semblance of resistance broken down

10   and the line not held again, yes, you would have just been

11   crushed against the wall with the crowd.

12   Q.  Okay.  Fortunately, though, you did realize there was an

13   exit behind you that you saw officers started to go up.  And

14   that's that narrow stairwell that we saw on your video?

15   A.  Yes.

16   Q.  And do you recall -- because I didn't write it down --

17   but do you recall about what time you reached the top of the

18   stairs there when you thought:  Okay.  This is a defensible

19   position.  All we've got to do is keep people from coming up

20   this stairwell?

21   A.  If I'm asked as my best recollection of what time that

22   was, I'd say approximately 2:37.

23   Q.  Okay.

24   A.  But --

25   Q.  Actually, I have 2:37 on these notes.  So I think that's

1    right.  That was your testimony:  2:37.

2    A.  Okay.

3    Q.  It was only just a couple minutes, maybe even not that

4    long, that you realized:  No.  This is not a secure

5    position.  We've got rioters at that point, clearly.  We've

6    got rioters around us and we have to find someplace else to

7    go.  Right?

8    A.  Yes.

9    Q.  At that point, you saw officers going back through what

10   you didn't know at the time, but we all know now is the

11   lower west terrace tunnel?

12   A.  Yes.

13   Q.  Okay.  Now, do you recall telling the FBI as reflected

14   in your statement that the time when the line broke, that

15   that was maybe the point where the crowd became the most

16   cooperative?  And I think your explanation to the FBI was

17   they realized they won.  They had the ground.  They won the

18   ground and they pretty much quit fighting.

19   A.  So there was a moment -- you can see in my video -- not

20   the time when the line breaks.  The line is broken.  The

21   line is gone.  We're now falling back, falling back.  There

22   are still assaults going on.  There are still officers in

23   trouble.

24          The moment I described to the other attorney,

25   where I have to do a shield strike on a person assaulting an

1    officer, is in that time sequence.

2              But at a moment during the -- when I'm one of the

3    last officers on the lower deck, I'm one of the last

4    officers on the lower deck, some of the protesters that were

5    there were confronting me or not assaulting me.  They are

6    encouraging me to leave.  Just: "You can go.  We have

7    this."

8              At that moment, yes, there was a moment at the

9    bottom of the stairwell before I and then later Sergeant

10   Peeke went up where they came off the -- where they

11   essentially took their foot off the gas and said, "Just go."

12   And we did.

13   Q.  And at that point, there's nobody left for them to

14   fight.  They're not fighting with each other.  Right?

15   A.  So there are no officers on the lower deck at that point

16   to my knowledge.

17   Q.  So -- and your description was that their attitude was,

18   "Just go," and your point of view was that they had won.

19   That's why they wanted us to go and that's why they're not

20   active?

21   A.  My position at that point was that they felt themselves

22   a certain level of victory for taking the area they took,

23   and I'm just going to go back here and hold this area until

24   you decide to come up here.

25   Q.  All right.  And then we know, because we watched the

 1    video, that within just a couple of minutes you're inside

 2    the lower west tunnel terrace.  So dozens of officers have

 3    gone in there now and have gone in different directions.

 4    Not everybody's congregated in one place.  Right?

 5    A.  Uh-huh.

 6    Q.  There's several paths that you can take after you go

 7    through those doors?

 8    A.  That is correct.

 9    Q.  And -- but you were one of the last ones in.  So when

10    the call comes, "Hey, we've got to man this door," you're

11    close by along with I think the three other members of your

12    squad.  Right?

13    A.  Yes.

14    Q.  Because you knew all their names.  So these are your

15    guys?

16    A.  Correct.

17    Q.  And within just a couple minutes, you guys are back up

18    to the front by that mag, by those -- there's two sets of

19    doors?

20    A.  Yes.

21    Q.  There's the exterior clear last doors with those gold

22    frames that we saw where the big clash was with the shields.

23    And then there's that inner set of doors which, I don't know

24    if you noticed, but Captain Ortega testified before you that

25    those inner sets of doors, one, they don't lock; and, two,

1    they're opaque glass.  You can't see through them going out

2    or coming in.

3            Do you recall that?  Or that's just a detail

4    that --

5    A.  I did not realize that those inner set of doors lock --

6    do not lock.  I do recall that they were opaque as opposed

7    to the clear -- the outer doors broke fairly early, so I'm

8    not sure what glass was in there.  But the inner doors for a

9    moment prior to the rioters gaining entry were definitely

10   opaque.  I could not see through those doors when the outer

11   door was breached.

12   Q.  You saw Sergeant Bogner?

13   A.  Yes.  Sergeant Bogner.

14   Q.  You saw him spray OC from the handheld canister out the

15   gap of the doors a couple of times.  Right?

16   A.  That's correct.

17   Q.  I think the video showed that it was right about 2:30,

18   3:30 -- I just wrote 2:30 and 3:30, question mark -- 2:30,

19   3:30 when those opaque doors opened.  And now the four of

20   you across the front are facing one individual who comes

21   forward.  I think your testimony was he wanted to give a

22   speech, and you don't remember what he said because you

23   really weren't too interested in listening to him?

24   A.  That's correct.

25   Q.  And so there was a moment when there was just one

```
1    individual and not any real interaction or action with the
2    crowd.  Right?
3    A.  That's correct.
4    Q.  And I think we saw on the video that that individual,
5    whoever it is -- I don't know who it was -- I think the
6    person standing to your right reached out with a shield and
7    shoved him backwards out the door?
8    A.  That's correct.
9    Q.  And it was sort of at that moment that that individual
10   then makes what I have described as a suicide run.  He's on
11   his own and just comes charging into the shield line.
12   Right?
13   A.  That's correct.
14   Q.  And then that sort of triggers people behind him to
15   follow along, and that's when sort of your entire front line
16   gets engaged by the crowd?
17   A.  The people do follow him through that door.  And then,
18   yes, it does get us a full-on -- what it developed into.
19   Q.  And then we saw, you know, a lot of video over from your
20   body-worn camera and a couple other points of view, you
21   know, bodies up against each other, shields up against each
22   other, bodies trapped between shields.  Minutes at a time.
23   Right?
24   A.  Yes.
25   Q.  And there are -- you described that initially you
```

1    couldn't move.  You couldn't do anything, couldn't strike

2    anybody, couldn't move your arms.  You were trapped.  You

3    were trapped between your officers behind you who were

4    maintaining their position and the large crowd on the other

5    side where they were maintaining their position and both

6    sides are pushing against each other.  Right?

7    A.  That is correct.

8    Q.  So the front line of officers and the front line of

9    protesters are sort of experiencing the same circumstances.

10   They're both getting pushed from behind and cannot go

11   forward.  Right?

12   A.  That's fair to say.

13   Q.  And in that moment, I think -- would you say that you

14   were confident in the first three minutes that you could

15   maintain your position?  Or was there a little bit of panic

16   that, "Hey, this is going to go bad quick unless something

17   changes"?

18   A.  I wouldn't say I was panicked at that point.  I would

19   say that I did certainly have doubts that we would not be

20   able to hold out where we were.  And in my mind, it's just:

21   We'll reestablish someplace else.  Yeah.  So --

22   Q.  Did you think there was a high likelihood of injury on

23   either or both sides from that tactical position?

24   A.  I think for a while there I was pretty confident that I

25   was in a high-injury-prone situation.

1   Q.  And I think you said that at various times -- this may

2   have been over several minutes, not just like in the

3   first -- there are various times when you were on the front

4   line and then maybe two or three people deep.  Do you recall

5   saying that?

6   A.  Yes.

7   Q.  So was there any kind of concerted effort or just sort

8   of happenstance that there was kind of a rotation of bodies,

9   where some guys from the back came forward and some guys who

10  were at the front went back?

11  A.  At points it was happenstance, just by the nature of

12  pressure on the crowd.  All of a sudden pressure lets up or

13  pressure increases behind you and then pressure is relieved

14  in front of you.  One goes forward; someone comes back; and

15  then you're behind or someone slides over.

16          So anything in there.  There were points where we

17  actually got intentional rotation going, but that wasn't

18  until later in the conflict in the tunnel.

19  Q.  And you said that there were times throughout the 10 or

20  12 minutes that you were, like, right up in the front of it

21  that there were standoffs.  In other words, there was

22  actually a gap between the two sides.  And you said, you

23  know, if they gave me an opportunity to breathe and rest, I

24  take the opportunity to breathe and rest.  Right?

25  A.  Yeah.  I'll say it was definitely -- there were lulls in

1   there where I'm not fighting forward anymore and neither

2   were they, and so I was okay with it.

3   Q.  Now, I'm not sure it was showed in any of your video,

4   and it might come up later.

5          But do you recall that there were times where the

6   line -- let's call it the skirmish line, for lack of a

7   better description.  Sort of the point -- the reference

8   point where the police are clearly on one side and the

9   protesters, rioters, are clearly on the other.  Over that

10  10- or 12-minute period, do you recall that line moving

11  backwards, closer to the mag and then moving forward

12  basically to the gold-framed doors?

13  A.  Yes.  There were different times when it moved forward

14  and back.  But I was in that hallway, that line, so many

15  times I cannot specify exactly when we were moving which

16  direction.

17  Q.  Fair enough.

18  A.  If you --

19  Q.  But you recall it was -- let's call it that ebbing and

20  flowing.  It's going against you and then it's going for

21  you.

22  A.  Correct.

23  Q.  But it seemed like that the gold doors was like a line

24  that the MPD tried to maintain, tried to keep it at the gold

25  doors at a minimum?

1   A.  So I would consider at a minimum we were trying to

2   hold -- not really in the video, but after the mag, the

3   magnetometer, there's -- it's an ex-hallway.  So there's

4   like a utility corridor going down the length of the

5   Capitol.  So that corner was essentially our -- we have to

6   hold that corner.  Once they're past that corner, they're

7   now going down both ways and there's no way to hold what we

8   have.

9        The gold doors, they by default became a last

10  point.  But at points, they were behind.  They were through

11  the interior gold doors.  Even to start with, they got

12  through the interior gold doors.

13  Q.  Right.

14  A.  At times, the line stagnated there because the doors

15  opened in such a fashion that you can get trapped behind or

16  against the gold doors.  You cannot be pushed forward; you

17  cannot be pushed back, because you have a steel object

18  between you.

19       So I would say it was not by our design or by

20  intentional command given that the doors were a stagnant

21  point where the line would stop.  It just kind of became

22  happenstance that when the line did stop moving forward or

23  moving back, it was generally around a door, either the

24  first door, the second door or the ultimate threshold.

25  Q.  Well, actually, the doors themselves created another

1    choke point, right?  Because to the right and left of the

2    door, there were side panels that weren't broken.  So the

3    doors themselves were narrower than the concrete walls.

4    Right?

5    A.  That is correct.

6    Q.  So while you might be able to get five officers shoulder

7    to shoulder or from wall to wall, you can't get five

8    officers shoulder to shoulder in those doors.  Right?

9    A.  That is correct.

10   Q.  And you can't get five protesters shoulder to shoulder

11   in the doors?

12   A.  That is correct.

13   Q.  So that sort of became the proverbial cork in the

14   bottle.  If you could hold those doors, they weren't going

15   to be able to push through you?

16   A.  So the hallway is what I considered the cork in the

17   bottle.  We can put -- so there were definitely points where

18   the hallway constricted and got wider.  But in general, you

19   are right:  It's easier to hold a smaller point than it is a

20   longer extended line.

21   Q.  Now, had you come under extreme distress, physical

22   distress at some point, in the position you were in, were

23   you confident that your fellow officers would have done

24   everything they could to extract you, to get you out of

25   harm's way and somebody else would take that position?

1    A.  Yes.  I felt that if I lost consciousness due to not

2    getting air through my mask or whatever the scenario was

3    that I had officers with me and that was as good as I was

4    going to get in that situation.

5    Q.  In fact, that happened with Officer Hodges, who got kind

6    of pinned when the crowd was making the effort to close the

7    door and he was trapped by the closing door in between the

8    two doors.  Right?

9    A.  Yes.

10   Q.  And he's yelling out for help, and help came to him?

11   A.  Eventually.  But I would say that I'd rather have it

12   sooner than later.  But again, we were in a situation where

13   no one is really able to execute extractions at that point.

14   Q.  Now, I -- and I've not asked you and I'm not asking you

15   this, you know, to do a proverbial counting of helmets in

16   the video.  But would it be fair to say from the times you

17   have looked at the video that, you know, maybe in the middle

18   of everything, so five or six minutes after it starts and

19   five or six minutes before it ends there's five or six

20   officers across and it's seven or eight officers deep?

21   Would that be fair?

22   A.  So I'll say during the course of the video, again, I'm

23   speaking for the entire segment of from when the line

24   gets -- from when the hallway gets penetrated at like 2:43

25   to 5:00, when we break out, that at times there was a thin

1    line maybe only two or three rows deep of officers, so less

2    than 12 officers in the hallway.

3              And then there are times when the entire hallway

4    is filled with an entire platoon of officers pushing back

5    and forth.  And just like with the crowd, it ebbed and

6    flowed.  At some point, someone hit their limit.  They left.

7    They didn't come back.

8              There was not good command of control to say, "I

9    need these officers back.  We're going to put them in."  It

10   was just grabbing somebody.  "You're in."

11   Q.  But it wasn't just nine or ten officers in the breach;

12   it was -- there were -- they went back -- and that hallway

13   actually goes up, doesn't it?

14   A.  That's correct.

15   Q.  So it's like you can see when you look down the hallway

16   that there's an elevation change, and you can see black

17   helmets deep into that hallway.  Right?

18   A.  Yes.  So in general, when an officer -- when it became

19   too much to hold the line, they went back in that hallway.

20   So there's different disbursements of officers behind that

21   line.

22   Q.  Okay.  Now, you've watched the video.  And you obviously

23   became concerned with and occupied with Officer Fanone at

24   about 3:21, right, on your video?

25   A.  About.  Yes.

Mastony - CROSS - By Mr. Shipley

1   Q.  Yeah.  And then pretty much for the balance of your

2   video, at least the next several minutes, it's you helping

3   to extract Officer Fanone to get him to a place of safety.

4   And you were no longer, you know, up at the front line at

5   the mouth of the tunnel under the last area under cover.

6   Right?

7   A.  That's correct.

8   Q.  And -- but in looking at it, would it be fair to say

9   that that first successful effort to eject all the

10  protesters, rioters, in the tunnel, happened at 3:19?

11  A.  I would say that's about right.  The first time we were

12  able to push the hallway all the way back to the entry was

13  approximately that time.  But I'm going to get -- again, it

14  would be multiple times, so I --

15  Q.  I'm just talking about the first one.  The very first

16  time.

17  A.  I believe -- the first time that I got to the threshold

18  of the hallway after it had been penetrated was when I got

19  Mike Fanone and pulled him back from it.

20  Q.  And so at that point, at that point in time on the

21  clock, 3:19, 3:20, 3:21, somewhere in there, the tunnel was

22  completely in control.  If not outside of it, the tunnel

23  itself was in control of MPD?

24  A.  Yeah.  When we got -- when we pushed the line up to the

25  exterior of the building, I would say that we had it.  Even

1    if we had one or two protesters behind the line, we had that

2    hallway at that point.

3    Q.  Right.  They had gotten trapped at some point.  There

4    were people standing up on the sides that had to be dealt

5    with.  Right?

6    A.  Yes.

7    Q.  Now, when you had gone inside that tunnel, exiting the

8    lower west terrace, there were almost no people out there.

9    Right?

10   A.  So yes.  When I initially made entry after coming up the

11   narrow stairwell, up the -- taking Gavin Nelson up the

12   stairs, people were coming down from on top.  But it was not

13   filled to the extent it became filled --

14   Q.  Well, that's my question.

15   A.  -- in a few minutes.

16   Q.  That's my question.  When you got to the opening at 3:19

17   or 3:20, what did you see?

18   A.  It was shoulder-to-shoulder packed with the crowd.

19   Q.  Rioters, protesters, whatever.  It was

20   shoulder-to-shoulder packed with non-law enforcement people?

21   A.  Yes.

22   Q.  As far as you could see?

23   A.  Yes.

24   Q.  Thousands?

25   A.  Yes.

```
1    Q.  Maybe over 10,000?

2    A.  I've seen the estimate up to that amount.  But I can't

3    estimate that many people.

4    Q.  But you've obviously dealt with large crowds in these

5    kind of protest situations, and that was a large crowd.

6    Right?

7    A.  It was large.

8    Q.  And they're all looking at that entryway.  Right?

9    A.  Yes.  The entryway is prominent from the perspective

10   that they have.

11   Q.  Because for 10 minutes or 15 minutes, people had been

12   going in that entryway.  Right?  So the crowd's down maybe

13   50 yards away, and all they see are people going in.  Right?

14   A.  So if -- again, I'm getting to the point where I'm

15   testifying to something that's going on outside my field of

16   view.

17             But from the videos, if that's what you're asking

18   me, that I've seen of that perspective, I'd say that, yes,

19   people are going in.  But there's also a lot of shields and

20   debris and other stuff flying up there.

21             And clearly, in my view from viewing the videos

22   that I've viewed from outside the Capitol at the time I was

23   inside, that if I were standing in that crowd I would have

24   known something violent is going on up there.

25             But again, I was not present.  So if you're just
```

1    asking for my opinion of what I've seen from that footage,

2    that's my opinion.

3    Q.  And would it be fair to say from what you've seen of the

4    footage and what you know about the psychology of the crowd

5    that day, the people that are looking at that entrance and

6    seeing people go inside, they're wanting to go up and go

7    inside that same entranceway?

8              MS. BOND:  Objection.

9              THE COURT:  Sustained.

10             MR. SHIPLEY:  Well, I guess that's a good place to

11   stop.

12             THE COURT:  Thank you, sir.

13             How long do you think your redirect is?

14             MS. BOND:  Five minutes or less.

15             THE COURT:  Let's do that.

16                      REDIRECT EXAMINATION

17   BY MS. BOND:

18   Q.  Sergeant Mastony, with respect to Exhibit 801, the

19   shield sitting here, is there any meaningful difference in

20   the weight of this shield here compared with the shields you

21   were holding on January 6?

22   A.  Not that I can perceive.

23   Q.  And then you talked about being trained on learning

24   shield strikes.  Why are you trained on that?

25   A.  To move people out of the way if you -- to move people

1    out of the way if you're holding a shield.  Essentially,

2    you've manned it.  You can't really unman a shield, a line

3    with shields.

4           If you put shields in officers' hands, that's

5    where they are.  You can't take them out and you can't just

6    sling a shield behind your back and then use your hands.  If

7    you have shields in your hand, you pretty much -- that

8    officer now, the only thing he can do, if you need him to

9    move forward, he has to move forward through people.  He has

10   to push people out of the way utilizing a shield and

11   physical force to get them out of the way.

12   Q.  So even though shields are generally defensive, they can

13   be used offensively.  Is that right?

14   A.  That's correct.

15   Q.  Now, OC spray, there was a lot of that going around.

16   Under what circumstances can an MPD officer -- when are they

17   permitted to use OC spray?

18   A.  Noncompliance.  So essentially, I give you a lawful

19   order to comply with.  You refuse.  I can spray you with OC

20   spray.

21   Q.  And in your perspective as a sergeant, was the -- were

22   the actions of the crowd justified for officers to be using

23   OC spray on them?

24   A.  Yeah.  In the civil disturbance fashion, the goal of the

25   OC spray is to disperse, disorient, distract, do anything to

1    get that person to stop doing what they're doing or to get

2    that person to move.  So even a noncompliant person who is

3    not assaulting you, by being present and refusing to vacate

4    an area, you can spray that person with OC spray to

5    encourage them to vacate that area and comply with your

6    order.

7    Q.  Now, Mr. Shipley just asked you about that time period

8    around 3:18.  I think his question was:  Was that the first

9    time that you had tried to push rioters out?

10         Was that the first time that you had tried to push

11   rioters out?

12   A.  So I would say from the moment that that gentleman who

13   came in to give the speech tried to penetrate the door, that

14   is the moment I began trying to push rioters out of that

15   hallway.  It may have been the first time we were successful

16   in getting to the exterior of the building and holding it at

17   that point.  Again, I'm very shaky on this because we did

18   this several times and I don't know exactly which one was

19   the first.  But I believe that's about right.  The first

20   time we made it back up to the exterior of the hallway is

21   when I got Mike Fanone and dragged him back out.

22   Q.  Mr. Shipley also asked about circumstances where you

23   could be in extreme distress.  I believe his question was:

24   Would other officers do everything that they could to assist

25   you?

1          Do you remember that question?

2     A.  Yes.

3     Q.  Now, given the circumstances of what was going on in

4     that tunnel, and you were in extreme distress, do you think

5     it is a foregone conclusion that everything an officer could

6     do would actually be successful to help you?

7     A.  No.  I believe that if -- we could have had a very --

8     easily a situation in which an officer was being killed or

9     any number of things where we would not be able to get to

10    him.  For example, you know, that video of a person who's

11    clearly hurt on the video screaming for help who I know who

12    because of what's going on I cannot hear and do anything to

13    assist.

14          MS. BOND:  I would ask Mr. Clements to pull up

15    Exhibit 232.19.  It's one of the still images.

16    BY MS. BOND:

17    Q.  What is the timestamp there, sir?

18    A.  1415 hours.

19    Q.  Is the police line holding at that point?

20    A.  Yeah.  The police line's intact.

21    Q.  It's holding even though there are aren't any bike racks

22    in your corner.  Is that right?

23    A.  So again, I can't remember when the bike racks go away.

24    But in this period of time, we lose the bike racks in our

25    corner.  I don't remember if this is -- I can't see them

1    here.  But I can't remember if this is particularly the

2    point.  But around this area, 4:15, in there, we have no

3    more bike racks in front of my portion of the line.

4    Q.  And then finally, Mr. Shipley also talked to you a bit

5    about the degrees of participation of different people in

6    the crowd.

7           Do you remember that line of questions?

8    A.  Yes.

9    Q.  And you talked about how there were different degrees.

10   How would you place along a continuum those rioters who

11   actually made it into the tunnel and were resisting you?

12   A.  Those are active resisters.  Outside of -- again, I'm

13   not going to get into the legal standard of what was posted

14   outside the U.S. Capitol grounds.  But in my view, once you

15   enter the U.S. Capitol where these people are and based on

16   what was going on outside this whole time and then into the

17   inside, you are now actively resisting.

18           Even if you are in there at that point trying to

19   talk to me and do what you were doing outside in there, you

20   are in an area where I need you gone from.  And at that

21   point, we're using force to get you out.  You are actively

22   in an area and by your physical presence not allowing me to

23   get to where I need to go.

24           And my ideal scenario here is one officer stands

25   at the door of that hallway and is just saying, "You can't

 1    enter here."  And that complies with the thousands of people

 2    outside.

 3              That's not what I had there.  I had -- again, I

 4    don't know if every one of the 10,000 people tried to get in

 5    that door, but a lot of them did.  Every single one of those

 6    people in my mind is trying to actively violate the U.S.

 7    Capitol and enter illegally.

 8              MS. BOND:  Thank you so much.  No further

 9    questions.

10              THE COURT:  Sergeant Mastony, thank you for your

11    testimony here today.

12              THE WITNESS:  Yes, sir.

13              THE COURT:  You may step down.  You're free to

14    leave.

15              (Witness excused.)

16              THE COURT:  We'll resume at 9:30 tomorrow.

17              I'll direct the Defendants to return for your

18    continued trial at 9:30 in this courtroom.  If you fail to

19    appear, you may be subject to arrest and the trial will

20    continue up to and through verdict in your absence.

21              MR. SHIPLEY:  Your Honor, Mr. Mehaffie's

22    supervised recommendation conditions do not allow him to go

23    to the Capitol.  I would like the Court to give me

24    permission for him to travel to the Capitol with either

25    myself or Mr. Lopez today so that we can physically see the

1    path he took to get to where he was at with the acts that

2    he's been -- he's described them to me, but I'd like to walk

3    the grounds with him.  We haven't had a chance to do this.

4    I think it's important for his own testimony.

5                 THE COURT:  Any objection?

6                 MS. PASCHALL:  Are you planning on doing this this

7    evening?

8                 MR. SHIPLEY:  Today or tomorrow, before he

9    testifies.

10                 MS. PASCHALL:  I'd like to alert the U.S. Capitol

11   Police.  So if you don't mind giving me the opportunity to

12   alert them that that's going to be happening.  Maybe you

13   could do it tomorrow.  Just -- I'm just thinking timing-wise

14   I want to give them enough notice.

15                 MR. SHIPLEY:  Shall I wear a scarlet letter so

16   they know I'm there?  That's fine.

17                 MS. PASCHALL:  With that caveat, no objection.

18                 THE COURT:  I think that's fine.

19                 Why don't we say you can't do it tonight.  You can

20   do it tomorrow.  I want to be clear:  I'm not granting some

21   permission that the Capitol Police -- for you to go into

22   areas the Capitol Police would not allow.  I'm saying that

23   as far as his release conditions are concerned, he's allowed

24   to go with you to the Capitol.

25                 MR. SHIPLEY:  Thank you.

1                    THE COURT:   Thanks, folks.

2                    (End of requested excerpt.)

3                    (Proceedings concluded.)

1                          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 22nd day of September, 2022.

11

12                   <u>/s/ Lisa Edwards, RDR, CRR</u>
                     Official Court Reporter
13                   United States District Court for the
                       District of Columbia
14                   333 Constitution Avenue, Northwest
                     Washington, D.C. 20001
15                   (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 148:12

## 0

**01** [1] - 25:22
**06** [1] - 25:23
**06901** [1] - 1:21

## 1

**1** [1] - 1:11
**1-D** [1] - 5:21
**10** [3] - 131:19, 132:10, 139:11
**10,000** [2] - 139:1, 145:4
**100** [3] - 9:3, 9:4
**101.1** [3] - 105:2, 105:5, 105:19
**1033** [3] - 18:23, 18:24, 19:2
**109** [1] - 3:6
**10th** [4] - 13:3, 15:3, 15:10, 15:19
**11** [1] - 94:11
**112** [1] - 3:6
**11:00** [1] - 12:22
**12** [17] - 5:2, 5:3, 5:22, 7:10, 7:12, 11:11, 35:14, 58:22, 59:1, 59:3, 66:21, 68:4, 75:24, 95:7, 131:20, 136:2
**12-minute** [1] - 132:10
**13** [1] - 94:11
**1300** [1] - 25:24
**14** [4] - 94:6, 94:12, 94:14
**140** [1] - 3:5
**1415** [1] - 143:18
**14:00:43** [1] - 32:11
**14:03** [1] - 35:6
**14:06:20** [1] - 40:24
**14:09:28** [1] - 42:21
**14:13:12** [1] - 44:17
**14:15:44** [1] - 47:15
**14:25:30** [1] - 48:3
**14:26** [1] - 51:24
**14:27:50** [1] - 53:4
**14:37:50** [1] - 63:2
**14:38:55** [1] - 64:3
**14:41:45** [1] - 70:2
**14:48** [1] - 72:15
**14:53:30** [1] - 73:4

**15** [4] - 94:11, 94:12, 94:14, 139:11
**15:07:30** [1] - 73:25
**15:07:41** [1] - 74:15
**15:11:42** [1] - 82:20
**15:12:15** [1] - 82:25
**15:18:19** [1] - 85:9
**15:20:28** [1] - 87:18
**16:45** [1] - 77:3
**16:47** [1] - 74:19
**16:48** [1] - 77:11
**17:17** [2] - 78:3, 78:11
**18** [1] - 2:5
**19:02** [1] - 77:16
**1:00** [2] - 93:4, 94:17
**1:53** [1] - 25:24
**1:55** [1] - 25:12

## 2

**2** [1] - 67:10
**2-D** [1] - 5:21
**20** [1] - 76:7
**20/20** [2] - 86:24, 100:7
**200** [1] - 1:25
**20001** [2] - 2:10, 148:14
**2000s** [2] - 17:25, 18:6
**2014** [1] - 19:25
**2015** [1] - 19:25
**2017** [2] - 7:14, 67:13
**202** [2] - 2:11, 148:15
**2020** [7] - 7:22, 7:23, 8:8, 8:10, 38:23, 39:2, 39:8
**2021** [8] - 4:23, 5:5, 23:25, 25:22, 26:3, 101:1, 108:15, 109:9
**2022** [2] - 1:6, 148:10
**20530** [1] - 1:18
**21-00040** [1] - 1:3
**22** [1] - 5:22
**22nd** [1] - 148:10
**232** [6] - 3:10, 25:6, 25:8, 26:24, 27:3, 27:16
**232.1** [2] - 27:16, 27:18
**232.10** [4] - 53:3, 53:6, 54:23, 57:17
**232.11** [2] - 60:22, 60:24
**232.12** [2] - 61:25, 62:2
**232.13** [2] - 64:2, 64:5

**232.14** [2] - 70:1, 70:4
**232.15** [2] - 72:14, 72:17
**232.16** [2] - 73:3, 73:6
**232.18** [3] - 73:24, 74:2, 74:6
**232.19** [2] - 47:14, 143:15
**232.2** [3] - 28:24, 29:1, 85:8
**232.21** [1] - 47:21
**232.3** [2] - 30:16, 30:17
**232.4** [4] - 35:5, 35:8, 36:22, 37:24
**232.5** [2] - 40:23, 41:1
**232.6** [2] - 42:20, 42:22
**232.7** [3] - 44:16, 44:18, 47:9
**232.9** [4] - 48:2, 48:5, 48:11, 51:15
**233** [4] - 3:10, 25:6, 26:24, 27:3
**233.1** [2] - 82:20, 82:23
**233.2** [2] - 85:9, 85:12
**233.3** [2] - 87:17, 87:20
**234** [4] - 3:10, 25:6, 26:24, 27:4
**235** [5] - 3:10, 65:3, 65:5, 65:8, 65:10
**236** [5] - 3:10, 65:3, 65:5, 65:8, 65:10
**25** [7] - 11:12, 31:10, 33:12, 45:1, 67:20, 94:8, 124:6
**26** [3] - 49:18, 49:19, 50:1
**27** [1] - 3:10
**28** [3] - 11:15, 33:16, 95:9
**29** [2] - 1:6, 94:12
**2:00** [2] - 32:11, 38:7
**2:00-to-2:30** [1] - 40:22
**2:15** [2] - 47:16, 121:3
**2:22** [3] - 47:23, 121:12, 121:13
**2:25** [1] - 122:13
**2:30** [7] - 38:5, 38:8, 122:21, 123:8, 128:17, 128:18
**2:37** [3] - 124:22,

**124:25, 125:1
**2:40** [4] - 71:5, 73:8, 89:18, 106:16
**2:40-ish** [1] - 88:17
**2:43** [1] - 135:24

## 3

**3** [3] - 1:21, 1:24, 17:9
**3-D** [1] - 5:21
**30** [4] - 94:12, 94:14, 115:16, 115:17
**301** [3] - 3:11, 74:17, 74:21, 74:24, 76:22, 76:23, 76:25, 77:5, 77:18, 77:22
**301.7** [3] - 78:2, 78:8, 78:10
**31st** [1] - 8:10
**32** [1] - 5:22
**32502** [1] - 1:25
**333** [2] - 2:9, 148:14
**354-3269** [2] - 2:11, 148:15
**3:00** [1] - 94:21
**3:02** [1] - 82:3
**3:07** [2] - 77:13, 79:24
**3:08** [1] - 82:4
**3:11** [1] - 82:18
**3:12** [1] - 82:19
**3:12:15** [1] - 83:21
**3:18** [3] - 83:23, 86:6, 142:8
**3:19** [2] - 137:10, 137:21, 138:16
**3:20** [6] - 71:6, 73:8, 89:18, 109:8, 137:21, 138:17
**3:21** [2] - 136:24, 137:21
**3:30** [2] - 128:18, 128:19

## 4

**4** [3] - 3:5, 44:1, 44:3
**40** [2] - 5:22, 7:24
**40-millimeter** [2] - 7:2
**400** [2] - 9:5
**414** [10] - 3:11, 80:11, 80:12, 80:14, 81:7, 81:8, 81:10, 81:24, 81:25, 110:8
**42** [19] - 5:9, 5:11, 5:16, 5:22, 5:23, 7:8,

**10:16, 11:10, 17:2, 17:5, 17:14, 21:17, 41:25, 46:15, 55:9, 64:11, 68:14, 68:17, 68:18
**43** [1] - 32:12
**441** [1] - 80:8
**45373** [1] - 2:6
**46** [3] - 42:9, 43:4, 58:16
**46s** [1] - 58:6
**4:00** [1] - 94:22
**4:15** [1] - 144:2
**4:25** [6] - 25:12, 88:22, 88:23, 89:6, 89:19, 89:21
**4D** [1] - 92:4

## 5

**50** [2] - 94:14, 139:13
**500** [3] - 13:3, 15:10, 15:19
**53** [1] - 25:24
**555** [1] - 1:17
**5:00** [6] - 9:24, 88:17, 88:25, 91:21, 94:21, 135:25
**5th** [1] - 67:10

## 6

**6** [2] - 23:25, 140:21
**65** [1] - 3:10
**6706** [1] - 2:10
**6:00** [3] - 9:24, 9:25, 94:21
**6th** [25] - 4:23, 5:5, 8:23, 9:10, 9:22, 11:10, 11:11, 11:12, 11:18, 22:14, 22:16, 24:23, 26:3, 26:17, 42:3, 42:13, 67:11, 96:2, 98:13, 101:1, 101:11, 108:14, 108:15, 109:8, 115:15

## 7

**745** [1] - 2:3
**76** [1] - 3:11

## 8

**801** [5] - 56:7, 100:24, 100:25, 140:18

**81** [1] - 3:11
**810** [1] - 1:20
**8:00** [1] - 92:8

**9**

**90** [1] - 34:4
**96734** [1] - 2:3
**97** [1] - 3:5
**9:30** [2] - 145:16, 145:18
**9:38** [1] - 1:7

**A**

**a.m** [4] - 1:7, 9:24, 93:4, 94:17
**Abdi** [2] - 11:24, 66:12
**abide** [1] - 35:22
**ability** [10] - 34:17, 57:3, 72:1, 78:24, 79:18, 97:13, 100:8, 120:14, 120:17, 148:7
**able** [9] - 5:2, 47:11, 60:10, 60:11, 71:1, 83:24, 85:14, 91:25, 119:18, 120:10, 130:20, 134:6, 134:15, 135:13, 137:12, 143:9
**abrased** [1] - 93:7
**absence** [1] - 145:20
**absolutely** [1] - 63:23
**academy** [4] - 7:12, 68:2, 68:3, 68:4
**access** [7] - 48:22, 50:25, 54:14, 54:19, 84:9, 99:18, 102:14
**accomplish** [1] - 72:22
**according** [1] - 93:21
**account** [2] - 40:7, 88:9
**accountability** [1] - 67:5
**accountable** [1] - 45:7
**accounted** [1] - 90:10
**accurate** [9] - 26:1, 26:3, 31:16, 64:25, 76:18, 81:2, 89:17, 112:23, 148:4
**achieve** [2] - 47:4, 47:5
**acronym** [1] - 35:13
**act** [2] - 118:6, 120:8

**acting** [1] - 118:8
**Action** [1] - 1:3
**action** [4] - 20:22, 117:9, 118:4, 129:1
**actions** [3] - 68:25, 116:18, 141:22
**activate** [1] - 24:16
**activated** [3] - 8:2, 23:9, 26:11
**activates** [1] - 24:21
**activation** [4] - 23:15, 24:20, 26:18, 95:25
**active** [13] - 7:25, 21:9, 31:1, 38:11, 114:12, 116:10, 116:12, 117:12, 117:15, 120:4, 120:9, 126:20, 144:12
**actively** [11] - 40:17, 57:22, 111:16, 114:14, 114:20, 116:21, 120:4, 144:17, 144:21, 145:6
**acts** [4] - 9:19, 9:20, 117:22, 146:1
**actual** [6] - 7:18, 8:4, 8:5, 23:1, 100:8
**added** [1] - 85:21
**adding** [1] - 83:10
**addition** [3] - 21:16, 87:22, 108:2
**additional** [5] - 5:13, 6:8, 18:14, 33:8, 83:11
**additionally** [2] - 5:8, 75:22
**address** [1] - 21:13
**addressing** [2] - 5:14, 6:17
**adjust** [1] - 4:16
**admission** [1] - 21:7
**admit** [3] - 26:23, 76:21, 81:6
**admitted** [4] - 27:2, 56:6, 74:18, 76:24
**advance** [2] - 73:21, 105:3
**advancing** [1] - 123:25
**aerosol** [2] - 17:23, 48:25
**affect** [1] - 49:17
**affirm** [1] - 120:23
**afternoon** [8] - 4:13, 94:21, 97:25, 98:1, 109:17, 109:18, 112:5, 112:6
**afterwards** [2] - 99:15, 100:5

**agency** [2] - 20:12, 20:18
**ago** [5] - 5:2, 7:12, 23:10, 68:5, 76:7
**agree** [3] - 103:4, 110:16, 115:5
**ahead** [2] - 77:20, 115:16
**Aiding** [1] - 97:20
**aimless** [1] - 29:7
**air** [4] - 14:6, 14:8, 50:6, 135:2
**AKERS** [2] - 1:15, 56:8
**alcove** [3] - 53:23, 59:18, 59:19
**alcove-like** [1] - 53:23
**alert** [3] - 87:4, 146:10, 146:12
**allow** [2] - 145:22, 146:22
**allowed** [1] - 146:23
**allowing** [1] - 144:22
**allows** [1] - 85:24
**almost** [8] - 7:23, 35:19, 36:13, 69:18, 84:12, 84:24, 101:10, 138:8
**alone** [1] - 105:11
**altered** [1] - 26:20
**Amendment** [4] - 7:17, 7:19, 7:21, 13:24
**AMERICA** [1] - 1:3
**American** [1] - 41:7
**American-flagged** [1] - 41:7
**amount** [7] - 9:20, 73:13, 92:25, 99:10, 111:13, 139:2
**amounts** [1] - 12:24
**amphitheater** [2] - 107:8, 107:10
**amphitheater-style** [1] - 107:8
**amplified** [2] - 35:17, 35:24
**amplifier** [1] - 35:11
**analogy** [1] - 99:25
**anchored** [1] - 119:17
**angle** [1] - 84:21
**antifa** [1] - 96:4
**anxiety** [1] - 13:20
**anyway** [1] - 85:22
**apart** [1] - 73:15
**apologize** [1] - 11:19
**apparel** [1] - 17:8
**appear** [1] - 145:19

**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**appeared** [2] - 58:20, 92:18
**application** [1] - 116:1
**appreciated** [1] - 28:20
**approach** [3] - 27:8, 29:4, 56:3
**appropriately** [1] - 19:20
**area** [31] - 13:25, 14:1, 14:2, 14:3, 14:4, 53:23, 54:1, 54:15, 54:19, 63:8, 69:7, 99:19, 101:17, 103:22, 107:22, 112:12, 112:13, 112:19, 113:20, 114:2, 115:11, 121:23, 123:16, 126:22, 126:23, 137:5, 142:4, 142:5, 144:2, 144:20, 144:22
**areas** [1] - 146:22
**arguments** [1] - 97:3
**arm** [4] - 75:7, 79:17, 79:24, 87:12
**armholes** [1] - 86:22
**armor** [5] - 6:2, 6:9, 6:10, 28:18, 96:22
**arms** [8] - 16:1, 70:21, 70:23, 78:25, 79:19, 93:9, 93:24, 130:2
**arrest** [3] - 35:23, 120:11, 145:19
**arrested** [1] - 120:13
**arrests** [1] - 120:16
**arrived** [2] - 114:11, 114:20
**arriving** [2] - 27:7, 115:5
**artificial** [2] - 114:2, 117:9
**ASHLEY** [1] - 1:15
**aside** [4] - 29:10, 29:14, 29:21, 30:9
**asp** [3] - 6:4, 12:9, 22:8
**aspects** [1] - 101:10
**asphyxiant** [1] - 49:1
**assault** [7] - 21:9, 31:1, 38:11, 38:14, 38:24, 57:22, 122:12
**assaulted** [8] - 37:1, 40:11, 40:13, 40:14,

123:3, 124:4
**assaulting** [12] - 31:3, 39:15, 39:23, 40:17, 41:8, 47:2, 102:24, 103:2, 119:16, 125:25, 126:5, 142:3
**assaultive** [1] - 57:22
**assaults** [3] - 37:20, 119:22, 125:22
**assemble** [2] - 53:20, 99:18
**assembled** [1] - 68:25
**assemblies** [3] - 7:17, 7:19, 7:21
**assembly** [1] - 35:20
**assets** [1] - 60:19
**assigned** [1] - 64:11
**assist** [6] - 14:15, 21:1, 60:10, 87:23, 142:24, 143:13
**assistance** [4] - 12:16, 18:9, 18:15, 19:5
**associated** [1] - 96:6
**assume** [5] - 73:17, 85:19, 85:20, 105:13, 120:25
**assumed** [2] - 33:6, 62:20
**athletic** [1] - 6:9
**attach** [2] - 16:1, 50:13
**attached** [5] - 31:24, 31:25, 76:6, 85:18, 86:4
**attack** [8] - 31:9, 33:17, 101:19, 114:12, 114:14, 114:20, 116:10, 116:12
**attacked** [1] - 6:19
**attacking** [1] - 115:3
**attempt** [1] - 62:24
**attempting** [1] - 107:3
**attention** [1] - 72:12
**attire** [1] - 6:1
**attitude** [1] - 126:17
**attorney** [1] - 125:24
**ATTORNEY'S** [1] - 1:16
**audibly** [1] - 26:13, 36:5, 50:22
**audio** [6] - 23:3, 23:5, 23:7, 23:10, 23:11, 26:5
**August** [1] - 1:6

**Austin** [2] - 16:14, 66:11
**authentication** [1] - 25:5
**authorization** [3] - 15:15, 15:17, 15:18
**authorized** [2] - 99:11, 103:1
**authorizing** [1] - 14:21
**available** [5] - 58:18, 71:17, 99:21, 99:22, 120:11
**Avenue** [6] - 2:9, 10:3, 10:23, 12:20, 103:25, 148:14
**avenues** [1] - 84:10
**average** [1] - 7:15
**aware** [7] - 57:12, 57:13, 61:11, 62:12, 63:10, 63:13, 63:19
**Axon** - 22:23

**B**

**back-and-forth** [4] - 37:19, 37:21, 79:3, 111:6
**backfill** [1] - 121:16
**backing** [3] - 54:6, 59:9, 59:11
**backpack** [1] - 46:24
**backwards** [4] - 87:2, 119:25, 129:7, 132:11
**bad** [4] - 16:12, 102:25, 130:16
**badge** [2] - 75:6, 75:13
**Bagshaw** [1] - 86:12
**balance** [1] - 137:1
**ballistic** [1] - 6:5
**balls** [1] - 7:6
**Band** [1] - 97:20
**Band-Aiding** [1] - 97:20
**bands** [1] - 96:12
**bar** [1] - 57:2
**barely** [1] - 84:12
**barn** [1] - 100:6
**barricades** [1] - 27:14
**barrier** [4] - 32:1, 43:10, 59:24, 114:3
**barriers** [6] - 113:8, 113:12, 119:12, 121:2, 121:4, 122:23
**barring** [1] - 23:15
**based** [7] - 83:19,

93:19, 95:3, 98:21, 110:1, 120:24, 144:15
**baton** [9] - 6:3, 6:4, 12:9, 22:5, 42:18, 77:9, 101:25
**batons** [1] - 22:8
**battering** [1] - 111:20
**battery** [1] - 23:4
**battling** [1] - 100:14
**bear** [1] - 40:1
**became** [11] - 5:2, 63:19, 111:6, 125:15, 133:9, 133:21, 134:13, 136:18, 136:23, 138:13
**becomes** [1] - 84:17
**Bedford** [1] - 1:20
**BEFORE** [1] - 1:11
**beforehand** [1] - 115:9
**began** [4] - 10:25, 11:2, 112:11, 142:14
**begin** [1] - 29:11
**beginning** [2] - 7:13, 66:17
**begins** [2] - 23:3, 23:7
**behaviors** [1] - 38:9
**behind** [51] - 19:18, 27:25, 28:3, 31:8, 31:21, 32:3, 32:7, 33:9, 37:5, 39:22, 40:3, 43:25, 45:20, 53:25, 54:7, 54:10, 59:16, 59:24, 60:6, 61:14, 69:1, 71:1, 73:2, 84:4, 84:21, 85:5, 86:24, 87:16, 101:21, 105:12, 107:2, 107:5, 108:2, 108:8, 110:3, 114:4, 114:9, 116:24, 123:13, 123:22, 124:13, 129:14, 130:3, 130:10, 131:13, 131:15, 133:10, 133:15, 136:20, 138:1, 141:6
**belief** [3] - 83:20, 83:22, 90:18
**belong** [1] - 55:7
**bench** [1] - 4:2
**BENCH** [1] - 1:11
**beneath** [1] - 62:11
**benefit** [2] - 119:12, 121:3
**best** [6] - 42:18, 64:25, 67:16, 107:18, 124:21, 148:7

**best-case** [1] - 107:18
**better** [5] - 26:14, 26:15, 43:11, 45:25, 132:7
**between** [32] - 9:9, 15:8, 19:14, 20:3, 32:2, 32:19, 38:7, 38:16, 43:7, 43:14, 45:21, 46:3, 53:18, 58:13, 70:19, 71:5, 71:16, 71:19, 73:8, 78:19, 82:3, 89:18, 94:11, 96:15, 111:6, 114:11, 119:1, 129:22, 130:3, 131:22, 133:18, 135:7
**beyond** [2] - 39:17, 72:10
**big** [7] - 18:18, 46:9, 59:19, 93:22, 97:10, 114:1, 127:22
**bigger** [3] - 6:5, 33:3, 122:24
**biggest** [3] - 118:12, 118:14, 118:21
**bike** [59] - 13:9, 31:15, 31:18, 31:19, 31:21, 31:23, 32:1, 32:3, 32:5, 32:6, 32:8, 32:15, 32:24, 33:3, 33:4, 37:11, 37:12, 37:15, 43:8, 43:9, 43:11, 43:12, 43:16, 43:17, 43:18, 43:20, 44:7, 44:13, 44:20, 45:16, 45:18, 45:19, 45:24, 45:25, 46:24, 52:20, 53:10, 53:12, 53:13, 53:14, 114:3, 114:11, 117:9, 119:7, 119:17, 119:18, 119:20, 119:25, 120:3, 121:2, 121:5, 121:9, 122:23, 143:21, 143:23, 143:24, 144:3
**Bill** [1] - 13:5
**bit** [9] - 20:2, 20:8, 21:15, 25:18, 69:19, 100:23, 107:21, 130:15, 144:4
**black** [2] - 17:1, 136:16
**blends** [1] - 8:17
**block** [7] - 10:11, 13:3, 15:10, 15:19, 110:17, 110:25, 111:1
**blocks** [1] - 10:4
**Blue** [2] - 11:5, 96:9

**Bluetooth** [1] - 24:20
**blunt** [3] - 102:13, 102:16, 103:3
**bodies** [4] - 70:7, 129:21, 129:22, 131:8
**body** [39] - 12:12, 22:18, 22:19, 22:21, 22:22, 23:12, 23:22, 23:24, 24:2, 24:5, 24:7, 24:13, 24:15, 24:17, 25:1, 25:2, 25:15, 26:5, 26:9, 26:19, 26:25, 47:2, 55:6, 64:15, 64:22, 70:9, 70:11, 70:13, 70:15, 70:18, 72:13, 77:12, 82:19, 88:6, 93:8, 93:13, 93:14, 129:20
**body-camera** [1] - 26:19
**body-worn** [22] - 12:12, 22:18, 22:19, 22:21, 22:22, 23:12, 23:22, 23:24, 24:2, 24:5, 24:13, 24:17, 25:1, 25:2, 25:15, 26:25, 64:22, 70:13, 70:15, 72:13, 82:19, 129:20
**Bogner** [3] - 69:19, 128:12, 128:13
**Bond** [1] - 81:19
**BOND** [99] - 1:15, 4:12, 4:18, 13:21, 25:8, 25:10, 26:23, 27:5, 27:16, 28:2, 28:24, 29:3, 30:13, 30:19, 30:20, 35:5, 36:4, 36:19, 37:9, 37:22, 38:1, 40:23, 41:2, 41:3, 42:20, 42:24, 44:16, 44:22, 47:10, 48:2, 48:6, 48:19, 51:13, 51:16, 51:17, 53:3, 53:7, 53:8, 54:21, 54:24, 55:1, 56:3, 56:5, 56:9, 57:18, 57:19, 60:22, 60:25, 61:1, 61:24, 62:3, 62:4, 64:2, 64:6, 65:2, 65:7, 65:12, 70:1, 70:5, 72:14, 72:18, 73:3, 73:7, 74:3, 74:7, 74:17, 74:22, 74:25, 75:1, 76:21, 77:2, 77:6, 77:7, 77:15, 77:19, 77:23, 77:24, 78:1, 78:6, 78:9, 80:8,

80:12, 80:15, 80:17, 81:6, 81:22, 82:2, 82:24, 85:8, 85:13, 87:17, 87:21, 95:13, 140:8, 140:14, 140:17, 143:14, 143:16, 145:8
**bottle** [2] - 134:14, 134:17
**bottom** [3] - 61:16, 102:18, 126:9
**bounce** [2] - 16:4, 122:14
**bounces** [1] - 51:2
**boundary** [3] - 20:21, 45:21, 116:12
**Box** [1] - 2:3
**box** [5] - 22:22, 35:24, 36:7, 36:8, 85:18
**Boys** [1] - 96:5
**brace** [1] - 56:20
**breach** [2] - 69:14, 69:17, 136:11
**breached** [3] - 69:18, 90:15, 128:11
**breaches** [1] - 100:13
**break** [13] - 34:14, 42:2, 60:1, 71:15, 79:22, 81:13, 81:15, 88:18, 88:19, 115:4, 115:13, 120:1, 135:25
**breaking** [3] - 46:20, 52:8, 88:17
**breaks** [2] - 88:21, 125:20
**breastbone** [2] - 70:12, 70:14
**breathe** [6] - 49:2, 49:20, 50:2, 50:5, 131:23, 131:24
**breathers** [1] - 73:11
**breathing** [2] - 50:4, 50:11
**breezeway** [1] - 85:25
**Brian** [2] - 61:22, 66:10
**bring** [4] - 33:21, 55:9, 78:2
**bringing** [2] - 31:10, 37:5
**brings** [1] - 79:21
**broke** [5] - 88:19, 95:17, 97:20, 125:14, 128:7
**broken** [7] - 66:2, 97:1, 105:13, 123:8, 124:9, 125:20, 134:2

**Bronson** [2] - 64:8, 66:13
**brought** [5] - 31:10, 31:11, 37:5, 113:7, 113:9
**bruise** [1] - 93:22
**bruised** [2] - 93:7, 93:24
**buddy** [2] - 50:4, 50:11
**buffer** [3] - 22:25, 23:2, 23:6
**bug** [1] - 7:1
**building** [11] - 13:9, 91:7, 103:13, 103:14, 103:15, 104:1, 104:8, 106:6, 119:5, 137:25, 142:16
**Building** [8] - 10:5, 12:17, 13:24, 19:22, 20:4, 64:1, 65:21, 97:10
**bullet** [1] - 17:9
**bullet-resistant** [1] - 17:9
**bulletproof** [3] - 12:7, 12:11, 93:10
**bullets** [1] - 7:7
**bunch** [1] - 54:1
**burned** [2] - 73:16, 90:11
**burner** [4] - 48:14, 48:15, 50:14, 51:2
**burning** [3] - 48:15, 48:18, 94:23
**bursts** [1] - 21:22
**button** [3] - 22:25, 23:6, 23:11
**BY** [49] - 2:7, 4:12, 4:18, 13:21, 25:10, 27:5, 28:2, 29:3, 30:20, 36:4, 37:9, 38:1, 41:3, 42:24, 44:22, 47:10, 48:6, 48:19, 51:17, 53:8, 55:1, 56:5, 56:9, 57:19, 61:1, 62:4, 64:6, 65:12, 70:5, 72:18, 73:7, 74:7, 75:1, 77:7, 77:24, 78:9, 80:17, 82:2, 82:24, 85:13, 87:21, 97:24, 105:7, 105:20, 108:12, 109:16, 112:4, 140:17, 143:16

**C**

**calm** [1] - 44:9

**calmed** [1] - 91:25
**cam** [3] - 26:5, 70:9, 77:13
**camera** [32] - 12:12, 22:18, 22:19, 22:21, 22:22, 23:1, 23:4, 23:8, 23:12, 23:16, 23:22, 23:24, 24:2, 24:5, 24:13, 24:21, 25:1, 25:2, 25:15, 26:9, 26:19, 26:25, 41:16, 64:15, 64:22, 70:11, 70:13, 70:15, 72:13, 82:19, 88:6, 129:20
**cameras** [3] - 24:17, 24:25, 26:15
**cams** [2] - 24:7, 24:15
**canister** [4] - 6:25, 122:2, 122:14, 128:14
**canisters** [1] - 122:1
**cannister** [1] - 12:9
**cannot** [10] - 39:24, 49:2, 72:3, 108:22, 130:10, 132:15, 133:16, 133:17, 143:12
**capable** [2] - 69:7, 90:8
**capacity** [1] - 10:14
**Capitol** [104] - 10:5, 12:17, 12:24, 13:24, 13:25, 14:3, 14:5, 14:6, 14:7, 14:9, 14:11, 14:14, 14:15, 14:17, 17:4, 17:6, 18:9, 18:10, 19:8, 19:22, 20:3, 20:4, 20:13, 20:14, 20:15, 20:18, 20:21, 20:25, 21:1, 24:22, 27:7, 27:9, 27:13, 27:15, 28:10, 28:12, 28:13, 28:16, 29:4, 31:6, 32:18, 33:6, 43:17, 49:6, 49:7, 50:15, 50:18, 50:23, 51:1, 53:22, 55:8, 55:9, 55:11, 55:14, 55:16, 55:20, 56:1, 56:18, 56:24, 60:20, 63:3, 63:5, 64:1, 65:20, 66:8, 69:3, 69:5, 69:8, 74:10, 75:10, 79:8, 79:20, 79:21, 79:25, 84:10, 89:1, 90:16, 90:23, 92:2, 92:6, 92:20, 94:2, 95:4, 97:10, 97:16, 99:15,

100:3, 100:13, 103:20, 107:8, 112:12, 115:15, 133:5, 139:22, 144:14, 144:15, 145:7, 145:23, 145:24, 146:10, 146:21, 146:22, 146:24
**Capitol's** [1] - 20:20
**Captain** [1] - 127:24
**captain** [3] - 41:13, 43:4, 86:12
**car** [3] - 19:16, 19:17, 57:1
**care** [3] - 30:9, 45:10, 69:24
**Carl** [4] - 28:12, 28:17, 28:21, 28:23
**Carlton** [1] - 66:14
**carry** [5] - 21:18, 22:5, 22:6, 42:1, 42:8
**carrying** [5] - 41:12, 41:13, 42:15, 58:19, 101:1
**cars** [1] - 27:11
**case** [7] - 9:8, 9:18, 42:2, 107:18, 110:20, 110:21, 118:4
**cases** [1] - 23:15
**category** [1] - 122:7
**caused** [3] - 37:13, 118:5, 119:16
**causes** [1] - 122:10
**causing** [2] - 30:15, 120:1
**cautious** [1] - 39:10
**caveat** [1] - 146:17
**CDU** [39] - 5:11, 5:12, 5:16, 5:23, 6:1, 7:8, 7:11, 7:12, 7:24, 10:16, 11:10, 11:11, 11:15, 17:2, 17:5, 17:14, 21:8, 21:16, 21:17, 22:5, 22:7, 27:20, 27:23, 30:24, 33:15, 41:23, 41:25, 42:13, 55:9, 60:19, 64:11, 67:8, 75:25, 99:3, 101:12, 114:25, 115:5
**ceased** [1] - 66:17
**ceases** [1] - 23:2
**center** [1] - 23:21
**certain** [3] - 23:1, 48:15, 126:22
**certainly** [4] - 54:19, 98:14, 100:20, 130:19
**CERTIFICATE** [1] - 148:1

**certification** [2] - 100:15, 100:17
**certifications** [1] - 5:12
**certified** [6] - 6:23, 7:2, 7:9, 7:12, 35:13, 57:1
**certify** [1] - 148:4
**Chad** [2] - 12:3, 66:12
**chance** [3] - 25:2, 64:22, 146:3
**CHANDLER** [1] - 1:6
**change** [2] - 30:3, 136:16
**changes** [1] - 130:17
**channel** [1] - 50:23
**chanting** [1] - 117:15
**chants** [1] - 110:12
**charging** [1] - 129:11
**chase** [1] - 8:19
**chemical** [6] - 9:15, 37:4, 41:10, 93:8, 93:15, 121:19
**chest** [9] - 6:12, 15:25, 22:23, 22:25, 23:21, 70:10, 70:13, 75:20, 83:18
**choke** [2] - 107:23, 134:1
**circle** [2] - 75:5, 78:12
**circled** [2] - 75:11, 78:13
**circular** [1] - 56:23
**circumstance** [1] - 87:9
**circumstances** [9] - 45:17, 71:18, 76:11, 87:1, 118:13, 130:9, 141:16, 142:22, 143:3
**citizen** [3] - 8:19, 39:7, 110:9
**citizen-filmed** [1] - 110:9
**city** [4] - 8:11, 8:22, 13:24, 96:14
**Civil** [1] - 5:9
**civil** [5] - 6:7, 7:8, 22:3, 60:12, 141:24
**civilians** [3] - 63:11, 104:21, 104:23
**clash** [1] - 127:22
**clawing** [1] - 79:19, 79:23
**cleaned** [2] - 26:9, 26:14
**clear** [6] - 26:13, 43:6, 53:19, 58:14, 77:19, 95:1, 127:21,

128:7, 146:20
**clearly** [8] - 26:12, 58:7, 63:20, 125:5, 132:8, 132:9, 139:21, 143:11
**Clements** [3] - 77:2, 78:1, 143:14
**clerical** [1] - 93:1
**Clip** [1] - 27:16
**clip** [15] - 25:14, 27:17, 28:25, 42:25, 46:15, 53:4, 63:1, 64:12, 65:13, 70:6, 70:15, 72:20, 73:24, 75:2, 80:18
**clips** [2] - 28:6, 89:17
**clock** [1] - 137:21
**clogged** [1] - 71:2
**close** [7] - 17:21, 57:7, 61:19, 106:18, 122:6, 127:11, 135:6
**closed** [1] - 69:21
**closer** [1] - 132:11
**closing** [1] - 135:7
**cloud** [2] - 48:13, 49:4
**CO** [1] - 2:5
**Cobb** [2] - 109:14, 112:1
**COBB** [3] - 1:23, 109:16, 111:25
**code** [1] - 25:22
**cog** [1] - 58:2
**cohesion** [3] - 57:23, 66:18, 68:17
**cohesive** [1] - 9:5
**cold** [1] - 12:13
**collapse** [1] - 58:23
**collapsed** [1] - 58:8
**collapses** [2] - 52:25, 58:20
**collapsible** [1] - 22:8
**collected** [1] - 92:5
**collecting** [1] - 13:2
**collection** [1] - 97:17
**collects** [1] - 47:5
**college** [1] - 5:1
**COLUMBIA** [2] - 1:1, 1:16
**Columbia** [2] - 2:9, 148:13
**column** [1] - 29:22
**coming** [35] - 10:23, 14:3, 17:23, 29:24, 36:24, 39:8, 41:9, 41:15, 41:17, 41:18, 41:19, 53:12, 53:14, 59:22, 60:18, 63:21, 73:17, 85:1, 88:16, 97:11, 104:17,

105:15, 106:3,
106:10, 107:7, 107:9,
108:4, 108:6, 110:12,
110:18, 110:25,
124:19, 128:2,
138:10, 138:12
   **command** [4] -
50:22, 90:8, 133:20,
136:8
   **commander** [6] -
14:15, 33:15, 67:25,
69:9, 115:22, 123:15
   **commanders** [1] -
123:15
   **commands** [2] -
28:19, 68:16
   **commercially** [1] -
58:18
   **common** [1] - 11:5
   **community** [1] - 39:4
   **company** [1] - 22:23
   **comparable** [2] -
9:13, 9:19
   **compare** [1] - 9:10
   **compared** [2] -
45:23, 140:20
   **compelling** [1] -
95:14
   **complete** [1] - 148:6
   **completed** [1] - 94:6
   **completely** [6] -
16:2, 60:9, 89:24,
99:20, 123:7, 137:22
   **complex** [1] - 44:25
   **compliance** [3] -
29:8, 29:16, 72:11
   **complied** [1] - 29:18
   **complies** [2] - 56:13,
145:1
   **comply** [2] - 141:19,
142:5
   **components** [2] -
76:24, 81:9
   **concentrated** [1] -
49:15
   **concern** [2] - 60:5,
67:2
   **concerned** [2] -
136:23, 146:23
   **concert** [1] - 118:8
   **concerted** [1] - 131:7
   **concession** [1] -
34:15
   **conclude** [1] - 45:18
   **concluded** [1] -
147:3
   **conclusion** [1] -
143:5
   **concrete** [1] - 134:3
   **concussion** [1] -

93:21
   **condition** [1] - 86:10
   **conditions** [4] -
13:22, 39:12, 145:22,
146:23
   **confident** [5] - 76:12,
121:8, 130:14,
130:24, 134:23
   **configuration** [1] -
85:20
   **confirm** [1] - 25:9
   **conflict** [1] - 131:18
   **confronted** [2] -
9:19, 39:21
   **confronting** [1] -
126:5
   **confuse** [1] - 103:17
   **congregated** [1] -
127:4
   **Congress** [1] - 91:13
   **congressional** [1] -
91:10
   **Connecticut** [1] -
1:21
   **conscious** [1] - 39:6
   **consciousness** [1] -
135:1
   **consider** [1] - 133:1
   **considered** [1] -
33:2, 115:21, 134:16
   **consistent** [1] -
93:21
   **constant** [1] - 7:24,
48:14
   **constantly** [1] -
22:24
   **constitutes** [1] -
148:4
   **Constitution** [10] -
2:9, 10:2, 10:4, 10:23,
12:5, 12:16, 12:20,
15:3, 103:25, 148:14
   **constricted** [1] -
134:18
   **construction** [3] -
18:16, 41:19, 85:17
   **CONT'D** [1] - 2:1
   **contacts** [1] - 93:17
   **contain** [1] - 18:4
   **contained** [1] - 60:12
   **container** [1] - 21:19
   **contains** [1] - 4:1
   **contaminant** [1] -
18:3
   **contents** [1] - 81:14
   **contested** [1] - 104:9
   **contingent** [1] -
106:8
   **continue** [7] - 15:7,
36:19, 37:22, 54:21,

76:7, 91:12, 145:20
   **continued** [2] -
102:23, 145:18
   **continues** [3] -
15:13, 30:2, 34:8
   **continuing** [1] -
105:22
   **continuous** [1] -
121:14
   **continuously** [2] -
48:16, 71:6
   **continuum** [1] -
144:10
   **contract's** [1] - 99:22
   **contractor** [1] -
99:17
   **control** [11] - 5:13,
21:20, 22:1, 22:14,
42:4, 48:24, 55:6,
91:20, 136:8, 137:22,
137:23
   **controlled** [1] -
48:25
   **controls** [1] - 42:17
   **convoy** [1] - 27:11
   **cooperative** [1] -
125:16
   **cops** [2] - 62:19,
105:22
   **cork** [2] - 134:13,
134:16
   **corner** [10] - 25:19,
35:25, 60:20, 85:18,
106:8, 133:5, 133:6,
143:22, 143:25
   **correct** [28] - 85:7,
102:1, 103:6, 104:2,
104:8, 112:17,
117:13, 119:14,
120:18, 120:19,
123:10, 123:14,
124:3, 127:8, 127:16,
128:16, 128:24,
129:3, 129:8, 129:13,
130:7, 132:22, 134:5,
134:9, 134:12,
136:14, 137:7, 141:14
   **corrected** [1] - 80:12
   **correctly** [1] - 50:11
   **correspond** [1] -
77:12
   **corridor** [1] - 133:4
   **counsel** [1] - 4:2
   **counted** [1] - 49:19
   **counter** [1] - 12:23
   **counter-flow** [1] -
12:23
   **counting** [1] - 135:15
   **couple** [9] - 53:9,
105:3, 105:21, 125:3,

127:1, 127:17,
128:15, 129:20
   **course** [6] - 13:1,
44:2, 58:11, 82:16,
93:5, 135:22
   **court** [38] - 27:19,
29:2, 30:18, 35:8,
36:22, 37:24, 41:1,
42:23, 44:19, 47:9,
48:5, 48:11, 51:15,
53:6, 54:23, 57:17,
60:24, 62:2, 64:5,
70:4, 72:17, 73:6,
74:2, 74:6, 74:21,
74:24, 77:5, 77:18,
77:22, 78:8, 80:11,
80:14, 82:1, 82:23,
85:12, 87:20, 105:5,
105:19
   **COURT** [34] - 1:1,
4:3, 4:8, 4:16, 13:14,
27:1, 41:22, 42:19,
50:10, 50:14, 51:4,
51:12, 56:4, 65:5,
65:8, 76:23, 81:8,
81:12, 81:19, 95:14,
95:19, 95:23, 97:21,
109:13, 112:1, 140:9,
140:12, 140:15,
145:10, 145:13,
145:16, 146:5,
146:18, 147:1
   **Court** [5] - 2:8, 2:8,
145:23, 148:12,
148:13
   **courtroom** [2] - 4:6,
145:18
   **cover** [3] - 112:7,
121:24, 137:5
   **coverall** [1] - 16:7
   **covered** [10] - 15:25,
16:2, 84:20, 85:5,
85:23, 86:1, 93:2,
93:8, 93:10, 112:8
   **covers** [3] - 6:12,
6:13, 17:12
   **create** [1] - 120:2
   **created** [2] - 7:13,
133:25
   **creating** [1] - 121:15
   **crest** [1] - 56:1
   **Criminal** [1] - 1:3
   **CROSS** [3] - 97:23,
109:15, 112:3
   **cross** [4] - 20:20,
27:12, 75:21, 85:2
   **Cross** [1] - 3:3
   **CROSS-
EXAMINATION** [3] -
97:23, 109:15, 112:3

   **cross-hand** [1] -
75:21
   **crossing** [1] - 19:15
   **crowd** [138] - 5:13,
6:17, 6:19, 6:20, 8:1,
9:17, 10:11, 10:20,
10:21, 10:22, 11:1,
12:23, 13:1, 13:6,
14:2, 14:6, 14:9,
14:10, 19:4, 19:13,
19:14, 21:6, 21:9,
21:12, 21:13, 21:20,
21:22, 22:2, 22:3,
22:14, 28:20, 29:5,
29:6, 29:9, 29:11,
29:13, 29:19, 29:21,
29:24, 30:3, 30:4,
30:22, 31:3, 31:4,
31:8, 32:2, 33:7,
34:19, 35:16, 35:19,
36:3, 37:4, 37:15,
38:10, 38:15, 41:10,
43:12, 45:18, 45:22,
46:10, 46:11, 48:24,
49:24, 49:25, 50:24,
51:2, 51:5, 51:7, 51:8,
51:10, 52:21, 53:15,
54:11, 54:17, 57:21,
58:12, 60:6, 62:11,
62:20, 62:25, 70:24,
71:11, 71:12, 71:16,
71:24, 72:23, 73:14,
79:12, 79:19, 84:4,
86:8, 96:23, 97:16,
98:22, 98:24, 98:25,
101:19, 107:23,
109:25, 110:3,
110:13, 111:4, 111:7,
112:13, 114:2,
115:12, 117:23,
118:7, 118:12,
118:14, 118:17,
118:19, 118:20,
118:21, 118:25,
119:4, 119:24,
123:25, 124:5,
124:11, 125:15,
129:2, 129:16, 130:4,
131:12, 135:6, 136:5,
138:18, 139:5,
139:23, 140:4,
141:22, 144:6
   **crowd's** [2] - 118:12,
139:12
   **crowd-designed** [1]
- 21:22
   **crowd-dispersal** [1]
- 98:24
   **crowds** [8] - 5:15,
5:24, 20:3, 29:15,

118:23, 118:24, 139:4
**CRR** [3] - 2:7, 148:3, 148:12
**crunch** [1] - 16:10
**crushed** [3] - 71:19, 124:6, 124:11
**crutch** [2] - 90:4, 93:24
**Crypt** [2] - 92:6, 92:18
**CS** [23] - 7:5, 17:22, 18:2, 48:13, 48:18, 48:20, 48:25, 49:15, 49:17, 50:14, 50:25, 51:1, 52:15, 97:18, 98:20, 98:25, 121:25, 122:8, 122:14, 122:22
**cup** [1] - 6:9
**current** [1] - 4:21
**Curtice** [2] - 12:3, 66:12
**cut** [2] - 34:19, 60:20
**cut-off** [1] - 60:20

# D

**D.C** [9] - 1:6, 1:18, 2:10, 14:4, 20:12, 20:19, 20:20, 99:6, 148:14
**Daniel** [7] - 11:21, 66:13, 83:2, 83:6, 83:9, 83:13, 83:17
**dark** [1] - 92:14
**date** [2] - 25:22, 25:25
**Dated** [1] - 148:10
**David** [1] - 66:12
**DAVID** [1] - 1:7
**DAY** [1] - 1:11
**daylight** [1] - 110:4
**days** [3] - 93:9, 95:2, 96:15
**deactivated** [1] - 26:11
**dead** [1] - 49:25
**deal** [3] - 40:18, 113:19, 116:8
**dealt** [3] - 38:19, 138:4, 139:4
**debilitated** [1] - 16:3
**debris** [1] - 139:20
**decide** [5] - 16:14, 89:22, 91:15, 113:19, 126:24
**decided** [2] - 15:8, 103:1
**decision** [1] - 98:17
**decisions** [1] -

106:13
**deck** [11] - 61:12, 66:8, 66:16, 104:24, 106:3, 106:12, 106:22, 107:10, 126:3, 126:4, 126:15
**declared** [2] - 8:7, 9:11
**deep** [6] - 52:16, 124:6, 131:4, 135:20, 136:1, 136:17
**deescalation** [2] - 6:18, 38:23
**default** [1] - 133:9
**DEFENDANT** [3] - 1:19, 1:23, 2:2
**Defendant** [1] - 108:21
**Defendants** [4] - 1:8, 109:8, 109:10, 145:17
**defended** [1] - 90:13
**DEFENDER** [1] - 1:23
**defensible** [3] - 107:21, 123:17, 124:18
**defensive** [3] - 101:15, 101:16, 141:12
**defined** [1] - 119:2
**definitely** [9] - 31:13, 73:11, 76:11, 103:15, 103:21, 114:19, 128:9, 131:25, 134:17
**degree** [1] - 56:21
**degrees** [4] - 112:24, 124:1, 144:5, 144:9
**delay** [1] - 91:2
**demonstrations** [1] - 96:2
**denser** [3] - 29:11, 30:4, 30:22
**Department** [16] - 4:20, 5:19, 6:1, 6:7, 13:3, 13:4, 13:6, 13:8, 13:11, 13:12, 15:6, 55:7, 56:1, 59:1, 59:5, 97:4
**department** [7] - 6:23, 29:14, 35:15, 68:9, 75:17, 95:22, 98:3
**Department's** [1] - 48:24
**departmental** [1] - 95:25
**depiction** [2] - 76:18, 81:3
**deploy** [5] - 17:21, 18:2, 50:19, 101:17,

101:18
**deployed** [17] - 7:18, 7:20, 8:9, 8:15, 8:16, 8:20, 50:17, 50:18, 51:1, 51:9, 52:18, 55:14, 97:18, 98:3, 98:4, 99:2, 99:4
**deploying** [5] - 18:2, 36:2, 48:23, 82:13, 110:6
**deployment** [4] - 7:25, 67:9, 96:16, 99:3
**deployments** [3] - 8:3, 67:8, 114:25
**deploys** [1] - 99:6
**derivatives** [4] - 25:6, 26:25, 76:22, 81:7
**describe** [7] - 11:1, 29:5, 57:21, 71:9, 84:2, 115:17, 120:6
**described** [13] - 15:23, 27:23, 71:11, 78:23, 82:15, 103:12, 109:1, 109:2, 114:10, 125:24, 129:10, 129:25, 146:2
**describing** [1] - 61:2
**description** [2] - 126:17, 132:7
**design** [2] - 55:20, 133:19
**designated** [1] - 115:22
**designating** [1] - 117:3
**designator** [1] - 117:6
**designed** [3] - 5:14, 21:22, 101:25
**desire** [2] - 60:6, 113:18
**desperate** [1] - 123:23
**despite** [2] - 15:12, 38:20
**destination** [1] - 112:16
**detail** [1] - 128:3
**detector** [3] - 84:8, 84:11, 84:12
**detectors** [2] - 89:11, 89:16
**determination** [1] - 84:25
**determined** [2] - 65:19, 69:6
**developed** [2] - 116:7, 129:18

**develops** [1] - 46:6
**device** [2] - 5:1, 48:13
**devices** [1] - 110:6
**dies** [1] - 23:4
**difference** [3] - 43:7, 58:13, 140:19
**different** [15] - 5:25, 9:21, 13:25, 21:11, 34:10, 97:6, 100:13, 101:6, 108:13, 115:15, 127:3, 132:13, 136:20, 144:5, 144:9
**difficult** [4] - 8:21, 19:16, 78:4, 83:1
**Direct** [1] - 3:3
**direct** [1] - 145:17
**DIRECT** [1] - 4:11
**direction** [7] - 12:25, 35:3, 63:21, 71:2, 104:16, 105:15, 132:16
**directions** [3] - 97:6, 106:7, 127:3
**directly** [1] - 84:21
**disbursements** [1] - 136:20
**discipline** [2] - 116:6, 116:7
**discuss** [2] - 77:25, 81:14
**dishevelment** [1] - 37:1
**disintegrated** [1] - 121:2
**dismantling** [2] - 119:25, 120:3
**dismount** [1] - 27:15
**disorient** [1] - 141:25
**dispenser** [2] - 42:9, 43:5
**dispensers** [1] - 41:12
**dispersal** [1] - 98:24
**disperse** [4] - 36:3, 98:25, 101:19, 141:25
**dispersed** [2] - 99:5, 112:13
**dispersing** [1] - 45:19
**display** [1] - 65:3
**displeasure** [1] - 117:21
**distance** [1] - 71:16
**distract** [1] - 141:25
**distress** [4] - 134:21, 134:22, 142:23, 143:4
**district** [2] - 92:4, 148:13

**District** [8] - 2:8, 2:9, 4:20, 5:7, 5:10, 8:18, 148:13
**DISTRICT** [5] - 1:1, 1:1, 1:12, 1:16, 1:24
**districts** [2] - 5:20, 60:16
**disturbance** [5] - 6:7, 7:8, 22:3, 60:13, 141:24
**disturbances** [1] - 8:4
**divided** [2] - 66:23, 66:24
**domestic** [1] - 42:4
**done** [4] - 34:20, 35:18, 102:22, 134:23
**door** [33] - 68:19, 68:21, 69:15, 69:18, 69:19, 69:21, 69:22, 70:25, 88:3, 88:17, 90:21, 90:22, 100:6, 104:9, 105:16, 106:10, 106:16, 127:10, 128:11, 129:7, 129:17, 133:23, 133:24, 134:2, 135:7, 142:13, 144:25, 145:5
**doors** [40] - 65:25, 66:2, 66:5, 68:13, 68:22, 68:23, 69:1, 69:5, 69:8, 84:7, 84:8, 84:9, 85:24, 127:7, 127:19, 127:21, 127:23, 127:25, 128:5, 128:7, 128:8, 128:10, 128:15, 128:19, 132:12, 132:23, 132:25, 133:9, 133:11, 133:12, 133:14, 133:16, 133:20, 133:25, 134:3, 134:8, 134:11, 134:14, 135:8
**doorway** [2] - 106:6, 106:14
**dots** [1] - 41:16
**double** [4] - 84:7, 84:9, 85:24
**doubts** [1] - 130:19
**down** [43] - 6:3, 8:14, 10:2, 10:5, 13:15, 16:19, 16:22, 16:23, 17:3, 17:5, 17:11, 17:12, 18:15, 18:19, 19:7, 24:18, 42:2, 43:21, 53:10, 58:3, 58:21, 69:5, 70:11, 70:13, 86:13, 86:17,

91:25, 93:23, 94:10, 96:17, 106:3, 115:4, 115:13, 116:15, 124:9, 124:16, 133:4, 133:7, 136:15, 138:12, 139:12, 145:13
  **dozen** [3] - 33:21, 105:21
  **dozens** [6] - 7:22, 8:5, 9:3, 9:18, 114:24, 127:2
  **dragged** [2] - 86:7, 142:21
  **draining** [1] - 60:16
  **draw** [4] - 72:12, 75:4, 75:21, 103:19
  **dressed** [2] - 76:1, 93:13
  **drill** [1] - 6:17
  **drive** [1] - 19:8
  **drop** [2] - 50:21, 122:15
  **drops** [1] - 51:3
  **DSO** [1] - 42:5
  **due** [1] - 135:1
  **during** [18] - 11:1, 18:1, 22:14, 55:11, 57:4, 71:7, 71:10, 72:23, 73:8, 79:16, 82:14, 83:3, 84:14, 89:8, 93:5, 96:8, 126:2, 135:22
  **duty** [4] - 9:22, 42:15, 93:15, 94:18
  **duty-wise** [1] - 42:15
  **dye** [1] - 58:6
  **dyed** [2] - 41:14, 58:15
  **dynamic** [2] - 45:3, 57:11

**E**

  **ear** [2] - 61:10
  **early** [6] - 11:2, 17:25, 18:6, 46:20, 105:13, 128:7
  **ears** [1] - 17:13
  **eased** [1] - 84:5
  **easier** [1] - 134:19
  **easily** [2] - 68:5, 143:8
  **east** [2] - 10:22, 27:12
  **East** [1] - 2:5
  **ebb** [1] - 117:10
  **ebbed** [1] - 136:5
  **ebbing** [1] - 132:19

  **ebbs** [2] - 31:2, 38:22
  **Eclipse** [2] - 10:3, 10:5
  **edge** [4] - 102:16, 102:18, 103:3
  **EDWARD** [1] - 1:6
  **EDWARDS** [2] - 2:7, 148:3
  **Edwards** [1] - 148:12
  **effective** [2] - 45:23, 63:25
  **effectively** [1] - 110:21
  **effects** [2] - 94:24, 95:2
  **effort** [3] - 131:7, 135:6, 137:9
  **efforts** [2] - 117:19, 117:23
  **eight** [1] - 135:20
  **either** [18] - 50:17, 50:18, 61:8, 61:9, 71:18, 71:20, 98:22, 106:13, 108:5, 116:20, 119:25, 121:7, 121:22, 122:5, 123:20, 130:23, 133:23, 145:24
  **eject** [1] - 137:9
  **election** [1] - 7:14
  **element** [1] - 24:19
  **elements** [3] - 41:25, 99:24, 113:7
  **elevation** [1] - 136:16
  **Eleventh** [1] - 1:17
  **Ellipse** [2] - 10:21, 10:23
  **emanate** [1] - 51:7
  **emanated** [1] - 51:10
  **emergency** [1] - 42:2
  **emitting** [1] - 48:18
  **employed** [1] - 4:19
  **enclosed** [1] - 60:8
  **encountered** [2] - 114:24, 118:22
  **encountering** [1] - 38:9
  **encourage** [1] - 142:5
  **encouraging** [1] - 126:6
  **End** [1] - 147:2
  **end** [8] - 13:15, 30:7, 65:13, 102:13, 102:16, 103:3, 108:4, 124:7
  **ended** [1] - 66:7
  **ends** [3] - 70:6,

107:10, 135:19
  **enforcement** [4] - 20:12, 83:24, 104:22, 138:20
  **engaged** [2] - 114:22, 129:16
  **engaging** [1] - 19:3
  **enter** [4] - 35:3, 144:15, 145:1, 145:7
  **entered** [10] - 4:6, 27:4, 64:1, 65:11, 65:22, 65:25, 77:1, 81:11, 104:9, 104:24
  **entire** [8] - 44:25, 84:18, 88:16, 90:18, 129:15, 135:23, 136:3, 136:4
  **entirety** [2] - 80:20, 80:21
  **entrance** [2] - 91:23, 140:5
  **entrances** [1] - 90:14
  **entranceway** [1] - 140:7
  **entry** [7] - 84:6, 84:15, 104:25, 106:21, 128:9, 137:12, 138:10
  **entryway** [3] - 139:8, 139:9, 139:12
  **environment** [2] - 18:4, 45:3
  **equipment** [2] - 22:7, 58:11
  **equipped** [5] - 12:10, 22:11, 22:13, 24:19, 42:3
  **ERT** [2] - 87:11, 87:15
  **escalate** [3] - 15:13, 118:5
  **escalated** [1] - 102:23
  **escalating** [1] - 13:19
  **escaped** [1] - 100:6
  **ESQ** [7] - 1:14, 1:15, 1:15, 1:19, 1:23, 2:2, 2:4
  **essential** [1] - 79:4
  **essentially** [25] - 6:4, 6:6, 7:3, 12:7, 14:4, 15:23, 16:21, 19:15, 32:1, 33:20, 34:6, 38:18, 42:2, 44:8, 49:21, 60:12, 70:16, 70:20, 71:11, 111:20, 115:6, 126:11, 133:5, 141:1, 141:18
  **establish** [4] - 43:24,

54:2, 59:23, 123:21
  **established** [2] - 31:19, 38:3
  **establishing** [2] - 58:2, 60:2
  **estimate** [2] - 139:2, 139:3
  **European** [1] - 25:21
  **evaluate** [1] - 52:10
  **evening** [2] - 5:8, 146:7
  **event** [7] - 10:21, 14:7, 28:1, 33:7, 72:25, 82:14, 100:1
  **events** [7] - 8:14, 13:18, 55:15, 75:15, 91:3, 108:14, 113:5
  **eventually** [8] - 34:25, 38:3, 44:3, 51:18, 69:14, 87:11, 92:11, 135:11
  **everywhere** [2] - 18:2, 93:19
  **EVIDENCE** [1] - 3:9
  **evidence** [6] - 27:4, 50:24, 65:4, 65:11, 77:1, 81:11
  **ex** [1] - 133:3
  **ex-hallway** [1] - 133:3
  **exact** [4] - 27:10, 31:8, 100:22, 101:9
  **exactly** [13] - 13:16, 35:12, 36:9, 57:6, 68:6, 74:18, 79:4, 80:9, 103:12, 115:21, 117:2, 132:15, 142:18
  **EXAMINATION** [5] - 4:11, 97:23, 109:15, 112:3, 140:16
  **example** [4] - 41:6, 42:11, 116:1, 143:10
  **except** [5] - 16:20, 65:20, 84:21, 85:20, 116:4
  **excerpt** [1] - 147:2
  **EXCERPTED** [1] - 1:10
  **excerpts** [1] - 4:1
  **excuse** [1] - 90:1
  **excused** [1] - 145:15
  **execute** [1] - 135:13
  **executed** [1] - 59:22
  **exertion** [2] - 73:13, 73:18
  **exhausted** [2] - 89:24, 89:25
  **exhibit** [5] - 30:13, 36:20, 74:14, 80:2, 82:3

  **Exhibit** [79] - 3:10, 3:10, 3:11, 3:11, 27:3, 27:16, 27:18, 28:24, 29:1, 30:16, 30:17, 35:5, 35:7, 36:21, 37:23, 40:23, 40:25, 42:20, 42:22, 44:16, 44:18, 47:8, 47:14, 47:21, 48:2, 48:4, 48:10, 51:14, 53:3, 53:5, 54:22, 56:7, 57:16, 60:22, 60:23, 62:1, 64:2, 64:4, 65:10, 70:1, 70:3, 72:14, 72:16, 73:3, 73:5, 74:1, 74:5, 74:17, 74:20, 74:23, 76:21, 76:25, 77:4, 77:17, 77:21, 78:2, 78:7, 78:10, 80:8, 80:10, 80:12, 80:13, 81:6, 81:10, 81:24, 81:25, 82:20, 82:22, 85:8, 85:11, 87:17, 87:19, 100:24, 100:25, 105:4, 105:18, 110:8, 140:18, 143:15
  **Exhibits** [3] - 25:6, 26:24, 65:3
  **EXHIBITS** [1] - 3:9
  **exhibits** [2] - 25:7, 104:5
  **existed** [1] - 35:14
  **exists** [2] - 35:14, 85:22
  **exit** [7] - 53:21, 61:15, 123:12, 123:18, 123:19, 124:8, 124:13
  **exited** [1] - 112:11
  **exiting** [2] - 86:3, 138:7
  **expand** [1] - 43:13
  **expandible** [1] - 22:5
  **expands** [1] - 49:1
  **expect** [1] - 110:8
  **expected** [2] - 21:12, 96:23
  **expecting** [3] - 21:5, 21:6, 33:16
  **expeditiously** [1] - 112:15
  **experience** [5] - 8:21, 9:12, 19:21, 25:25, 58:22
  **experienced** [3] - 68:5, 81:3, 118:15
  **experiencing** [2] - 70:17, 130:9

156

**expert** [1] - 68:8
**expertise** [1] - 99:17
**explained** [2] - 75:9, 113:14
**explanation** [1] - 125:16
**exploited** [1] - 52:21
**explore** [1] - 46:12
**express** [1] - 44:10
**expressing** [3] - 11:4, 11:8, 117:21
**extend** [3] - 47:18, 47:25, 102:8
**extended** [5] - 6:4, 7:3, 70:15, 102:8, 134:20
**extending** [1] - 121:10
**extent** [2] - 107:20, 138:13
**exterior** [4] - 127:21, 137:25, 142:16, 142:20
**external** [1] - 28:5
**extinguisher** [2] - 41:5, 41:20
**extra** [1] - 74:3
**extract** [2] - 134:24, 137:3
**extractions** [2] - 6:21, 135:13
**extreme** [3] - 134:21, 142:23, 143:4
**extremely** [1] - 39:10
**extremities** [4] - 6:13, 15:24, 28:8, 28:9
**eye** [2] - 70:12, 70:14
**eyes** [7] - 37:3, 37:8, 45:14, 46:8, 93:16, 108:18, 121:20

## F

**face** [12] - 17:13, 37:3, 41:16, 79:20, 79:23, 86:14, 86:17, 93:9, 104:18, 109:1, 109:5, 109:10
**faced** [4] - 118:13, 118:23, 118:25
**facing** [4] - 46:25, 78:19, 78:21, 128:20
**fact** [7] - 23:13, 45:17, 58:17, 69:2, 83:11, 107:4, 135:5
**factor** [2] - 9:1, 9:13
**facts** [1] - 113:9
**fail** [3] - 58:25, 59:8, 145:18
**failed** [3] - 59:2, 59:5, 107:20
**failure** [1] - 35:22, 91:6
**fair** [21] - 63:9, 64:25, 76:18, 81:2, 101:15, 103:13, 111:9, 112:18, 112:21, 113:1, 113:2, 114:21, 115:24, 117:7, 117:12, 130:12, 132:17, 135:16, 135:21, 137:8, 140:3
**fairly** [4] - 11:3, 46:19, 121:8, 128:7
**fall** [4] - 53:16, 122:24, 123:1, 123:16
**falling** [1] - 123:11, 125:21
**falls** [2] - 96:12, 122:7
**familiar** [2] - 55:21, 64:7
**fan** [1] - 68:7
**Fanone** [8] - 87:10, 87:14, 87:22, 89:12, 136:23, 137:3, 137:19, 142:21
**far** [3] - 73:10, 138:22, 146:23
**fashion** [2] - 133:15, 141:24
**fast** [2] - 16:12, 19:8
**FBI** [3] - 122:18, 125:13, 125:16
**fear** [1] - 40:7
**FEDERAL** [1] - 1:23
**Federal** [1] - 97:5
**feet** [4] - 44:1, 44:3, 49:15, 86:14
**feigning** [1] - 43:21
**fellow** [2] - 118:22, 134:23
**felt** [6] - 67:20, 72:10, 100:24, 101:6, 126:21, 135:1
**fence** [2] - 97:16, 99:14, 99:18
**fenced** [2] - 99:19, 99:20
**fencing** [2] - 99:20, 100:3
**few** [23] - 9:2, 11:20, 40:21, 44:3, 44:12, 47:5, 61:24, 63:19, 68:17, 71:14, 72:12, 73:22, 79:10, 93:9, 95:2, 106:2, 106:11, 107:11, 109:19,

110:12, 111:12, 138:15
**field** [1] - 139:15
**fight** [5] - 35:2, 52:23, 96:13, 113:14, 126:14
**fighter** [1] - 50:12
**fighting** [8] - 40:6, 89:13, 113:13, 113:15, 116:21, 125:18, 126:14, 132:1
**fights** [1] - 37:20
**figure** [2] - 34:6, 65:23
**figured** [1] - 59:25
**figuring** [1] - 92:21
**fill** [1] - 121:23
**filled** [4] - 121:22, 136:4, 138:13
**filmed** [1] - 110:9
**filter** [1] - 17:24
**final** [1] - 88:25
**finally** [3] - 83:24, 97:20, 144:4
**fine** [4] - 38:19, 96:16, 146:16, 146:18
**fire** [6] - 41:5, 41:20, 48:17, 50:12, 93:8
**fired** [1] - 39:19
**first** [35] - 7:14, 10:19, 23:13, 28:13, 28:14, 30:6, 31:14, 33:23, 35:20, 46:14, 51:23, 67:10, 69:18, 81:1, 83:24, 84:6, 85:24, 95:17, 113:2, 114:2, 114:11, 123:19, 130:14, 131:3, 133:24, 137:9, 137:11, 137:15, 137:17, 142:8, 142:10, 142:15, 142:19
**First** [4] - 7:17, 7:18, 7:21, 13:23
**fit** [1] - 62:14
**five** [18] - 27:22, 49:19, 52:5, 53:4, 63:22, 67:14, 74:22, 83:9, 85:1, 94:13, 118:11, 134:6, 134:7, 134:10, 135:18, 135:19, 140:14
**five-minute** [1] - 53:4
**fixed** [1] - 123:9
**flagged** [1] - 41:7
**flame** [1] - 16:8
**flame-retardant** [1] - 16:8
**Floor** [1] - 1:17

**FLORIDA** [1] - 1:24
**Florida** [1] - 1:25
**flow** [2] - 12:23, 117:10
**flowed** [1] - 136:6
**flowing** [1] - 132:20
**flows** [2] - 31:3, 38:22
**Floyd** [2] - 8:10, 98:10
**flush** [1] - 37:7
**flying** [2] - 16:2, 139:20
**foam** [1] - 7:4
**focus** [3] - 38:7, 71:5, 118:15
**focused** [5] - 9:8, 97:1, 97:2, 97:8, 118:25
**fold** [1] - 50:8
**folded** [4] - 52:3, 54:20, 122:22, 123:7
**folks** [1] - 147:1
**follow** [2] - 129:15, 129:17
**followed** [2] - 19:17, 28:21
**following** [4] - 4:1, 4:7, 81:18, 98:2
**foot** [4] - 47:4, 47:5, 70:14, 126:11
**footage** [10] - 24:5, 25:1, 25:2, 25:15, 26:19, 26:25, 64:23, 72:13, 140:1, 140:4
**FOR** [7] - 1:1, 1:14, 1:16, 1:19, 1:23, 2:2, 3:4
**force** [23] - 30:11, 38:23, 39:3, 39:6, 40:19, 43:10, 43:22, 46:2, 68:3, 68:8, 92:25, 99:9, 99:10, 102:23, 103:1, 115:7, 115:8, 116:2, 118:5, 118:6, 119:18, 141:11, 144:21
**forces** [2] - 38:22, 70:19
**forearm** [4] - 76:6, 76:8, 102:7, 102:8
**forearms** [1] - 6:11
**foregoing** [1] - 148:4
**foregone** [1] - 143:5
**foreground** [1] - 106:19
**forgive** [1] - 77:19
**form** [5] - 21:13, 28:1, 59:18, 68:19, 96:12

**formation** [2] - 29:22, 112:11
**formed** [1] - 67:13
**forming** [1] - 71:12
**forth** [6] - 37:19, 37:21, 43:7, 79:3, 111:6, 136:5
**fortunately** [1] - 124:12
**forward** [22] - 46:25, 70:21, 73:2, 73:16, 82:18, 85:4, 87:2, 102:5, 102:10, 111:12, 124:6, 128:21, 130:11, 131:9, 131:14, 132:1, 132:11, 132:13, 133:16, 133:22, 141:9
**four** [13] - 10:4, 11:11, 11:13, 12:10, 27:11, 27:21, 33:16, 85:1, 94:13, 103:19, 107:18, 128:19
**Fourth** [6] - 1:17, 4:20, 5:7, 5:10, 8:18
**frame** [2] - 108:10
**framed** [1] - 132:12
**frames** [1] - 127:22
**free** [3] - 4:16, 116:23, 145:13
**frequently** [1] - 73:1
**FROM** [1] - 1:10
**front** [36] - 13:8, 13:11, 29:25, 36:8, 45:2, 53:10, 53:18, 54:11, 70:22, 71:15, 71:19, 72:2, 74:8, 74:12, 79:20, 79:25, 85:6, 86:14, 86:18, 86:19, 93:23, 102:24, 113:5, 113:16, 120:7, 127:18, 128:20, 129:15, 130:8, 131:3, 131:10, 131:14, 131:20, 137:4, 144:3
**FTP** [1] - 96:4
**full** [8] - 20:18, 55:6, 69:7, 75:25, 81:23, 95:25, 129:18, 148:5
**full-body** [1] - 55:6
**full-on** [1] - 129:18
**fully** [3] - 32:5, 98:3
**functioning** [1] - 65:25

## G

**gaining** [1] - 128:9
**gap** [3] - 122:6,

128:15, 131:22
**gaps** [3] - 120:1,
121:15, 122:24
**Garden** [1] - 1:24
**gas** [40] - 7:6, 17:14,
17:15, 17:18, 17:22,
17:23, 18:2, 37:2,
48:18, 48:20, 48:25,
49:10, 49:12, 49:15,
49:17, 50:2, 50:19,
50:20, 50:21, 50:25,
51:1, 52:15, 52:18,
97:18, 98:20, 98:25,
121:25, 122:2, 122:8,
122:14, 122:22,
126:11
**gather** [1] - 89:1
**gatherings** [1] - 7:16
**Gavin** [2] - 108:7,
138:11
**gear** [13] - 5:25, 10:7,
12:8, 15:16, 15:17,
15:18, 15:21, 21:15,
27:22, 27:25, 28:4,
75:9, 75:10
**geared** [1] - 27:8
**general** [16] - 10:21,
17:18, 24:10, 27:20,
41:11, 41:24, 42:10,
48:22, 63:7, 71:9,
71:17, 85:20, 118:18,
118:19, 134:18,
136:18
**generalizing** [1] - 9:4
**generally** [4] - 9:1,
26:1, 133:23, 141:12
**generic** [1] - 112:21
**gentleman** [5] - 41:7,
69:23, 79:3, 79:15,
142:12
**gentleman's** [2] -
74:16, 77:13
**geography** [1] - 63:3
**George** [2] - 8:10,
98:10
**given** [6] - 5:25,
43:24, 45:17, 49:9,
133:20, 143:3
**glass** [2] - 128:1,
128:8
**glove** [4] - 76:5,
76:6, 76:7, 76:8
**Glover** [3] - 14:16,
14:20, 45:8
**gloves** [3] - 6:2,
52:6, 93:18
**goal** [1] - 141:24
**gold** [9] - 75:12,
127:21, 132:12,
132:23, 132:24,

133:9, 133:11,
133:12, 133:16
**gold-framed** [1] -
132:12
**gonna** [1] - 15:12
**Google** [1] - 93:21
**GOVERNMENT** [3] -
1:14, 3:4, 4:10
**Government** [5] -
4:5, 26:23, 65:2,
76:21, 81:6
**Government's** [42] -
27:3, 27:18, 29:1,
30:17, 35:7, 36:21,
37:23, 40:25, 42:22,
44:18, 47:8, 48:4,
48:10, 51:14, 53:5,
54:22, 57:16, 60:23,
62:1, 64:4, 65:10,
70:3, 72:16, 73:5,
74:1, 74:5, 74:20,
74:23, 76:25, 77:4,
77:17, 77:21, 78:7,
80:10, 80:13, 81:10,
81:25, 82:22, 85:11,
87:19, 105:4, 105:18
**government's** [4] -
3:10, 3:10, 3:11, 3:11
**gown** [1] - 29:23
**grab** [3] - 28:16,
44:13, 87:5
**grabbed** [2] - 87:13,
87:14
**grabbing** [2] - 30:8,
136:10
**grace** [1] - 23:8
**grade** [1] - 101:6
**grant** [1] - 118:16
**granted** [1] - 15:18
**granting** [1] - 146:20
**grass** [1] - 113:4
**grassy** [1] - 112:12
**great** [4] - 33:20,
34:2, 34:23, 40:18
**greater** [1] - 56:21
**grenade** [1] - 7:3
**ground** [17] - 31:24,
43:19, 43:23, 43:24,
46:19, 46:21, 86:17,
101:22, 119:9,
119:10, 119:13,
119:16, 119:21,
119:22, 125:17,
125:18
**grounds** [14] - 14:5,
14:6, 14:7, 14:10,
14:11, 14:15, 20:5,
20:15, 21:2, 24:22,
28:13, 32:18, 144:14,
146:3

**group** [5] - 68:15,
97:1, 107:14, 107:24,
123:4
**groups** [2] - 96:14,
97:6
**Guard** [4] - 99:2,
99:4, 99:5, 99:13
**guess** [2] - 112:21,
140:10
**gun** [2] - 12:8, 75:18
**gun's** [1] - 75:19
**guy** [15] - 28:14,
43:20, 43:23, 46:23,
58:6, 58:15, 58:20,
75:6, 79:17, 87:5,
93:23, 101:21,
102:24, 107:2, 108:7
**guys** [17] - 17:14,
27:25, 43:1, 49:22,
57:24, 61:3, 62:7,
62:14, 62:15, 92:7,
103:10, 119:19,
123:17, 127:15,
127:17, 131:9

# H

**Hackerman** [6] -
13:5, 15:8, 15:15,
66:10, 67:6, 67:16
**half** [23] - 31:2,
33:10, 33:12, 35:6,
37:18, 40:10, 44:8,
59:18, 59:19, 59:23,
66:6, 66:7, 66:16,
67:22, 88:15, 95:12,
97:7, 103:14, 103:25,
108:23, 109:6
**half-hour** [4] - 31:2,
37:18, 40:10, 44:8
**hallway** [35] - 64:1,
64:7, 65:14, 65:16,
66:7, 71:1, 71:2,
71:23, 72:24, 73:11,
82:16, 84:16, 84:17,
85:19, 86:3, 89:4,
89:7, 132:14, 133:3,
134:16, 134:18,
135:24, 136:2, 136:3,
136:12, 136:15,
136:17, 136:19,
137:12, 137:18,
138:2, 142:15,
142:20, 144:25
**hand** [19] - 7:5, 14:3,
20:2, 25:19, 29:13,
42:17, 55:2, 55:16,
74:12, 74:16, 75:18,
75:21, 77:13, 79:21,
82:11, 85:21, 86:3,

141:7
**hand-off** [1] - 20:2
**hand-thrown** [1] -
7:5
**handed** [2] - 75:16,
76:4
**handful** [1] - 61:22,
62:15
**handheld** [1] -
128:14
**handle** [6] - 20:15,
20:16, 20:18, 20:22,
102:9
**handled** [2] - 88:3,
99:6
**handoff** [1] - 14:5
**hands** [7] - 39:10,
55:22, 72:2, 77:8,
93:19, 141:4, 141:6
**hangs** [1] - 70:16
**happenstance** [3] -
131:8, 131:11, 133:22
**hard** [8] - 15:17,
27:22, 27:25, 28:3,
33:16, 75:9, 75:10,
115:10
**hardened** [1] - 98:23
**harder** [2] - 29:25,
46:3
**hardly** [1] - 97:12
**harm's** [1] - 134:25
**Hawaii** [1] - 2:3
**head** [6] - 50:5,
56:22, 90:4, 93:22,
93:23, 93:24
**headed** [2] - 21:4,
64:13
**heading** [2] - 28:10,
103:25, 105:25
**hear** [13] - 18:20,
30:9, 36:5, 36:16,
42:6, 50:11, 50:19,
50:20, 72:19, 78:4,
82:25, 83:21, 143:12
**heard** [6] - 46:14,
50:22, 61:13, 104:6,
110:12, 117:16
**hearing** [12] - 13:18,
13:22, 15:1, 16:11,
18:18, 19:2, 23:20,
30:5, 46:16, 61:11,
83:6, 91:10
**heart** [1] - 75:6
**heave** [1] - 89:10
**heave-hos** [1] -
89:10
**heavier** [2] - 100:25,
101:7
**hectic** [2] - 13:13,
13:17

141:7
**held** [8] - 31:20,
47:7, 49:18, 69:19,
85:2, 85:3, 90:16,
124:10
**hello** [1] - 10:12
**helmet** [14] - 6:5,
17:9, 28:18, 52:5,
52:12, 86:14, 87:25,
88:7, 88:8, 88:9, 90:2,
90:3
**helmets** [6] - 14:22,
17:6, 17:7, 49:7,
135:15, 136:17
**help** [13] - 20:7, 22:1,
28:11, 50:4, 83:3,
83:7, 83:13, 83:17,
113:24, 135:10,
143:6, 143:11
**helped** [5] - 40:19,
87:14, 98:14, 99:8,
106:2
**helping** [1] - 137:2
**hereby** [1] - 148:3
**high** [8] - 5:1, 10:6,
10:8, 15:9, 39:12,
96:22, 130:22, 130:25
**high-injury-prone**
[1] - 130:25
**high-visibility** [2] -
10:6, 10:8
**higher** [1] - 111:13
**himself** [3] - 79:5,
88:1
**hindsight** [2] - 86:24,
100:7
**history** [2] - 59:4,
95:17
**hit** [17] - 16:2, 22:25,
23:6, 23:11, 23:17,
23:19, 24:20, 49:3,
52:15, 68:7, 78:24,
102:15, 103:1, 103:2,
116:3, 116:5, 136:6
**hits** [1] - 18:18
**hitting** [3] - 93:23,
107:9, 118:7
**Hodges** [10] - 11:21,
66:13, 83:2, 83:6,
83:9, 83:13, 83:17,
83:21, 104:6, 135:5
**hold** [35] - 43:11,
47:11, 54:4, 54:16,
56:12, 56:20, 59:7,
59:15, 59:25, 61:16,
62:15, 62:16, 62:24,
63:17, 63:18, 63:22,
90:22, 97:9, 101:17,
101:22, 102:7,
103:10, 107:3,
107:17, 107:19,

107:24, 122:11,
126:23, 130:20,
133:2, 133:6, 133:7,
134:14, 134:19,
136:19
  **holding** [17] - 51:25,
58:7, 63:24, 68:12,
68:13, 77:9, 78:20,
87:7, 102:6, 102:9,
102:14, 103:11,
140:21, 141:1,
142:16, 143:19,
143:21
  **hole** [2] - 31:23, 47:1
  **holes** [4] - 46:9,
46:11, 46:12, 121:22
  **home** [1] - 97:19
  **honestly** [2] - 39:18,
113:18
  **Honor** [4] - 4:4, 56:3,
78:4, 145:21
  **HONORABLE** [1] -
1:11
  **hooks** [1] - 6:11
  **hopefully** [2] - 54:8,
65:24
  **hoping** [2] - 45:12,
69:6
  **horse** [1] - 100:5
  **hos** [1] - 89:10
  **hospital** [1] - 92:19
  **hostile** [8] - 30:5,
30:22, 118:18,
118:19, 118:20,
118:21, 119:2
  **hostilities** [1] - 124:1
  **hour** [9] - 13:1, 31:2,
37:18, 40:10, 44:2,
44:8, 88:15, 94:20,
115:9
  **hours** [5] - 11:2,
25:24, 85:4, 90:18,
143:18
  **House** [1] - 99:19
  **hundred** [1] - 9:2
  **hundreds** [1] - 9:18
  **hurt** [2] - 84:22,
143:11

**I**

  **idea** [8] - 26:9, 57:14,
59:22, 65:18, 65:20,
74:9, 101:18, 113:21
  **ideal** [1] - 144:24
  **identified** [3] - 76:16,
88:1, 104:6
  **III** [1] - 1:6
  **illegally** [1] - 145:7

  **images** [1] - 143:15
  **IMF** [4] - 17:25, 18:5,
18:6, 41:23
  **immediately** [2] -
62:8, 69:18
  **impact** [1] - 7:3
  **impeded** [1] - 112:16
  **impenetrable** [1] -
97:16
  **implement** [1] -
21:23
  **implements** [1] -
101:16
  **important** [2] -
119:8, 146:4
  **improvising** [1] -
103:4
  **IN** [1] - 3:9
  **inaugural** [1] - 7:14
  **inauguration** [2] -
42:11, 98:11
  **incapacitation** [1] -
70:20
  **included** [1] - 94:9
  **including** [1] - 65:8
  **increases** [1] -
131:13
  **incrementally** [1] -
46:21
  **indefinitely** [1] - 60:1
  **indicating)** [1] -
102:3
  **indiscernible** [1] -
13:12
  **individual** [9] - 74:8,
78:15, 79:24, 80:3,
123:5, 128:20, 129:1,
129:4, 129:9
  **individual's** [1] -
77:8
  **ineffective** [1] - 60:9
  **information** [3] -
21:8, 100:19, 113:23
  **infrastructure** [1] -
97:12
  **ingratiate** [1] - 79:5
  **inhaling** [1] - 49:2
  **initial** [6] - 29:4,
30:24, 69:17, 84:6,
104:25, 123:20
  **initiated** [1] - 51:8
  **injured** [14] - 18:17,
18:21, 43:21, 43:23,
92:6, 92:21, 92:22,
92:23, 93:5, 94:3,
94:12, 94:14, 122:4
  **injuries** [2] - 93:1,
94:1
  **injury** [10] - 43:21,
93:7, 93:22, 93:25,

94:6, 95:3, 102:1,
130:22, 130:25
  **inner** [5] - 33:7,
127:23, 127:25,
128:5, 128:8
  **inside** [16] - 5:9,
34:22, 65:24, 68:19,
90:25, 91:1, 104:3,
104:5, 104:7, 107:12,
127:1, 138:7, 139:23,
140:6, 140:7, 144:17
  **insignia** [1] - 55:8
  **inspector** [1] - 33:15
  **Inspector** [2] - 14:16,
45:8
  **instances** [1] - 35:19
  **instead** [3] - 33:19,
45:19, 49:12
  **instinct** [1] - 123:20
  **intact** [1] - 143:20
  **integrity** [2] - 119:9,
119:10
  **intelligent** [1] - 49:13
  **intentional** [2] -
131:17, 133:20
  **intentionally** [2] -
71:22, 71:24
  **interacting** [1] -
40:12
  **interaction** [4] -
79:16, 109:3, 109:4,
129:1
  **interest** [1] - 39:19
  **interested** [1] -
128:23
  **interior** [3] - 85:25,
133:11, 133:12
  **interlocked** [2] -
31:22, 45:19
  **intermittently** [1] -
40:11
  **interspersed** [2] -
8:13, 39:23
  **interview** [1] -
122:19
  **interviewed** [1] -
122:17
  **investigated** [1] -
20:23
  **investigation** [1] -
20:16
  **involved** [1] - 8:19
  **involves** [2] - 13:24,
92:25
  **issue** [4] - 26:6,
26:10, 35:16, 52:10
  **issued** [8] - 22:17,
42:11, 42:14, 76:7,
98:7, 98:9, 98:12,
98:13

  **issuing** [3] - 36:9,
36:10, 36:15
  **it'll** [5] - 16:3, 25:5,
26:24, 40:23, 44:8
  **itself** [7] - 34:15,
37:6, 52:25, 85:16,
104:23, 111:21,
137:23

**J**

  **jacket** [3] - 12:13,
41:7, 107:2
  **jackets** [2] - 10:8,
12:6
  **January** [21] - 4:23,
5:5, 8:23, 9:10, 23:25,
24:23, 26:3, 26:17,
42:3, 42:13, 67:10,
67:11, 96:2, 98:13,
101:1, 101:11,
108:14, 108:15,
109:8, 115:15, 140:21
  **Jason** [3] - 3:5, 4:5,
4:15
  **JASON** [3] - 1:10,
4:10, 4:17
  **jeopardize** [1] -
120:9
  **Jessie** [1] - 66:13
  **Jim** [1] - 66:11
  **job** [2] - 39:19, 45:10
  **JOCELYN** [1] - 1:15
  **joined** [1] - 4:25
  **joint** [1] - 20:6
  **JOSE** [1] - 2:4
  **Joseph** [1] - 66:11
  **JR** [1] - 2:2
  **JUDGE** [1] - 1:12
  **judge's** [1] - 98:2
  **judgment** [1] - 30:10
  **judgments** [1] -
116:2
  **jurisdiction** [2] -
20:4, 20:6
  **Justice** [7] - 13:3,
13:4, 13:6, 13:8,
13:11, 13:12, 15:6
  **justified** [1] - 141:22
  **justify** [1] - 90:11

**K**

  **Kailua** [1] - 2:3
  **keep** [12] - 8:2,
10:15, 16:4, 53:17,
53:19, 62:25, 68:20,
71:13, 74:15, 105:17,
124:19, 132:24

  **killed** [2] - 8:19,
143:8
  **killing** [1] - 8:10
  **KIMBERLY** [1] - 1:14
  **kind** [29] - 5:5, 5:23,
8:17, 10:12, 11:9,
13:2, 13:19, 13:23,
21:11, 29:6, 39:20,
45:2, 45:15, 50:2,
56:25, 79:9, 89:25,
90:5, 91:18, 95:16,
99:22, 115:23,
116:12, 118:13,
131:7, 131:8, 133:21,
135:5, 139:5
  **kinds** [2] - 11:6,
116:8
  **knee** [1] - 50:21
  **knees** [1] - 6:10
  **knowing** [1] - 116:7
  **knowledge** [17] -
32:17, 53:21, 53:24,
55:23, 59:2, 63:4,
64:25, 66:25, 72:8,
83:19, 89:20, 89:21,
106:7, 109:7, 113:20,
126:16
  **known** [3] - 83:9,
87:13, 139:24
  **knows** [1] - 68:15
  **Kyle** [4] - 67:25,
69:3, 69:12, 69:13

**L**

  **Labor** [1] - 97:4
  **lack** [1] - 132:6
  **Lafayette** [1] - 8:15
  **laid** [2] - 31:9, 45:1
  **large** [12] - 10:22,
12:24, 21:20, 59:13,
60:12, 71:11, 107:23,
122:10, 130:4, 139:4,
139:5, 139:7
  **larger** [3] - 6:25,
87:12, 110:5
  **last** [25] - 5:3, 8:12,
53:9, 60:14, 60:17,
61:17, 61:18, 61:22,
62:7, 65:13, 84:11,
88:23, 89:6, 89:13,
96:18, 100:1, 105:14,
105:15, 126:3, 127:9,
127:21, 133:9, 137:5
  **lasted** [2] - 8:3, 95:2
  **late** [1] - 88:22
  **launcher** [1] - 7:4
  **LAUREN** [1] - 1:23
  **law** [4] - 20:11,

83:24, 104:22, 138:20
**LAW** [2] - 1:20, 2:2
**lawful** [1] - 141:18
**layer** [1] - 33:8
**layers** [1] - 78:22
**layout** [1] - 53:22
**lead** [3] - 19:16, 19:17, 28:11
**leader** [1] - 67:2
**leadership** [1] - 67:23
**leaning** [4] - 55:3, 96:3, 96:14, 119:17
**learn** [3] - 61:7, 86:6, 102:2
**learned** [1] - 18:10
**learning** [1] - 140:23
**least** [7] - 35:15, 72:24, 88:18, 98:11, 102:19, 123:19, 137:2
**Leasure** [2] - 66:13, 68:18
**leather** [2] - 41:7, 76:6
**leave** [9] - 44:11, 49:16, 72:11, 89:22, 115:20, 116:25, 118:10, 126:6, 145:14
**leaves** [1] - 88:7
**leaving** [3] - 38:21, 73:10, 116:25
**led** [2] - 8:11, 67:20
**left** [20] - 52:18, 54:5, 71:24, 75:16, 75:19, 75:21, 76:4, 82:11, 82:13, 84:13, 86:3, 91:17, 96:13, 107:1, 107:14, 121:3, 124:7, 126:13, 134:1, 136:6
**left-hand** [3] - 75:21, 82:11, 86:3
**left-handed** [2] - 75:16, 76:4
**leg** [2] - 50:2, 56:21
**legal** [2] - 20:9, 144:13
**legs** [3] - 16:1, 87:15, 93:9
**legwork** [1] - 99:22
**length** [3] - 47:18, 47:25, 133:4
**less** [5] - 26:13, 69:5, 107:17, 136:1, 140:14
**letter** [1] - 146:15
**letting** [1] - 79:13
**level** [15] - 54:10, 54:14, 54:15, 61:16, 62:19, 63:14, 70:12, 70:14, 95:24, 97:14, 99:10, 103:9, 107:6,

107:10, 126:22
**Lieutenant** [5] - 15:8, 15:15, 66:10, 67:6, 67:16
**lieutenant** [8] - 11:12, 11:13, 13:5, 27:21, 67:6, 67:7, 94:13, 95:8
**lifted** [1] - 86:23
**lifting** [1] - 87:9
**lighter** [1] - 101:8
**likelihood** [1] - 130:22
**limit** [1] - 136:6
**LINDY** [2] - 1:19, 1:20
**line** [169] - 13:12, 18:25, 21:6, 21:8, 21:13, 27:20, 28:1, 28:14, 28:15, 29:23, 30:24, 30:25, 31:1, 31:3, 31:5, 31:12, 31:19, 31:20, 32:9, 32:15, 33:5, 34:22, 35:1, 35:3, 35:4, 36:12, 36:25, 37:5, 37:11, 37:13, 37:15, 38:2, 38:20, 40:20, 43:9, 43:25, 44:21, 45:15, 45:16, 45:23, 45:24, 46:4, 46:5, 46:25, 47:3, 47:6, 47:12, 47:15, 47:18, 47:22, 49:5, 49:16, 50:7, 51:3, 51:18, 51:24, 52:2, 52:8, 52:9, 52:15, 52:17, 52:18, 52:19, 52:20, 52:23, 52:24, 52:25, 53:1, 53:16, 53:20, 54:2, 54:5, 54:20, 57:22, 57:25, 58:2, 58:8, 58:19, 58:20, 58:23, 58:25, 59:2, 59:5, 59:8, 59:13, 59:18, 59:19, 59:23, 60:2, 62:9, 68:11, 68:18, 68:19, 68:21, 68:25, 73:21, 84:15, 91:16, 95:17, 97:20, 101:20, 103:10, 103:11, 105:12, 105:13, 106:20, 107:20, 114:4, 114:11, 114:19, 115:5, 117:9, 119:10, 119:23, 120:9, 120:18, 121:3, 121:6, 121:11, 121:13, 121:15, 121:21,

121:22, 122:5, 122:6, 122:11, 122:15, 122:21, 123:2, 123:3, 123:6, 123:7, 123:8, 123:18, 123:21, 124:10, 125:14, 125:20, 125:21, 129:11, 129:15, 130:8, 131:4, 132:6, 132:10, 132:14, 132:23, 133:14, 133:21, 133:22, 134:20, 135:23, 136:1, 136:19, 136:21, 137:4, 137:24, 138:1, 141:2, 143:19, 144:3, 144:7
**line's** [1] - 143:20
**linear** [1] - 116:20
**lines** [4] - 45:20, 59:6, 103:20
**lingering** [2] - 94:24, 95:2
**linked** [1] - 57:8
**Lisa** [1] - 148:12
**LISA** [2] - 2:7, 148:3
**listen** [2] - 69:25, 82:21
**listening** [2] - 61:10, 128:23
**lit** [1] - 51:5
**live** [5] - 22:24, 23:1, 23:3, 24:25
**load** [1] - 19:7
**lock** [7] - 57:4, 68:21, 69:5, 100:6, 127:25, 128:5, 128:6
**lockdown** [1] - 69:7
**locked** [3] - 68:23, 69:1, 69:22
**long-sleeved** [1] - 16:20
**look** [3] - 52:13, 105:8, 136:15
**looked** [5] - 47:15, 47:22, 86:13, 105:9, 135:17
**looking** [11] - 29:8, 32:13, 34:8, 51:23, 77:12, 92:2, 92:3, 92:9, 137:8, 139:8, 140:5
**looks** [7] - 6:25, 35:10, 57:6, 70:6, 108:22, 110:11, 115:15
**loop** [1] - 102:8
**Lopez** [1] - 145:25
**LOPEZ** [3] - 2:4, 2:5, 78:4

**lose** [5] - 34:4, 119:13, 119:16, 119:22, 143:24
**losing** [2] - 46:21, 119:21
**loss** [2] - 121:17, 122:10
**lost** [9] - 13:16, 43:19, 45:14, 58:8, 58:10, 79:11, 92:2, 122:22, 135:1
**loud** [2] - 35:17, 36:9
**love** [1] - 96:10
**low** [1] - 91:18
**lower** [14] - 54:10, 54:15, 55:2, 63:2, 63:5, 63:6, 63:7, 104:4, 125:11, 126:3, 126:4, 126:15, 127:2, 138:8
**lowering** [1] - 27:14
**LRAD** [5] - 35:12, 36:5, 36:11, 36:15, 115:19
**lull** [1] - 114:13
**lulls** [1] - 131:25
**lumber** [1] - 41:19
**lungs** [1] - 17:24
**lying** [2] - 86:14, 86:17

---

## M

**M-A-S-T-O-N-Y** [1] - 4:17
**ma'am** [2] - 6:18, 109:18
**mag** [1] - 127:18, 132:11, 133:2
**magazines** [1] - 12:9
**magnetometer** [1] - 133:3
**maintain** [7] - 40:19, 114:4, 119:8, 119:9, 120:17, 130:15, 132:24
**maintained** [1] - 123:9
**maintaining** [2] - 130:4, 130:5
**majority** [1] - 92:5
**Mall** [5] - 19:13, 19:14, 19:15, 27:12
**man** [7] - 61:17, 61:18, 61:22, 87:12, 103:2, 109:2, 127:10
**manage** [1] - 84:14
**managed** [3] - 34:14, 89:14, 92:16

**manipulate** [1] - 119:24
**manned** [2] - 32:5, 121:3, 141:2
**manner** [11] - 10:6, 23:1, 35:24, 53:17, 59:5, 66:25, 99:4, 102:7, 102:13, 103:7, 119:21
**manpower** [3] - 91:22, 97:11, 122:10
**manually** [1] - 35:18
**manufacturer** [1] - 5:2
**marched** [1] - 66:18
**marches** [1] - 96:6
**mark** [1] - 128:18
**Mark** [2] - 42:9, 43:4
**mask** [10] - 17:19, 17:22, 17:23, 49:12, 50:2, 50:13, 50:21, 52:6, 68:6, 135:2
**masked** [2] - 49:8, 49:22
**masks** [7] - 17:14, 17:15, 37:2, 41:16, 49:10, 49:23, 121:19
**massive** [2] - 97:17, 118:12, 123:25
**massively** [1] - 8:25
**MASTONY** [2] - 1:10, 4:10
**Mastony** [6] - 3:5, 4:5, 4:15, 97:25, 140:18, 145:10
**matter** [3] - 17:7, 36:17, 67:7
**McCaughey** [6] - 1:6, 1:20, 108:18, 108:19, 109:2, 109:5
**McFADDEN** [1] - 1:11
**mean** [14] - 13:7, 23:13, 39:2, 58:10, 91:4, 102:5, 102:16, 106:23, 114:22, 118:2, 118:21, 122:17, 124:4
**meaningful** [1] - 140:19
**meaningless** [1] - 63:23
**means** [3] - 31:24, 35:13, 75:13
**meant** [5] - 21:20, 109:24, 110:17, 111:1
**measured** [1] - 84:5
**mechanically** [2] - 31:22, 57:8
**media** [1] - 32:21

**medical** [2] - 5:1, 94:1
**MEHAFFIE** [2] - 1:7, 2:2
**Mehaffie's** [1] - 145:21
**melee** [1] - 96:13
**member** [3] - 7:8, 17:2, 24:12
**members** [10] - 16:13, 17:5, 30:3, 39:4, 42:8, 59:2, 67:15, 106:10, 111:7, 127:11
**memorable** [1] - 79:11
**men** [3] - 19:6, 33:24, 95:5
**mentioned** [2] - 12:5, 22:8
**message** [2] - 35:18, 123:1
**met** [2] - 28:12, 39:12
**metal** [7] - 41:19, 84:8, 84:11, 84:12, 89:11, 89:15, 121:4
**Metro** [2] - 6:18, 10:11
**Metropolitan** [8] - 4:20, 5:19, 6:1, 6:7, 48:24, 55:7, 59:1, 59:4
**mic** [1] - 61:10
**Michael** [1] - 87:13
**microphone** [3] - 4:16, 26:12, 78:5
**middle** [4] - 32:22, 59:20, 71:14, 135:17
**might** [8] - 16:5, 42:6, 47:4, 59:10, 79:1, 94:10, 132:4, 134:6
**Mike** [3] - 89:12, 137:19, 142:21
**military** [2] - 25:23, 99:9
**mind** [11] - 39:12, 40:4, 53:12, 59:14, 62:19, 72:10, 74:15, 87:3, 130:20, 145:6, 146:11
**minimum** [2] - 132:25, 133:1
**minute** [10] - 22:25, 23:2, 23:6, 23:7, 27:17, 28:25, 35:6, 53:4, 81:12, 81:24
**minutes** [31] - 23:10, 23:13, 23:18, 36:17,

44:3, 47:5, 52:5, 53:9, 63:19, 73:23, 82:8, 105:3, 106:2, 106:11, 106:15, 107:11, 125:3, 127:1, 127:17, 129:22, 130:14, 131:2, 131:20, 135:18, 135:19, 137:2, 138:15, 139:11, 140:14
**misheard** [1] - 11:19
**missed** [1] - 13:14
**missing** [1] - 33:23
**misty** [1] - 110:11
**modifier** [1] - 35:22
**moment** [33] - 4:9, 23:11, 23:19, 26:10, 26:11, 31:8, 32:10, 40:16, 52:11, 62:23, 63:14, 72:22, 77:11, 77:16, 80:25, 102:22, 111:14, 114:13, 115:5, 115:13, 115:21, 125:19, 125:24, 126:2, 126:8, 128:9, 128:25, 129:9, 130:13, 142:12, 142:14
**moments** [13] - 18:9, 40:21, 51:21, 52:2, 54:6, 59:10, 61:2, 63:10, 70:17, 72:13, 85:14, 115:4, 115:14
**momentum** [2] - 84:3, 111:15
**monitoring** [1] - 19:3
**month** [1] - 25:23
**months** [3] - 8:3, 8:17, 96:18
**morning** [1] - 9:23
**most** [14] - 8:21, 12:12, 16:12, 19:19, 23:15, 24:11, 41:25, 68:7, 90:7, 111:22, 111:23, 117:24, 121:18, 125:15
**mostly** [3] - 37:2, 37:4, 65:16
**motioning** [1] - 102:5
**motivation** [1] - 49:11
**mounted** [6] - 41:12, 42:9, 58:7, 58:15, 75:13, 75:20
**mouth** [1] - 137:5
**move** [38] - 15:12, 21:14, 29:9, 29:12, 29:13, 29:14, 30:7, 37:10, 39:12, 44:11,

47:3, 53:19, 53:20, 59:23, 65:4, 70:21, 72:5, 72:19, 74:18, 80:2, 102:10, 106:8, 111:18, 112:14, 120:8, 130:1, 130:2, 140:25, 141:9, 142:2
**moved** [4] - 20:3, 52:24, 71:21, 132:13
**moves** [6] - 14:2, 26:23, 65:2, 76:21, 81:6, 111:15
**moving** [20] - 10:22, 13:10, 21:13, 29:21, 29:24, 42:20, 44:16, 47:21, 71:25, 72:14, 73:3, 73:16, 82:18, 83:23, 112:14, 132:10, 132:11, 132:15, 133:22, 133:23
**MPD** [35] - 4:25, 5:3, 7:10, 13:25, 14:2, 14:3, 14:14, 14:16, 16:25, 17:21, 17:25, 20:3, 20:4, 50:17, 51:1, 55:9, 55:19, 55:23, 55:25, 56:23, 71:12, 73:1, 75:11, 75:12, 76:4, 86:17, 88:24, 92:9, 95:17, 96:1, 96:16, 106:8, 132:24, 137:23, 141:16
**MPD's** [1] - 49:10
**MPDC** [1] - 49:8
**MR** [17] - 78:4, 97:22, 97:24, 105:2, 105:6, 105:7, 105:17, 105:20, 108:11, 108:12, 109:11, 112:4, 140:10, 145:21, 146:8, 146:15, 146:25
**MS** [105] - 4:4, 4:12, 4:18, 13:21, 25:8, 25:10, 26:23, 27:5, 27:16, 28:2, 28:24, 29:3, 30:13, 30:19, 30:20, 35:5, 36:4, 36:19, 37:9, 37:22, 38:1, 40:23, 41:2, 41:3, 42:20, 42:24, 44:16, 44:22, 47:10, 48:2, 48:6, 48:19, 51:13, 51:16, 51:17, 53:3, 53:7, 53:8, 54:21, 54:24, 55:1, 56:3, 56:5, 56:8, 56:9, 57:18, 57:19, 60:22,

60:25, 61:1, 61:24, 62:3, 62:4, 64:2, 64:6, 65:2, 65:7, 65:12, 70:1, 70:5, 72:14, 72:18, 73:3, 73:7, 74:3, 74:7, 74:17, 74:22, 74:25, 75:1, 76:21, 77:2, 77:6, 77:7, 77:15, 77:19, 77:23, 77:24, 78:1, 78:6, 78:9, 80:8, 80:12, 80:15, 80:17, 81:6, 81:22, 82:2, 82:24, 85:8, 85:13, 87:17, 87:21, 95:13, 109:16, 111:25, 140:8, 140:14, 140:17, 143:14, 143:16, 145:8, 146:6, 146:10, 146:17
**multiple** [3] - 109:24, 120:25, 137:14
**multiplier** [2] - 43:10, 46:2
**munition** [5] - 48:24, 51:9, 98:12, 98:13, 118:7
**munitions** [30] - 5:13, 6:22, 6:23, 7:4, 7:5, 7:7, 9:15, 22:4, 36:2, 36:3, 37:4, 37:8, 41:18, 41:23, 42:4, 42:7, 42:12, 42:13, 42:14, 43:1, 43:3, 43:7, 58:4, 93:8, 93:15, 98:7, 98:9, 98:15, 121:19
**murder** [2] - 20:12, 20:17
**muscle** [1] - 111:22

**N**

**name** [3] - 4:14, 67:18, 109:10
**names** [4] - 11:20, 57:24, 68:16, 127:14
**narrate** [1] - 14:20
**narrated** [1] - 121:13
**narrative** [1] - 34:2
**narrow** [5] - 62:13, 103:9, 104:13, 124:14, 138:11
**narrower** [1] - 134:3
**NASCAR** [1] - 16:7
**National** [4] - 99:2, 99:3, 99:5, 99:12
**nature** [1] - 131:11
**near** [2] - 43:4, 64:12

**nearing** [1] - 103:1
**necessarily** [2] - 112:22, 119:16
**necessary** [2] - 91:22, 92:24
**necessitated** [1] - 115:10
**need** [14] - 6:20, 17:22, 21:21, 28:17, 100:3, 107:18, 107:19, 113:18, 115:20, 118:11, 136:9, 141:8, 144:20, 144:23
**needed** [2] - 18:10, 87:4
**needs** [1] - 33:17
**negotiate** [1] - 79:5
**Nelson** [2] - 108:7, 138:11
**neon** [3] - 10:8, 12:5, 12:13
**nervous** [2] - 45:4, 45:6
**never** [13] - 19:2, 50:22, 57:3, 59:3, 59:7, 66:21, 66:22, 73:10, 85:19, 86:9, 99:3, 100:5
**new** [1] - 74:14
**next** [15] - 13:4, 30:13, 31:2, 35:11, 37:18, 52:5, 68:19, 86:12, 93:9, 94:15, 95:5, 95:11, 106:15, 110:3, 137:2
**night** [7] - 8:12, 92:8, 93:4, 94:16, 96:12, 96:15
**nights** [2] - 8:12, 8:16
**nine** [1] - 136:11
**ninja** [1] - 76:5
**nobody** [4] - 60:18, 68:15, 92:19, 126:13
**non** [9] - 41:25, 45:3, 58:14, 58:15, 63:11, 99:20, 102:12, 104:22, 138:20
**non-dyed** [1] - 58:15
**non-dynamic** [1] - 45:3
**non-law** [2] - 104:22, 138:20
**non-officers** [1] - 63:11
**non-scalable** [1] - 99:20
**non-SOD** [1] - 41:25
**non-training** [1] -

102:12
**noncompliance** [1] - 141:18
**noncompliant** [1] - 142:2
**normal** [1] - 27:23
**normally** [2] - 12:21, 26:13
**north** [13] - 19:9, 19:10, 19:12, 19:13, 19:17, 27:11, 27:13, 32:20, 32:23, 32:25, 52:14, 103:17, 103:21
**NORTHERN** [1] - 1:24
**northern** [1] - 103:14
**northwest** [2] - 121:11, 123:4
**Northwest** [3] - 1:17, 2:9, 148:14
**northwestern** [1] - 121:6
**Nos** [4] - 3:10, 3:10, 27:3, 65:10
**NOTE** [1] - 4:1
**notes** [2] - 124:25, 148:5
**nothing** [9] - 11:3, 14:10, 22:4, 34:16, 34:19, 38:19, 44:11, 82:15, 96:9
**notice** [1] - 146:14
**noticeable** [1] - 101:10
**noticed** [1] - 127:24
**notifications** [2] - 93:1, 93:3
**Novak** [2] - 16:8, 16:16
**number** [8] - 9:16, 52:15, 59:14, 62:23, 90:10, 110:8, 124:1, 143:9
**numbers** [2] - 5:16, 8:25

## O

**oath** [1] - 81:20
**object** [3] - 9:9, 16:3, 133:17
**objection** [7] - 27:1, 65:5, 76:23, 81:8, 140:8, 146:5, 146:17
**objective** [3] - 119:1, 119:4
**objects** [3] - 6:14, 37:20
**observations** [2] -

15:5, 116:1
**observed** [2] - 30:21, 76:19
**observer** [1] - 116:3
**observers** [1] - 113:5
**observing** [3] - 41:4, 62:17, 113:4
**obstacle** [1] - 43:14
**obstacles** [1] - 53:18
**obviously** [4] - 21:8, 124:4, 136:22, 139:4
**OC** [35] - 6:25, 7:6, 12:9, 21:17, 21:21, 22:9, 39:11, 39:16, 41:10, 41:11, 41:12, 41:14, 42:9, 42:16, 43:4, 48:23, 49:12, 58:7, 58:21, 69:20, 69:21, 72:3, 98:24, 109:23, 110:5, 118:11, 122:4, 128:14, 141:15, 141:17, 141:19, 141:23, 141:25, 142:4
**occasionally** [1] - 73:14
**occasions** [2] - 42:12, 98:12
**occupied** [2] - 72:2, 136:23
**occurred** [1] - 18:6
**OF** [8] - 1:1, 1:3, 1:10, 1:16, 1:20, 1:23, 1:24, 2:2
**offense** [1] - 20:15
**offensively** [2] - 101:19, 141:13
**office** [1] - 42:5
**Office** [1] - 2:3
**OFFICE** [2] - 1:16, 1:23
**Officer** [15] - 10:12, 11:21, 11:24, 12:3, 16:14, 40:8, 64:8, 66:12, 83:21, 87:22, 104:6, 109:11, 135:5, 136:23, 137:3
**officer** [53] - 5:2, 6:2, 6:6, 10:11, 10:12, 10:13, 12:1, 16:25, 20:19, 27:23, 28:12, 30:6, 39:4, 43:11, 43:12, 43:18, 45:4, 50:4, 63:15, 64:11, 67:14, 69:5, 70:25, 74:10, 75:11, 79:20, 79:21, 79:25, 84:20, 86:7, 86:9, 86:13, 86:15, 86:16, 86:17, 86:19, 87:8, 87:11,

87:15, 87:25, 102:24, 103:2, 106:12, 107:8, 126:1, 136:18, 141:8, 141:16, 143:5, 143:8, 144:24
**officer's** [1] - 88:2
**officers** [150] - 5:10, 11:10, 11:11, 11:12, 11:14, 11:16, 18:17, 18:20, 21:17, 21:24, 22:10, 24:6, 27:6, 27:22, 27:25, 28:3, 28:6, 28:7, 28:9, 28:16, 29:24, 30:25, 31:10, 31:12, 31:21, 32:3, 32:7, 32:8, 33:8, 33:12, 33:16, 33:20, 34:16, 37:10, 39:21, 42:7, 44:14, 45:1, 45:7, 45:10, 45:20, 45:21, 45:23, 45:24, 46:4, 46:5, 46:7, 49:6, 49:14, 52:8, 52:16, 52:18, 52:19, 52:20, 52:22, 53:14, 53:19, 54:1, 54:8, 59:14, 59:22, 59:23, 59:24, 61:14, 61:20, 62:10, 62:24, 63:11, 63:22, 66:6, 66:12, 67:5, 67:20, 67:22, 68:15, 68:17, 71:14, 71:19, 72:6, 73:2, 84:3, 84:24, 88:9, 88:19, 91:17, 91:19, 92:3, 92:10, 92:18, 92:19, 94:3, 94:7, 94:12, 95:7, 105:10, 105:12, 105:22, 106:5, 106:7, 106:17, 107:15, 107:19, 107:24, 108:6, 110:2, 110:5, 110:18, 114:7, 117:24, 118:22, 120:1, 120:16, 121:14, 121:15, 121:17, 121:18, 122:3, 122:22, 122:24, 123:11, 123:20, 124:1, 124:13, 125:9, 125:22, 126:3, 126:4, 126:15, 127:2, 130:3, 130:8, 134:6, 134:8, 134:23, 135:3, 135:20, 136:1, 136:2, 136:4, 136:9, 136:11, 136:20, 141:22, 142:24
**officers'** [2] - 111:6, 141:4

**OFFICES** [2] - 1:20, 2:2
**official** [2] - 95:21, 148:12
**Official** [1] - 2:8
**officials** [5] - 31:11, 33:17, 42:8, 90:8, 94:9
**Ohio** [1] - 2:6
**oil** [1] - 93:19
**oil-based** [1] - 93:19
**on-call** [1] - 60:17
**once** [15] - 19:23, 22:25, 23:6, 27:7, 52:12, 54:19, 65:23, 66:18, 67:22, 91:25, 97:18, 102:13, 115:19, 133:6, 144:14
**one** [81] - 5:19, 9:6, 9:8, 9:16, 11:12, 11:13, 15:10, 17:18, 18:18, 21:18, 21:21, 22:3, 22:6, 27:14, 27:17, 27:20, 28:16, 28:25, 29:23, 34:18, 37:19, 42:11, 42:16, 43:11, 43:12, 52:22, 52:23, 57:2, 58:5, 59:19, 60:14, 62:7, 62:11, 66:14, 67:9, 67:17, 71:18, 72:24, 74:3, 75:11, 75:23, 78:19, 85:14, 87:12, 88:18, 89:24, 90:3, 93:22, 94:13, 97:2, 97:8, 100:2, 101:10, 101:23, 102:19, 105:14, 105:15, 106:9, 109:24, 110:9, 111:11, 118:25, 123:15, 126:2, 126:3, 127:4, 127:9, 127:25, 128:20, 128:25, 131:14, 132:8, 135:13, 137:15, 138:1, 142:18, 143:15, 144:24, 145:4, 145:5
**one's** [2] - 52:8, 90:22
**one-minute** [2] - 27:17, 28:25
**ones** [5] - 22:8, 49:11, 105:14, 105:15, 127:9
**onesie** [3] - 16:7, 17:1
**opaque** [4] - 128:1, 128:6, 128:10, 128:19
**open** [43] - 27:19,

29:2, 30:18, 35:8, 36:22, 37:14, 37:24, 41:1, 42:23, 44:19, 47:9, 48:5, 48:11, 51:15, 53:6, 54:23, 57:17, 60:24, 62:2, 64:5, 69:23, 70:4, 72:17, 73:6, 74:2, 74:6, 74:21, 74:24, 77:5, 77:18, 77:22, 78:8, 80:11, 80:14, 82:1, 82:23, 85:6, 85:12, 86:1, 86:2, 87:20, 105:5, 105:19
**opened** [3] - 37:16, 128:19, 133:15
**opening** [2] - 37:12, 138:16
**operation** [1] - 14:16
**opining** [1] - 98:19
**opinion** [3] - 95:21, 140:1, 140:2
**opportunity** [6] - 24:4, 76:15, 119:19, 131:23, 131:24, 146:11
**opposed** [3] - 5:15, 31:10, 128:6
**opposite** [3] - 12:24, 71:1, 71:13
**oppositely** [1] - 78:21
**opposition** [1] - 117:5
**order** [9] - 15:13, 24:16, 39:14, 49:9, 49:10, 53:1, 53:20, 141:19, 142:6
**orderly** [1] - 53:17
**orders** [4] - 24:14, 49:21, 72:6, 72:9
**ordnance** [1] - 97:17
**oriented** [1] - 78:21
**ornery** [1] - 13:2
**Ortega** [1] - 127:24
**otherwise** [2] - 87:6, 122:4
**ounce** [1] - 21:19
**ourselves** [1] - 102:10
**outcome** [1] - 60:7
**outer** [3] - 75:12, 128:7, 128:10
**outfit** [1] - 27:23
**outnumbered** [2] - 8:25, 9:1
**outside** [29] - 17:1, 20:17, 22:7, 27:14, 34:22, 60:16, 66:8, 74:10, 76:3, 84:17,

84:18, 85:14, 85:25, 99:16, 100:8, 104:12, 104:15, 106:18, 107:24, 107:25, 114:3, 137:22, 139:15, 139:22, 144:12, 144:14, 144:16, 144:19, 145:2
**outskirts** [1] - 29:6
**overall** [1] - 14:16
**overlap** [1] - 80:23
**overlapped** [1] - 23:16
**overly** [1] - 67:20
**overreact** [2] - 118:1, 118:3
**overrun** [3] - 38:3, 51:19, 58:12
**overt** [3] - 117:19, 117:23, 118:6
**overwhelmed** [1] - 58:20
**overwhelming** [1] - 44:25
**own** [7] - 34:17, 58:4, 58:9, 108:17, 115:25, 129:11, 146:4
**owned** [1] - 84:19

**P**

**p.m** [13] - 25:12, 25:24, 38:5, 47:16, 47:23, 71:5, 71:6, 82:4, 82:19, 86:6, 88:22, 109:8
**packed** [2] - 138:18, 138:20
**padding** [1] - 6:2
**pads** [7] - 6:11, 15:23, 15:24, 16:1, 16:22, 16:25, 76:3
**PAGE** [1] - 3:9
**pair** [1] - 6:2
**panels** [1] - 134:2
**panic** [1] - 130:15
**panicked** [1] - 130:18
**paperwork** [1] - 92:24
**park** [1] - 27:14
**Park** [5] - 8:15, 18:1, 66:11, 66:24, 82:13
**part** [3] - 7:11, 11:10, 16:5, 62:18, 66:19, 79:16, 101:12, 102:20, 113:22, 113:23, 121:6, 121:11, 123:6

**participating** [2] - 9:20, 116:22
**participation** [2] - 112:25, 144:5
**particular** [8] - 15:17, 49:3, 57:21, 58:12, 72:25, 82:21, 92:10, 102:3
**particularly** [3] - 5:14, 101:23, 144:1
**partner** [1] - 88:1
**parts** [2] - 32:18, 100:13
**party** [1] - 102:1
**PASCHALL** [5] - 1:14, 4:4, 146:6, 146:10, 146:17
**Paschall** [1] - 4:3
**pass** [2] - 79:6, 114:15
**passive** [7] - 38:12, 38:20, 39:25, 40:4, 46:23, 120:6
**passively** [3] - 39:22, 40:12, 114:16
**past** [7] - 71:4, 72:5, 79:7, 79:13, 84:23, 115:6, 133:6
**path** [1] - 146:1
**paths** [1] - 127:6
**Patrick** [3] - 108:18, 109:2, 109:5
**PATRICK** [1] - 1:6
**patrol** [4] - 5:7, 6:12, 12:8, 22:6
**Paul** [3] - 68:2, 68:3, 68:8
**pause** [10] - 14:23, 39:1, 41:2, 51:16, 53:7, 57:18, 74:3, 77:6, 77:19, 77:23
**PD-42s** [1] - 94:7
**peaceably** [1] - 96:7
**Peeke** [4] - 61:22, 66:10, 66:23, 126:10
**peg** [1] - 31:22
**pellets** [2] - 7:7, 107:9
**penetrate** [1] - 142:13
**penetrated** [2] - 135:24, 137:18
**penetration** [1] - 90:20
**penetrations** [1] - 52:7
**Pensacola** [1] - 1:25
**people** [100] - 9:16, 9:17, 9:18, 9:20, 11:3, 11:7, 11:21, 12:11,

12:12, 12:21, 12:24, 13:10, 14:3, 18:18, 29:7, 29:8, 29:9, 29:12, 29:13, 29:25, 30:8, 30:11, 33:21, 36:1, 37:5, 38:20, 38:24, 39:10, 39:22, 39:25, 40:4, 40:11, 46:12, 49:10, 52:9, 54:4, 59:6, 59:16, 62:17, 63:20, 67:18, 68:20, 72:9, 72:11, 78:24, 83:7, 92:7, 94:14, 97:7, 97:8, 97:19, 99:10, 99:11, 99:18, 102:10, 102:11, 102:13, 102:15, 103:7, 106:18, 108:2, 111:4, 112:18, 113:3, 113:13, 113:19, 114:22, 115:6, 116:3, 116:23, 117:20, 117:22, 119:11, 119:12, 124:6, 124:19, 129:14, 129:17, 131:4, 138:4, 138:8, 138:12, 138:20, 139:3, 139:11, 139:13, 139:19, 140:5, 140:6, 140:25, 141:9, 141:10, 144:5, 144:15, 145:1, 145:4, 145:6
**perceive** [1] - 140:22
**percent** [2] - 7:24, 34:4, 94:14
**percentage** [1] - 75:16
**perception** [2] - 40:4, 110:15
**perimeter** [4] - 27:15, 33:7, 33:9, 44:4
**period** [15] - 23:8, 38:7, 39:21, 40:22, 71:5, 71:7, 71:10, 73:19, 80:24, 81:1, 82:17, 89:19, 132:10, 142:7, 143:24
**periods** [2] - 89:8, 117:8, 117:10, 117:11, 117:14
**permanent** [1] - 95:3
**permission** [2] - 145:24, 146:21
**permitted** [1] - 141:17
**perpetrated** [1] -

117:22
**person** [24] - 20:23, 21:21, 23:12, 24:10, 40:3, 40:8, 46:3, 68:7, 75:17, 90:7, 102:19, 103:2, 109:1, 109:24, 120:7, 120:8, 120:13, 125:25, 129:6, 142:1, 142:2, 142:4, 143:10
**personal** [3] - 21:18, 21:21, 89:21
**personally** [1] - 21:1
**personnel** [1] - 104:22
**perspective** [7] - 40:18, 82:10, 84:23, 98:21, 139:9, 139:18, 141:21
**photos** [1] - 11:8
**physical** [10] - 15:5, 43:10, 43:14, 45:21, 59:24, 73:18, 120:8, 134:21, 141:11, 144:22
**physically** [14] - 13:10, 18:25, 29:12, 30:8, 30:11, 37:12, 37:14, 38:18, 58:1, 73:12, 98:23, 102:9, 145:25
**pick** [1] - 118:10
**picked** [3] - 86:21, 86:22, 101:7
**picks** [1] - 88:7
**picture** [2] - 36:1, 123:5
**piece** [1] - 22:6
**pinned** [1] - 135:6
**Pitt** [1] - 66:13
**place** [12] - 15:10, 28:8, 97:9, 113:8, 113:17, 120:11, 124:2, 124:7, 127:4, 137:3, 140:10, 144:10
**placed** [1] - 120:12
**Plaintiff** [1] - 1:4
**plan** [3] - 61:15, 65:22, 65:23
**planned** [1] - 87:24
**planning** [1] - 146:6
**plastic** [2] - 70:22, 101:6
**platform** [1] - 104:14, 106:9, 106:14
**platoon** [52] - 5:9, 5:11, 6:8, 10:17, 11:11, 11:15, 11:22, 12:3, 15:9, 16:6, 16:13, 24:6, 24:12, 27:7, 31:9, 33:10,

33:16, 33:18, 34:4, 34:9, 34:10, 34:14, 34:19, 34:25, 36:24, 37:11, 38:8, 42:13, 57:25, 66:4, 66:6, 66:7, 66:15, 66:18, 66:19, 66:22, 67:12, 75:24, 89:1, 90:7, 90:8, 92:5, 95:10, 96:21, 112:10, 113:19, 115:10, 136:4
**platoons** [14] - 5:18, 5:19, 5:20, 5:21, 5:22, 7:13, 14:17, 16:23, 18:14, 57:23, 60:14, 75:9, 75:10, 75:23
**play** [17] - 28:24, 30:2, 30:13, 30:16, 40:23, 46:14, 48:2, 51:13, 51:20, 53:3, 56:2, 61:24, 74:22, 77:15, 81:23, 105:2, 115:16
**played** [2] - 82:21, 87:1
**playing** [10] - 27:16, 35:5, 36:19, 60:22, 61:24, 64:2, 70:1, 85:8, 87:17, 105:17
**plays** [3] - 31:7, 36:25, 49:5
**plaza** [11] - 32:12, 32:16, 32:19, 33:2, 47:19, 47:25, 52:10, 52:25, 85:6, 86:1, 86:2
**pleased** [2] - 91:2, 91:4
**plenty** [2] - 116:6, 116:10
**plug** [1] - 46:12
**plugged** [1] - 47:1
**plus** [3] - 45:24, 45:25, 90:18
**plywood** [2] - 85:18, 86:4
**point** [108] - 11:7, 12:15, 14:19, 15:12, 15:16, 23:17, 24:25, 27:24, 29:5, 29:8, 30:25, 31:5, 36:24, 38:2, 39:8, 46:24, 50:3, 51:25, 53:21, 57:21, 61:5, 61:9, 61:12, 61:16, 62:6, 62:19, 67:7, 67:24, 68:14, 70:20, 71:20, 71:25, 72:8, 72:11, 75:11, 75:20, 78:18, 78:21, 78:23, 78:24,

79:2, 81:23, 83:12, 84:4, 84:6, 84:14, 86:9, 88:4, 88:5, 88:12, 89:4, 89:25, 90:2, 90:5, 90:20, 90:23, 91:12, 91:18, 92:1, 92:15, 96:2, 97:9, 100:2, 100:11, 102:23, 102:25, 106:5, 106:21, 107:23, 111:23, 114:12, 114:19, 114:21, 115:19, 118:8, 119:15, 121:5, 121:18, 123:6, 123:12, 124:5, 125:5, 125:9, 125:15, 126:13, 126:15, 126:18, 126:21, 130:18, 132:7, 132:8, 133:10, 133:21, 134:1, 134:19, 134:22, 135:13, 136:6, 137:20, 138:2, 138:3, 139:14, 142:17, 143:19, 144:2, 144:18, 144:21

**pointing** [1] - 59:21

**points** [11] - 55:11, 62:23, 66:20, 80:21, 89:15, 121:20, 129:20, 131:11, 131:16, 133:10, 134:17

**Police** [21] - 4:20, 5:19, 6:1, 6:7, 14:14, 18:1, 48:24, 49:6, 50:15, 50:23, 55:7, 55:11, 55:14, 56:1, 56:19, 59:1, 59:4, 91:22, 146:11, 146:21, 146:22

**police** [50] - 5:2, 5:20, 6:1, 6:4, 8:18, 10:13, 20:3, 20:18, 20:19, 20:22, 20:24, 29:14, 30:6, 32:2, 32:9, 35:1, 35:3, 35:4, 36:12, 37:10, 38:2, 39:3, 39:4, 47:11, 47:15, 47:18, 47:22, 51:18, 51:24, 52:17, 53:1, 54:8, 57:1, 58:23, 58:25, 59:2, 63:15, 68:4, 74:10, 95:7, 96:23, 105:22, 114:4, 116:24, 117:5, 118:1, 118:3, 132:8, 143:19, 143:20

**political** [5] - 96:3,

96:7, 96:14, 115:2, 117:16

**political-leaning** [1] - 96:14

**polyester** [1] - 16:20

**poorly** [1] - 59:22

**population** [1] - 75:16

**portion** [5] - 46:15, 60:12, 85:6, 85:23, 144:3

**position** [16] - 23:9, 23:17, 34:23, 52:4, 62:22, 95:6, 123:17, 124:19, 125:5, 126:21, 130:4, 130:5, 130:15, 130:23, 134:22, 134:25

**positions** [1] - 117:1

**positive** [1] - 11:3

**possible** [5] - 51:6, 98:23, 110:19, 110:23, 111:2

**possibly** [3] - 9:24, 110:17, 112:15

**Post** [1] - 2:3

**posted** [1] - 144:13

**powers** [1] - 20:24

**PRATT** [1] - 2:5

**precise** [1] - 83:14

**prefabricated** [1] - 85:17

**preparation** [1] - 64:23

**prepare** [1] - 21:7

**prepared** [1] - 95:24

**prerecorded** [1] - 35:17

**presence** [2] - 52:17, 144:22

**present** [14] - 37:18, 44:24, 58:1, 63:13, 68:1, 69:10, 75:10, 89:21, 94:13, 96:25, 115:11, 121:8, 139:25, 142:3

**presented** [2] - 37:6, 86:10

**preservation** [3] - 39:18, 90:5, 102:21

**pressed** [5] - 70:7, 70:19, 70:23, 70:25, 71:17

**pressing** [3] - 29:25, 71:1, 79:17

**pressure** [6] - 87:1, 111:13, 131:12, 131:13

**presumably** [1] - 61:15

**pretty** [37] - 6:13, 7:7, 8:11, 10:10, 10:20, 10:24, 11:6, 12:21, 13:23, 18:11, 20:14, 28:6, 38:11, 40:2, 43:24, 53:25, 57:23, 60:13, 65:23, 70:22, 71:2, 72:3, 76:12, 82:11, 82:15, 84:3, 90:4, 93:9, 106:10, 121:2, 122:21, 123:8, 123:23, 125:18, 130:24, 137:1, 141:7

**previous** [2] - 23:15, 53:13

**primarily** [1] - 5:25

**primary** [2] - 20:11, 20:14

**problem** [3] - 26:16, 37:2, 113:3

**problematic** [1] - 84:18

**problems** [2] - 30:15, 96:5

**procedure** [1] - 17:21

**procedures** [1] - 69:3

**Proceedings** [1] - 147:3

**proceedings** [3] - 4:7, 81:18, 148:6

**process** [1] - 100:17

**produced** [2] - 22:23, 148:6

**progress** [1] - 111:23

**progresses** [1] - 54:13

**projectiles** [2] - 14:21, 41:18

**projector** [1] - 25:15

**prominent** [1] - 139:9

**promoted** [1] - 67:8

**prone** [1] - 130:25

**proper** [1] - 103:16

**properly** [1] - 21:7

**protect** [2] - 59:16, 101:21

**protecting** [2] - 44:4, 44:5

**protection** [5] - 6:9, 10:7, 28:5, 28:8, 28:9

**protector** [2] - 76:6, 76:8

**protects** [1] - 56:21

**protest** [3] - 7:25, 115:16, 139:5

**protester** [4] - 52:24, 116:5, 116:16, 116:17

**protesters** [16] - 54:9, 104:16, 104:18, 104:19, 104:23, 104:25, 107:6, 114:23, 114:24, 126:4, 130:9, 132:9, 134:10, 137:10, 138:1, 138:19

**protesting** [1] - 97:7

**protests** [6] - 18:1, 39:9, 96:4, 97:3, 98:10

**Proud** [1] - 96:5

**proud** [2] - 49:18, 49:20

**proverbial** [2] - 134:13, 135:15

**provided** [2] - 56:19, 83:16

**provoke** [2] - 117:20, 117:24

**psychology** [1] - 140:4

**publish** [1] - 26:24

**published** [38] - 27:19, 29:2, 30:18, 35:8, 36:22, 37:24, 41:1, 42:23, 44:19, 47:9, 48:5, 48:11, 51:15, 53:6, 54:23, 57:17, 60:24, 62:2, 64:5, 70:4, 72:17, 73:6, 74:2, 74:6, 74:21, 74:24, 77:5, 77:18, 77:22, 78:8, 80:11, 80:14, 82:1, 82:23, 85:12, 87:20, 105:5, 105:19

**puff** [1] - 48:16

**pull** [16] - 15:9, 25:8, 59:7, 61:12, 74:17, 82:19, 86:25, 87:5, 87:10, 93:25, 120:22, 121:14, 122:5, 143:14

**pulled** [2] - 87:15, 137:19

**pulling** [9] - 14:17, 25:5, 47:14, 61:9, 78:10, 80:2, 80:8, 82:12, 87:22

**purpose** [3] - 33:4, 111:3, 118:2

**push** [31] - 37:20, 38:14, 43:14, 43:22, 46:15, 49:21, 71:12, 72:19, 72:23, 73:1, 73:2, 77:3, 82:12, 83:24, 84:4, 84:13,

86:6, 87:2, 87:6, 88:24, 89:9, 91:22, 93:25, 102:10, 119:18, 134:15, 137:12, 141:10, 142:9, 142:10, 142:14

**pushed** [12] - 49:24, 52:22, 61:3, 61:4, 84:15, 85:3, 85:4, 130:10, 133:16, 133:17, 137:24

**pushing** [14] - 13:11, 30:4, 30:8, 46:25, 73:22, 82:12, 111:16, 111:17, 111:21, 111:22, 119:25, 130:6, 136:4

**pushout** [1] - 88:25

**put** [32] - 10:10, 16:8, 16:14, 17:2, 17:18, 19:18, 20:11, 28:3, 31:20, 33:8, 39:10, 43:11, 49:12, 50:4, 50:15, 50:21, 55:25, 57:1, 57:5, 57:6, 85:18, 93:14, 93:18, 96:21, 99:14, 99:22, 100:3, 103:20, 122:6, 134:17, 136:9, 141:4

**putting** [6] - 15:18, 15:21, 15:24, 29:13, 43:6, 68:11

## Q

**quadrant** [1] - 103:21

**qualified** [1] - 42:1

**questions** [5] - 95:13, 109:19, 111:25, 144:7, 145:9

**quick** [1] - 130:16

**quickly** [3] - 52:19, 69:23, 84:17

**quit** [1] - 125:18

**quite** [1] - 114:1

## R

**rack** [27] - 31:15, 31:18, 31:19, 31:21, 31:22, 31:23, 32:5, 32:6, 32:8, 32:15, 32:24, 33:3, 33:4, 37:11, 37:12, 37:15, 43:8, 43:11, 43:12, 43:18, 44:13, 45:19, 46:24, 52:20, 119:7, 121:2, 121:10

**rack's** [1] - 43:16
**racks** [31] - 13:9,
13:10, 32:1, 32:4,
37:14, 43:9, 43:17,
43:20, 44:7, 44:20,
45:16, 45:18, 45:24,
45:25, 53:10, 53:12,
53:13, 53:14, 114:3,
114:4, 114:12,
119:17, 119:18,
119:20, 119:25,
120:3, 121:6, 143:21,
143:23, 143:24, 144:3
**radio** [10] - 13:18,
15:1, 15:2, 15:13,
18:11, 19:3, 42:6,
50:22, 51:1, 61:9
**railing** [7] - 36:7,
85:17, 85:21, 85:22,
86:2, 86:4
**railings** [1] - 85:21
**raincoat** [1] - 12:14
**raised** [2] - 36:7,
104:13
**rally** [1] - 92:15
**ram** [1] - 111:20
**Ramey** [3] - 67:25,
69:3, 69:12
**ramp** [2] - 96:17,
97:13
**ramshackle** [1] -
68:15
**range** [1] - 68:4
**rank** [2] - 4:21, 4:23
**rapid** [1] - 5:11,
5:18, 5:21, 6:8, 7:13,
16:6, 16:23, 75:22,
75:24, 75:25, 115:10
**rated** [1] - 17:9
**rather** [1] - 135:11
**RDR** [3] - 2:7, 148:3,
148:12
**reach** [1] - 42:16
**reach-out-and** [1] -
42:16
**reached** [2] - 124:17,
129:6
**react** [2] - 37:15,
40:3
**reactions** [1] - 30:3
**ready** [1] - 27:6
**real** [2] - 20:9, 129:1
**realize** [10] - 29:17,
31:7, 33:23, 62:20,
100:12, 107:11,
114:8, 123:19,
124:12, 128:5
**realized** [5] - 62:8,
63:24, 107:4, 125:4,
125:17

**realizing** [1] - 61:13
**really** [25] - 10:24,
13:20, 17:25, 19:18,
20:17, 21:12, 34:1,
34:15, 37:3, 38:22,
39:16, 48:23, 50:7,
59:15, 79:11, 82:9,
90:11, 99:12, 106:23,
112:7, 117:6, 128:23,
133:2, 135:13, 141:2
**realm** [2] - 39:4,
99:16
**reason** [6] - 5:17,
26:20, 46:7, 57:9,
73:17, 106:17
**reasoned** [1] - 79:14
**reasons** [1] - 90:10
**receive** [1] - 94:1
**received** [1] - 18:24
**RECEIVED** [1] - 3:9
**receiving** [1] - 43:2
**recess** [1] - 81:17
**reckoning** [1] - 39:3
**recognize** [3] -
83:15, 86:15, 108:21
**recognized** [1] -
66:19
**recollection** [4] -
36:11, 110:1, 120:24,
124:21
**recollections** [1] -
82:7
**recommendation** [1]
- 145:22
**record** [4] - 4:14,
23:2, 23:5, 50:10
**recorded** [1] - 82:3,
83:17
**recording** [11] -
22:24, 23:2, 23:3,
23:7, 23:8, 23:20,
63:13, 83:1, 83:2,
83:16
**recordings** [1] -
83:11
**records** [1] - 89:6
**recounted** [1] - 59:4
**recounting** [1] -
14:25
**rectangular** [1] -
55:23
**red** [6] - 41:9, 41:14,
41:16, 43:6, 58:14
**Red** [1] - 3:3
**redirect** [1] - 140:13
**REDIRECT** [1] -
140:16
**reduced** [3] - 9:16,
59:14, 91:16
**reestablish** [3] -

54:4, 123:18, 130:21
**reestablished** [1] -
62:10
**reference** [2] -
112:22, 132:7
**referenced** [2] -
58:13, 96:3
**referred** [2] - 63:5,
65:16
**referring** [3] - 10:16,
18:5
**reflected** [1] - 125:13
**refrain** [1] - 30:14
**refuse** [1] - 141:19
**refusing** [1] - 142:3
**regained** [1] - 91:19
**reholstered** [1] -
24:24
**reinforce** [1] - 33:17
**release** [1] - 146:23
**relent** [1] - 73:9
**relented** [1] - 73:10
**relieved** [1] - 131:13
**remain** [1] - 4:9
**remainder** [2] - 8:13,
51:13
**remarks** [1] - 30:6
**remember** [21] -
18:9, 27:10, 51:21,
52:2, 66:9, 69:17,
78:15, 78:17, 79:3,
80:3, 82:13, 88:13,
108:24, 109:3, 110:8,
128:22, 143:1,
143:23, 143:25,
144:1, 144:7
**remind** [1] - 81:20
**rental** [2] - 19:7,
27:11
**repellent** [1] - 7:1
**replaced** [1] - 46:9
**report** [5] - 20:16,
93:7, 93:22, 93:25,
95:6
**reported** [1] - 95:12
**REPORTED** [1] - 2:7
**REPORTER** [2] -
13:14, 50:10
**Reporter** [2] - 2:8,
148:12
**REPORTER'S** [1] -
4:1
**reports** [1] - 94:6
**requested** [2] - 4:2,
147:2
**reserve** [1] - 60:17
**Reserve** [1] - 97:5
**reset** [1] - 119:20
**resistance** [6] -
38:12, 46:23, 120:4,

120:6, 124:9
**resistant** [1] - 17:9
**resisters** [1] - 144:12
**resisting** [3] - 39:22,
144:11, 144:17
**resistor** [1] - 120:10
**resolved** [1] - 26:10
**resources** [1] -
120:11
**respect** [2] - 116:1,
140:18
**respond** [4] - 5:23,
14:17, 19:6, 19:19
**responded** [2] -
17:18, 22:12
**response** [17] - 5:11,
5:18, 5:21, 6:8, 7:13,
16:6, 16:23, 21:11,
60:13, 75:22, 75:24,
75:25, 79:9, 97:13,
110:16, 115:10, 117:2
**responsibilities** [1] -
5:6
**responsibility** [4] -
13:25, 14:1, 14:4,
67:15
**responsible** [1] -
67:20
**rest** [5] - 31:9, 46:14,
56:2, 131:23, 131:24
**restarted** [1] - 100:20
**result** [1] - 35:23
**resume** [2] - 81:19,
145:16
**retardant** [1] - 16:8
**retreated** [1] - 121:23
**retreating** [2] -
73:21, 106:6
**return** [2] - 88:18,
145:17
**returned** [1] - 92:15
**reversing** [1] - 117:1
**review** [3] - 24:4,
25:2, 25:11
**reviewed** [1] - 83:8
**ride** [1] - 72:1
**right-hand** [3] -
25:19, 55:2, 75:18
**Riley** [6] - 68:3, 68:8,
68:10, 68:12
**ring** [1] - 107:7
**riot** [16] - 6:3, 8:7,
8:21, 10:7, 18:5, 42:4,
42:18, 55:6, 112:24,
112:25, 115:13,
115:18, 115:20,
115:22, 116:13, 117:4
**rioter** [3] - 116:16,
116:17, 117:3
**rioters** [20] - 62:20,

63:21, 69:14, 72:7,
73:8, 84:20, 85:15,
89:9, 112:22, 116:13,
125:5, 125:6, 128:9,
132:9, 137:10,
138:19, 142:9,
142:11, 142:14,
144:10
**rioting** [2] - 114:23,
116:21
**riots** [4] - 8:5, 8:12,
8:19, 9:11
**role** [1] - 67:23
**Room** [1] - 2:10
**room** [3] - 84:13,
108:20, 112:14
**rotation** [2] - 131:8,
131:17
**roughly** [2] - 122:19,
122:20
**round** [1] - 7:4
**routine** [1] - 22:6
**rows** [1] - 136:1
**rubber** [3] - 7:6, 7:7,
93:18
**run** [4] - 22:23,
25:11, 44:13, 129:10
**running** [4] - 10:4,
43:1, 43:2, 45:13
**runs** [1] - 22:24

## S

**safely** [1] - 121:21
**safety** [3] - 108:2,
120:9, 137:3
**saw** [24] - 9:10, 9:11,
41:9, 41:13, 44:6,
48:13, 49:22, 53:13,
57:20, 59:20, 64:12,
73:15, 86:19, 89:12,
109:1, 116:10,
124:13, 124:14,
125:9, 127:22,
128:12, 128:14,
129:4, 129:19
**scaffolding** [6] -
18:15, 32:19, 32:20,
32:21, 32:23, 121:10
**scalable** [1] - 99:20
**scale** [1] - 99:7
**scarlet** [1] - 146:15
**scenario** [3] -
107:18, 135:2, 144:24
**scene** [2] - 120:6,
120:14
**schedule** [1] - 94:18
**scheduled** [2] -
96:17, 96:20

**scheme** [1] - 44:1

**school** [1] - 5:1

**scores** [1] - 9:3

**scout** [1] - 27:11

**scream** [2] - 82:25, 83:7

**screaming** [10] - 83:2, 83:8, 83:13, 83:17, 83:21, 86:24, 104:6, 115:2, 143:11

**screen** [7] - 32:11, 51:24, 55:2, 75:4, 75:5, 77:19, 82:11

**screenshot** [2] - 78:2, 78:10

**scuffle** [1] - 64:21

**scuffles** [1] - 37:18

**searching** [2] - 88:7, 88:8

**seating** [2] - 107:8, 107:10

**second** [10] - 14:23, 35:21, 56:12, 69:19, 74:4, 84:7, 84:8, 88:19, 103:9, 133:24

**seconds** [10] - 32:12, 44:12, 49:18, 50:1, 61:25, 74:22, 80:9, 80:16, 115:17

**secure** [3] - 69:8, 97:10, 125:4

**secured** [2] - 31:20, 91:23

**securing** [1] - 52:9

**security** [3] - 13:8, 42:5, 97:12

**see** [88] - 11:17, 15:7, 16:24, 19:1, 23:18, 23:21, 25:19, 30:24, 31:14, 33:14, 34:7, 35:10, 36:1, 36:7, 36:8, 36:14, 36:24, 36:25, 37:17, 39:20, 41:17, 41:18, 41:20, 43:1, 43:5, 43:8, 43:17, 44:20, 45:1, 46:6, 46:9, 46:19, 49:5, 49:7, 51:4, 52:12, 53:9, 54:13, 55:3, 56:10, 56:22, 58:19, 62:23, 63:12, 66:2, 67:19, 68:17, 70:18, 73:20, 74:12, 75:2, 75:5, 75:6, 77:8, 78:11, 78:13, 78:18, 80:18, 82:12, 82:14, 84:11, 85:16, 85:22, 86:2, 86:4, 87:7, 106:2, 106:23, 108:4, 108:7,

108:8, 108:24, 116:23, 121:5, 122:14, 122:24, 124:6, 125:19, 128:1, 128:10, 136:15, 136:16, 138:17, 138:22, 139:13, 143:25, 145:25

**seeing** [12] - 10:19, 12:23, 13:6, 13:9, 27:1, 70:12, 76:23, 82:9, 104:21, 104:25, 108:17, 140:6

**seeking** [1] - 65:6

**seem** [1] - 99:23

**sees** [1] - 46:11

**segment** [2] - 52:24, 135:23

**segments** [32] - 35:7, 36:21, 37:23, 40:25, 47:8, 48:4, 48:10, 51:14, 53:5, 54:22, 57:16, 60:23, 62:1, 64:4, 70:3, 72:16, 73:5, 74:1, 74:5, 74:20, 74:23, 77:4, 77:17, 77:21, 78:7, 80:10, 80:13, 82:22, 85:11, 87:19, 105:4, 105:18

**self** [4] - 21:7, 39:18, 90:5, 102:21

**self-admission** [1] - 21:7

**self-preservation** [3] - 39:18, 90:5, 102:21

**selfishly** [1] - 91:11

**semblance** [3] - 53:1, 62:9, 124:9

**senior** [1] - 68:7

**sensation** [2] - 49:1, 94:23

**separate** [3] - 72:24, 73:14, 76:9

**separated** [2] - 45:15, 114:9

**September** [1] - 148:10

**sequence** [6] - 35:10, 72:9, 72:25, 75:15, 89:12, 126:1

**sequences** [1] - 55:15

**Sergeant** [19] - 4:5, 4:13, 16:13, 41:22, 61:22, 66:10, 66:11, 66:23, 66:24, 69:19, 82:13, 95:14, 97:25, 105:8, 112:5, 126:9, 128:12, 128:13

**sergeant** [24] - 4:8, 4:15, 4:22, 4:24, 5:7, 5:9, 31:11, 33:19, 45:9, 67:12, 68:2, 68:5, 75:2, 75:14, 75:24, 76:4, 80:18, 81:14, 81:20, 95:8, 106:2, 140:18, 141:21, 145:10

**sergeants** [6] - 11:12, 11:13, 12:10, 27:21, 94:10, 94:13

**series** [1] - 35:20

**serious** [1] - 37:20

**service** [2] - 21:24, 22:9

**Service** [1] - 5:9

**set** [11] - 32:20, 33:6, 35:11, 35:16, 84:7, 84:9, 85:24, 127:23, 128:5

**Seth** [4] - 28:12, 28:17, 28:21, 28:23

**sets** [3] - 32:19, 127:18, 127:25

**setting** [1] - 106:20

**seven** [4] - 5:18, 5:20, 67:15, 135:20

**several** [8] - 7:21, 9:2, 33:21, 37:18, 127:6, 131:2, 137:2, 142:18

**SEVERT** [1] - 2:5

**shaky** [1] - 142:17

**shall** [1] - 146:15

**shield** [51] - 6:6, 37:3, 55:11, 56:15, 56:25, 57:5, 57:6, 58:21, 68:19, 68:21, 70:22, 72:2, 78:19, 78:20, 78:21, 78:22, 78:25, 79:17, 100:24, 100:25, 101:9, 101:10, 101:20, 101:21, 102:1, 102:2, 102:3, 102:6, 102:14, 102:17, 102:18, 103:3, 103:7, 110:12, 110:16, 110:23, 111:1, 111:2, 111:19, 125:25, 129:6, 129:11, 140:19, 140:20, 140:24, 141:1, 141:2, 141:6, 141:10

**shields** [37] - 22:10, 22:11, 22:13, 22:14, 55:6, 55:9, 55:10, 55:16, 55:19, 55:20, 55:21, 55:24, 55:25,

56:23, 57:4, 57:7, 78:19, 78:22, 79:18, 100:23, 101:13, 101:15, 101:20, 101:23, 111:5, 111:6, 111:7, 127:22, 129:21, 129:22, 139:19, 140:20, 141:3, 141:4, 141:7, 141:12

**shins** [1] - 6:10

**SHIPLEY** [8] - 2:2, 2:2, 112:4, 140:10, 145:21, 146:8, 146:15, 146:25

**Shipley** [1] - 112:2, 142:7, 142:22, 144:4

**shirt** [2] - 16:20, 16:21

**shirts** [1] - 41:15

**shoots** [1] - 7:4

**short** [5] - 11:18, 21:22, 33:1, 97:16, 97:19

**shorter** [1] - 57:2

**shortly** [3] - 31:7, 86:6, 87:25

**shot** [3] - 47:14, 47:22, 90:4

**shoulder** [25] - 6:11, 6:25, 30:8, 41:12, 42:9, 52:16, 54:3, 58:7, 58:15, 71:3, 85:1, 122:25, 134:6, 134:7, 134:8, 134:10, 138:18, 138:20

**shoulder-mounted** [4] - 41:12, 42:9, 58:7, 58:15

**shoulder-to-shoulder** [3] - 54:3, 138:18, 138:20

**shout** [1] - 49:21

**shouting** [1] - 57:24

**shoved** [1] - 129:7

**show** [4] - 33:16, 33:19, 106:1, 115:12

**showed** [2] - 128:17, 132:3

**showing** [2] - 56:6, 73:24

**sic]** [2] - 10:3, 40:6

**side** [44] - 19:9, 19:10, 19:11, 19:12, 19:13, 19:18, 27:12, 27:13, 31:23, 44:21, 49:10, 52:7, 52:13, 52:14, 52:25, 59:2, 60:20, 63:4, 71:13, 71:20, 75:18, 75:21,

79:6, 82:11, 86:3, 96:4, 103:13, 103:15, 103:16, 103:18, 103:19, 103:21, 104:12, 107:19, 111:11, 115:14, 121:11, 122:11, 123:4, 130:5, 132:8, 134:2

**sides** [6] - 73:12, 123:21, 130:6, 130:23, 131:22, 138:4

**similar** [7] - 16:19, 48:17, 56:18, 57:5, 89:18, 107:20, 108:22

**single** [6] - 24:10, 24:12, 29:23, 67:17, 109:23, 145:5

**single-use** [1] - 109:23

**sit** [1] - 108:17

**site** [2] - 18:16, 41:20

**sits** [1] - 70:15

**sitting** [4] - 43:23, 49:15, 108:20, 140:19

**situation** [13] - 6:9, 34:11, 57:11, 67:21, 116:25, 117:25, 120:10, 120:12, 123:23, 130:25, 135:4, 135:12, 143:8

**situations** [3] - 116:8, 120:12, 139:5

**six** [10] - 8:5, 8:6, 9:11, 80:9, 80:15, 81:24, 96:18, 135:18, 135:19

**six-minute** [1] - 81:24

**size** [2] - 98:21, 98:25

**skin** [2] - 93:16, 94:24

**skip** [1] - 74:14

**skirmish** [2] - 129:7, 132:6

**skirmishes** [4] - 117:12, 117:15, 121:14, 121:17

**sleeved** [1] - 16:20

**slides** [1] - 131:15

**sling** [1] - 141:6

**sloganeering** [1] - 117:16

**slogans** [1] - 115:3

**slow** [4] - 13:15, 33:9, 50:14, 114:14

**small** [8] - 12:9, 22:22, 37:17, 42:16, 54:1, 75:16, 107:24,

**smaller** [7] - 56:25, 59:13, 99:6, 121:23, 123:21, 124:1, 134:19
**smoke** [1] - 41:4
**smoking** [1] - 48:16
**snake** [1] - 48:17
**soaked** [1] - 93:10
**SOD** [5] - 36:1, 41:23, 41:25, 42:4, 42:8
**solutions** [1] - 98:22
**someone** [16] - 39:25, 40:5, 40:6, 44:9, 44:13, 51:2, 55:22, 72:19, 82:25, 84:21, 100:4, 110:24, 113:24, 131:14, 131:15, 136:6
**someplace** [3] - 116:22, 125:6, 130:21
**sometime** [1] - 92:14
**sometimes** [12] - 8:1, 31:3, 31:4, 31:25, 39:23, 39:24, 44:14, 44:15, 71:14, 71:15, 118:2
**somewhat** [1] - 112:13
**somewhere** [9] - 15:11, 15:12, 45:4, 46:11, 62:10, 71:18, 89:1, 114:9, 137:21
**sooner** [1] - 135:12
**soonly** [1] - 107:4
**sorry** [9] - 13:14, 18:11, 24:18, 33:14, 78:6, 85:9, 85:10, 87:24, 102:5
**sort** [22] - 12:13, 20:2, 26:5, 69:23, 103:13, 104:14, 110:4, 110:10, 110:25, 111:5, 111:11, 113:4, 114:2, 119:24, 120:1, 129:9, 129:14, 129:15, 130:9, 131:7, 132:7, 134:13
**sound** [1] - 23:14
**sounds** [3] - 23:19, 23:20, 83:10
**source** [1] - 55:18
**south** [4] - 19:11, 32:20, 33:1, 52:7
**southeast** [1] - 10:3
**southwest** [2] - 106:8, 106:13
**space** [4] - 43:13, 46:13, 49:25, 111:18

109:22

**span** [2] - 32:15, 88:16
**speaker** [1] - 35:17
**speaking** [3] - 35:24, 69:4, 135:23
**speaks** [1] - 111:21
**specific** [4] - 5:16, 40:21, 82:7
**specifically** [3] - 49:17, 101:5, 109:21
**specify** [1] - 132:15
**spectrum** [1] - 38:11
**speech** [7] - 10:25, 11:2, 12:22, 69:24, 128:22, 142:13
**speeches** [1] - 38:17
**spell** [1] - 4:14
**spend** [1] - 88:14
**spent** [5] - 7:24, 8:8, 88:5, 92:8, 96:15
**spewing** [1] - 48:16
**spin** [1] - 87:14
**split** [2] - 66:15, 66:22
**spoken** [1] - 21:16
**Spooner** [4] - 12:1, 64:8, 66:13, 68:18
**spray** [41] - 6:25, 7:6, 12:9, 21:17, 21:21, 22:9, 38:15, 39:11, 39:17, 40:1, 41:14, 42:9, 42:16, 58:5, 58:7, 58:12, 58:14, 58:15, 58:21, 69:20, 69:21, 72:3, 98:25, 109:23, 110:11, 110:17, 110:25, 118:11, 128:14, 141:15, 141:17, 141:19, 141:20, 141:23, 141:25, 142:4
**sprayed** [8] - 37:4, 41:20, 46:8, 49:12, 58:8, 69:20, 110:11, 122:4
**spraying** [6] - 41:8, 41:13, 110:2, 110:4, 110:24, 118:6
**sprays** [2] - 39:25, 58:21
**squad** [5] - 10:10, 66:23, 66:24, 67:15, 127:12
**squads** [1] - 66:23
**Square** [1] - 8:15
**staffed** [2] - 5:10, 32:6
**stage** [1] - 35:11
**staged** [3] - 10:2, 10:18, 55:14

**stagnant** [1] - 133:20
**stagnated** [1] - 133:14
**staining** [1] - 41:15
**stair** [1] - 107:3
**stairs** [11] - 58:3, 62:5, 62:8, 63:11, 63:18, 63:25, 64:13, 106:3, 108:6, 124:18, 138:12
**stairwell** [23] - 32:20, 32:21, 32:24, 32:25, 53:24, 61:5, 61:7, 62:13, 62:16, 62:25, 63:16, 63:17, 63:22, 103:9, 104:13, 106:20, 106:21, 107:3, 107:5, 124:14, 124:20, 126:9, 138:11
**Stamford** [1] - 1:21
**stamps** [1] - 25:25
**stand** [6] - 4:9, 27:25, 40:2, 73:23, 84:11, 121:21
**standard** [9] - 5:12, 5:25, 10:8, 10:20, 12:8, 14:10, 16:21, 50:20, 144:13
**standing** [26] - 4:9, 13:5, 15:3, 29:7, 31:4, 32:3, 32:7, 38:13, 38:16, 38:24, 39:14, 39:15, 41:8, 63:22, 64:12, 73:15, 74:8, 86:12, 103:16, 106:12, 108:8, 113:4, 120:7, 129:6, 138:4, 139:23
**standoffs** [1] - 131:21
**stands** [1] - 144:24
**staring** [1] - 32:10
**start** [16] - 9:23, 13:10, 13:13, 15:18, 18:18, 23:9, 23:11, 23:20, 27:6, 29:21, 36:24, 59:19, 80:9, 94:22, 100:1, 133:11
**started** [20] - 7:16, 12:21, 12:22, 13:5, 13:17, 13:18, 13:19, 15:5, 23:18, 30:5, 33:6, 50:5, 51:8, 67:10, 86:12, 86:24, 92:21, 96:9, 121:14, 124:13
**starting** [8] - 7:23, 14:19, 14:20, 15:25, 16:11, 64:2, 70:1, 122:24

**starts** [14] - 13:1, 13:2, 14:12, 14:16, 29:11, 32:24, 32:25, 35:6, 50:8, 52:7, 53:4, 115:19, 120:8, 135:18
**state** [1] - 17:8
**State** [1] - 91:21
**statement** [4] - 95:21, 111:9, 122:18, 125:14
**statements** [1] - 11:5
**States** [7] - 2:8, 12:17, 14:5, 74:10, 84:10, 95:3, 148:13
**STATES** [4] - 1:1, 1:3, 1:12, 1:16
**states** [1] - 37:1
**station** [1] - 8:20
**stationed** [1] - 10:1
**statute** [1] - 8:15
**stay** [6] - 60:1, 71:3, 72:4, 92:23, 106:17, 118:11
**stayed** [1] - 8:16
**steel** [3] - 46:2, 46:4, 133:17
**stenographic** [1] - 148:5
**step** [2] - 92:1, 145:13
**steps** [2] - 111:12
**STEVENS** [2] - 1:6, 1:23
**still** [24] - 12:22, 15:14, 20:21, 25:14, 47:11, 47:14, 47:18, 47:21, 47:25, 49:18, 51:24, 51:25, 53:15, 61:20, 65:25, 81:20, 85:25, 88:21, 106:3, 116:21, 118:9, 125:22, 143:15
**sting** [1] - 7:6
**Stokes** [1] - 16:14
**stood** [2] - 34:14, 47:6
**stop** [21] - 17:23, 21:13, 30:19, 35:9, 36:23, 48:12, 54:24, 60:25, 62:3, 74:25, 79:19, 80:15, 97:11, 99:10, 102:24, 110:24, 113:14, 133:21, 133:22, 140:11, 142:1
**stopped** [9] - 91:9, 91:13, 97:15, 98:20, 100:14, 100:17, 100:18, 100:19, 100:21

**stopping** [2] - 91:11, 116:24
**stops** [1] - 17:24
**story** [1] - 59:4
**straight** [4] - 8:7, 29:15, 29:20, 115:12
**strapping** [1] - 15:19
**straps** [1] - 86:22
**stream** [1] - 48:15
**street** [3] - 27:12, 76:2, 93:14
**Street** [7] - 1:17, 1:20, 1:24, 2:5, 13:4, 15:10, 15:19
**streets** [1] - 27:10
**strength** [1] - 95:12
**stretch** [1] - 32:6
**stretched** [1] - 10:6
**strewn** [1] - 114:3
**strike** [12] - 39:11, 39:16, 40:8, 72:3, 79:19, 102:6, 102:10, 102:13, 102:19, 103:6, 125:25, 130:1
**strikes** [3] - 71:16, 102:2, 140:24
**strong** [1] - 52:17
**struck** [1] - 6:14
**structure** [4] - 46:3, 46:4, 53:24, 98:23
**stuck** [1] - 60:19
**stuff** [20] - 6:11, 15:13, 15:20, 20:17, 22:4, 41:9, 41:14, 42:1, 43:2, 43:5, 43:6, 58:9, 71:17, 93:1, 93:2, 93:16, 96:10, 96:22, 113:23, 139:20
**style** [3] - 101:4, 101:5, 107:8
**subcomponents** [2] - 65:6, 65:9
**subject** [2] - 124:5, 145:19
**success** [1] - 29:15
**successful** [3] - 60:2, 87:3, 137:9, 142:15, 143:6
**successfully** [3] - 31:12, 35:3, 122:11
**suck** [1] - 49:14
**sudden** [1] - 131:12
**suggest** [1] - 50:17
**suggesting** [1] - 51:4
**suicide** [1] - 129:10
**suit** [11] - 16:6, 16:8, 16:16, 16:17, 16:20, 16:25, 17:1, 17:2, 75:25, 93:13, 93:14
**Suite** [2] - 1:21, 1:25

**sun** [1] - 96:17
**sunrise** [2] - 10:24, 11:2
**supervised** [1] - 145:22
**supervising** [1] - 47:1
**supervisory** [1] - 34:23
**support** [2] - 51:11, 52:22
**supportive** [1] - 96:6
**suppose** [1] - 50:25
**supposed** [3] - 33:20, 45:10, 113:22
**surge** [3] - 13:6, 13:7, 37:17
**surges** [1] - 71:25
**surprising** [1] - 96:9
**surrounded** [1] - 53:25
**sustainable** [1] - 97:9
**sustained** [2] - 94:2, 140:9
**switch** [1] - 24:21
**sworn** [1] - 20:19
**SWORN** [1] - 4:10
**symptoms** [1] - 93:21
**system** [4] - 35:12, 35:14, 36:5, 36:11

**T**

**tackling** [1] - 52:9
**tactical** [1] - 130:23
**tap** [1] - 122:25
**taps** [1] - 23:1
**target** [2] - 39:24, 97:8
**targeted** [1] - 119:22
**Taser** [8] - 24:19, 24:20, 24:23, 75:13, 75:19, 75:20, 76:5, 82:13
**Tasers** [1] - 12:10
**taught** [1] - 96:18
**team** [1] - 75:25
**teams** [1] - 42:5
**teargas** [2] - 48:21, 49:2
**technical** [1] - 32:18
**technically** [1] - 35:13
**temper** [1] - 79:12
**temporary** [1] - 104:14
**ten** [3] - 81:12,

94:20, 136:11
**ten-hour** [1] - 94:20
**ten-minute** [1] - 81:12
**tended** [1] - 117:10
**tens** [1] - 94:19
**terrace** [8] - 63:2, 63:5, 63:6, 63:7, 104:4, 125:11, 127:2, 138:8
**territorial** [1] - 119:8
**territory** [1] - 112:8
**testified** [6] - 100:11, 100:23, 109:22, 111:5, 116:6, 127:24
**testifies** [1] - 146:9
**testify** [2] - 50:16, 98:6
**testifying** [1] - 139:15
**testimony** [6] - 81:15, 95:15, 125:1, 128:21, 145:11, 146:4
**TESTIMONY** [1] - 1:10
**that'll** [1] - 50:8
**THE** [61] - 1:1, 1:10, 1:11, 1:14, 1:16, 1:19, 1:23, 1:23, 2:2, 3:4, 4:3, 4:8, 4:16, 4:17, 13:14, 13:16, 27:1, 27:20, 35:9, 36:23, 41:22, 41:24, 42:19, 44:20, 48:12, 50:10, 50:12, 50:14, 50:16, 51:4, 51:6, 51:12, 56:4, 65:5, 65:8, 76:23, 81:8, 81:12, 81:16, 81:19, 81:21, 95:14, 95:18, 95:19, 95:20, 95:23, 95:24, 97:21, 109:12, 140:12, 140:9, 140:12, 140:15, 145:10, 145:12, 145:13, 145:16, 146:5, 146:18, 147:1
**themselves** [4] - 11:4, 126:21, 133:25, 134:3
**there're** [1] - 32:8
**thereafter** [2] - 86:7, 115:11
**Thereupon** [2] - 4:6, 81:17
**they've** [5] - 29:17, 37:1, 37:3, 49:7, 119:17
**thick** [1] - 29:24
**thicker** [1] - 29:21

**thighs** [1] - 6:10
**thin** [2] - 29:20, 135:25
**thinking** [3] - 62:6, 123:16, 146:13
**thinned** [2] - 123:3
**thinned-out** [1] - 123:3
**thins** [1] - 49:6
**third** [4] - 8:12, 35:21, 88:19
**thousands** [8] - 9:8, 54:11, 62:11, 97:8, 99:1, 107:17, 138:24, 145:1
**threatened** [1] - 91:24
**three** [10] - 8:11, 11:18, 32:19, 39:25, 40:3, 105:21, 127:11, 130:14, 131:4, 136:1
**threshold** [7] - 84:24, 84:25, 85:2, 85:5, 85:23, 133:24, 137:17
**threw** [2] - 51:7, 87:12
**throughout** [4] - 28:6, 55:15, 58:11, 131:19
**throw** [1] - 53:10
**throwing** [5] - 24:18, 36:2, 43:2, 118:7, 118:9
**thrown** [7] - 6:14, 7:5, 9:14, 18:16, 37:19, 41:18, 51:9
**tied** [1] - 78:25
**ties** [1] - 31:25
**tight** [1] - 44:4
**timeline** [1] - 116:20
**timestamp** [20] - 25:21, 35:6, 40:24, 48:3, 51:23, 53:4, 63:1, 64:3, 70:2, 73:3, 74:15, 74:18, 77:11, 77:16, 78:3, 78:11, 82:20, 83:20, 106:25, 143:17
**timestamped** [6] - 42:21, 44:17, 72:15, 73:24, 85:9, 87:18
**timestamps** [1] - 25:19
**timing** [1] - 146:13
**timing-wise** [1] - 146:13
**today** [6] - 64:23, 103:16, 108:17, 145:11, 145:25, 146:8

**toes** [1] - 56:22
**together** [4] - 8:17, 31:25, 62:24, 70:7
**tomorrow** [7] - 91:14, 91:16, 92:24, 145:16, 146:8, 146:13, 146:20
**tone** [1] - 11:1
**tonight** [2] - 96:19, 146:19
**took** [10] - 24:23, 73:12, 87:24, 88:17, 88:21, 90:6, 120:11, 126:11, 126:22, 146:1
**top** [12] - 5:12, 6:16, 6:22, 10:9, 16:22, 62:5, 62:8, 93:20, 107:3, 107:14, 124:17, 138:12
**torso** [1] - 86:23
**total** [1] - 88:15
**touch** [1] - 42:17
**touch-you** [1] - 42:17
**touched** [1] - 20:2
**touching** [1] - 23:21
**tour** [2] - 5:8, 94:20
**tourist** [1] - 19:23
**toward** [1] - 20:3
**towards** [9] - 10:5, 10:23, 12:23, 28:10, 103:25, 110:3, 110:4, 110:25, 112:12
**tower** [8] - 32:21, 32:23, 32:25, 33:1, 33:2, 51:3, 121:10, 122:15
**train** [2] - 101:12
**trained** [10] - 22:4, 41:25, 55:20, 68:3, 102:7, 102:9, 103:5, 103:6, 140:23, 140:24
**training** [12] - 5:13, 5:23, 6:16, 7:18, 34:3, 45:2, 50:20, 59:3, 99:12, 102:2, 102:12, 102:20
**training-wise** [1] - 7:18
**transcript** [2] - 148:5, 148:6
**transmission** [5] - 13:17, 19:2, 51:1, 61:11, 61:13
**transmissions** [6] - 13:19, 15:2, 16:11, 18:12, 42:6, 61:11
**trapped** [10] - 54:20, 59:10, 60:5, 60:6, 129:22, 130:2, 130:3,

133:15, 135:7, 138:3
**travel** [1] - 145:24
**treatment** [1] - 94:1
**TREVOR** [1] - 1:11
**trial** [3] - 4:2, 145:18, 145:19
**TRIAL** [1] - 1:11
**trick** [1] - 120:21
**tried** [11] - 8:14, 62:16, 69:20, 100:2, 121:16, 132:24, 142:9, 142:10, 142:13, 145:4
**triggers** [1] - 129:14
**TRISTAN** [1] - 1:6
**trouble** [1] - 125:23
**Troy** [3] - 110:1, 148:4, 148:5
**Trump** [1] - 98:11
**Trump's** [2] - 7:14, 42:10
**trunk** [1] - 5:16
**try** [12] - 36:3, 40:3, 44:13, 54:3, 63:18, 69:14, 72:6, 72:8, 87:25, 110:17, 119:8, 123:17
**trying** [42] - 11:8, 27:24, 28:7, 29:12, 34:6, 37:7, 38:18, 39:17, 44:9, 49:21, 53:17, 53:19, 58:1, 59:11, 70:24, 71:12, 71:13, 71:22, 71:24, 72:22, 72:23, 73:21, 79:5, 79:12, 87:2, 87:6, 88:9, 89:1, 90:21, 91:17, 92:10, 101:21, 103:10, 113:11, 113:17, 114:4, 119:24, 120:21, 133:1, 142:14, 144:18, 145:6
**tug** [3] - 43:8, 43:17, 44:14
**tunnel** [52] - 64:13, 65:16, 65:17, 65:18, 65:22, 66:9, 66:16, 67:23, 71:6, 76:19, 80:24, 81:1, 81:4, 83:25, 84:5, 85:6, 87:2, 88:4, 88:14, 88:20, 88:24, 89:9, 89:13, 89:22, 90:13, 90:19, 91:20, 91:23, 93:25, 104:4, 104:20, 104:22, 104:24, 106:18, 107:22, 108:14, 108:18,

108:25, 109:8, 109:22, 110:2, 111:4, 125:11, 127:2, 131:18, 137:5, 137:10, 137:21, 137:22, 138:7, 143:4, 144:11

**turn** [4] - 24:2, 33:25, 108:8, 116:17

**turned** [7] - 24:23, 25:22, 36:14, 64:20, 104:18, 118:15

**turning** [2] - 24:24, 61:8

**tussle** [1] - 44:6

**twice** [1] - 23:17

**two** [57] - 5:18, 5:20, 9:9, 9:16, 16:13, 21:19, 21:22, 22:25, 23:1, 23:2, 23:6, 23:7, 23:10, 23:13, 23:18, 27:11, 29:22, 31:11, 33:12, 33:20, 33:21, 33:22, 52:16, 57:7, 62:14, 66:14, 67:8, 70:19, 75:10, 75:23, 76:8, 78:19, 78:22, 85:4, 86:22, 90:2, 90:18, 92:2, 92:7, 92:10, 92:18, 94:9, 96:15, 97:6, 98:22, 103:20, 106:7, 106:13, 106:15, 127:18, 127:25, 131:4, 131:22, 135:8, 136:1, 138:1

**two's** [1] - 52:8

**two-column** [1] - 29:22

**two-minute** [4] - 22:25, 23:2, 23:6, 23:7

**two-ounce** [1] - 21:19

**two-plus** [1] - 90:18

**type** [4] - 39:6, 56:15, 57:5, 109:23

**types** [1] - 38:9

**typical** [1] - 18:20

## U

**U.S** [18] - 14:6, 14:9, 19:8, 20:13, 28:13, 32:18, 33:6, 49:7, 50:15, 50:18, 53:22, 69:2, 69:8, 144:14, 144:15, 145:6, 146:10

**ultimate** [3] - 34:15, 122:7, 133:24

**ultimately** [5] - 20:23, 49:3, 52:21, 65:4, 89:22

**under** [16] - 21:9, 31:1, 33:17, 57:22, 70:14, 81:20, 114:12, 114:14, 114:20, 116:10, 116:12, 118:13, 134:21, 137:5, 141:16

**understood** [1] - 111:24

**unfold** [1] - 55:16

**unfortunately** [2] - 29:23, 119:11

**uniform** [6] - 16:21, 57:24, 75:12, 76:1, 76:4, 93:16

**uniforms** [3] - 10:8, 10:9, 16:22

**unintelligible** [1] - 69:24

**unintentionally** [2] - 66:22, 66:24

**Unit** [1] - 5:9

**unit** [4] - 5:11, 57:23, 66:18, 68:17

**United** [6] - 12:17, 14:5, 74:10, 84:10, 95:3, 148:13

**UNITED** [4] - 1:1, 1:3, 1:12, 1:16

**united** [1] - 2:8

**unlawful** [1] - 35:19

**unlawfully** [1] - 39:13

**unless** [3] - 39:11, 64:20, 130:16

**unlike** [1] - 101:25

**unman** [1] - 141:2

**unmovable** [1] - 70:19

**unnecessarily** [1] - 112:8

**unrest** [1] - 8:11

**unscalable** [1] - 100:3

**unsecurable** [1] - 97:11

**unsecured** [1] - 107:5

**unusual** [5] - 11:3, 14:10, 14:12, 14:13, 66:15

**up** [122] - 4:8, 7:22, 10:23, 12:21, 16:5, 17:11, 17:12, 25:5, 25:8, 27:8, 29:25, 30:24, 31:20, 33:6, 33:16, 33:19, 35:11,

35:16, 41:19, 43:1, 43:24, 44:3, 46:15, 46:24, 47:14, 49:22, 49:24, 49:25, 50:8, 51:24, 54:6, 54:14, 55:3, 59:9, 59:22, 59:23, 61:17, 61:18, 61:21, 61:23, 62:7, 62:9, 62:12, 62:14, 62:25, 63:16, 63:21, 66:7, 68:10, 70:25, 74:17, 78:2, 78:10, 78:25, 79:24, 80:2, 80:8, 82:19, 84:15, 85:1, 85:18, 86:21, 86:22, 86:23, 87:10, 88:1, 88:7, 89:2, 91:7, 93:24, 96:17, 97:1, 97:13, 98:2, 99:22, 101:7, 103:8, 103:9, 104:13, 106:1, 106:2, 106:11, 106:13, 106:20, 106:23, 106:25, 107:14, 108:6, 111:18, 112:7, 114:2, 114:14, 115:12, 119:19, 120:22, 124:7, 124:13, 124:19, 126:10, 126:24, 127:17, 129:21, 131:12, 131:20, 132:4, 136:13, 137:4, 137:24, 138:4, 138:10, 138:11, 139:2, 139:20, 139:24, 140:6, 142:20, 143:14, 145:20

**upped** [1] - 9:13

**upper** [7] - 54:14, 61:12, 62:18, 66:8, 66:16, 104:13, 104:23

**upset** [1] - 38:20

**urban** [1] - 18:4

**Urso** [2] - 97:21, 109:13

**URSO** [12] - 1:19, 1:20, 97:22, 97:24, 105:2, 105:6, 105:7, 105:17, 105:20, 108:11, 108:12, 109:11

**use-of-force** [1] - 68:8

**uses** [2] - 6:23, 109:24

**utility** [1] - 133:4

**utilized** [2] - 57:4, 111:2

**utilizing** [1] - 141:10

## V

**vacate** [2] - 142:3, 142:5

**vacated** [1] - 49:25

**vans** [4] - 19:7, 27:11, 42:5

**various** [2] - 131:1, 131:3

**varying** [3] - 37:1, 121:20, 123:25

**vehicles** [1] - 112:11

**verbal** [1] - 72:9

**verbally** [1] - 79:12

**verdict** [1] - 145:20

**versus** [1] - 9:5

**vest** [10] - 6:12, 12:8, 12:12, 15:24, 15:25, 75:12, 86:21, 86:23, 93:10

**vicinity** [1] - 24:21

**victory** [1] - 126:22

**video** [81] - 23:5, 23:13, 23:18, 23:20, 25:11, 26:17, 30:2, 31:6, 31:8, 31:14, 34:7, 35:9, 35:10, 36:6, 36:25, 40:5, 46:6, 49:5, 49:6, 50:9, 51:20, 54:13, 56:23, 63:12, 63:13, 64:12, 76:15, 77:3, 78:3, 78:11, 78:18, 80:20, 80:22, 80:23, 81:2, 81:24, 82:6, 82:9, 82:10, 82:14, 83:11, 83:17, 83:20, 85:16, 86:3, 86:5, 89:6, 103:8, 103:10, 105:22, 106:1, 106:11, 106:20, 109:3, 110:7, 110:10, 110:15, 111:20, 115:12, 115:16, 116:11, 121:5, 121:12, 121:18, 122:13, 124:14, 125:19, 127:1, 128:17, 129:4, 129:19, 132:3, 133:2, 135:16, 135:17, 135:22, 136:22, 136:24, 137:2, 143:10, 143:11

**video's** [1] - 82:10

**videos** [11] - 16:24, 53:13, 83:3, 83:9,

108:13, 110:9, 120:21, 120:22, 120:24, 139:17, 139:21

**view** [11] - 28:7, 64:22, 96:7, 97:15, 98:21, 106:19, 126:18, 129:20, 139:16, 139:21, 144:14

**viewed** [2] - 91:6, 139:22

**viewing** [1] - 139:21

**views** [1] - 44:10

**violate** [1] - 145:6

**violence** [9] - 9:10, 9:11, 98:22, 118:6, 118:17

**violent** [9] - 5:14, 6:17, 6:20, 96:19, 117:22, 118:14, 118:16, 118:18, 139:24

**Virginia** [1] - 91:21

**visibility** [4] - 10:6, 10:8, 15:9, 96:22

**vision** [1] - 32:6

**visor** [3] - 6:5, 17:10, 17:11

**voice** [2] - 14:20, 46:16

**voices** [1] - 35:18

**vs** [1] - 1:5

**vulnerable** [1] - 62:22

## W

**walk** [6] - 27:15, 96:8, 106:14, 106:16, 112:12, 146:2

**walked** [10] - 19:25, 36:12, 36:13, 104:12, 104:15, 104:19, 104:21, 105:9

**walking** [9] - 11:4, 11:7, 24:22, 29:7, 29:20, 30:21, 65:14, 108:9, 113:20

**wall** [19] - 54:9, 54:10, 55:3, 59:20, 59:24, 74:12, 74:16, 77:8, 77:13, 82:11, 110:12, 110:16, 110:23, 123:13, 123:22, 124:8, 124:11, 134:7

**walls** [1] - 134:3

**wander** [2] - 34:6,

96:12
**wandered** [2] - 92:2, 92:3
**wandering** [1] - 92:9
**wants** [1] - 46:10
**war** [3] - 43:8, 43:17, 44:14
**warning** [8] - 35:21, 35:22, 35:23, 36:10, 50:18
**warnings** [5] - 35:16, 35:20, 36:9, 36:15, 38:21
**washed** [1] - 45:14
**Washington** [7] - 1:6, 1:18, 2:10, 20:12, 20:19, 99:5, 148:14
**watch** [3] - 34:7, 76:15, 78:18
**watched** [15] - 26:17, 48:7, 65:13, 80:20, 80:21, 103:8, 103:9, 104:4, 104:5, 110:7, 110:9, 120:24, 121:12, 126:25, 136:22
**watching** [4] - 23:12, 110:15, 113:6, 116:4
**water** [3] - 37:6, 46:8
**Water** [1] - 2:5
**wave** [2] - 83:25, 96:22
**ways** [2] - 18:3, 133:7
**weaken** [1] - 37:13
**weapon** [1] - 7:3
**weapons** [4] - 21:24, 22:9, 96:13, 101:15
**wear** [8] - 6:12, 22:22, 70:9, 75:15, 76:7, 76:9, 93:17, 146:15
**wearing** [25] - 10:7, 10:8, 12:5, 12:6, 12:7, 12:12, 16:19, 16:25, 17:3, 17:6, 17:16, 22:19, 24:7, 24:12, 37:2, 64:15, 75:12, 75:22, 75:23, 76:3, 76:4, 76:5, 76:10, 93:12
**wears** [1] - 16:6
**week** [1] - 93:17
**weeks** [2] - 8:16, 67:7
**weight** [3] - 47:2, 101:2, 140:20
**West** [1] - 1:24
**west** [20] - 10:22, 19:25, 32:12, 32:16,

32:17, 63:2, 63:4, 103:12, 103:15, 103:16, 103:19, 103:21, 104:3, 104:4, 104:12, 115:14, 121:11, 125:11, 127:2, 138:8
**whereas** [2] - 8:25, 100:5
**White** [1] - 99:19
**white** [1] - 43:6
**whole** [11] - 22:24, 31:2, 32:15, 59:18, 70:24, 71:7, 79:16, 82:14, 89:19, 95:10, 144:16
**wider** [1] - 134:18
**Wilhoit** [2] - 66:14, 68:18
**WILLIAM** [2] - 2:2, 2:2
**willing** [5] - 30:16, 77:2, 78:1, 80:9, 99:11
**wing** [1] - 96:7
**winning** [1] - 90:5
**winter** [1] - 12:13
**wise** [3] - 7:18, 42:15, 146:13
**withdrawn** [1] - 59:6
**witness** [2] - 4:6, 56:3
**Witness** [2] - 56:13, 145:15
**WITNESS** [19] - 4:10, 4:17, 13:16, 27:20, 35:9, 36:23, 41:24, 44:20, 48:12, 50:12, 50:16, 51:6, 81:16, 81:21, 95:18, 95:20, 95:24, 109:12, 145:12
**witnessed** [1] - 89:18
**WITNESSES** [1] - 3:4
**won** [3] - 125:17, 126:18
**word** [1] - 65:15
**words** [3] - 79:14, 117:24, 131:21
**worn** [23] - 12:12, 22:18, 22:19, 22:21, 22:22, 23:12, 23:22, 23:24, 24:2, 24:5, 24:13, 24:17, 25:1, 25:2, 25:15, 26:25, 64:22, 70:11, 70:13, 70:15, 72:13, 82:19, 129:20
**write** [1] - 124:16
**wrote** [1] - 128:18

# Y

**yards** [1] - 139:13
**year** [10] - 7:15, 7:21, 7:24, 8:13, 19:24, 25:22, 39:3, 108:23, 109:5
**years** [14] - 5:2, 5:3, 7:10, 7:12, 35:14, 58:22, 59:1, 59:3, 66:21, 67:14, 68:4, 76:7, 83:10, 100:1
**yell** [3] - 38:13, 114:16, 118:24
**yelled** [1] - 68:14
**yelling** [8] - 72:19, 73:1, 79:14, 87:10, 115:2, 116:5, 117:15, 135:10
**yellow** [2] - 12:13, 107:2
**yourself** [7] - 75:2, 75:5, 76:16, 80:18, 91:4, 93:5, 108:24

# Z

**zip** [1] - 31:25
**zone** [1] - 13:18