```
1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
     * * * * * * * * * * * * * * *    )
3    UNITED STATES OF AMERICA,        )      Criminal Action
                                      )       No. 21-00040
4               Plaintiff,            )
                                      )
5      vs.                            )
                                      )
6    PATRICK EDWARD McCAUGHEY, III,   )      Washington, D.C.
     TRISTAN CHANDLER STEVENS and     )      August 31, 2022
7    DAVID MEHAFFIE,                  )      9:34 a.m.
                                      )
8               Defendants.          )
                                      )
9    * * * * * * * * * * * * * * *    )

10
            TESTIMONY OF AQUILINO GONELL AND HENRY FOULDS
11             EXCERPTED FROM THE BENCH TRIAL - DAY 3
             BEFORE THE HONORABLE TREVOR N. McFADDEN,
12                UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14
     FOR THE GOVERNMENT:       KIMBERLY L. PASCHALL, ESQ.
15                             JOCELYN P. BOND, ESQ.
                               ASHLEY AKERS, ESQ.
16                             UNITED STATES ATTORNEY'S OFFICE
                                 FOR THE DISTRICT OF COLUMBIA
17                             555 Fourth Street, Northwest
                               Eleventh Floor
18                             Washington, D.C. 20530

19
     FOR THE DEFENDANT         LINDY R. URSO, ESQ.
20          McCAUGHEY:         LAW OFFICES OF LINDY R. URSO
                               810 Bedford Street
21                             Suite 3
                               Stamford, Connecticut 06901
22

23   FOR THE DEFENDANT         LAUREN COBB, ESQ.
            STEVENS:           OFFICE OF THE FEDERAL DEFENDER
24                             NORTHERN DISTRICT OF FLORIDA
                               3 West Garden Street
25                             Suite 200
                               Pensacola, Florida 32502
```

 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANT          WILLIAM L. SHIPLEY, JR., ESQ.
            MEHAFFIE:            LAW OFFICES OF WILLIAM L. SHIPLEY
 3                               Post Office Box 745
                                 Kailua, Hawaii 96734
 4
                                 JOSE M. LOPEZ, ESQ.
 5                               LOPEZ, SEVERT & PRATT CO.
                                 18 East Water Street
 6                               Troy, Ohio 45373

 7
       REPORTED BY:             LISA EDWARDS, RDR, CRR
 8                              Official Court Reporter
                                United States District Court for the
 9                                District of Columbia
                                333 Constitution Avenue, Northwest
10                              Room 6706
                                Washington, D.C. 20001
11                              (202) 354-3269

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2

3                                    Direct      Cross        Red.

4

WITNESSES FOR THE GOVERNMENT:

5
Aquilino Antonio Gonell              4          56          104
6                                              91

7    Henry Foulds                    108        135         161

8

9

10   EXHIBITS RECEIVED IN EVIDENCE                            PAGE

11   Government's Exhibit No. 218                              113
     Government's Exhibit No. 415                              122
12   Government's Exhibit No. 220                              124
     Government's Exhibit No. 101.6                            130
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      (REPORTER'S NOTE:  The following contains excerpts from the

 2      bench trial requested by counsel:)

 3                 THE COURT:  Thank you.

 4                 Are we resuming with the Government's case in

 5      chief?

 6                 MS. PASCHALL:  Yes, your Honor.  The Government

 7      calls Aquilino Gonell.

 8                 (Thereupon, the witness entered the courtroom and

 9      the following proceedings were had:)

10                 THE WITNESS:  Good morning.

11                 THE COURT:  Good morning, Sergeant.

12        AQUILINO ANTONIO GONELL, GOVERNMENT WITNESS, SWORN.

13                 THE WITNESS:  May I remove my mask?

14                 THE COURT:  You may.  Please feel free to have a

15      seat.  You can adjust the microphone there.

16                 THE WITNESS:  Sure.

17                         DIRECT EXAMINATION

18      BY MS. BOND:

19      Q.  Good morning, sir.

20      A.  Good morning.

21      Q.  Please say your name and spell it for the record.

22      A.  Sorry.  Catching my breath.

23      Q.  That's okay.

24      A.  My name is Aquilino Antonio Gonell, sergeant of the

25      United States Capitol Police.
```

```
1    Q.  Let me stop you --
2    A.  A-Q-U-I-L-I-N-O; Antonio, common spelling; G-O-N-E-L-L;
3    last name, Gonell.
4    Q.  Thank you.
5            And where did you say you're employed?
6    A.  United States Capitol Police, and currently am still
7    working there.
8    Q.  Can you say that again?
9    A.  I'm still working, employed by the Capitol Police as of
10   now.
11   Q.  Thank you.
12           Would you pull the microphone a little bit closer
13   to your mouth.
14   A.  Sure.
15   Q.  How long have you been with Capitol Police?
16   A.  I began my 17 year two months ago.
17   Q.  And what's your current rank?
18   A.  Sergeant.
19   Q.  And what was your rank back on January 6th, 2021?
20   A.  The same.
21   Q.  And what did you do before you joined the Capitol
22   Police?
23   A.  I used to be a student, car washer, supply tech, Army.
24   Also I was part of the Army.
25   Q.  How long were you in the Army?
```

Gonell - DIRECT - By Ms. Bond

1    A.  Eight years in total.

2    Q.  And did you go straight from the Army to the Capitol

3    Police?

4    A.  No, ma'am.  After I returned from -- actually, yeah.

5    I'm sorry.  I did.  After returning from Iraq, I became a

6    Capitol Police officer while still in the Army.

7    Q.  And how long were you in Iraq?

8    A.  One year.

9    Q.  Now, as a sergeant, what kind of responsibilities did

10   you have back in January of 2021?

11   A.  I was -- normally, my task, my assignment, was

12   midnights.  Because of the pending transfer of power, we

13   were -- I was assigned to my secondary duty, which is --

14   which was CDU sergeant and mountain bike during the day.  So

15   they rotated me -- well, detailed me from midnights to day

16   work while the process was still going on.

17   Q.  And when did that rotation take place?

18   A.  Since the summer of 2020, on and off.

19   Q.  And what is the structure of a CDU within the Capitol

20   Police?

21   A.  We have squads, platoons.  Then you have the

22   sergeants -- you mean in terms of the ranking?  Or the

23   setup?

24   Q.  How many officers are in a platoon, a CDU platoon?

25   A.  It ranges from 30, 40, depending if the squads are fully

1    staffed.  It's about 10 to 12 officers per platoon.

2    Q.  As a sergeant, are you in a position of authority?

3    A.  Yes, ma'am.

4    Q.  So how many sergeants would be over a platoon?

5    A.  Four.  One for each squad.

6    Q.  Now, was it a normal part of your job with the Capitol

7    Police to deal with crowd control at the Capitol?

8    A.  Yes, ma'am.

9    Q.  Had you ever worked First Amendment assemblies before

10   that actually came onto Capitol grounds?

11   A.  Multiple times over the course of my 16 years.

12   Q.  Can you estimate about how many times you worked those

13   First Amendment assemblies?

14   A.  Off the top of my head, I can't give you a figure.  But

15   I know it's been over hundreds.

16   Q.  Do you think near hundreds?

17   A.  Over 200.

18   Q.  Have you ever dealt with unruly crowds before?

19   A.  Yes, ma'am.

20   Q.  And in all of your years with the Capitol Police, have

21   you ever actually had a physical confrontation with a

22   citizen before?

23   A.  No, ma'am.

24   Q.  In all of your years with the Capitol Police, had you

25   ever encountered an unruly crowd that devolved into a riot?

```
 1    A.  No, ma'am.

 2    Q.  Now, on --

 3            THE COURT:  Sorry.  You said you've never had a

 4    physical confrontation with a citizen?

 5            THE WITNESS:  No, ma'am -- no, sir.

 6            THE COURT:  Okay.  You're luckier than I was.

 7            THE WITNESS:  I try.

 8    BY MS. BOND:

 9    Q.  So on January 6th, 2021, were you working that day?

10    A.  Yes, sir -- ma'am.

11    Q.  What time did you start?

12    A.  I arrived at the Capitol around 6:10, clocked in around

13    6:35.

14    Q.  And what did you expect to be doing that day?

15    A.  It's hard to tell.  I mean, I'd seen the news, some of

16    the reports about people gathering at the Capitol,

17    supposedly for the Stop the Steal, trying to stop the

18    transfer of power which had, you know -- some are my

19    officers.  They had concern about the online things that

20    were consuming.  But throughout the -- my chain of command

21    and through my emails and stuff like that from the Capitol

22    Police, I didn't see nothing that would change our posture.

23    Q.  So what kind of orders were you giving to your officers

24    at the Capitol --

25    A.  What did I give them?
```

Gonell - DIRECT - By Ms. Bond

1    Q.  Yeah.  What did you tell them to do or to expect?

2    A.  I told them that whatever concerns they have, they could

3    have put it in writing or talk to me and I would try to get

4    another official higher than me, high-ranking, to provide

5    guidance on some of those concerns that they had, because

6    they want -- at some point, some of them wanted to deploy

7    the long guns, the rifle, as a deterrent for potential

8    violence or things like that, given the amount of threats

9    that they had seen online.

10            At that time, I didn't -- I was not very active on

11   social media and stuff like that, so I didn't pay attention

12   to that.

13            So I told them that I'll get a higher-ranking

14   official, and I did.  We had roll call that day off and the

15   day before to alleviate some of those concerns.  And to that

16   extent, their concerns were alleviated and they seemed more

17   at ease.

18            My direction to them was:  We're gonna stage at

19   the north entrance of the Visitor Center of the Capitol.  We

20   did that after roll call.  Then I told them that we need to

21   be prepared for whatever First Amendment demonstration and

22   stuff like that that would have happened and continued to

23   follow up our training, which is respecting rights of our

24   citizens as long as they are not violent and following

25   directions from the police officer.

Gonell - DIRECT - By Ms. Bond

1          Normally, we -- throughout my time at the Capitol,

2     we try to separate the groups, pro whatever cause against

3     the other cause.  So normally, that seems to do the trick.

4     And that's the same procedure we had done for 16 years since

5     I've been at the Capitol.  And so I don't think that on that

6     day, we didn't do anything different than to expect that we

7     wouldn't have any violence at all.

8     Q.  You mentioned some of your officers wanted to use long

9     guns.  Are those -- well, what are these?

10    A.  The long guns are the M4 rifles.  We do deploy them

11    occasionally, depending on the threats.  But not for

12    demonstrations --

13    Q.  And so do you --

14    A.  -- because they could get overpowered and then I guess

15    take the weapon away from the officers since we are so

16    focused on the training.  We are so focused on protecting

17    civilians and property.  So...

18    Q.  To your knowledge, were those long guns ever deployed by

19    Capitol Police that day?

20    A.  I believe they did.  I was not aware until after the

21    fact.  By that time, it was too late to deploy them or we

22    would probably be scrambling to get the officers, pulling

23    them out of the line.  So I don't think it was feasible.  So

24    I don't know how many were deployed at that time.  I'm not

25    aware of.  But seems like it would have been backwards at

Gonell - DIRECT - By Ms. Bond

1    that point.

2    Q.  Okay.  Now, you said that you clocked in about 6:35.

3    Did there come a point in the day that you realized that

4    something a little unusual was going on?

5    A.  I mean, we had roll call like around 8:00.  I joined

6    roll call with the other CDU platoons that were in the

7    Capitol, not the other buildings.  But that was a long roll

8    call.  The officers had a chance and opportunity to ask

9    questions.

10         Myself, two other lieutenants and I believe five

11   or six of the sergeants were there.  They were there and

12   they asked all the questions, concerns.  And at the end of

13   the day, we told them:  Look, we're going to do our job just

14   like we normally do.  Yes, there are threats online.  But we

15   don't have that information coming down the pike, so we

16   cannot address that.  And we answered those questions,

17   concerns, the best we could.

18   Q.  Did there come a point in the day where you believed

19   that there was a threat to the Capitol?

20   A.  I think one of the officers was watching or

21   livestreaming the speech on their phone.  And once I

22   heard -- ma'am, don't quote me on this; this is -- I'm

23   paraphrasing -- somebody said:  Trial by combat.  And then I

24   think at the end of or near Trump's speech, it was said:  We

25   going to the Capitol.

Gonell - DIRECT - By Ms. Bond

1          I told the guys:  Finish up getting ready.  By

2     that time, we were, like, halfway dressed in the protective

3     gear, meaning protector, the chin protector, thigh protector

4     and the bottom from the waist down.  We were having -- we

5     had the CDU gear on.  So when that -- when I heard that,

6     then I told:  Start getting ready.  These people are coming

7     this way.

8          THE COURT REPORTER:  I'm sorry, sir.  Did you say

9     tie or thigh protector?

10          THE WITNESS:  Thigh.  My English is not very

11     good-looking sometimes.

12     BY MS. BOND:

13     Q.  So about what time did you start putting on the CDU

14     gear?

15     A.  I'd say around 12:30, if I remember correctly.  I told

16     them "Get ready" around -- I'd say around -- closer to 1:00.

17     I heard over the radio like two, three frantic calls from

18     over the radio asking for all CDU personnel to respond to

19     the west front, because there was a breach in the perimeter.

20     The whole Capitol at that time was closed.  The Capitol

21     grounds was closed.  And people started -- all began to

22     breach the Capitol.

23          There were signs.  There were police officers --

24     Q.  Before you move into that, I just want to make sure I

25     understand all the gear that you were wearing.

Gonell - DIRECT - By Ms. Bond

1           So you talked about a thigh protector and a chin

2     protector.  What else were you personally wearing as CDU

3     gear?

4     A.  The whole process, putting that uniform or gear on.

5     That was the whole version.  That would have taken us about

6     ten minutes to put it on with the help of another officer.

7     So that includes the thighs, the chin, the back plate and

8     also the chest plate.  We call it the throat, turtle, kind

9     of like -- sorry.  I'm explaining to her.  She's going to

10    ask me.  T-U-R-T-L-E-S.  Sorry.

11    Q.  Do you --

12    A.  So the turtle gear, because we call it.  And on top of

13    that, we had the -- attached to that we had the shoulder and

14    elbow straps on the arm on both sides.  And then you had the

15    gas mask, I guess, attached to whatever strong side you want

16    it or whichever side you want to.  I'm sorry.  And we also

17    had the helmet as well and the shield.

18    Q.  So what does your helmet look like?

19    A.  The helmet has -- is kind of like a ballistic metal.  It

20    has a face shield, glass you can see through.  Same thing

21    with the gas mask as well.

22    Q.  Now, you talked about having a shield.  What did your

23    shield specifically look like?

24    A.  My shield was round.  I used that, picked that because

25    as an official it helped me maneuver better and coordinate

1    with the other officers if I need to.  And we have three

2    types of shields.  One is an eight-foot shield; the other is

3    six-foot; and then the round one that I used.

4    Q.  Okay.  Now, when you say there were other kinds of

5    shields --

6              MS. BOND:  May I approach the witness, your Honor?

7              THE COURT:  You may.

8    BY MS. BOND:

9    Q.  Sergeant, this has already been marked, I believe, as

10   801.  Do you recognize Exhibit 801?

11   A.  Yes, ma'am.

12   Q.  And what is that to you?

13   A.  That is a defensive shield that we use to -- it could be

14   used as offensive, too, but mainly defensive.

15   Q.  Now, you said you were not specifically using that on

16   that day.  Correct?

17   A.  Correct.

18   Q.  Were other Capitol Police officers using this kind of

19   shield that day?

20   A.  Yes, ma'am.

21   Q.  And were they out and available for other law

22   enforcement agencies to use that day?

23   A.  The amount of shields we had at that time available was

24   for the officers who were part of the hard-gear CDU control

25   group.

Gonell - DIRECT - By Ms. Bond

1    Q.  In your experience during the day, did other law

2    enforcement agencies end up picking them up and using them?

3    A.  Some of them, they did as a weapon -- not a weapon, but

4    as a -- something to protect themselves.  I know we don't --

5    at that time, we didn't have everybody trained for it, with

6    it.  But I know they know how to use it.  I mean, it has the

7    handles.  Pretty easy to figure it out.

8    Q.  Thank you.

9         So you talked earlier about -- oh, before moving

10   on, do Capitol Police officers wear body-worn cameras?

11   A.  No, ma'am.

12   Q.  So did you have a body-worn camera that day?

13   A.  No, ma'am.

14   Q.  Are you aware of any other body-worn cameras worn by

15   Capitol Police officers that day?

16   A.  No, ma'am.

17   Q.  Okay.  Now, you talked about at 1:00 p.m. getting a call

18   for assistance on the west front.  Is that right?

19   A.  Around that time.  Close to.  I think it was around

20   12:50, 12:54.  So close to 1:00.

21   Q.  So how did you respond to that call for assistance?

22   A.  Because we were staged at the north Capitol Visitor

23   Center entrance, we quickly put -- completed putting our

24   uniform on.  Then we -- out of that room, there's two sets

25   of double doors, that heavy set of doors.  We opened it.  I

Gonell - DIRECT - By Ms. Bond

1      had one officer open one, then the other officer.  So that

2      way, we'd leave that area in a hurry on the ground.

3                We made a right, a left, another left, halfway on

4      the other side of the Visitor Center, up the steps, about

5      two flights of steps, up to the Crypt, across the Crypt,

6      down the steps where the president go down to the

7      inauguration.

8                And before you go out to the inauguration stage,

9      you have a hallway, a podium, another hallway, east section.

10     Then you have the x-ray machine, the magnetometer, then two

11     sets of double doors and then a ramp to go out that door.

12     In total, from the north entrance of the Visitor Center all

13     the way to that stage, I think we probably took about two

14     minutes, two or three minutes running on the ground, full

15     gear with the shields and in full armor.

16                THE COURT REPORTER:  I'm sorry.  Did you say

17     "underground" or "on the ground"?

18                THE WITNESS:  On the ground.  On the top left of

19     the Visitor Center.

20     BY MS. BOND:

21     Q.  Was that you and your full platoon that did that?

22     A.  Roughly, yeah.  About 20, 25 officers.

23     Q.  So when you got to the west front, were other members of

24     law enforcement already there?

25     A.  Yes, ma'am.

Gonell - DIRECT - By Ms. Bond

1    Q.  What were they doing?

2    A.  When I got to the stage, there was hardly anybody on top

3    of the stage.  So we continued going down.  Immediately as

4    soon as you walk out of the building, you could hear the

5    crowd, the roaring of people yelling and all kinds of stuff,

6    kind of like a movie, pretty much.

7           The officers themselves at the bottom, they were

8    already being attacked, pushed, shoved, thrown to the

9    ground, tackled.

10          I know the minute I walk out of the Capitol, I'm

11   like:  Holy shit.  This is going to be a long day.

12   Q.  Now --

13   A.  And I pause for a minute, for a second.  Then I looked

14   down and I saw the officers getting kicked and all that

15   stuff.  And I immediately went to -- straight to that.

16   There's no -- there was no time to coordinate anything

17   because they were overwhelming the officers.

18          And the minute we went down there, I got

19   overwhelmed in that southwest corner.  You could see me

20   getting beat up or pushed, shoved and all this stuff.  And

21   until recently, I seen that video of people which -- I sat

22   down with the FBI a couple of -- about a week ago just to

23   identify those individuals who I never seen or attacked --

24   attacked me at that time.

25          So it was overwhelming.  The -- all we could do is

1    try to do what you can.  The officers were overwhelmed.

2    Q.  So when you got down there, was it just Capitol Police

3    at that point?

4    A.  Yes, ma'am.

5    Q.  At some point, did Metropolitan Police Department show

6    up?

7    A.  I think around ten minutes later they show up.

8         MS. BOND:  I'd like to bring up 232.22, an exhibit

9    that's already been admitted.

10   BY MS. BOND:

11   Q.  Now, Sergeant Gonell, what do you see in this picture

12   here?  What is this area of the Capitol actually called?

13   A.  That is the lower west terrace plaza.  Some people call

14   it plaza or some people just call it the lower west terrace.

15   Q.  Okay.  And what are we looking at law enforcement doing

16   here?

17   A.  That is police officers trying to maintain the line.  At

18   this time, with the help of Metropolitan Police, we were

19   able to push the crowd back to the first tier of steps on

20   the lower west terrace.

21   Q.  And while you were out there that afternoon -- during

22   the time period when the police line is still intact, did

23   you stay in one specific location the whole time or did you

24   move around?

25   A.  I moved around a lot, trying to do as best as possible

1    to coordinate and also to hold the line, because we had --

2    it was kind of like whack-a-mole at some point that I began

3    to notice that some of the officers were being instigating

4    to react to one way or the other.

5           And when they did react, then the other side of

6    the group, of the mob, was taking back to show that because

7    when they created a commotion, let's say, all the way to my

8    right, then the officer on the left would shift their

9    attention to that specific area and leave the other area

10   vulnerable for the mob to start breaking down the barriers

11   and pulling or striking or attacking the police officers.

12   Q.  So in just two or three sentences, can you sum up what

13   your experience was down on this west plaza area until that

14   police line broke?

15   A.  I'm sorry.  Can you repeat the question?

16   Q.  Just --

17          THE COURT:  I thought you said that it had broken

18   and that MPD helped them push.

19          MS. BOND:  I apologize.

20          THE WITNESS:  So this particular time in this

21   video, it's after Metropolitan Police had helped secure the

22   plaza.

23          THE COURT:  Okay.

24   BY MS. BOND:

25   Q.  So while --

1   A.  But before that, we were cornered in that southwest.  If

2   you could see where those last three officers with the -- I

3   think that's Commander Glover in the trench coat in that

4   left corner.

5          So the officers, we were cornered in that area

6   for -- until MPD arrived.  And then we were able to push

7   out, establishing the perimeter further and further away,

8   bringing bike racks.  I think that's all the tactics that we

9   used that day.

10  Q.  Thank you for clarifying that.

11         So during this time, once MPD had helped you guys

12  establish that police line, how would you sum up what the

13  crowd was doing?

14  A.  They were beating police officers.  They were attacking

15  police officers in full uniform.  So it's not like I'm a

16  police officer in civilian clothes and they didn't know who

17  I was.  They knew who I was.  They knew who the police

18  officers were.  We -- most of us, we had the Capitol or

19  Metropolitan Police letters on our uniforms.

20         And yet they continued to become more hostile to

21  us by deploying chemicals against us, throwing and breaking

22  barriers.

23         I know around this time I remember seeing or

24  hearing some of the bike racks, the temporary black bike

25  rack rails -- not bike rack, but rails -- that were in place

1    temporarily for the purpose of the inauguration.  And those

2    were being broken down and you could hear the clinking on

3    the ground when the metal hit the ground every single time.

4    And then they used that, those same pieces of rods, as a

5    projectile and throwing it against the officers without any

6    regard of who they hit, because there were officers there

7    without gas masks or any protections.  And they did use

8    that, along with the flags and things like that, the items

9    that they used to beat up the officers.

10   Q.  Did there come a point when this police line that we're

11   looking at, that it became overwhelmed?

12   A.  Yes.

13   Q.  What do you remember about that happening?

14   A.  I was probably -- probably all the way to the right when

15   this happened.

16   Q.  Can you mark on the screen approximately where you were

17   when this line was overwhelmed?

18   A.  Somewhere right here further to the right.

19   Q.  Okay.

20   A.  Because I remember once the police line broke, I had to

21   retreat a couple of steps.  And they got so overwhelmed that

22   we lost completely the line.  Some of the officers were

23   being tackled, assaulted.

24          And around that time, that's when a rioter hit my

25   hand.  I felt the pain, but yet I didn't think it was that

Gonell - DIRECT - By Ms. Bond

1    bad, perhaps because of my adrenaline and fear.  So I didn't

2    pay too much attention to it until later on when I was

3    inside the tunnel that I noticed my hand was bleeding.

4              MS. BOND:  So I'd like to pull up Exhibit 232.10

5    and start it at approximately the one-minute-and-50-second

6    mark.

7    BY MS. BOND:

8    Q.  Now, Sergeant, would you watch this two-minute clip as

9    it plays?  Then I'm going to ask you at the end if you can

10   identify yourself in this.

11   A.  Can you remove the marking, please?

12   Q.  Yes, sir.  Thank you.

13             (Whereupon, segments of Government's Exhibit

14   No. 232.10 were published in open court.)

15             THE WITNESS:  That is me on the right.

16   BY MS. BOND:

17   Q.  You said on the --

18   A.  Go back.  Right there with the round shield.  The radio

19   cord is dangling because there was no way for me to retain

20   it after somebody tried to grab it.

21             MS. BOND:  So I'd like to play forward for two

22   minutes in this video.

23             (Whereupon, segments of Government's Exhibit

24   No. 232.10 were published in open court.)

25             MS. BOND:  Stop it there.

1    BY MS. BOND:

2    Q.  Sergeant, do you see yourself again in this clip?

3    A.  Yes, ma'am.

4    Q.  And what are you experiencing in this moment?

5    A.  What am I not?  Fear.

6    Q.  What just happened to you?

7    A.  We lost the police line completely, being overwhelmed.

8    You got multiple people, rioters, who are assaulting police

9    officers without regard of whether they have family, whether

10   they're doing their job, simultaneously attacking.  So it's

11   not like just one person attacking us.  It's hard to focus.

12   It's chaos.  And this is just the beginning.

13   Q.  Now, can you please circle yourself on the screen right

14   there?

15   A.  (Witness complies.)

16   Q.  Now, you talked about having a round shield.  Is that

17   shield the round shield you talked about earlier?

18   A.  Yes, ma'am.

19   Q.  Now, did something happen in these few minutes that

20   damaged your shield?

21   A.  I believe the -- I didn't know at that time, but the guy

22   in the green jacket on the right, he -- as you can play it

23   out, he used a weapon of opportunity or whatever weapon he

24   has, a rod or a metal or a piece of wood -- I don't know --

25   but he used that and strike -- to strike me.  Had I not seen

1    him, he probably would have hit my head or my neck area.

2    Luckily, I did see him coming with the corner of my eye and

3    I turned to my right and I blocked it with my shield, my

4    left hand.

5              At that time, the hit was so hard that he broke

6    the shield and compromised it.  I knew it was cracked.  But

7    I kept it because I would be worse off hadn't I -- had I

8    disposed of it or let them take it.

9    Q.  Now, if this had been a normal day, would you have used

10   a cracked shield?

11   A.  Yeah.

12   Q.  Yeah?  Do cracked shields -- are they as safe as a fully

13   intact shield?

14   A.  No, it's not.

15   Q.  Why is that?

16   A.  I mean, the structure's already compromised.  So I would

17   have used it to the best I could, but, you know, any other

18   day I would have just turned it over to property and

19   exchanged it for a new one.

20   Q.  So you used that same cracked shield for the rest of the

21   day?

22   A.  I kept it the whole time with me that day.

23   Q.  Now, after this police line broke down here, what did

24   you do?

25   A.  After that, there was a -- I think we were all flanked

1      and cornered into the southwest corner of the stage.  The

2      crowd continued to be belligerent and forceful and pushing

3      us back to the point that we lost all ground and we are

4      almost tripping over each other.  I know back there behind

5      me there was a frame of a giant sign that they used as a

6      ramming device to push against the officers.  And that was

7      in the way of us, in a way, as we were trying to retreat up.

8              So after that, I think I stayed for another two or

9      three minutes in that area.  Then I realized that we had no

10     more room to maneuver.

11             And I also overheard, I think, one of the MPD

12     commanders saying -- asking, "Where should we retreat at?"

13     So I began to use hand signals, telling the officers to go

14     back up the stage.  I think I did that hand signal about two

15     or three times, like "Go back up."  And through my gas mask

16     at I screamed it as well.

17             The rioters, the mob continued to press against

18     the officers, continued to tell us what to do.  But because

19     we lost so much ground, there was no other way or no way

20     that we could sustain the fighting, given that we -- the

21     close quarters we were in.

22             I think usually the force wasn't out of the

23     question, given the fact that we were surrounded and we

24     didn't know how many of the thousands of people who were in

25     front of us had weapons.  And one strategy that they

Gonell - DIRECT - By Ms. Bond

1   continued to deploy was, one of them attacked us, then raise

2   the hand; and then somebody from behind them come and attack

3   us and they raise the hand.

4          So as the training that we normally go through,

5   once the person is not a threat to you, you try to

6   deescalate.  But it was difficult for me to even entertain

7   the thought of using lethal force because even though it was

8   just violence in some situations, I knew that there was a

9   lot of people that were probably not doing the violence.

10   And if I missed, then that would be a problem for me.

11          I told them to go up.  But there was no device.  I

12   didn't have a device on me.  I'm screaming through the gas

13   mask, but I don't know if they heard me.

14   Q.  Were you also using hand signals?

15   A.  Hand signals.

16          THE COURT:  Why would it be a problem for you if

17   you missed?

18          THE WITNESS:  Given the -- I guess you could say

19   that, being conscious about the police brutality, the

20   demonstrations, stuff like that that was happening since the

21   summer of 2020.  I'm not that type of person that would

22   unjustifiably use police force on somebody for no reason.

23   So that was, I guess, in the back of my mind.

24          I don't know if that made any difference in my

25   justification of not to use it.  I know -- I knew I was

1    justified.  I just didn't think that -- well, we didn't know

2    that -- how many of those people in the crowd were armed.

3    And my fear was if I deployed my -- if I used lethal force,

4    would they respond in kind and therefore create a bloodbath,

5    given that we were outnumbered?

6              I don't think that was a feasible solution for our

7    problem at that time.

8              THE COURT:  Understood.

9    BY MS. BOND:

10   Q.  So you said you gave hand signals.  Was that to send

11   officers up to the upper level?

12   A.  Yes, ma'am.

13   Q.  Did you eventually follow suit?

14   A.  About a minute or two.  Yes.  We all -- all the officers

15   began to corral through that entrance.  And some of us were

16   pushing each other, kind of like panicking a little bit.

17   Q.  When you say "entrance," which entrance are you talking

18   about?

19   A.  While they -- the southwest corner of the stage.  It had

20   an entrance with a -- I guess an escape route.  But that's

21   the door that we had.  It's mainly there for escaping and

22   coming down the stage.

23              On that particular staircase, normally one person

24   fit in.  But we were using, like, two at a time, two

25   officers.  And some of the officers behind me began to push.

1    I guess they were trying -- they were fearful not to get

2    caught up, like being left behind.

3          So inside that staircase, you have a lot of smoke

4    and all the things being thrown up.  I think it was either

5    teargas or a fire extinguisher that was deployed to prevent

6    the mob from going up.  To an extent, that worked for a few

7    minutes, but then they began to come up.

8    Q.  And did you yourself make it to the top of those stairs?

9    A.  Once I went to the top, I looked down to see:  How can

10   we close that door?  I saw an officer from MPD try to close

11   that door.  Then I went further toward where there was other

12   officers trying to block the entrance of that stage for the

13   people who were coming up the steps on the south side of

14   that.  We call it the House side.

15         They had climbed the walls through the

16   scaffoldings and also through the steps.  And there were, I

17   think, one or two officers on that end.  And I went -- I see

18   that they had it somewhat handled, so I went back.

19         I think I went -- if my memory serves me right, I

20   think I went down or told the guy trying to close the door,

21   "Leave it; it's not locking.  And come back up."  And I

22   think he did.

23   Q.  And after -- is it fair to say that once you got to that

24   higher level, you could see rioters coming up through

25   multiple different avenues?

Gonell - DIRECT - By Ms. Bond

1   A.  Yeah.  At that time, we were surrounded.  The only place

2   that we could defend was the Capitol itself inside.

3   Q.  So what did you do next to defend the Capitol?

4   A.  Before I went in, I noticed that some of the officers

5   were being left behind.  So I tried to tell them, "Hey,

6   we're losing ground.  There's no way for us to keep it.  So

7   go inside."  If I remember correctly, I think I was one of

8   the last three people to go back inside --

9   Q.  And did --

10  A.  -- to the point that I was being left behind myself.

11  And I think there's a video of it.  I seen the picture of

12  it, where there's a group of protesters in front of me and

13  then a couple of officers, I guess, waiting for me to go

14  back in, because I was being left behind.

15  Q.  So when you say you went inside, what did you go inside

16  of?

17  A.  Inside the Capitol through the lower west terrace

18  entrance or as many people call it now the tunnel.

19  Q.  And why did you go there specifically?

20  A.  I knew we had to defend the location, that entrance.

21  Q.  Why was that --

22  A.  I didn't know -- at that time, I didn't know that there

23  were other breaches to the Capitol.  I did not know that

24  there were other breaches in the Capitol until, like, 5:00

25  or 6:00 p.m. after taking care of another incident.

1          But at that point, I realized that if we had let

2     those people go in through that entrance, there were secure

3     locations there for the members of Congress and Senate in

4     the area.  I worked there for 16 years-plus, so it's pretty

5     obvious what was at stake to me.

6          I don't know about anybody else.  I can only say

7     what -- I can only attest to what I felt and what I did.

8     Q.  What did you think was at stake?

9     A.  Well, I had worked the inauguration for George Bush, the

10    second one; for Obama, both of them.  For Trump, I didn't do

11    it because I was nursing a right shoulder injury.  But

12    nobody ever during those times attacked the Capitol.  And I

13    knew back then it was peaceful.  The transfer of power of --

14    sorry.  The transfer of power is a big event.  But normally,

15    under normal circumstances, it was peaceful.

16         Inside, during this process, we have the vice

17    president, the speaker of the House, the Senate *pro tempore*,

18    the nuclear codes along with the vice president with the

19    nuclear football and both the House and the Senate, the

20    senators.

21         So it's a big event and very treacherous to take

22    advantage if you would.  And all that was at stake.  We had

23    the next three people in line to the presidency along with

24    the nuclear codes; and if anybody would publish them, like

25    they did on some of those desks of the senator when they

1    breached the Capitol, that would have been terribly -- a

2    national security threat to our nation if you look at it.

3            I knew that was happening inside.  The vice

4    president's family was inside.  I knew he was coming,

5    because I seen the email of his arrival.

6            So all these things are happening.  Yet we were

7    getting attacked for -- by our own citizens and putting our

8    national security at risk.  And I understood that along with

9    the members.  And so they were being hunted and targeted,

10   room by room.

11   Q.  Now, when you walked into that tunnel, were the double

12   doors, double glass doors, still intact?

13   A.  Yes, ma'am.

14   Q.  And what was law enforcement doing inside the tunnel

15   when you went in?

16   A.  When I went in, I know the officer who locked the door.

17   I passed.  I assumed it was secure.  I continued to go past

18   those double doors, past the metal detector all the way

19   behind the podium, which is across the hallway, probably

20   like from here to that desk.

21           And I got behind the podium because the podium has

22   the door, the buttons to lock the door in case he didn't

23   lock it.  We lock the door and we stand behind the second

24   set of double doors.

25           Then I just listened for the radio for a few

```
 1    minutes.  Then they began to break the door, probably like a

 2    couple seconds after it was locked.

 3              After that, I overheard -- I think it was Ramey

 4    Kyle.  I didn't know him at the time, but an MPD officer

 5    with the gray trench coat with a George Patton hat on kind

 6    of gave me the impression that he was a high-ranking member

 7    of Metropolitan Police.  So I let him -- I knew he was

 8    giving commands.  He was saying, "We're not letting these

 9    motherfuckers come into the Capitol," along those lines.

10    "We're going to defend the Capitol CDU-style."

11              And I took that as a rallying call to defend the

12    Capitol.  I didn't have to do anything other than just be in

13    the front.  Once they breached the door, I think they began

14    to request shields to the front.

15              And I immediately --

16    Q.  When you say "they," who is "they"?

17    A.  Capitol -- I mean, Metropolitan Police officers and the

18    officers who were by the east -- they were by the second set

19    of double doors and near the magnetometer and the x-ray

20    machine.

21              And once I heard that they were calling for

22    shields to the front, I immediately went to the front.  And

23    I knew I didn't had to worry about coordinations and tactics

24    behind me because I heard that particular officer saying,

25    "We're not letting these motherfuckers take the Capitol,"
```

Gonell - DIRECT - By Ms. Bond

1    along those lines.  I don't remember the exact words.  But

2    we were determined not to let those people come in through

3    that door.  And that's what we did.

4    Q.  And how long did you stay on that front line?

5    A.  I remember leaving that area about two or three times.

6    I cannot tell you for sure when did I do that.

7            But I do remember the reason why I left.  And the

8    reason why I left was two times for calling reinforcements

9    and one to use the bathroom, because I couldn't hold it no

10   more.  And Michael Fanone was the person who relieved me.

11   By the time I came back, he was already gone.

12   Q.  And when you --

13   A.  But I was there almost the entire time.

14   Q.  And when you say "the entire time," do you mean all the

15   way until that tunnel was resecured by law enforcement at

16   the end of the day?

17   A.  Roughly around that time.  I know I left -- I think the

18   last time I was in at forefront was right after the other

19   individual injured my shoulder and then I went to the back.

20   And then I began -- at some point when I was catching my

21   breath, then the other incident happened that required my

22   attention to help coordinate medical assistance for another

23   individual.

24   Q.  Now, you mentioned another individual.  You've testified

25   in at least one other case.  Is that right?

1    A.  Yes, ma'am.

2    Q.  And you've given a couple of victim impact statements?

3    A.  Yes, ma'am.

4    Q.  So you're just referring to other Defendants that you

5    have had some contact with?

6    A.  Correct.  I don't know if you want me to say the name.

7    Q.  No.

8    A.  But that's fine.

9    Q.  It's not necessary.

10          So can you describe in just a couple of sentences

11   what your overall experience in that tunnel was that day?

12   A.  It was claustrophobic.  It was brutal.  We got the mob

13   yelling, screaming, chanting, the fire alarm going off, the

14   sprinklers going off, the pepper spray, the bear spray, the

15   WD-40 spray, the firecrackers being thrown at us, the

16   weapons that they used, flagpoles, the heave-ho, push,

17   movement, back and forth.

18   Q.  What's that?

19   A.  They were -- originally they were not coordinated

20   tactically, disorganized.  At some point they began working

21   in unison and pushing against the officers, the police line,

22   back and forth, to the point of trying to break the police

23   line, to breach the Capitol and continue doing whatever they

24   were trying to achieve.

25          We were hit with guardrails, ladders, cones,

1    speakers from the stage, broken furnitures, broom, frozen

2    cans of soda, along with those many other things that it's

3    hard to describe for me because of the language barrier.

4    But --

5    Q.  So I want to focus on just a few specific minutes while

6    you're in the tunnel.  I'd like to pull up an exhibit that's

7    already been admitted, 232.18.  Sergeant Gonell, as we watch

8    this brief clip, if you see yourself, can you point yourself

9    out in this clip?

10   A.  Sure.

11              (Whereupon, segments of Government's Exhibit

12   No. 232.18 were published in open court.)

13              THE WITNESS:  I see.

14              MS. BOND:  Stop it there.

15   BY MS. BOND:

16   Q.  So have you marked on the --

17   A.  That's my right hand, bleeding.

18   Q.  So you believe that this is you right here?

19   A.  I know it's me.

20   Q.  How do you know it's you?

21   A.  My hand's bleeding.

22   Q.  And how --

23   A.  That's the same spot where I was defending near Officer

24   Hodges.  I didn't know him at that time, but I think this

25   was after they breached the Capitol that we were trying to

1    hold, push all those people out of the room.

2    Q.  So you said that that's your hand up against the wall

3    and it's bleeding.  Are you holding something there?

4    A.  My shield was on the left hand.  You cannot see it

5    there, but I know it's me pushing against the wall, trying

6    to, I guess, match the force or the level or intensity of

7    the force that the crowd is using against the police line.

8    Q.  Now, do you get any training -- actually, what is your

9    baton made of?

10   A.  That one is the collapsible baton.  That one is made out

11   of metal and is collapsible.  The other one that I had, it

12   was taken from me when I first got to the police line at the

13   bottom.  My first interaction with the mob.

14   Q.  Do you get any training on how to use that baton?

15   A.  Yes.

16   Q.  And in the course of your training, how are you taught

17   to use it?

18              THE COURT:  Which one are you talking about,

19   ma'am?

20              MS. BOND:  The one that he has in his hand.

21   BY MS. BOND:

22   Q.  Are the different batons used differently?

23   A.  Not necessarily.  Well, there is specific training for

24   the PR-24 baton.  But this one is almost the same thing.  It

25   applies the same red and green areas, which is -- the red

1    areas are the areas where you're not supposed to be

2    targeting and you have to do everything possible to avoid

3    those areas.

4              Now, if they move as you're targeting them, then

5    it's justifiable still.  But we don't target the head, the

6    chest, the spine or the groin area.

7    Q.  So you're taught not to target those areas when

8    encountering a citizen?

9    A.  Correct.

10   Q.  And so what areas of the body are you taught to target

11   when encountering a citizen?

12   A.  The muscle areas, like the shoulder, the thighs, the

13   lower extremities, but not the groin, not the head, not the

14   chest or the spine.

15   Q.  And in this moment while you're out there, did you still

16   have your shield?

17   A.  On my left hand.  Yes.

18   Q.  That was the one that was cracked earlier?

19   A.  Yes, ma'am.

20   Q.  Okay.

21             MS. BOND:  Pulling up -- it'll be five exhibits in

22   a row, 301.1, 2, 3, 4 and 5.  If you would show Sergeant

23   Gonell each of those in turn.

24   BY MS. BOND:

25   Q.  Sergeant, if you see yourself, would you please let us

1    know.

2    A.  I already see myself.

3    Q.  This is Exhibit 301.1.  Sergeant, you say you already

4    see yourself there?

5    A.  That is my hand.  That is me and that is my shield.  So

6    that's my right hand pushing against the wall.

7    Q.  And does this moment here correspond to the moment we

8    saw in the previous exhibit with your hand against the wall?

9    A.  Correct.  You can see also the broken shield, this line

10   right here.  Above that line, that's where the shield is

11   broken, the crack is.

12   Q.  And --

13   A.  That happened earlier at the -- with the other incident

14   that you had mentioned earlier.

15   Q.  Thank you.

16          MS. BOND:  So the timestamp on this particular

17   video is -- or in this particular still is 16:46.  So I'd

18   like to bring up Exhibit 301 and play a portion of that.

19          (Whereupon, segments of Government's Exhibit

20   No. 301 were published in open court.)

21          MS. BOND:  Let me clear the screen.

22   BY MS. BOND:

23   Q.  Sergeant Gonell, I'm going to ask Mr. Clements to play

24   about a two-minute-and-15-minute [sic] period.  It'll be

25   from timestamp 16:45.  And I'd like to watch it all the way

1    through.  And then I'd like you to unpack it for me, what

2    we've just seen here.

3              (Whereupon, segments of Government's Exhibit

4    No. 301 were published in open court.)

5    BY MS. BOND:

6    Q.  So, Sergeant Gonell, the first thing I want to ask you

7    about is your shield and what you were actually able to see.

8    You testified earlier that you had a face shield on.  Is

9    that right?

10   A.  Yes, ma'am.

11   Q.  And in many of those moments, it seemed like there were

12   various shields in front of you as well.  Is that right?

13   A.  Mine's still the same, the round shield.  I kept it the

14   whole time with me.

15   Q.  Could you actually see through all of those layers?

16   A.  Yes, ma'am.

17   Q.  Were you able to make out facial features at that point?

18   A.  Yes, ma'am.

19   Q.  Okay.

20             MS. BOND:  Then I would like to bring up

21   Government's Exhibit 301.6.

22             (Whereupon, Government's Exhibit No. 301.6 was

23   published in open court.)

24   BY MS. BOND:

25   Q.  Now, this individual right here in the center, do you

1    recognize that person from that day?

2    A.  Yes, ma'am.

3    Q.  And during this two-minute-and-15-second period that we

4    were just watching, what do you remember her doing?

5    A.  Well, before this particular moment, there was another

6    moment that she's at the forefront and she's claiming and

7    yelling and screaming in pain out of lack of oxygen and

8    saying, "I can't breathe."  So she's beginning to scream.

9            So in my intent to help her, I raised my hand

10   telling the crowd, "Stop."  The reason why I know it's me is

11   because I could see my crooked finger in that video.

12           And my wife is the one who identified me because

13   of that, just a side note.

14           But I tried to help her.  And I told her, "You

15   can't come in through here."  This is me talking to her as

16   everything happened.  "You can't come in.  You've got to go

17   back."

18           And I don't know whether she's being identified or

19   not.  I hope so.  But she moved away.  And she -- I thought

20   she was leaving that entrance altogether, the tunnel.

21           And then about ten minutes later, I find her doing

22   the same thing again in front of me on the right side

23   instead of the middle, where she was.  And I told her,

24   "Aren't you the same person who was saying, 'I couldn't

25   breathe'?"

Gonell - DIRECT - By Ms. Bond

1          And she -- instead of saying, "Yes, it was me,"

2     she said, "Keep pushing.  Keep pushing."  And she said that

3     to the individual that was right next to her.  And he did

4     that.  He began to push even harder.

5     Q.  So to make sure that I understand the timeline that

6     you're talking about, the moment when she's saying "Keep

7     pushing" is the moment that we are seeing here in the video?

8     A.  Correct.  And then she steps away slightly and the other

9     persons moves in and takes her place.

10    Q.  So let's talk about that other person.

11         MS. BOND:  If you would pull up Exhibit 301.7.

12         THE WITNESS:  By that time, both my hands were

13    bleeding from the pushing against the rioter.  How do I know

14    that's my hands bleeding?  Because I looked down and I saw

15    the blood on the inside of my shield.  And prior to that,

16    when the fire sprinklers were deployed and I had my hand

17    raised like this, it was burning my skin.

18    BY MS. BOND:

19    Q.  How did your hand feel at that time?

20    A.  Burning.  It was burning.

21    Q.  Did you feel anything else?

22    A.  Pain.  It was very painful.  But I knew I couldn't stop

23    to take care of myself.  Again, I knew what was at stake,

24    and I was willing to die that day.  Not ideal, but I knew I

25    have to.  And that was -- that possibility of me doing that

1    and not surviving it was real.

2    Q.  So you spoke about the woman just a moment ago.  Now, is

3    this the hat of that same woman that you spoke about just a

4    second ago?

5    A.  Yes, ma'am.

6    Q.  Okay.  So looking -- you talked about her telling an

7    individual to keep pushing.  Is that this individual here?

8    A.  Yes, ma'am.

9    Q.  So what do you remember about this individual?

10   A.  Once she removed herself slightly, then he steps in with

11   a shield just like that one that you have here --

12   Q.  For the record, that would be Exhibit 801.

13   A.  -- and he had it in a way kind of like slanted,

14   sideways, diagonal.

15          And he began to press against my face shield, my

16   helmet, to the point of lifting the face shield and exposing

17   my head.  I could see -- feel the chemical interacting,

18   pepper spray and things like that that was in the air,

19   interacting with my sweat.  It was burning my head, too,

20   whenever he was doing that, pressing against me --

21   Q.  And --

22   A.  -- to the point that I could hardly see.  I was trying

23   to keep my head straight to see what I was doing or how to

24   do anything possible to help myself from leaving or

25   preventing him from continuing doing that.

Gonell - DIRECT - By Ms. Bond

1          At one point, I had to -- I had to pretty much

2     stop altogether and say, "What the fuck?  Why is this guy

3     continuing?"  There's nothing I could do.  He got two

4     shields.  One he's holding.  I couldn't do anything to, I

5     guess, hit him.  And that was getting frustrating to me.

6          Like at one point, I kind of give up for a second

7     and I reorient myself and I tried a different way.  I was

8     able to use the baton that I had in my right hand and I was

9     able to hit him around the ribs or the stomach.

10          And that's when he called me pussy to the point,

11     "That's all you got to do?" or "That's all you got,"

12     something along lines.  And he continued to press against me

13     to the point that he cornered me literally against the wall,

14     against the door frame and the shield, pushing me against --

15     with the shield that he had stolen from the officers.

16     Q.  So as he's pushing on you with the shield, where on your

17     body was he making contact?

18     A.  My chest, my face and my head.

19     Q.  And when you say your face, was --

20     A.  With the gas mask on.

21     Q.  Okay.

22     A.  So luckily I had the gas mask on that prevented him from

23     injuring me in my face.

24     Q.  And how about -- did he ever make contact with you --

25     you said your head.  But do you mean your skull or your

1    helmet?

2    A.   The helmet.   The helmet.

3              And another thing that he was trying to do, and

4    you can see on the video that you play, is that he's trying

5    to grab my baton multiple times, not just once.   Again, I'm

6    in full uniform.   There's no mistaking about who I am and

7    what I'm doing and what is the position and responsibility

8    that I'm doing as I try to do my job.

9    Q.   And what position was your head in as you're being

10   pressed against?

11   A.   Multiple.   Different.   Like when he first started

12   pushing me, my head was kind of like slanted to the side and

13   he was pushing against it this way.   Because the way the

14   helmet and face shield is, it's kind of like diagonal.   So I

15   had to -- in order -- when he was pressing against my

16   shield, face shield, I had to turn around in order for me to

17   keep an eye on him.   Otherwise, I wouldn't be able to look

18   and try to address the threats that we were facing.

19   Q.   And --

20   A.   The other -- in order for me to get out of that

21   situation, I kind of like duck a little bit and push his

22   shield along with the other officer behind me.   He tried to

23   help assist me because he knew I was struggling.   So he also

24   helped me push the shield up.   That way, I could reorient

25   myself and put it another way.

```
1    Q.  Why do you need to reorient yourself?

2    A.  I was getting pushed -- you know, I'm asthmatic, myself,

3    due to my service in Iraq.  And that was creating issues for

4    me to breathe when he was pushing me against the wall as

5    well.

6              MS. BOND:  I'd like to bring up -- I believe it's

7    going to be Exhibit 301.8.  Actually, I think it may be

8    301.9.

9              THE WITNESS:  You can see the blood on the

10   previous one, too, inside, on the shield.

11             MS. BOND:  Can you just move through -- I

12   apologize -- 301.11.

13             (Whereupon, segments of Government's Exhibit No.

14   301.9 were published in open court.)

15             THE WITNESS:  Right there, you can see the -- me

16   trying to get the shield off my face and you can see the --

17   there you go.  That's even better.

18   BY MS. BOND:

19   Q.  So this is 301.9.  But tell me what you were going to

20   say a moment ago.

21   A.  There, I think that was when I started struggling with

22   trying to keep up my eyes and my face straight to address

23   the crowd, the mob.  And he was forcing me to turn my head

24   to the right -- to the left because of the force that he was

25   applying to my face and my neck area.
```

Gonell - DIRECT - By Ms. Bond

1   Q.  And for the record, that is timestamp 17:38.

2              MS. BOND:  Can we move to 301.10.

3              (Whereupon, segments of Government's Exhibit No.

4   301.10 were published in open court.)

5   BY MS. BOND:

6   Q.  Can you describe to me what is happening here in this

7   moment at timestamp 18 minutes?

8   A.  If I remember correctly, that's when I tried to strike

9   him to make him stop whatever actions he was doing, pressing

10  against my head.  And you could see my helmet shield lift up

11  because he continued to apply the force against me.

12  Probably around this time, that's when I strike him on the

13  ribs and stomach area.

14  Q.  And based on your training, where were you aiming for?

15  A.  I'm sorry?

16  Q.  Based on your training with the baton, where were you

17  aiming for?

18  A.  The green area.

19  Q.  Thank you.

20  A.  You know, the ribs is not the red area.  So...

21  Q.  And moving to 301.11, timestamp 18:01, what was going on

22  in this moment?

23  A.  The same.

24              MS. BOND:  301.12.

25              (Whereupon, segments of Government's Exhibit No.

Gonell - DIRECT - By Ms. Bond

1    301.12 were published in open court.)

2            THE WITNESS:  Can you go back, please?  My helmet

3    face shield is completely over my head.  You could see it

4    lift up, exposing.  Luckily, I had my gas mask on, and that

5    helped me protect myself.

6    Q.  So moving to 301.12, timestamp 18:06, what's happening

7    here in this moment?

8    A.  That is the moment where I had to duck a little bit to

9    try to relieve the pressure that it was -- that I was

10   sustaining on my helmet and kind of like avoiding like a

11   neck injury, pretty much.

12           MS. BOND:  And 301.13, timestamp 18:08.

13           (Whereupon, segments of Government's Exhibit No.

14   301.13 were published in open court.)

15   BY MS. BOND:

16   Q.  Now, this individual again, what do you see in his hand

17   there?

18   A.  A stolen police baton.

19   Q.  Do you know where that came from?

20   A.  No, ma'am.

21   Q.  And do you recall what was happening to you in this

22   particular moment?

23   A.  At that time, he was striking me with that and also

24   trying to grab my -- I think before this moment he was

25   trying to grab my baton.  I don't know where he got it.  But

1    he does make gestures towards me on the video trying to

2    either strike me or grab me.

3    Q.  Now, when you say strike you, what was he trying to

4    strike you with?

5    A.  The shield, the hand, plain hand or with the baton

6    itself.

7    Q.  And --

8    A.  At that time, there was multiple things happening at the

9    same time and it's hard to recall some of the details.

10              MS. BOND:  Moving on to 301.14, which is timestamp

11   18:36.

12              (Whereupon, segments of Government's Exhibit No.

13   301.14 were published in open court.)

14   BY MS. BOND:

15   Q.  Do you recall what was happening at this point?

16   A.  Yes, ma'am.  That's when he began to push against me,

17   press me against the wall.  As I said, I think this is one

18   of the moments that I pretty much gave up for a few seconds.

19   I can't believe this guy is continuing doing whatever he's

20   doing.

21              MS. BOND:  And finally, 301.15.  And that is

22   timestamp 18:50.

23              (Whereupon, segments of Government's Exhibit No.

24   301.15 were published in open court.)

25   BY MS. BOND:

Gonell - DIRECT - By Ms. Bond

1   Q.  What do you see this individual doing with his arm right

2   here?

3   A.  Well, he's holding -- using the door frame that I was

4   pressed against or cornered against the wall, against the

5   wall, the frame, and then applying his body weight or

6   pressure towards me.

7   Q.  So by holding the door frame, did that change his

8   ability to put weight against you?

9   A.  I'm -- say that again.

10  Q.  By holding onto that door frame, did that change his

11  ability to interact or put weight against you in --

12  A.  At that point, he pressed even harder to the point that

13  I was having -- began to have issues.  And luckily, I think

14  the officer behind me or I made an effort and got out of it

15  by pushing against him, trying to match his force.

16          MS. BOND:  So going back to the main exhibit of

17  301, I'd like to move it forward to timestamp 18:33.

18  Mr. Clements, if you'd be willing to put it in slow motion

19  from 18:33 to 18:44.

20          (Whereupon, segments of Government's Exhibit

21  No. 301 were published in open court.)

22  BY MS. BOND:

23  Q.  So, Sergeant Gonell, what were you just experiencing

24  during those few seconds?

25  A.  Frustration, among other things.

Gonell - DIRECT - By Ms. Bond

1    Q.  What happened with that shield?

2    A.  The shield was completely being used against me to the

3    point that there's hardly anything I could do.  You can see

4    me shaking my head right there, like, "What the fuck?"

5    Q.  And where did that shield make contact with your body?

6    A.  My face, my chest.

7    Q.  How did it feel when it hit your face?

8    A.  Angry.

9    Q.  Pain-wise, did you feel any pain?

10   A.  Yeah.

11   Q.  How would you describe that pain on your face?

12   A.  It was -- it was pain, but not -- it was bearable.  And

13   even if it wasn't, I knew I had to still be there.  I wanted

14   to be there to do my job.  Any other day, I would have gone

15   home on any of those interactions that I had that day.

16          But this was not peaceful.  It was not a tour.

17   And again, I knew had we let those people come in through

18   there it would have been a bloodbath, not only to ourselves,

19   but to the members themselves.

20   Q.  You also mentioned that it hit your chest as well.  Did

21   you experience any pain in your chest?

22   A.  I don't remember.

23   Q.  Okay.

24   A.  Honestly, I don't.

25   Q.  Now, you talked about a few of the things that you

1    remember this individual saying.  Other than what you've

2    already testified to, do you remember anything else that he

3    said?

4    A.  No, ma'am.

5              MS. BOND:  Now, I'd like to pull up Exhibit 414.

6    It's already been admitted.  I would like to play timestamp

7    five minutes and 20 seconds through five minutes and 45

8    seconds.

9              (Whereupon, segments of Government's Exhibit

10   No. 414 were published in open court.)

11   BY MS. BOND:

12   Q.  Now, Sergeant Gonell, do those 20 seconds that we just

13   watched overlap to some degree with the clip we saw earlier?

14   A.  Can you play it again?  I'm sorry.  I wasn't sure what I

15   was looking for.

16   Q.  Sure.  I apologize.  If you see yourself or know you're

17   in a particular spot, please let us know.

18             (Whereupon, segments of Government's Exhibit

19   No. 414 were published in open court.)

20   BY MS. BOND:

21   Q.  Does that ring a bell for you at all?

22   A.  It does only show part of it, what happened.  So I think

23   there's more to it.

24   Q.  Sure.  But so what -- the 20 seconds we just watched

25   right now, does that partly overlap with the two minutes we

1    just saw a little bit ago?

2    A.  When you say "overlap," I'm sorry.  I'm having --

3    Q.  So the Exhibit 301, where you identified yourself and

4    talked about what happened, does that correspond to the time

5    period that we're just watching here in Exhibit 414?

6    A.  Yes, ma'am.

7    Q.  Thank you.

8         Moving on, how long did you stay in the tunnel

9    that day?

10   A.  Roughly the entire time since the breach began.  From

11   the moment that they breached that first set of double doors

12   all the way probably like around 4:30, 5:00, if I -- if my

13   memory serves me right.

14   Q.  Was there ever a point where you needed to provide

15   medical assistance to one of the rioters?

16   A.  In the tunnel?

17   Q.  Yes.

18   A.  Yes.

19   Q.  And so just very briefly, describe just the assistance

20   that you provided.

21   A.  There was an individual that was pulled to the back of

22   the police line.  She needed -- she was unresponsive, so she

23   needed medical aid.  I told -- I helped the officers

24   coordinate resuscitations, CPR, to the point that -- until

25   we waited for D.C. Fire.  Initially, we were told that they

Gonell - DIRECT - By Ms. Bond

1    would not come down to our area because of the violence.

2              So we happened to come across one of the FBI

3    agents that was in military fatigue.  He began to do -- put

4    a medical device on her, trying to help her, jump-start her,

5    AED.  He jump-start her heart.  But she was not responding.

6    Any other day, had we not been dealing with anything else,

7    more resources who had been called for and more expedient

8    possibly would have happened.

9    Q.  Do you know what happened to that woman that day?

10   A.  She passed away as we tried to give her CPR.  She was

11   not responding at all.

12             THE COURT REPORTER:  I'm sorry, sir.  Just for the

13   record, did I hear correctly that the FBI agent was in

14   military fatigues?

15             THE WITNESS:  Yes, ma'am.  I believe it was an FBI

16   agent, from what I've been told.  First I thought it was

17   either a National Guard or an Air Force.  But I was told

18   later on it was an FBI agent.

19   BY MS. BOND:

20   Q.  Were you injured from that day?

21   A.  I'm sorry?

22   Q.  Were you injured from that day?

23   A.  Yes, ma'am.

24   Q.  Can you just very briefly describe your injuries?

25   A.  I had multiple injuries.  The most severe is my right

                    Gonell - DIRECT - By Ms. Bond

1    hand.  I have a cyst on my right thumb.  Both hands were

2    bleeding.  I sustained a foot injury.  Then later on I

3    aggravated it as I continued to work for almost 15 days

4    after.  My left shoulder, I sustained a labrum tear, rotator

5    cuff and another injury which I don't remember the term,

6    medical term.

7          So it's in total, plus the mental trauma, you're

8    talking about roughly about ten, 11 injuries all together,

9    with lacerations, contusions and injuries.

10   Q.  So are you -- have you been able to return to the same

11   duties?

12   A.  No, ma'am.  The collateral duties that I had at that

13   time, which was the mountain bike unit and the CDU, I'm not

14   able to perform those.  I'm in the process of leaving the

15   department under medical retirement because of those

16   injuries.

17         In the process of my recovery, I took the

18   lieutenant test.  I passed it.  And I don't know.  Instead

19   of getting ready to take that higher position, now I have to

20   begin to do my résumé, which is something I have not done

21   since 2003.  So I'm not able to do my police functions.

22         One of the things that -- and the reason why is

23   because, being injured, if I were to go back in uniform and

24   there is another scuffle, another fight, another struggle or

25   trying to arrest somebody, I'll be pretty much fighting or

1    trying to assist my fellow officers one hand tied.  The last

2    thing I want to do is get him to worry about what I'm doing

3    or not doing.

4            And that is a hard decision, but I know it's the

5    right decision for me and for the -- so I don't put the

6    safety of my fellow officers in jeopardy, if that ever comes

7    into play.

8            I know that as a civilian I could avoid things.

9    But as a police officer, I know I have to -- there are

10   moments that you have to make a split-second decision; and

11   if I'm not able to do those decisions, then I'll put my life

12   and the other officers at risk.

13           MS. BOND:  I have no further questions.  Thank you

14   so much for your time, Sergeant Gonell.

15           THE WITNESS:  You're welcome.

16           THE COURT:  Why don't we take a ten-minute break.

17           Sergeant Gonell, I'll ask you not to discuss the

18   contents of your testimony with anyone over the break.

19           THE WITNESS:  Understood, sir.

20           (Thereupon a recess was taken, after which the

21   following proceedings were had:)

22           THE COURT:  Sergeant Gonell, you may retake the

23   stand.

24           THE WITNESS:  (Complies.)

25           THE COURT:  Ms. Cobb.

```
 1                    MS. COBB:  Thank you, your Honor.
 2                          CROSS-EXAMINATION
 3        BY MS. COBB:
 4        Q.  Good morning, Sergeant Gonell.
 5        A.  Good morning, ma'am.
 6        Q.  My name's Lauren Cobb.  I represent Tristan Chandler.  I
 7        have a few questions for you.
 8        A.  Okay.
 9        Q.  If at any point you can't hear me or understand me,
10        please let me know.
11        A.  Got it.
12        Q.  Since January 6th, 2021, how many times have you
13        testified under oath?
14        A.  This will be the third one, if I remember.
15        Q.  And have each of the two prior times been in criminal
16        cases similar to the one we're here for today?
17        A.  Yes, ma'am.
18        Q.  Okay.  Before January 6th, in your capacity as a police
19        officer, approximately how many times had you testified
20        under oath?
21        A.  Zero.
22        Q.  You had never testified in a criminal case?
23        A.  No, ma'am.  Only in training, if that counts.
24        Q.  I guess so.
25                    I'm going to tell you the truth:  I'm a little bit
```

1    shocked by that number, and so that's why I'm going to ask

2    the next question:  Approximately how many arrests did you

3    make during your career prior to January 6th?

4    A.  Zero.

5    Q.  Okay.  And again, I'm a little bit shocked by that

6    number.  I truly did not know.  Is that something that's

7    common for United States Capitol Police, to never make an

8    arrest in 16 years?

9    A.  It's not common.  I mean, I know multiple people who

10   haven't had their first arrest.  I mean, the Capitol itself

11   is fairly -- not fairly -- it's a secure location.  So you

12   hardly have any interactions, or the interactions that you

13   have most of the time are positive.  And the big events,

14   where you have either a shooting or things like that, not

15   everybody gets involved with it.

16          I guess I was fortunate enough during my career as

17   an officer and later on as a supervisor that I had not been

18   able to, not because of -- that there was no reason, but

19   just to, like, get the experience of other officers who just

20   are beginning their career.

21   Q.  I --

22   A.  So I'm seeing plenty of things throughout my life, both

23   overseas and here, that somebody who's beginning to -- their

24   career that, you know, that would be positive and

25   reinforcement and have confidence in their capability of

1    doing things.  But it's not because I don't desire or I

2    guess I didn't have the opportunity to.

3    Q.  I understand.  I'm not trying to imply that you were

4    shirking away from arrests.

5    A.  That's fine.

6    Q.  That's not what I was trying to imply.  I just truly

7    wanted to know the number.

8             I've got another sort of before-and-after January

9    6th question for you:  Before January 6th, how many

10   interviews or news appearances did you give that were

11   related to your position as a Capitol Police officer?

12   A.  I had given multiple interviews in relationship of me

13   trying to hold people accountable for --

14   Q.  No, no.  Before January 6th.

15   A.  Well, before January 6th, high school, in college.  When

16   I came back from the Army, there was a news station at the

17   base when -- that interviewed me, probably either Univision

18   or Telemundo, back in 2005 when I came back from Iraq.  And

19   that's it.

20   Q.  I'm sorry I interrupted you a second go.

21            That was my next question, I think, that you were

22   trying to answer, which was:  How many interviews or

23   appearances have you done since January 6th?

24   A.  Multiple interviews; like I said, in relationship of me

25   trying to voice and let people, the American people, know

1   what happened to me.  It was not a tour.  It was not a

2   political discourse or anything like that.  So for me

3   raising my voice, I have done that with the approval of

4   United States Capitol.  It's been vetted.  It's been -- as

5   long as I stay within certain guidelines, I'm not restrained

6   to not to speak up about what happened to me.

7          As a matter of fact, it helped me with my healing,

8   to speak about it and holding people accountable.  If that

9   means exposing myself to ridicule or being berated, that's

10  on them.  I know what I did was right and I continue to

11  voice my experience because I know what happened to me was

12  horrific, and people need to be held accountable for it.

13  Q.  Understood.  And I'm certainly not here to berate you or

14  make fun of you in any way.  I just wanted to know the

15  number.

16          And so you testified that you've done multiple.

17  Do you have a number, I guess, a specific number for how

18  many?

19  A.  Let's say over 40 and a couple op-eds.  Two of them have

20  been paid for.  And that was -- that has been gone through

21  the department's approval as well.

22  Q.  So over 40 appearances.  And then you've written several

23  op-eds that you have been compensated for?

24  A.  Let's say a thousand dollars, compared to the suffering

25  that I had sustained and the injuries.  I guess people who

1    say that I'm taking advantage or trying to make some gains,

2    I don't think it's what I went through is enough or that I'm

3    trying to gain for.  If I did wanted to make any gain for

4    it, I would just set up a GoFundMe account and I wouldn't be

5    in the situation where I am.

6    Q.  Sergeant Gonell, I know we don't know each other.

7    Right?  We've never met before today, right?

8    A.  Uh-huh.

9           THE COURT REPORTER:  Is that yes?

10          THE WITNESS:  Yes, ma'am.

11   BY MS. COBB:

12   Q.  I am just asking questions about facts.  I'm not trying

13   to imply --

14   A.  No, no, no.  I'm not taking anything personally.  I'm

15   just elaborating on my response to you.

16   Q.  I understand.  But I just want you to know, I'm not

17   trying to imply that you're a money grubber or whatever it

18   is that you think I might be trying to imply.  I'm just -- I

19   just want the facts of your participation, obviously, on

20   January 6th and then what has happened since.  I think

21   they're important to the case.  So that's why I'm asking

22   these questions.

23   A.  Okay.  That's fine.

24   Q.  Okay.

25   A.  Again, I am -- my voice, I speak for a lot of people who

Gonell - CROSS - By Ms. Cobb

1    were on that day.  And coming forward to speak about these

2    things, the trauma, the events of January 6th is not for

3    everybody.  Otherwise, all the other officers, including the

4    leadership who had done it already.  And if you could look

5    at some of the members themselves and the senators, they

6    went through this whole thing and they were running scared

7    that day and they look the other way.  So I'm doing

8    everything possible for me to raise that voice --

9    Q.  I understand.

10   A.  -- and hold people accountable regardless who they were

11   and how involved they were on that day.

12   Q.  I understand.  I don't want to interrupt you or be rude,

13   but I would ask that you let me ask the question and then

14   respond to that question.  Then I'll ask another one.

15   A.  I apologize.

16   Q.  It's totally okay.  Totally fine.

17        You said during your testimony that you had not

18   been very active on social media before January 6th.  I just

19   this morning pulled up your Twitter page, and that is no

20   longer the case.  Is that fair to say?

21   A.  To raise my voice, yes.  That's correct.

22   Q.  Yes.  So since January 6th, you've become very active on

23   social media?

24   A.  Depending on the topics, yes.

25   Q.  And I think it's fair to say particularly on topics

1    related to January 6th and politics.  Is that fair to say?

2    A.  Yes, ma'am.

3    Q.  Okay.  And you actually, I think, are almost sort of

4    anticipating some of my next questions, because you

5    mentioned a second ago that there are not many other Capitol

6    Police officers or Metropolitan Police officers who have

7    been as outspoken as you are.

8    A.  Correct.

9    Q.  Correct.

10              And let's go -- there's one thing we haven't

11    talked about besides the articles and the news appearances

12    and the social media.  But you're actually also writing a

13    book right now about January 6th.  Is that correct?

14    A.  Correct.

15    Q.  Okay.  And are you being paid to write that book?

16    A.  As of right now, I don't have a contract.  But in

17    principle, I do.

18    Q.  What does that mean?

19    A.  I had not signed a piece of paper saying that I am

20    responsible to provide a book at a certain timing in the

21    future.  So I don't have a signed print copy of it by me.

22              One of the things that perhaps the reason why

23    other officers are not being vocal about it is because of

24    they see how us four, the four officers who testified at

25    Congress and including common areas, how people demonize

1  them and the way they were being treated, as if we were

2  faking it, as if we were not there on January 6th, as if

3  what happened to us was never happened.

4           And it did happen to me.  It happened to the

5  officers.  It happened.  It's traumatic.  And if I could

6  talk to the American people --

7  Q.  I'm going to ask --

8  A.  -- and use my platform, it's helpful for me, for my

9  healing.

10  Q.  Let me stop you right there.

11           So today is the day to talk about the case of the

12  United States versus Patrick McCaughey and his other

13  Co-Defendants.  So it's not the day, unfortunately, to tell

14  the people of the United States what you want to tell them.

15  And I would ask again that you just answer my questions,

16  please.  And, you know, I didn't ask -- I did not ask you

17  why you're writing the book; I just wanted to know if you

18  are.  I want to know if you're getting paid.

19  A.  Again, I apologize.

20  Q.  That's okay.

21  A.  Just making clarifications, because I know these are

22  questions that are alluded or insinuated; and to me, it's

23  unfair because if that happened to you or to your client, I

24  would believe him.  But then again, that's --

25  Q.  I understand.  And I understand that this is a strange

1    process, I think, particularly when you've only done it a

2    few times.

3              Now, you have an agreement in principle.  And so

4    is there an amount of money that you expect to be paid for

5    the book?

6    A.  Yes, ma'am.

7    Q.  And what is that amount?

8    A.  Over 30.

9    Q.  Over 30?

10   A.  30 grands.  Yeah.

11   Q.  Was that --

12   A.  With the cowriter and the editor.  So I'll probably get

13   less than $10,000.  I don't know the details yet.

14   Q.  Okay.  I'm sorry.  I don't think I heard you correctly.

15   You said over 30 grand?

16   A.  Yes, ma'am.

17   Q.  Okay.  But you split that with --

18   A.  The editors, the ghostwriter.  So again, I don't have

19   the details for me to tell you and give you an accurate

20   description of what would be, if anything, I would be

21   gaining out of my whole traumatic details of that day.

22   Q.  That's okay.  That makes sense.

23              As far as you know, are there any other Metro

24   police or Capitol police who are working on books about

25   their experiences?

1    A.  To my knowledge, there are other officers, and I talked

2    to them about their details.  As soon as the -- I don't

3    think there's a process, a mechanism, put in place by

4    Capitol Police to prevent that from happening.  If they did,

5    they would have told me already.

6    Q.  All right.

7    A.  But then again, I don't know who they are and I don't

8    know their circumstances or their experience.  All I know,

9    all I can do is tell you what happened to me and that's it.

10   Q.  Understood.  And truly, I don't know the answer either.

11   You are the only witness that I've come into contact with in

12   this case who's writing a book.  But I don't know if other

13   people are writing them or not.  That's why I asked the

14   question.

15   A.  People have their own --

16          THE COURT:  Sir, there's not a question pending,

17   actually.

18          MS. COBB:  Thank you.

19          THE WITNESS:  Thank you.

20   BY MS. COBB:

21   Q.  I want to ask you about something you said in your

22   direct examination now.

23          You talked about when you first got into the

24   tunnel that there was a man in a trench coat who -- type

25   coat who you believe was a high-ranking MPD officer who was

1    telling the other MPD officers and then the Capitol Police

2    officers who were there that "We are going to defend the

3    Capitol."

4            Is that a fair paraphrase of what you testified

5    to?

6    A.  Close enough.

7    Q.  Okay.  I want to ask you, though, about something that

8    you told the FBI after January 6th.  Not in that moment, but

9    after.  And I'm going to paraphrase, so you will have the

10   opportunity to clarify if you need to.

11   A.  Okay.  Can I see the text instead of -- that way, I can

12   read along.

13   Q.  I don't have the text.  So I don't have it.

14           Is it true that -- again, this is a paraphrase --

15   that you told the FBI that you felt like if you or the other

16   Capitol Police officers had turned to leave that the Metro

17   Police officers would have left?  And I think the

18   implication is maybe that you felt like you were more

19   invested in protecting the Capitol that day.  Is that fair?

20   A.  No, ma'am.  The context of -- I don't know if it is

21   being described as -- properly.

22   Q.  Okay.

23   A.  What I said was, I told the FBI that I felt, even though

24   I knew that that commander had said that, that we gonna

25   defend the Capitol old CDU-style and we gonna defend the

1     fucking Capitol Building, they're not taking over, that I

2     felt, because I look back and I didn't see -- at one point,

3     I looked back, left and right, and I did not see other

4     Capitol Police officers.  Maybe they were behind me.  I did

5     not see them.  But the uniform that I see, that I saw on

6     that particular moment, were the bright black and yellow

7     florescent, the bike uniform that MPD officers were wearing.

8              And to me, that particular moment, I felt like if

9     I had left that area, what was there to say to them, Well,

10    Capitol Police is not here.  Why should we defend the

11    Capitol?

12             So in order for me to not give that impression or

13    have them even consider that, what I just thought about,

14    that I was gonna stay there.  And I did stay there for the

15    long time until other officers come in.

16             Now, that does not mean that they were letting

17    people in or that they would not defend the Capitol or that

18    there were no other officers from Capitol Police there

19    because, yes, some of them, they left, but they left to

20    other areas where multiple breaches were happening.

21             Me personally, I did not know that there were

22    other breaches in the Capitol when I was there in the

23    tunnel.  And that's why I made it a conscious decision to

24    remain there the whole time and defend the Capitol to the

25    point of sustaining multiple injuries and risking my life

1     being dragged through the crowd by another Defendant and

2     also getting crushed just like Hodges was getting --

3     happening to him, because I was right next to him, one

4     officer behind him at that time.

5              All I could hear was his scream and I couldn't do

6     anything about it because my hands were crisscrossed and not

7     even to the point of reaching for my gun or anything like

8     that.  I was like this, crisscrossed.  And all I could do is

9     look at the time:  3:11, around that time, 3:15.  That's

10    when I saw that on my watch, when messages were coming from

11    my family frantically calling me and texting me, trying to

12    find out whether I was alive or not.  And that was scary.

13    My family was from another country watching what was

14    happening in the United States here, in the Capitol, and our

15    own citizens attacking us.  And in one of them was your

16    Defendant.

17             THE COURT:  Sir, I think we've sort of strayed

18    beyond the question.

19             Do you have another question, Ms. Cobb?

20             MS. COBB:  I do.  I do.

21    BY MS. COBB:

22    Q.  I just want to be as respectful as I can and to ask you

23    please to let me ask the question --

24    A.  I'll try to keep it short.

25    Q.  Yes.  I understand that you have a lot of things you

1    want to say.  But we have to keep it within the confines of

2    this case.

3              THE WITNESS:  I apologize, Judge.

4    BY MS. COBB:

5    Q.  Do you recall testifying in the case of Mr. Fitzsimons

6    about a week or two ago?

7    A.  Yes.

8    Q.  Do you recall in that case agreeing that anyone who

9    breached the perimeter of the Capitol grounds should be

10   charged with a coup and prosecuted to the fullest extent of

11   the law?

12   A.  My statement was that if they breached the Capitol or

13   Capitol grounds, the Capitol grounds were closed.

14   Q.  Right.

15   A.  Capitol grounds were closed.  They had signs.  They

16   had --

17   Q.  No, no, no.  I'm not trying to say whether they were

18   closed or they weren't closed.  I just want to know if you

19   said that anyone who breached the Capitol grounds should be

20   charged with a coup and prosecuted to the fullest extent of

21   the law.

22   A.  If they assaulted a police officer, if they breached the

23   Capitol grounds when the Capitol grounds were closed, the

24   building was closed, the only people who were allowed on

25   Capitol grounds on that day were police officers, staffers

1     that work for the senators and the congressmen --

2              THE COURT:  Sir, that was a "yes" or "no"

3     question.  I'm going to ask you to answer "yes" or "no."

4     And the Government can certainly ask on redirect, have you

5     explain further.

6              THE WITNESS:  Yes.

7     BY MS. COBB:

8     Q.  So yes, you did say that in the trial of Mr. Fitzsimons?

9     A.  Yes, ma'am.

10    Q.  Okay.  There's something I actually forgot to ask you

11    about when we were talking about the things that are

12    different in your life since January 6th, the news media,

13    the book, the Twitter posts.  There's one more thing that I

14    wanted to ask you about.  And I've read this and so I'm --

15    you can tell me if it's true or not.

16             Isn't it true or do you agree that you are also in

17    the process or investigating bringing civil suit against

18    people you came into contact with on January 6th?

19    A.  I had considered it, but I had not make a decision.

20    Q.  So that would be fair, then, to say you're investigating

21    or considering bringing civil suit?

22    A.  You mean myself investigating them or -- can you

23    rephrase it, please?

24    Q.  Sure.

25             Let's -- this is an easy one:  Do you have an

1    attorney who is investigating or helping you decide whether

2    you will bring civil suits against people you came into

3    contact with on January 6th?

4    A.  I had counsel, two of them, and we had talk about

5    potentially who can we go and press charges.  We had not

6    come to any determinations, given all the facts that are

7    coming out, including from the former president down.  So at

8    this point, I don't have a specific member of the rioters or

9    anybody who orchestrated it, the insurrection.

10   Q.  So understood.  But I just want to know, is this

11   something generally you are considering?

12            THE COURT:  I think he's answered that.

13            THE WITNESS:  Yeah.  I answered.

14   BY MS. COBB:

15   Q.  And I want to clarify one more thing, which is by "civil

16   suit," you mean asking a judge to order that person to pay

17   you money.  Is that correct?

18   A.  Could be jail time, too, for the injuries I sustained.

19   So it's not specifically about money.  If that means holding

20   people accountable, whatever charges or -- the legal court

21   system awards, then that's -- I'll take that.  But it's not

22   my goal to go and sue them for money.  What I want is

23   accountability.  And if people don't see it that way, then

24   that's on them.  I'm sure if they were themselves the one

25   being injured and all that, they would want people to be

1    held accountable.

2    Q.  I'm not trying to make an implication as to what your

3    motivations are.  I'm just asking if a civil suit is a

4    lawsuit where you ask a judge to order someone to pay you

5    money.

6    A.  Again, I had considered it.  I had not considered who am

7    I gonna press charges against because there were multiple

8    people who injured me that day, that assaulted me, that hit

9    me, that pushed me, that -- so I cannot -- at this time, I

10   don't know.  I don't know who, if that's what -- answers

11   your question.

12   Q.  Do you believe that the charges that have been brought

13   so far in the January 6th cases are too lenient?

14   A.  I do.

15   Q.  Do you believe that the sentences that have been handed

16   down so far are too lenient?

17   A.  For the most part, yes, because some of them, they are

18   getting picketing and parading.  We did not have a parade on

19   January 6th at the Capitol.  The Capitol was closed.  And

20   it's not fair to the officer who sustained multiple

21   injuries.  I have my classmates and myself who still remain

22   injured from that horrific day almost two years later.  And

23   for picketing and parade, 40 days in jail or home arrest?

24   So I don't think that constitute a deterrence from this

25   happening again.

1    Q.  So --

2    A.  Next time, hopefully, there's an officer -- many

3    officers who stand the ground and protect the Capitol.

4    Q.  Your opinion, then, is that the sentence imposed in a

5    January 6th case should be the highest sentence allowed

6    under the law?

7    A.  That you award or are you asking me?

8    Q.  I'm asking you.

9    A.  If the charges are merit and the judge consider those,

10   so be it.  But we did not have parade or --

11   Q.  No, no, no.

12   A.  -- tour on January 6th.

13   Q.  Let me ask the question one more time.

14          Is it your opinion that if someone is convicted in

15   a January 6th case, they should receive the highest sentence

16   possible under the law?

17   A.  If they committed a felony, if they breached the Capitol

18   grounds, they should be a deterrent for people from --

19   Q.  It's just a "yes" or "no."

20   A.  Okay.  You didn't answer -- ask that.  But yeah.  I

21   think it is possible if they're -- yes.

22   Q.  So yes, they should receive the highest sentence

23   possible?

24   A.  Not of 30 days of home arrest.  Yes.  Or -- yes.

25   Q.  Okay.  Let's do this:  Let's switch gears for a minute,

1    and I want to ask you specific questions about some of the

2    videos we've already watched.

3              MS. COBB:  Mr. Clements, will you please play what

4    has already been admitted as Government's Exhibit 301.

5    Actually, if you'll just pull it up.  Let's not play it yet

6    because I've got a few questions for -- a few more questions

7    for Sergeant Gonell.

8    BY MS. COBB:

9    Q.  Do you agree, Sergeant Gonell, that my client,

10   Mr. Stevens, the one that you've been testifying about, his

11   use of the shield in that tunnel frustrated you because it

12   kept you from being able to strike or move your arms the way

13   that you wanted to?

14   A.  That is correct.

15   Q.  Okay.  His use -- do you agree that his use of the

16   shield essentially blocked the things that you wanted to do?

17   A.  With a stolen shield, yes.

18   Q.  Yes.  Okay.

19             MS. COBB:  Mr. Clements, if you'll play 301 at

20   17:11, please.

21             (Whereupon, segments of Government's Exhibit

22   No. 301 were published in open court.)

23             MS. COBB:  Actually, this is fine.  You don't even

24   have to play it.  Just let it sit here.

25

1    BY MS. COBB:

2    Q.  I have a question about this image, Sergeant Gonell:  Do

3    you agree that in this image, you see the hat that was on

4    the girl that you talked about?  Is that right?

5    A.  Yes, ma'am.

6    Q.  And then right next to her we see Mr. Stevens's shaggy

7    hair.  Is that correct?

8    A.  Correct.

9    Q.  And then behind Mr. Stevens, do you agree that there is

10   another protester with a shield pushing it into

11   Mr. Stevens's back?

12   A.  If appears that way.

13   Q.  Okay.

14          MS. COBB:  If you'll fast-forward, Mr. Clements,

15   to 17:42.  That's fine right there.  Just play for just a

16   second.

17   BY MS. COBB:

18   Q.  If you'll watch this clip, Sergeant Gonell.

19          (Whereupon, segments of Government's Exhibit

20   No. 301 were published in open court.)

21          MS. COBB:  Pause it.  It took too long for me to

22   say "Pause it."  It's already gone.

23   BY MS. COBB:

24   Q.  But did you see in the clip, Sergeant Gonell, that he --

25   there we go -- there's actually two shields pressed up

1    against Mr. Stevens's back in that clip?

2    A.  I think I mentioned that earlier.

3    Q.  Okay.  But do you see it now?

4    A.  Yes, ma'am.

5            MS. COBB:  Mr. Clements, if you'll just continue

6    to play right there.

7            (Whereupon, segments of Government's Exhibit

8    No. 301 were published in open court.)

9            MS. COBB:  Pause it right there.

10   BY MS. COBB:

11   Q.  In this frame, Sergeant Gonell, is that Mr. Stevens

12   blocking a blow from a baton?

13   A.  Correct.

14           MS. COBB:  If you could continue to play, please.

15           THE COURT:  Sorry.  I missed that.

16           MS. COBB:  Mr. Stevens is blocking a blow from a

17   baton.

18           THE WITNESS:  Well, he didn't block it.  He just

19   put the shield.  So I didn't never strike him in that moment

20   if you play it.  I almost did, but I didn't strike him.

21   BY MS. COBB:

22   Q.  Right.  Because he blocked it with the shield.  Correct?

23   A.  I'm assuming, yes.

24           MS. COBB:  If you'd just back up maybe five, six

25   seconds, we'll play it one more time.

```
1              (Whereupon, segments of Government's Exhibit

2       No. 301 were published in open court.)

3              MS. COBB:  Pause it.

4       BY MS. COBB:

5       Q.  Right there.

6       A.  Right there what?

7       Q.  Was that Mr. Stevens blocking a baton strike with the

8       shield?

9       A.  Correct.  He also was trying to grab my baton and the

10      other baton behind me from the other officer.

11      Q.  I'm going to get to that.  It's coming up in just a

12      second.

13             MS. COBB:  If you'll push play again,

14      Mr. Clements.

15             (Whereupon, segments of Government's Exhibit

16      No. 301 were published in open court.)

17             MS. COBB:  Pause it, please.

18      BY MS. COBB:

19      Q.  Sergeant Gonell, you testified on direct examination

20      while looking at this image that that was Mr. Stevens trying

21      to hit officers with a stolen baton.  After watching it

22      again, do you agree that he was being hit and grabbed the

23      baton to prevent himself from being hit?

24      A.  My memory served correct.  I think we, the officers,

25      were the ones on duty that day, not him.
```

```
 1    Q.  Do you want to watch it again?

 2    A.  Sure.

 3           MS. COBB:  Can you rewind it?

 4           THE WITNESS:  I would like to see him in uniform.

 5           (Whereupon, segments of Government's Exhibit

 6    No. 301 were published in open court.)

 7           MS. COBB:  Pause it, please.

 8    BY MS. COBB:

 9    Q.  I'm going to ask you again --

10    A.  He stole the baton from the officer behind him -- me.

11    Q.  The officer was hitting it and he grabbed it.  Is that

12    correct?

13    A.  It appears that way.

14    Q.  Okay.  When you said on direct examination that he

15    was -- by "he," I mean Mr. Stevens -- that Mr. Stevens was

16    hitting an officer with a stolen baton, that was not

17    correct?

18    A.  What I said was that on that angle, it appears that he

19    was grabbing me or hitting me with his left arm.  And then I

20    saw the baton when the prosecutor showed it to me.  And

21    that's why I even say, I don't know where the baton came

22    from.  Now I see that he stole it from the officer who was

23    trying to hit his hands so he could release the shield that

24    was being -- he was using, applying force on my face and the

25    other officer.
```

Gonell - CROSS - By Ms. Cobb

1          MS. COBB:  Mr. Clements, will you rewind it about

2     five seconds and then play it again?  And we will see what

3     happens with that.

4          THE WITNESS:  Do you see my helmet being lifted?

5          THE COURT:  Sorry, sir.  There's not a question

6     pending right now.

7               (Whereupon, segments of Government's Exhibit

8     No. 301 were published in open court.)

9          MS. COBB:  Pause it, please.

10    BY MS. COBB:

11    Q.  Did you see that Mr. Stevens never got control of the

12    baton?  It was swung towards him.  He grabbed it and then it

13    was ripped from his hands back.

14    A.  Can you replay it again?

15    Q.  Yes.

16    A.  I was looking for something else.

17    Q.  Yes.  No problem.

18              (Whereupon, segments of Government's Exhibit

19    No. 301 were published in open court.)

20         THE WITNESS:  This video don't show what he do

21    with it after he grabbed it from that clip that you showed

22    just the moment.

23    BY MS. COBB:

24    Q.  Okay.  We'll play it one more --

25    A.  Unless you play it longer.  Maybe I could see it.

1    Q.  We'll play it one more time.  Before we do, I would ask

2    you to just watch a baton being yanked back.  You can see it

3    in the frame right next to you.

4    A.  Okay.

5    Q.  And then it'll come back and show Mr. Stevens without a

6    baton in his hands.

7              MS. COBB:  Go ahead.  Thank you.

8              (Whereupon, segments of Government's Exhibit

9    No. 301 were published in open court.)

10             MS. COBB:  Pause it, please.

11             THE WITNESS:  I don't see it on his left hand now.

12   BY MS. COBB:

13   Q.  Right.  And so --

14   A.  I don't see him passing the baton to anybody.  But he

15   doesn't have it at this time.

16   Q.  No.  So I guess, then, let me ask it this way:  Is it

17   possible that one of the officers -- I don't know if it was

18   you or Sergeant Mastony who was behind you; I don't know who

19   it was -- but if one of the officers was hitting at

20   Mr. Stevens with a baton, Mr. Stevens grabbed the baton and

21   the officer yanked it right back out of Mr. Stevens's hand?

22   Is that possible?

23   A.  I did not see any of that officer reaching above the

24   shield to grab his baton that was taken --

25   Q.  Never letting go of it.  Hitting -- Mr. Stevens grabs

1   here.  The officer never let go and then pulls back.  That's
2   what I'm asking.  Is that possible?
3   A.  It's possible he lost it because of the retention from
4   the wet surface on the baton.
5   Q.  Of course.  I guess let me ask you one more thing,
6   though.  We've watched this clip a couple of times now.  In
7   that clip, do you see anywhere Mr. Stevens hitting law
8   enforcement with a baton?
9   A.  From that angle, no.
10  Q.  So is it possible, then, that when you testified on
11  direct examination that Mr. Stevens was hitting officers
12  with a stolen baton, that wasn't actually correct, because
13  now you've seen the full video?
14  A.  This is not the full video.  With that clip you're
15  showing, it doesn't show that he was being -- what do you
16  call it?  Can you repeat the question, please?
17  Q.  I'm going to try to say it in a better way this time.
18          Do you remember when you were testifying when
19  Ms. Bond was asking you questions?  And she paused it at the
20  spot where Mr. Stevens's hand was on a baton.  Do you recall
21  that?
22  A.  I recall that he had his hands on a baton.  Yes.
23  Q.  Right.  And you testified then that Mr. Stevens had a
24  baton and was hitting officers with it.
25  A.  I think I made that -- that statement.  However, you're

1    talking about a traumatic event.

2    Q.  Of course.

3    A.  It's hard for me to remember every single detail of who

4    did what to me.  But I know certain things happened to me.

5    Q.  Right.

6    A.  One of them was -- one of the videos that Ms. Bond was

7    showing was that it appears to me that the individual had a

8    baton and he was either striking me or trying to hit me with

9    it.

10            But then I see your video, which shows that he

11   probably threw it back or passed it along.  But then he was

12   trying to grab my baton and disarm me from doing my job and

13   preventing me from doing my job as a police officer at the

14   Capitol.

15   Q.  I understand.  And this is the same video that Ms. Bond

16   showed you.

17   A.  Okay.

18   Q.  So this is Government's Exhibit 301.  We've been

19   watching between 16 and 18 and a half minutes of that video.

20            I know you said that you recall Mr. Stevens

21   calling you some names.  Is that right?

22   A.  Yes, ma'am.

23   Q.  Do you know Metropolitan Police Sergeant Jason Mastony?

24   A.  Never met him in my life.

25   Q.  That's fine.  You don't need to know him.  He was here a

1   few days ago testifying in this case.

2           Do you see on the screen right in front of you the

3   arm that is right behind your helmet --

4   A.  Yes, ma'am.

5   Q.  -- the black arm?

6           He actually testified that that was him.  He was

7   standing right behind you during this incident.  And he also

8   told the Court that he remembered --

9           MS. BOND:  Objection to counsel testifying.

10          THE COURT:  Why don't you think about how you can

11  rephrase this.

12          MS. COBB:  I'm sorry.  I didn't hear you.

13          THE COURT:  Can you think about how to rephrase

14  this?  I agree that you can't testify about what somebody

15  else testified to.

16  BY MS. COBB:

17  Q.  If Sergeant Mastony said that he heard Mr. Stevens

18  saying something other than what you heard, even though you

19  guys were right here on the same spot, do you think it's

20  possible that either your memory or his memory could have

21  been wrong?

22  A.  It's possible.  But if you play that video or the other

23  video that Ms. Bond probably has, it says -- clearly states

24  what he called me.  And I clearly remember that he called me

25  pussy when I struck him because he was jabbing the -- not

1     jabbing -- using the shield forcibly on my chest and on my

2     face.  And the reason why I hit him and he called me that

3     was because of that, because I hit him.

4     Q.  I understand.

5          Do you recall early on in 2021 talking with FBI

6     agents about what you remembered and who did what to you at

7     different times?  I mean, I'm sure you have had multiple

8     interviews with the FBI.  Is that right?

9     A.  There has so many interviews.  I'm still involved with

10    some.  So it's hard for me to remember, especially after

11    living and surviving that traumatic event.  So what I

12    remember in the way I remember or the way I said it, the

13    timeline may be wrong for me.  To this day, even after being

14    treated for mental trauma and going through mental

15    treatment, I still struggle with some of the timeline.

16          But I do remind your Defendant doing whatever he

17    did to me and saying -- calling me that, what he says on

18    that day.

19    Q.  Do you also remember, though, telling the FBI that my

20    Defendant, Tristan Stevens, shaggy hair, did other things

21    such as hit you with a flagpole, punch you?  Do you remember

22    telling that to the FBI?

23    A.  I may have said that other people that I said had done

24    that.  I don't know if I attributed it specifically to him.

25    But I know there were multiple individuals doing different

1    things to me in the span of four hours-plus.

2           And what you are doing is probably quoting me by

3    verbatim of what it was said to the officer.  I don't know

4    whether he wrote everything that I said the way I said it to

5    the FBI.  So...

6    Q.  Okay.  So I guess my -- let's break that down a little

7    bit.

8           My question is:  Do you remember telling the FBI

9    that Mr. Stevens also hit you with a flagpole and punched

10   you?

11   A.  It's possible that I did say.  Again, it's hard for me

12   to attribute that particular statement because I don't

13   remember saying that about your Defendant.

14   Q.  We'll just leave it at that.

15          I want to ask you a little bit about your

16   injuries.  Actually, wait.  You know what?  I'm sorry.  I'm

17   going to come back to injuries.

18          MS. COBB:  I was going to say before you turn that

19   off, I have one more question about the video.  Actually,

20   let's just keep playing it for a few minutes.

21   BY MS. COBB:

22   Q.  And then I'm going to ask you a question, Sergeant

23   Gonell.  Thank you.

24          (Whereupon, segments of Government's Exhibit

25   No. 301 were published in open court.)

1          MS. COBB:  Pause it right there.

2     BY MS. COBB:

3     Q.  Sergeant Gonell, do you see right here Mr. Stevens with

4     his hand on his head?

5     A.  Yes, ma'am.

6     Q.  Okay.  Is it possible that he is putting his hand on his

7     head because something has knocked into his head?  And I am

8     not going to pretend to know what.

9     A.  I wouldn't know that, ma'am.

10    Q.  Okay.  So --

11    A.  He could also be protecting himself from pepper spray

12    behind him they were throwing maybe.  I don't know.

13    Q.  But we can agree on one thing, which is that his hand is

14    on his head right here?

15    A.  I don't know if it's above his head or it hit him or it

16    looks as if it is beyond his head.

17    Q.  Okay.

18          MS. COBB:  Let's keep playing.  Maybe this will

19    help you.

20          (Whereupon, segments of Government's Exhibit

21    No. 301 were published in open court.)

22          MS. COBB:  Pause it, please.

23    BY MS. COBB:

24    Q.  Could you clearly see before he just took it off that

25    his hand was on the top of his head?

1    A.  Yes.

2    Q.  Now he appears to be reaching, and I think that he may

3    be reaching for this pull, which you testified about a few

4    minutes ago.  So let's watch a few more minutes.

5                  (Whereupon, segments of Government's Exhibit

6    No. 301 were published in open court.)

7                  MS. COBB:  Pause it, please.

8    BY MS. COBB:

9    Q.  I think you testified in response to a question from

10   Ms. Bond about this door frame right here.  And you said

11   that you believe Mr. Stevens was bracing on the door frame.

12   Is that right?

13   A.  Correct.

14   Q.  Correct.  After watching this again, is it possible --

15   obviously, nobody knows what's in someone else's head -- but

16   is it possible, particularly since we have now seen

17   Mr. Stevens moving out of the frame, is it possible that he

18   was using the door frame to actually move back out of the

19   frame and out of the tunnel?

20   A.  Well, if you consider him attacking me and pushing --

21   Q.  Is it possible?  Yes or no.

22   A.  It's not possible.

23   Q.  Okay.

24   A.  His intent was to push against me onto the police

25   officer, push him out.  You can see on the video you just

1    played.

2    Q.  I did see it.  Yes.  I watched it.  And what I saw is it

3    looked like he put his hand on his head, then grabbed the

4    doorway and then turned and left.

5    A.  Did you see what he did in that corner?

6    Q.  I wasn't in -- I saw --

7    A.  I'm saying on the video.  Play it again.

8    Q.  Okay.

9              THE COURT:  Let's look for a place to wrap up.

10             MS. COBB:  Excuse me?

11             THE COURT:  Let's look for a place to wrap up for

12   lunch.

13             MS. COBB:  Two more minutes.

14             (Whereupon, segments of Government's Exhibit

15   No. 301 were published in open court.)

16             THE WITNESS:  It's further back.  Right there.

17             (Whereupon, segments of Government's Exhibit

18   No. 301 were published in open court.)

19             THE WITNESS:  Watch his hand.  What is he doing to

20   me?

21   BY MS. COBB:

22   Q.  I think your testimony, though, was that he used his

23   hand to brace to do whatever he was doing when he in fact

24   was using his hand to brace to turn.  And whatever he did

25   with that hand after, we can't see in the video.

1    A.  I'm just telling you.

2         THE COURT:  Was there a question there?  I didn't

3    hear a question.

4    BY MS. COBB:

5    Q.  I guess it goes back to my original question.  It's

6    just:  Is it possible after you've watched that now that he

7    was putting his hand on the door frame to move himself

8    backwards and walk out of the tunnel?

9    A.  My recollection of his intent that day --

10   Q.  I'm not asking about his intent, because we don't know

11   his intent.  That's the whole point.  So nobody knows what

12   he was intending to do except for him.

13        I'm asking if it's possible that that's what he

14   was doing.

15   A.  It's less than likely that that's what he was trying.

16   Q.  Understood.

17        I want to talk about injuries very quickly.  You

18   testified that you had an injury to your hand.  Correct?

19   A.  Yes, ma'am.

20   Q.  That occurred before you went into the tunnel?

21   A.  That is correct.

22   Q.  Okay.  You testified that you had an injury to your

23   shoulder.  And isn't the shoulder injury, according to you,

24   caused by Mr. Fitzsimons?

25   A.  That is correct.

1    Q.  Okay.  So not by Mr. Stevens.

2              You testified you have a foot injury?

3    A.  That is correct.

4    Q.  And I believe I actually read in one of your interviews

5    that you said that was caused by a speaker or a heavy object

6    being dropped on your foot?

7    A.  Correct.

8    Q.  Okay.  And then besides that, bruises?

9    A.  Yes.

10   Q.  Okay.

11   A.  Contusions, bruises.

12   Q.  Which is just another word for bruises.  Right?

13   A.  Yeah.

14             MS. COBB:  I don't have any other questions.

15   Thank you.

16             THE COURT:  Thank you, Ms. Cobb.

17             Let's take our lunch break.  We'll resume at 1:40.

18             Sergeant Gonell, I'll just ask you again not to

19   discuss the substance of your testimony with anyone over the

20   break.

21             Thank you.

22             THE WITNESS:  Thank you.

23             (Thereupon, a luncheon recess was taken, after

24   which the following proceedings were had:)

25             THE COURT:  Sergeant Gonell, if you wouldn't mind

1    retaking the stand.  Am I pronouncing your name correctly,

2    sir?

3              THE WITNESS:  Sergeant "Gonell."

4              THE COURT:  "Gonell."  Sorry about that.

5              Mr. Urso, do you have any questions for this

6    witness?

7              MR. URSO:  Yes.  Thank you, your Honor.

8              THE COURT:  Sergeant Gonell, I'll remind you

9    you're still under oath.

10             THE WITNESS:  Got it.

11                        CROSS-EXAMINATION

12   BY MR. URSO:

13   Q.  Good afternoon, Sergeant Gonell.

14   A.  Good afternoon, sir.

15   Q.  You've been a CDU officer, CDU duty, for how many years?

16   A.  On and off, when I first came out of the academy I was

17   there for -- on that program for about eight years.  Then

18   after I got -- well, sorry.  Longer than that.

19             And after I got the promotion, I was off for the

20   training for the mountain bike.  And in one of the

21   requirements that they had, because they were trying to

22   integrate both the CDU and the mountain bike as a response

23   unit all together into 2018, I went back.

24   Q.  So maybe like --

25   A.  So roughly --

1    Q.  -- 12 years?

2    A.  Yes.

3    Q.  You spoke earlier about there are three types of

4    shields.  And you said 8-foot, 6-foot and round?

5    A.  Yes, sir.

6    Q.  Pointing your attention to Government's Exhibit 801,

7    that's not 6 feet.  Right?  It looks like about, what, 4

8    feet?

9    A.  About.

10   Q.  So were you mistaken?  They may be 6 feet, 4 feet and

11   round?

12   A.  Correct.  I apologize for that.

13   Q.  And you're trained to use those kind of shields?

14   A.  Yes, sir.

15   Q.  And you testified earlier that they're defensive

16   shields.  Correct?

17   A.  It could be defensive, depending on how you use it.

18   Q.  How are you trained to use it not defensively?

19   A.  Continue -- well, you could use it differently in terms

20   of -- in offense, to push back the crowd tactically.  We

21   have -- you normally have about two weeks of training on

22   formations, tactics, how to protect yourself from throwing

23   objects and how to use it when somebody flanks you from

24   either the rear or left.

25   Q.  So when you say you're trained to use it, like to push

1    people, that's to push the line away from whatever you're

2    protecting?

3    A.  In formation, yes, to interlock them and so forth.

4    Q.  You're not trained to do that to inflict harm.  You're

5    trained to do that to just move the people.  Correct?

6    A.  Correct.

7    Q.  Okay.  So you wouldn't expect if you pushed one of those

8    4-foot shields up against another person and pressed them,

9    pushed them, that you would cause them harm.  Right?

10   A.  It depends how you use it.  I mean, you could also

11   strike somebody --

12   Q.  I'm just --

13   A.  -- on the --

14          THE COURT:  Sorry.  I'll ask you to let the

15   sergeant answer the question.

16          MR. URSO:  I'm sorry.

17          THE WITNESS:  It depends how you want to use it.

18   If you want to hit somebody in the head with the edges,

19   that's a weapon right there instead of as the intended

20   purpose.

21   BY MR. URSO:

22   Q.  You're not trained to use the shield that way.  Correct?

23   A.  No, sir.

24   Q.  It's not designed to be used that way.  Correct?

25   A.  I wouldn't know.  But I'm not trained to --

Gonell - CROSS - By Mr. Urso

1    Q.  Let me ask the question again that I asked.

2             So if you're using it in the way you are trained,

3    say, to push a line back, to push some people back away

4    from --

5    A.  There are multiple ways to train with it.

6    Q.  Let me just finish a question.

7    A.  I apologize.

8    Q.  If you're -- the way you're trained to push -- you said

9    sometimes you use it offensively.  The example you gave for

10   offensively is to push people back, like push a line back.

11   Right?

12   A.  It's a way.

13   Q.  That's -- you wouldn't expect that pushing somebody with

14   that kind of shield would cause injury to that person.

15   Correct?

16   A.  Depends.  Again, depends how you use that.

17   Q.  I'm talking about using it like this.  Let me get the

18   shield.  I'm talking about using it like you're trained,

19   like you just talked about being trained to use it, holding

20   it in front of you and using it to push people --

21   A.  Now you're pressing against my body and I don't have no

22   way for me to retreat?  Or --

23   Q.  Let's just say --

24   A.  -- or open field?

25   Q.  Let's just say it's just like January 6th, in the

Gonell - CROSS - By Mr. Urso

1   tunnel.  There's eight rows deep of police, 20 rows deep of

2   protesters.  The shield is pressed up against you.  Did it

3   hurt you?  Would it hurt you like this?

4   A.  If it is pressed with force, yes.

5   Q.  How would it hurt you?

6   A.  It prevent my breathing and my movement from --

7   Q.  And the --

8   A.  -- and prevent my official capacity to work as a police

9   officer.

10  Q.  Okay.  That --

11  A.  And the other way you can use it is slamming onto

12  somebody's feet.

13  Q.  It hurts you to be prevented from doing your work.  Is

14  that what you mean?

15  A.  I'm sorry?

16  Q.  Did you say it hurts you to prevent you -- when you're

17  prevented --

18  A.  It hurts me when I breathe.  It prevents me from

19  breathing properly.  It prevents me from using my arm to

20  defend myself and to do my job in the capacity as a United

21  States Capitol Police officer.

22  Q.  Let's just go back to your training and the way you're

23  trained to use the shield.

24          The way you're trained to use it, to push people,

25  you're not trained to use it to inflict harm to people.

1    Correct?

2    A.  Correct.

3    Q.  Just to move them.  Correct?

4    A.  Correct.

5    Q.  Okay.  Thank you.

6           And by the way, during your time in the tunnel,

7    there were -- like I said, there were multiple rows of

8    police officers at given times pushing in one direction and

9    protesters on the other side.  Right?

10   A.  That is correct.

11   Q.  And would you agree at times there were rows of police

12   officers and not just officers in the front row, but other

13   officers, second, third, fourth row deep, that had shields

14   in their possession?

15   A.  My recollection is that the shields were at the front

16   and I was one of them.

17   Q.  They were never shields in the second row or third row?

18   A.  My recollection is that I did not see shields being

19   applied behind me, multiple rows behind me.  All I know is

20   that when I was in the front, most of the shields that were

21   available and that had not been taken away from the officers

22   were at the front along the line.  I even -- I believe right

23   before Michael Fanone gets to the front line, I pass a

24   shield to one of the officers as well.

25   Q.  Thank you.

1            MR. URSO:  Can you pull up Government's Exhibit

2      232.22, please.

3      BY MR. URSO:

4      Q.  Do you see that photo, Sergeant?

5      A.  Yes, sir.

6      Q.  You testified about that earlier a little bit?

7      A.  Yes.  I don't know -- well, now it's not showing.  Now

8      it's clear, the whole picture, like before.

9      Q.  I understand.

10            So if you're looking at this picture from the

11     vantage point of whoever took the picture or whatever the

12     camera was that took the picture, what's that big structure

13     to the right there?

14     A.  To the right?  That is the TV stand for the

15     inauguration.

16     Q.  And would you agree that that TV stand is basically

17     located basically center of the Capitol on the west side?

18     A.  That is correct.  It's erected every four years.

19     Q.  So wherever the camera was, that would be on the

20     northwest side of the Capitol?

21     A.  Yeah.  It appears that way.

22     Q.  And -- because I think you had indicated at some point

23     you were in the southwest corner; but this picture shows the

24     southwest corner, but it's taken from the northwest corner.

25     Correct?

1    A.  Correct.  I mean, I was moving around, so maybe I was in

2    the middle.  Maybe -- I know around where we -- when we lost

3    the police line, I was near the middle somewhere.

4    Q.  You were in the middle, maybe even a little north?

5    A.  It could be slightly to the left of the tower.  It could

6    be slightly on the right of the tower.  My recollection is

7    not --

8    Q.  The scaffolding you see on the left side of the picture,

9    that's in the southwest corner?

10   A.  That is correct.

11   Q.  And that would lead sort of over to the lower west

12   terrace tunnel?

13   A.  Yes, sir.

14   Q.  I think you testified earlier at some point you saw

15   people on that scaffolding.  Correct?

16   A.  There was one individual that had climbed all the way to

17   the top initially, and two or three officers tried to arrest

18   him and they tackled him and took him down.  I don't know

19   whether they arrested him or they put him back on the line

20   because of the lack of resources to make arrests.

21   Q.  Thank you, Sergeant.

22            Now, you testified earlier that in your 17 years

23   you have not had occasion to make an arrest.  Right?

24   A.  I had the opportunity.

25   Q.  You did, but you didn't?

1    A.  Correct.

2    Q.  But it's not unusual for people to be arrested by U.S.

3    Capitol Police.  Correct?

4    A.  No, sir.

5    Q.  And it's not unusual for people to be arrested inside

6    the Capitol Building.  Correct?

7    A.  Depending what the, I guess, intent of it, because we

8    have a lot of discretion on how to do things unless it's

9    criminal or a felony.

10   Q.  But it's not unusual.  That does happen?

11   A.  Correct.  As well, not unusual that the officer don't

12   make arrests throughout the whole career at the Capitol.

13   Q.  What I'm trying to ask you is, it's not unusual for

14   protesters inside the Capitol to be arrested?

15   A.  Protesters?

16   Q.  Yeah.

17   A.  Any other time before January 6th?

18   Q.  Yeah.

19   A.  No.

20   Q.  So protesters weren't arrested in 2017 during the

21   certification process of President Trump's election?

22   A.  I wasn't there, so I wouldn't know.  I was -- at that

23   time, on -- when he got elected, I was recovering from a

24   right shoulder surgery that I had.

25   Q.  That was the whole time period from the time of the --

Gonell - CROSS - By Mr. Urso

1    when did that happen?  Like you weren't available --

2    A.  I was --

3    Q.  -- for the certification or the inauguration?  The

4    inauguration was two weeks --

5    A.  I did not work neither the inauguration or the election.

6    I was recovering from my right shoulder injury.

7    Q.  Okay.  Were protesters arrested during the, say,

8    Kavanaugh confirmation hearings?

9    A.  I believe so.  Yes.

10   Q.  That was inside the Capitol Building.  Correct?

11   A.  No, sir.  That was at the -- either the Dirksen,

12   D-I-I-S-E-N [sic], the Hart and the Russell Building.

13   That's where most of those --

14   Q.  Hearings were?

15   A.  -- most of the First Amendment procedures were

16   happening.  I know the Capitol itself was closed to the

17   public due to COVID-19 protocol, I believe, if my memory

18   serves me right.

19   Q.  And by the way, aside from COVID, the Capitol Building

20   is generally -- when the House and Senate are in session, is

21   the Capitol Building open to the public?

22   A.  Since the declaration of the pandemic, it was closed the

23   entire --

24   Q.  Before the COVID.

25   A.  What's your question?

1    Q.  Before the COVID, when the House and Senate are in

2    session, the building is open to the public.  Correct?

3    A.  There's --

4    Q.  There's a gallery for the public.  Correct?

5    A.  Prior to the pandemic, yes.  They had a ticket to be

6    issued or gallery passes.  The tickets were going -- were

7    normally where you used to get into the Capitol.  A staffer

8    could bring in the individuals or the tourists.  And if they

9    wanted to go to the galleries, the chambers, Senate or the

10   House, they would need a gallery pass.

11            Other than that, only members of Congress would

12   be -- would have been allowed to -- or a police officer or a

13   staffer.  But not the public itself.

14   Q.  You testified earlier that there's not many officers

15   that were on duty that day that are speaking out.  There's

16   just a handful of you guys.  Right?

17   A.  To my knowledge, yes.

18   Q.  And you mentioned speaking to Congress, speaking to the

19   media, right, things like that?

20   A.  I had.

21   Q.  And one of those people, one of those handful with you

22   that's doing that, is Officer Hodges.  Correct?

23   A.  Yes.

24   Q.  And you talked earlier about you helped one of the

25   protesters that was in distress?

1   A.  Yes, sir.

2   Q.  None of the nonpolice officers in that area were helping

3   this particular protester?

4   A.  There were other officers assisting that individual.

5   Q.  Were there any protesters helping this person?

6   A.  I did not see that.  By the time I -- she was taken to

7   the back of the police line, that's when I believe right

8   after Mr. Fitzsimons had already injured me.  And when he

9   did that, I went to the back, called for reinforcement.  I

10  think I went back for -- way past the police line and either

11  drank some water, rinsed my police shield -- helmet with

12  water, assisted another police officer.  And then I went

13  back to near the podium, and that's when I saw the

14  individual being pulled to the back of the police line.  And

15  some officers were rendering CPR to her and she was not

16  responsive.  So therefore, I began to coordinate the

17  assistance with that.

18  Q.  And in your time on duty that day, did you see other

19  officers helping other people in distress?

20  A.  Yes.

21  Q.  And did you see any nonpolice officers helping anybody

22  in distress?

23  A.  Not to my -- no, sir.

24  Q.  Would it surprise --

25  A.  I did see at the beginning.  When an individual got hit

1    in the cheek, there was blood on the floor.  I stepped on

2    those blood.  That individual, I tried to help myself and I

3    think several of my other colleagues.  That incident, I

4    believe -- then people, the mob thought we were trying to

5    arrest him instead of helping him.  So it became a melee.

6             There was another incident before the police

7    line -- before we lost it, that there was an older gentleman

8    that I guess he got pepper sprayed and he fell to the

9    ground.  I tried to help that individual myself.  And

10   somebody from the crowd said:  If you need a medic, we can

11   get you a medic.  And then I stepped forward trying to get

12   him to the back of the -- behind the police line.  I reached

13   out to him, took him behind the police line, had him sat

14   down, gave him a bottle of water and then had another

15   officer stay nearby him.  Then I went back to the police

16   line.  Later on, I found out that he was part of the mob and

17   began pushing later on, too.

18            So I did help -- try to help individuals who were

19   in distress.

20   Q.  Would it surprise you to know that one of the nonofficer

21   protesters actually helped a police officer that day?

22   A.  Say that again.

23   Q.  Would it surprise you to learn that one of the nonpolice

24   officer protesters, rioters, helped one of the officers that

25   day?

```
1              MS. BOND:  Objection.

2              THE COURT:  Overruled.

3              I think this is a yes-or-no question.

4              THE WITNESS:  Would it surprise me?  I can only

5    attest to what my -- what I witnessed and what I experienced

6    that day.  So I wouldn't know.

7    BY MR. URSO:

8    Q.  Just one final question.  The person that you ended

9    up -- that ended up passing away, that woman, she died of a

10   drug -- the medical examiner said she died of a drug

11   overdose.  Correct?

12   A.  I had no idea.  What I know is that once --

13             THE COURT:  Thank you.

14             MR. URSO:  Thanks, Sergeant.

15             THE COURT:  Thank you.

16             Mr. Shipley?

17             MR. SHIPLEY:  Nothing.

18             THE COURT:  Redirect, Ms. Bond?

19             MS. BOND:  Thank you.

20                      REDIRECT EXAMINATION

21   BY MS. BOND:

22   Q.  Sergeant Gonell, I am going to start by going back to

23   Exhibit 301.

24             MS. BOND:  I will ask Mr. Clements to move it

25   forward.  We're going to play from 18 minutes and 22 seconds
```

1    to 18 minutes and 30 seconds.

2    BY MS. BOND:

3    Q.  But before we start, Sergeant Gonell, I'm going to ask

4    Mr. Clements to turn it up as loud as he possibly can so

5    everyone in the courtroom can hear it.  I want you to focus

6    on it and listen as closely as you can, please.  18:22 to

7    18:30.

8            (Whereupon, segments of Government's Exhibit

9    No. 301 were published in open court.)

10           MS. BOND:  Thank you.  You can stop there.

11   BY MS. BOND:

12   Q.  Did you hear somebody?  Did you hear someone say

13   something there?

14   A.  Yes.

15   Q.  What did you hear?

16   A.  He called me pussy.  This is the same thing that -- when

17   the defense was asking me --

18   Q.  You don't need to say more than that.

19           Now, on cross-examination, Ms. --

20           THE COURT:  Sorry.  Can you play it again?  I

21   didn't hear that.

22           MS. BOND:  18:22 to 18:30.

23           (Whereupon, segments of Government's Exhibit

24   No. 301 were published in open court.)

25           THE COURT:  Thank you.

Gonell - REDIRECT - By Ms. Bond

1    BY MS. BOND:

2    Q.  On cross-examination, Ms. Cobb asked you about being

3    frustrated by that shield.

4            Do you remember that question?

5    A.  Yes, ma'am.

6    Q.  Now, were you also -- did that shield, in addition to

7    causing you frustration, did it also cause you physical

8    pain?

9    A.  It did.

10   Q.  Did that shield --

11   A.  My neck area; my shoulder, too, the way the pressure was

12   being applied, pushing forward.

13   Q.  Did that shield also concentrate the weight of the crowd

14   on you?

15   A.  Yes.

16   Q.  Did that shield also prevent your ability to defend

17   yourself?

18   A.  Yes.

19   Q.  Thank you.

20           Now, you got some questions about the fact that

21   you are very outspoken about January 6th.  Isn't that right?

22   A.  Correct.

23   Q.  You've been out in the media.  Correct?

24   A.  Correct.

25   Q.  And you have testified in several cases.  Correct?

```
1    A.  Yes.

2    Q.  You're even writing a book.  Is that right?

3    A.  Yes.

4    Q.  Now, are you here testifying today for the publicity?

5    A.  No.

6    Q.  Are you here testifying today for the money?

7    A.  No.

8    Q.  Why are you here testifying today?

9    A.  I'm here testifying to hold the person who impeded me

10   from doing my job on January 6th, blocking me, preventing me

11   from rendering aid to that person that was -- people who

12   were being hurt, my fellow officers, people who were

13   attacking the Capitol, going room by room, hunting for the

14   lawmakers and the senators.

15        And again, had it not been because of January 6th,

16   whatever happened that day, I would have stayed that whole

17   entire day at the north entrance of the Visitor Center

18   stage.  And I would have been quiet --

19   Q.  I'm going to stop you there, Sergeant Gonell.

20        With what you said on the stand today, were you

21   telling the truth today?  Yes or no.

22   A.  Yes.

23        MS. BOND:  Thank you.

24        THE COURT:  Sergeant Gonell, you may step down.

25   You're free to go.  Thank you for your testimony and thank
```

Gonell - REDIRECT - By Ms. Bond

1    you for your service to the country.  Good luck with the

2    next chapter of your career, sir.

3                THE WITNESS:  Thank you, sir.

4                THE COURT:  The Government may call its next

5    witness.

6                MS. PASCHALL:  Thank you, your Honor.

7                The Government calls Officer Henry Foulds.

8                THE WITNESS:  Have a good day.

9                THE COURT:  You, too, sir.

10               (Witness excused.)

11               (Thereupon, Officer Henry Foulds entered the

12   courtroom and the following proceedings were had:)

13               HENRY FOULDS, GOVERNMENT WITNESS, SWORN.

14               THE COURT:  Sir, feel free to have a seat and

15   adjust the microphone.

16                          DIRECT EXAMINATION

17   BY MS. PASCHALL:

18   Q.  Good afternoon.  Could you please state and spell your

19   full name for the Court?

20   A.  My name is Henry Foulds, H-E-N-R-Y F-O-U-L-D-S.

21   Q.  Where do you work?

22   A.  The Seventh District of the Metropolitan Police

23   Department.

24   Q.  And what is your current rank in the Metropolitan Police

25   Department?

1    A.   Police officer.

2    Q.   How long have you been a police officer with the

3    Metropolitan Police Department?

4    A.   In October, it'll be five years.

5    Q.   What is your current duty assignment with the Seventh

6    District?

7    A.   I am in PSA 705 as a patrol officer.

8    Q.   Do you also on occasion work with the civil disturbance

9    unit?

10   A.   Yes.

11   Q.   What civil disturbance unit battalion are you with?

12   A.   CDU 74.

13   Q.   And on January 6th, 2021, were you working in your

14   capacity as an officer with CDU 74?

15   A.   I was.

16   Q.   Where were you originally stationed on the morning of

17   January 6th, 2021?

18   A.   We were stationed a few blocks down from the Capitol.

19   Q.   What did you expect you would be doing that day?

20   A.   I didn't expect we were going to be doing anything.  At

21   most, I thought we were going to be blocking some streets

22   with our bicycles.

23   Q.   And you mentioned the bicycle.  Is CDU 74 one of the

24   bike units?

25   A.   It is.

1    Q.  So what type of gear were you wearing when you were

2    originally stationed a few blocks from the Capitol?

3    A.  So originally we were just wearing our regular patrol

4    gear, like our armor and our bike shorts.  And we had our

5    ballistic helmets on standby in a car in case we needed to

6    put them on quickly.

7    Q.  Did there come a time when you needed to put on those

8    ballistic helmets?

9    A.  Yes.

10   Q.  Who made that decision for you to put on all that gear?

11   A.  One of my sergeants came and talked to me, told us that

12   we were putting the helmets on and we were going to back up

13   units at the Capitol.

14   Q.  And did your unit ultimately go to the Capitol?

15   A.  Yes.

16   Q.  And when you came to the Capitol, what area did you

17   start off supporting the police who were already there?

18   A.  We were in a lower area, I believe, on the west side of

19   the building.

20   Q.  And how long would you estimate you were down on that

21   west -- lower west front of the building?

22   A.  I think maybe under an hour.

23   Q.  Did there come a time when you needed to retreat from

24   that area and go up to the next level of the inaugurational

25   platform?

1    A.  Yes.

2    Q.  What happened when you went up to the next level of the

3    inauguration platform?

4    A.  Shortly after we went up to that next level, we had

5    retreated even further back and we retreated down this

6    hallway into the west side of the building.  Then we held

7    that hallway.

8    Q.  Now, on January 6th, 2021, were you wearing a body-worn

9    camera?

10   A.  I was.

11   Q.  Did you activate it at several points during the day?

12   A.  I did.

13   Q.  Did it become deactivated at certain points during the

14   day?

15   A.  Yes.  You deactivate them by pushing on them.  So

16   whenever there was an altercation, it would often get pushed

17   off.

18   Q.  So when you reactivate your body-worn camera after it's

19   been off, is there a portion of the recording that is

20   silent?

21   A.  Yeah.  So the camera records -- has a buffer of the

22   video for two minutes whenever it's on but not activated.

23   And that two-minute buffer doesn't have audio, but it has

24   video.

25   Q.  And in preparation for your testimony, did you and I

1    review some of your body-worn camera from January 6th, 2021?

2    A.  Yes.

3    Q.  And was there a time when you were in that tunnel where

4    that body-worn camera got turned off?

5    A.  Yes.

6    Q.  And then did you ultimately reactivate that body-worn

7    camera?

8    A.  Yes.

9            MS. PASCHALL:  If we could please pull up Exhibit

10   218.

11           (Whereupon, segments of Government's Exhibit No.

12   218 were published in open court.)

13           MS. PASCHALL:  If we could stop Exhibit 218.

14   BY MS. PASCHALL:

15   Q.  Officer Foulds, do you recognize what's on the screen

16   here as 218?

17   A.  I believe I do.

18           MS. PASCHALL:  Let's actually play it a little bit

19   further.

20           (Whereupon, segments of Government's Exhibit

21   No. 218 were published in open court.)

22           MS. PASCHALL:  Let's stop at 15:13:30.

23   BY MS. PASCHALL:

24   Q.  Do you recognize this as your body-worn camera?

25   A.  Yes.

1    Q.  And is this a fair and accurate representation of what

2    you were witnessing on January 6th, 2021?

3    A.  Yes.

4            MS. PASCHALL:  At this time, the Government would

5    move the admission of Exhibit 218.

6            THE COURT:  Seeing no objection, 218 is in.

7            (Whereupon, Government's Exhibit No. 218 was

8    entered into evidence.)

9            MS. PASCHALL:  If we could start the video again

10    here at 15:13:30.

11            (Whereupon, segments of Government's Exhibit

12    No. 218 were published in open court.)

13            MS. PASCHALL:  If we could stop.

14    BY MS. PASCHALL:

15    Q.  We've stopped the video at 15:13:34.  Officer, I'm going

16    to circle an individual who's all the way to the left here

17    of the video.  Do you see that person?

18    A.  Yes.

19    Q.  And what does it appear that person is holding?

20    A.  The person is holding one of our riot shields.

21    Q.  Now, I'm going to play this a little bit further.  We'll

22    look closely at that shield.

23            (Whereupon, segments of Government's Exhibit

24    No. 218 were published in open court.)

25            MS. PASCHALL:  Go back just a couple of frames

1    here.

2                     (Whereupon, segments of Government's Exhibit

3    No. 218 were published in open court.)

4    BY MS. PASCHALL:

5    Q.  Officer, can you actually see the logo that's on the

6    shield there?  I'm going to circle it here for you.  Do you

7    see that?

8    A.  I see it kind of --

9    Q.  Is that --

10   A.  -- vaguely, but I recognize the design.

11   Q.  Is that actually a Capitol Police shield instead of a

12   Metropolitan Police shield because it has the Capitol on it?

13   A.  I don't actually know the difference in the insignias

14   between our two shields.

15                    MS. PASCHALL:  Let's play again from 15:13:32.

16                    (Whereupon, segments of Government's Exhibit

17   No. 218 were published in open court.)

18                    MS. PASCHALL:  And let's stop at 15:14:02.

19   BY MS. PASCHALL:

20   Q.  We're going to go back and look at that a little more

21   closely frame by frame.  But just generally speaking, do you

22   remember this interaction with that person who I had

23   previously circled on your body-worn camera?

24   A.  Yes.

25   Q.  And what do you remember about that?

1    A.  I remember that he shoved at me with the shield he had

2    in his hands and I struck back with a wooden baton that I

3    had picked up from the ground.

4    Q.  So I just saw you make a motion that I wanted to

5    describe for the record.  You can correct me if I'm wrong:

6    I saw you have both of your hands kind of at fists near your

7    chest and then you moved those fists forward in unison.  Is

8    that -- am I describing that accurately?

9    A.  Yes.

10   Q.  Is that what you recall this person in the video using

11   to push that shield towards you in the moments we've just

12   watched on your body cam?

13   A.  Yes.

14          MS. PASCHALL:  Now, Mr. Clements, if we could go

15   back to 15:13:29, please.  That's fine.  Thank you.  We'll

16   start at 15:13:29 and try to stop at 15:13:38.

17          (Whereupon, segments of Government's Exhibit

18   No. 218 were published in open court.)

19          MS. PASCHALL:  Now let's stop at 15:13:38.

20   BY MS. PASCHALL:

21   Q.  Now, in the moments before that, is it accurate to say

22   that there was another officer in front of you who just

23   moved out of the way?

24   A.  Yes.

25   Q.  And how is your body turned compared to the person who

1     you've described as pushing that shield towards you?  Are

2     you facing him straight on?  Are you turned to the side?

3     Something else?

4     A.  I think at the moment from the angle of the body-worn

5     camera that I am turned to the side.

6     Q.  So that would mean that this individual is sort of off

7     of your left shoulder.  Is that accurate?

8     A.  Yes.

9     Q.  Okay.

10              MS. PASCHALL:  Now let's continue for another two

11    seconds until 15:13:40.

12              (Whereupon, segments of Government's Exhibit

13    No. 218 were published in open court.)

14    BY MS. PASCHALL:

15    Q.  In those previous two seconds, what did we just see

16    there?

17    A.  He shoved me with the shield and I struck back with the

18    baton.

19    Q.  And --

20              THE COURT:  Sorry.  Is that the same one we just

21    saw?  Have you just replayed this?

22              MS. PASCHALL:  No.  It's actually the next moment

23    in time.

24              THE COURT:  Okay.

25

1     BY MS. PASCHALL:

2     Q.  The baton, I believe you described it.  Did you say that

3     was a duty baton that you had?

4     A.  So it was -- I believe it belonged to one of the other

5     officers.  It had fallen on the ground and I picked it up so

6     no one else had taken control of it.  It was a wooden baton

7     similar to the asp baton that I use.

8     Q.  And I've watched you kind of move your hands out.  Is

9     that one of those kind of collapsible-style batons?

10    A.  Yes.  I had a collapsible-style baton.  The one I had in

11    my hand at the moment was wooden and was solid.

12    Q.  Thank you for that.

13             Now, once again, as we're looking at 15:13:40, how

14    is your body faced compared to the person who's using the

15    shield to strike at you?  Again, are you straight-on

16    forward?  Are you to the side?  Or something else?

17    A.  It appears that I'm to the side or facing away.

18             MS. PASCHALL:  If we could go forward another two

19    seconds, please, to 15:13:42.

20             (Whereupon, segments of Government's Exhibit

21    No. 218 were published in open court.)

22    BY MS. PASCHALL:

23    Q.  Now, what have we just seen in that moment there?

24    A.  I believe that's another shove.

25    Q.  Are you now able to see your body cam facing forward

1    towards the person with the shield?

2    A.  Yes.

3            MS. PASCHALL:  If we could start again at 15:13:42

4    and go for another two seconds.

5            (Whereupon, segments of Government's Exhibit

6    No. 218 were published in open court.)

7            MS. PASCHALL:  I'm sorry to do this to you,

8    Mr. Clements.  If we could go back just one second to

9    15:13:43.

10           (Whereupon, segments of Government's Exhibit

11   No. 218 were published in open court.)

12   BY MS. PASCHALL:

13   Q.  Right there, we've stopped at 15:13:43.  I'm going to

14   circle here all the way off to the upper left.  Do you see

15   what I've circled there?

16   A.  Yes.  That's my hand.  I'm trying to close the door to

17   put the door between us and the protesters.

18           MS. PASCHALL:  Let's start again at 14:30:43 and

19   we'll go ahead another three seconds.

20           (Whereupon, segments of Government's Exhibit

21   No. 218 were published in open court.)

22   BY MS. PASCHALL:

23   Q.  It's a little bit blurry in this stopped shot.  But at

24   15:13:46 seconds, do we see kind of a long object going from

25   the center of the screen diagonally down to the right?

1    A.  Yes.  That's the wooden baton I mentioned.

2          MS. PASCHALL:  Let's start again and go forward to

3    15:13:58.

4          (Whereupon, segments of Government's Exhibit

5    No. 218 were published in open court.)

6          MS. PASCHALL:  Actually, we can continue to play

7    until 15:14:05.

8          (Whereupon, segments of Government's Exhibit

9    No. 218 were published in open court.)

10   BY MS. PASCHALL:

11   Q.  We've stopped the video at 15:14:05.  Have you just

12   grabbed something from another officer?

13   A.  Yes.

14   Q.  What is that?

15   A.  That is another -- one of the riot shields of the same

16   type that he was using.

17   Q.  And in the interaction that we've watched in the 30

18   seconds or so before this, did you have a shield or no?

19   A.  I did not.

20         MS. PASCHALL:  If we could now please pull up what

21   is already in evidence as Exhibit 301.

22         (Whereupon, segments of Government's Exhibit

23   No. 301 were published in open court.)

24         MS. PASCHALL:  If we could pull that ahead to 20

25   minutes and 22 seconds.

1            (Whereupon, segments of Government's Exhibit

2       No. 301 were published in open court.)

3       BY MS. PASCHALL:

4       Q.  Now, Officer Foulds, when we have watched some videos

5       that were taken from the members of the crowd that day, how

6       have you been able to identify yourself in those videos?

7       A.  I was wearing a sort of neon green mask.

8       Q.  And of the officers who are in this tunnel area with

9       you, do you know if any of them -- anyone else other than

10      yourself had that neon green mask?

11      A.  I don't think so.

12            MS. PASCHALL:  Let's start Government's Exhibit

13      301 at 22:20.

14            (Whereupon, segments of Government's Exhibit

15      No. 301 were published in open court.)

16            MS. PASCHALL:  Let's stop there at 22:33.

17      BY MS. PASCHALL:

18      Q.  Does that interaction that we've shown from 22:20 to

19      22:33 look like the inverse of what we just watched on your

20      body-worn camera of that interaction where you mentioned

21      that the person in front of you pushed the shield at you and

22      then you struck with your baton?

23      A.  It seems to be the same event.

24            MS. PASCHALL:  Let's continue for about another

25      ten seconds here.

```
1              (Whereupon, segments of Government's Exhibit
2       No. 301 were published in open court.)
3              MS. PASCHALL:  Stop there at 22:43.
4       BY MS. PASCHALL:
5       Q.  Officer, did you see yourself there going for what's
6       kind of in the foreground here this sort of metal frame?
7       A.  Yes.
8       Q.  What is happening there?  What are you trying to do?
9       A.  I'm trying to close the door to put it between the two
10      groups.  And whenever I do that, I get shoved with the
11      shield.
12      Q.  Now, in your training for CDU, when are you trained to
13      use your baton?
14      A.  So the specific CDU baton they issue us, we're trained
15      to use that as a prying tool.  This baton is not my issued
16      CDU baton and it's more similar to my asp baton, which I'm
17      trained in routine patrol if someone is being assaultive, I
18      can strike them in the arm, the leg or the chest with the
19      asp baton.
20      Q.  And what were to happen if you were to strike at
21      somebody who was not being assaultive to you in the first
22      instance?
23      A.  I would probably be -- I would be investigated by the
24      department.
25      Q.  So fair to say that your training does not allow you to
```

1   use that asp baton unless someone is being assaultive to you

2   first?

3   A.  Correct.

4            MS. PASCHALL:  Can we please pull up Exhibit 415.

5            Actually, your Honor, this is a good time to

6   mention, we played 415 yesterday with Officer Hodges.  But

7   my team noted for me that I don't believe we actually moved

8   that into evidence.  I'm happy to lay a foundation with this

9   officer or just move it in at this point in time.

10           MR. URSO:  We'll stipulate, your Honor.

11           THE COURT:  Thank you.  I thought we had it as in.

12  But if it wasn't in, it is now.

13           MS. PASCHALL:  Thank you.

14           (Whereupon, Government's Exhibit No. 415 was

15  entered into evidence.)

16           MS. PASCHALL:  If we could please move Exhibit 415

17  ahead to time marker 2:17.  Let's play through until minute

18  2:38.

19           (Whereupon, segments of Government's Exhibit

20  No. 415 were published in open court.)

21  BY MS. PASCHALL:

22  Q.  Officer Foulds, right here in the center of the frame

23  that I've just circled, is that you in the green mask?

24  A.  Yes.

25  Q.  And so would it be accurate to say this is a similar

1    view to what we've seen in Government's Exhibit 301 but more

2    from a higher-up vantage point?

3    A.  Yes.

4    Q.  Officer Foulds, do you recall sustaining any injuries

5    from this interaction with this Defendant?

6    A.  From this particular interaction, no.

7    Q.  Do you recall receiving injuries throughout the day on

8    January 6th?

9    A.  Yeah.  I had a number of abrasions on my forehead from

10   being struck on the helmet multiple times.

11              MS. PASCHALL:  I am going to now ask that we pull

12   up Exhibit 220.

13              (Whereupon, segments of Government's Exhibit

14   No. 220 were published in open court.)

15   BY MS. PASCHALL:

16   Q.  Officer Foulds, did you remain in this tunnel area for a

17   longer period of time after the incident that we have just

18   been watching?

19   A.  I believe so.  Yes.

20   Q.  And so now I've pulled up Exhibit 220.  Do you see the

21   timestamp here?

22   A.  I do.

23   Q.  What is that?

24   A.  16:08.

25   Q.  I'm going to play a little bit of this; and let me know

1    if you recognize this as your body-worn camera.

2                 (Whereupon, segments of Government's Exhibit

3    No. 220 were published in open court.)

4                 MS. PASCHALL:  If we could stop there at 16:09:11.

5    BY MS. PASCHALL:

6    Q.  Officer, does this appear to be your body-worn camera?

7    A.  I believe so.  I need to hear it turn on to be

8    completely sure.  But I believe this is.

9    Q.  Some of the audio?  Sure.

10                MS. PASCHALL:  If we can move it ahead in time to

11   16:14:00.

12                (Whereupon, segments of Government's Exhibit

13   No. 220 were published in open court.)

14                THE WITNESS:  Yeah.  It's my body-worn.

15   BY MS. PASCHALL:

16   Q.  We've stopped at 16:14:07.  Were you able to hear your

17   own voice?

18   A.  Yes.

19   Q.  Is that fair and accurate to what you would have sounded

20   like on January 6th, 2021?

21   A.  Yes.

22                MS. PASCHALL:  At this time, the Government would

23   move the admission of Exhibit 220.

24                THE COURT:  Seeing no objection, 220 is in.

25                (Whereupon, Government's Exhibit No. 220 was

1    entered into evidence.)

2    BY MS. PASCHALL:

3    Q.  So, Officer, at this point in time, are you now closer

4    to that outer archway of the tunnel as opposed to earlier

5    where we viewed you sort of in between those two sets of

6    double doors?

7    A.  Yes.

8    Q.  Did there come a time when the police line that was at

9    that outer archway got pushed back further inside the tunnel

10   and lost some ground?

11   A.  Yes.

12          MS. PASCHALL:  Now let's continue to watch Exhibit

13   220 here from 16:14:00.

14          (Whereupon, segments of Government's Exhibit

15   No. 220 were published in open court.)

16          MS. PASCHALL:  Let's stop the video at 16:14:20.

17   BY MS. PASCHALL:

18   Q.  Just before we moved away there, were you able to see an

19   individual that looked like they were dressed head to toe in

20   red?

21   A.  Yes.

22          MS. PASCHALL:  Start again at 16:14:20.

23          (Whereupon, segments of Government's Exhibit

24   No. 220 were published in open court.)

25          MS. PASCHALL:  Let's stop the video there at

1     16:16:15.

2     BY MS. PASCHALL:

3     Q.  Were you able to hear your own voice there?

4     A.  Yes.

5     Q.  What were you saying?

6     A.  I believe I'm talking to someone who's -- talking to one

7     of the protesters and saying, "Help us move back.  Only more

8     people are going to get hurt."

9              MS. PASCHALL:  Let's start again at 16:16:15.

10             (Whereupon, segments of Government's Exhibit

11    No. 220 were published in open court.)

12             MS. PASCHALL:  Let's stop the video at 16:16:33.

13    BY MS. PASCHALL:

14    Q.  Were you able to hear somebody a little bit further away

15    than you screaming "Forward, forward, forward"?

16    A.  Yes.

17             MS. PASCHALL:  Let's start again at 16:16:33.

18             (Whereupon, segments of Government's Exhibit

19    No. 220 were published in open court.)

20             MS. PASCHALL:  Stop the video.

21    BY MS. PASCHALL:

22    Q.  At 16:17:01, what have we just heard happening there?

23    A.  So I believe right there I'm saying, "Give me some

24    space.  I can't stand," because everyone's getting pressed

25    up against each other.  And I was losing my footing.

1          MS. PASCHALL:  Let's play the video again at

2     16:17:01.

3          (Whereupon, segments of Government's Exhibit

4     No. 220 were published in open court.)

5          MS. PASCHALL:  Let's stop the video there at

6     16:17:39.

7     BY MS. PASCHALL:

8     Q.  Were you able to hear a voice a little bit further away

9     from you in that moment saying, "Will you surrender now, you

10    fucking pussies?"

11    A.  Yes.

12         MS. PASCHALL:  Let's start the video again at

13    16:17:39.

14         (Whereupon, segments of Government's Exhibit

15    No. 220 were published in open court.)

16         MS. PASCHALL:  Stop the video at 16:18:09.

17    BY MS. PASCHALL:

18    Q.  Officer, did we just hear your voice there?

19    A.  Yeah.  I said that if they broke through where we were

20    at at the Capitol, a lot of people were going to get killed

21    in the riot that follows.

22    Q.  And what are you trying to accomplish in this moment

23    with the people who are directly in front of you?

24    A.  So the hope is because this is -- if people push through

25    this big inlet, you would have hundreds of people more in

1    that were already storming into the Capitol.  And we were

2    heavily outnumbered.  And the only thing that we could do to

3    have some control and prevent all the bad actors in the

4    crowd from hurting or killing people was hold this choke

5    point where a small amount of our number could hold off a

6    larger number of protesters.

7         MS. PASCHALL:  Let's keep going here at 16:18:09.

8         (Whereupon, segments of Government's Exhibit

9    No. 220 were published in open court.)

10        MS. PASCHALL:  Stop the video.

11   BY MS. PASCHALL:

12   Q.  Officer Foulds, we're now at 16:19:04.  We started

13   playing this video for you at about 16:14.  We're not seeing

14   much on the screen at this point.  Is that accurate?

15   A.  Yes.

16   Q.  And why is that?

17   A.  Because my body-worn camera is being pushed right up

18   against the mass of people so that, like, I am chest to

19   chest and everyone next to me is chest to chest with all of

20   the protesters who were pushing against us.

21   Q.  Are you in fact the front line of that group so that

22   your chest is now up against directly the mob in front of

23   you?

24   A.  I believe so.

25        MS. PASCHALL:  Let's continue here at 16:19:04.

1          (Whereupon, segments of Government's Exhibit

2     No. 220 were published in open court.)

3          MS. PASCHALL:  If we could stop at 16:19:37.

4     BY MS. PASCHALL:

5     Q.  Did we just hear your voice again?

6     A.  Yeah.  I think I said, "I can't see anything."  I don't

7     know why I bring it up.  But --

8     Q.  But in that moment -- well, let me ask you this:

9     Earlier, you talked about a helmet that you would put on as

10    a part of your CDU gear.

11         Do you remember that?

12    A.  Yeah.

13    Q.  Did that have a shield?

14    A.  Yeah, it did.  And probably what I'm talking about is

15    over the course of the day it got covered with all sorts of

16    stuff from mostly pepper spray getting exchanged from both

17    sides.  I imagine at this point it must be covered.

18         MS. PASCHALL:  Let's now move ahead to 16:20:43.

19         (Whereupon, segments of Government's Exhibit

20    No. 220 were published in open court.)

21         MS. PASCHALL:  Let's stop the video.

22    BY MS. PASCHALL:

23    Q.  We've stopped at 16:21:02.  At this point in the video,

24    what are we able to see?

25    A.  I think people are -- protesters are moving out of the

1    hallway and I'm trying to push people along and make sure

2    that everyone gets out of the hallway.

3    Q.  So we've now -- is it accurate to say we've now broken

4    away from that moment where you are chest to chest with

5    protesters for several minutes and now we've got a little

6    bit more room to breathe?

7    A.  Yes.

8            MS. PASCHALL:  Your Honor, I have another question

9    about whether something is in evidence or not.  We admitted

10   Exhibit 101 and all of its subcomponents, but I don't think

11   we admitted 101.6, which is going to be camera 74 from 4:15

12   onwards.  Since we've already admitted Exhibit 101 in its

13   entirety, I would ask if defense counsel have any objection

14   to admitting that subcomponent 101.6.

15           MR. LOPEZ:  I have a question on your revised

16   exhibit list.  I don't have a 101.6.  It stops at --

17           MS. PASCHALL:  We can get you one that will have

18   101.6.

19           THE COURT:  Without objection, 101.6 is in.

20           (Whereupon, Government's Exhibit No. 101.6 was

21   entered into evidence.)

22           MS. PASCHALL:  Can we please pull up

23   Exhibit 101.6.

24           (Whereupon, segments of Government's Exhibit

25   No. 101.6 were published in open court.)

1          MS. PASCHALL:  We can stop that there.

2     BY MS. PASCHALL:

3     Q.  Now, Officer, when you and I were preparing for your

4     testimony, did we watch some of the surveillance camera

5     video from that tunnel area at the U.S. Capitol?

6     A.  Yes.

7     Q.  What is the timestamp up in the upper left-hand corner,

8     please?

9     A.  4:15 p.m.

10    Q.  And I'm going to circle in this center right of the

11    photograph there -- or the still shot there.  Do you see

12    that individual all in red?

13    A.  Yeah.

14         MS. PASCHALL:  If we could please start to play

15    Exhibit 101.6 at 4:15:01 -- I'm sorry.  Where you had it,

16    actually.  I meant 4:15:01 p.m.

17         (Whereupon, segments of Government's Exhibit

18    No. 101.6 were published in open court.)

19         MS. PASCHALL:  Stop the video.

20    BY MS. PASCHALL:

21    Q.  We're stopped now at 4:15:40 p.m.  Officer Foulds, where

22    is the police line?  You can use your finger on the screen

23    there to annotate.  Where is the police line in this

24    photograph?

25    A.  (Witness indicates.)

1    Q.  So fair to say about the dead middle of the screen right

2    here at 4:15:40.  Is that accurate?

3    A.  Yes.

4              MS. PASCHALL:  Let's continue playing from this

5    point.

6              (Whereupon, segments of Government's Exhibit

7    No. 101.6 were published in open court.)

8              MS. PASCHALL:  If we could stop the video.

9    BY MS. PASCHALL:

10   Q.  We've stopped at 14:16:19 p.m.  Officer, I'm circling an

11   individual for you right in the middle there of the

12   photograph.  Do you see that individual?

13   A.  Yes.

14   Q.  And what does it appear that individual is doing right

15   at this moment?

16   A.  I think he's about to climb up the archway.

17   Q.  Does he have his hand out on that kind of outer archway

18   there?

19   A.  Yeah, he does.

20             MS. PASCHALL:  If we could start the video again,

21   please.

22             (Whereupon, segments of Government's Exhibit

23   No. 101.6 were published in open court.)

24             MS. PASCHALL:  If we could stop the video.

25

1    BY MS. PASCHALL:

2    Q.  We've stopped at 14:16:59 p.m.  Officer, can you draw

3    for us on the screen if you can see the police line anymore

4    at 14:16:59?

5    A.  (Witness indicates.)

6    Q.  So would it be accurate to describe your line here as

7    now all the way at the bottom of the screenshot here at

8    14:16:59?

9    A.  Yes.

10          MS. PASCHALL:  If we could start the video again,

11   please.

12          (Whereupon, segments of Government's Exhibit

13   No. 101.6 were published in open court.)

14          MS. PASCHALL:  If we could stop the video.

15   BY MS. PASCHALL:

16   Q.  We've stopped the video at 14:17:59.  In that

17   intervening minute there, what is happening to the police

18   line?

19   A.  It's -- I believe it's being pushed back further.

20   Q.  And immediately off the bottom of the screen here in the

21   direction that the police line is being pushed, what are you

22   being pushed into?

23   A.  We're being pushed into the main Capitol Building.

24          MS. PASCHALL:  Let's start the video again at

25   14:17:59.

```
 1              (Whereupon, segments of Government's Exhibit
 2       No. 101.6 were published in open court.)
 3              MS. PASCHALL:  Let's stop the video.
 4       BY MS. PASCHALL:
 5       Q.  We're now at 14:19:06.  Are we able to see the police
 6       line again yet in this video?
 7       A.  I'm not sure.  I don't think so.
 8              MS. PASCHALL:  Let's move forward in time to
 9       timestamp 4:20:27 p.m., so about a minute and a half.
10       That's fine.  We're at 4:20:27 p.m.  I'll ask that we start
11       the video again here.
12              (Whereupon, segments of Government's Exhibit
13       No. 101.6 were published in open court.)
14              MS. PASCHALL:  If we could stop the video and
15       actually go back about three or four seconds here.
16              (Whereupon, segments of Government's Exhibit
17       No. 101.6 were published in open court.)
18              MS. PASCHALL:  Right there is fine.
19       BY MS. PASCHALL:
20       Q.  Officer, I am circling an individual right in the middle
21       of the screen at 4:20:28 p.m.  Do you see that individual?
22       A.  Yes.
23       Q.  I'm going to ask that you watch that individual here for
24       the next couple of seconds while we play the video again.
25              (Whereupon, segments of Government's Exhibit
```

1    No. 101.6 were published in open court.)

2              MS. PASCHALL:  Stop at 4:20:32.

3    BY MS. PASCHALL:

4    Q.  Were you able to see that individual kind of wave his

5    arm in the air there during that five or so seconds?

6    A.  Yes.

7    Q.  Officer Foulds, in the time that you've been with CDU

8    74, are you one of the main units that gets called out for

9    large rallies, marches and First Amendment assemblies?

10   A.  Yes.

11   Q.  How many would you estimate large rallies, marches and

12   First Amendment assemblies that you've manned as a member of

13   CDU 74 in your time with MPD?

14   A.  I think probably a few dozen.

15   Q.  Have you ever experienced any of those marches, rallies

16   or First Amendment assemblies devolve into violence?

17   A.  Yes.

18   Q.  Has any of them been anything like what you experienced

19   this day on January 6th?

20   A.  No.

21             MS. PASCHALL:  Thank you.  I have no further

22   questions for you.

23             THE COURT:  Mr. Urso?

24             MR. URSO:  Thank you, your Honor.

25                      CROSS-EXAMINATION

```
1    BY MR. URSO:

2    Q.  Good afternoon, Officer Foulds.

3    A.  Good afternoon.

4    Q.  Give me a minute here.

5              MR. URSO:  May I have a moment, your Honor?

6              THE COURT:  You may.

7              MR. URSO:  (Confers with counsel.)

8              I'm going to use my version of one of the

9    Government's exhibits.  It's easier.

10             THE COURT:  Okay.

11   BY MR. URSO:

12   Q.  Just following up on that last point, this was an

13   unprecedented event for you.  Correct?

14   A.  Yes.

15   Q.  And so is it your testimony -- you testified earlier

16   about your use-of-force policy and your baton strikes.  Is

17   it your testimony that you think you would have been

18   unjustified in baton-striking people like, for instance,

19   Mr. McCaughey to move them back when they were that close to

20   the Capitol, to entering the Capitol?

21   A.  No.  That's not my testimony.

22   Q.  You said you could only hit baton strikes if you'd been

23   assaulted.

24   A.  If someone is being assaultive.

25   Q.  Oh.
```

1    A.  So if someone's trying to, like, forcibly push me back,

2    that's assaultive.

3    Q.  Assaultive.

4    A.  Assaultive is physically attacking someone.  It doesn't

5    have to be a specific -- it doesn't have to be a specific

6    punch.  It could be pushing someone to the ground.

7    Q.  Okay.  But you think that you would have been violating

8    policy if in that tunnel you were trying to move the line

9    back of people and you started whacking people in the front

10   with the baton?  You think you would have been violating

11   policy if they had not pushed you or been assaultive?

12   A.  If they had not pushed me but we -- we would not have

13   been pushed back if we were not pushed.

14   Q.  So let me just --

15   A.  So if they're trying to push their way past us, that

16   would be some way where we could asp-strike someone.

17   Q.  Okay.  If there was a stalemate at the moment and the

18   protesters were here, the police were here and nobody was

19   advancing but you wanted to move them out of the tunnel,

20   you're saying it would have been -- you would have violated

21   policy if you started using the baton at that point?

22   A.  If everyone was just standing peacefully, yes, possibly.

23   Q.  Okay.  I just want to be clear.  I believe you did

24   testify about that encounter you had with Mr. McCaughey.

25   That's what you testified about earlier.  Right?  This

1   gentleman here?

2   A.  I believe so.

3   Q.  The guy with the brown -- sort of reddish-brown

4   sweatshirt?

5   A.  Yes.

6   Q.  You said you were not injured as a result of that

7   encounter.  Correct?

8   A.  Correct.

9   Q.  By the way, there was some video later played after the

10  encounter you had with him of another person with a brown

11  sweatshirt.  That was not Mr. McCaughey.  Correct?

12  A.  I don't believe so.

13  Q.  Well, didn't you confuse Mr. McCaughey with another

14  gentleman when you were interviewed by the detectives,

15  Detective McCarthy?

16  A.  I didn't confuse the two.  The detectives at that time

17  were asking about things that I remember from that day.  So

18  I was talking about another interaction I had, because the

19  guy was very memorable.

20          I then immediately -- I think there was a little

21  confusion initially where the agent thought I was talking

22  about Mr. McCaughey and I wasn't.  And I went back and

23  cleared that up and said, like, "No.  I'm talking about a

24  different guy.  The guy with the shield is not the person I

25  was talking about."

1    Q.  And you were -- the confusion was because they both had

2    brown hoodies.  Right?

3    A.  No.  I simply just brought up the other guy because he

4    was relevant and I didn't -- the two look very different.

5    So I was not confusing the two.

6    Q.  And let me just ask you this:  After your brief

7    encounter that we witnessed earlier here in these exhibits

8    with Mr. McCaughey, you did not see Mr. McCaughey again ever

9    that day.  Correct?

10   A.  Not that I recall.

11   Q.  Now, I want to -- you were pretty liberal with the baton

12   during this encounter with Mr. McCaughey.  Would you agree

13   with that?

14   A.  No.

15   Q.  Okay.  Let me -- I'm going to take you through what's

16   been marked as Defendant's Exhibit A.  I'm going to hook it

17   up.  Let me back up just a little bit.  I'm going to play a

18   little bit and then I'm going to try to go frame by frame.

19   I'm trying to catch the beginning of your encounter with

20   Mr. McCaughey.

21        Right here at 1:38, you're not at the front of the

22   line yet.  Correct?

23   A.  Correct.

24   Q.  You can see you, because you had a green mask.  Right?

25   A.  Yep.

1    Q.  Let me just play it a little bit.

2              (Whereupon, segments of Defendant McCaughey's

3    Exhibit A were published in open court.)

4    BY MR. URSO:

5    Q.  There is an officer between you and Mr. McCaughey at

6    that point.  Correct?

7    A.  Yes.

8              (Whereupon, segments of Defendant McCaughey's

9    Exhibit A were published in open court.)

10   BY MR. URSO:

11   Q.  Now, at that point, you're still behind that other

12   officer and you have your baton cocked.  Is that correct?

13   You have it --

14   A.  So everyone was packed really tight.  So often, like, I

15   don't have space to have my hands out in front of me.  I

16   have to have them pressed up against me because everyone's

17   so close to each other.

18   Q.  So you wanted to be in be-ready position?

19   A.  No.  So I had someone in front of me forcing my hand all

20   the way.  So I'm holding something in my hand and my arm's

21   being forced against my body.

22   Q.  So you're saying that you holding this baton up in this

23   little snippet is involuntary?

24   A.  I'm saying that I'm just holding things in my hand and

25   that's how my --

1   Q.  Did you lift up the baton on purpose or was it in -- did

2   somebody force your arms in the air?  That's all I'm asking.

3   A.  I mean, I'm just holding it in the air.

4   Q.  Did you put it in the air yourself or did somebody force

5   you --

6   A.  I put it in the air myself.

7           MR. URSO:  I'm going to play a little bit more.

8           (Whereupon, segments of Defendant McCaughey's

9   Exhibit A were published in open court.)

10          MR. URSO:  I'm going to stop at 1:48.

11  BY MR. URSO:

12  Q.  Would you agree this is the first time you're face to

13  face with Mr. McCaughey?

14  A.  Sure.

15  Q.  I'm going to actually try to go frame by frame.  I don't

16  have that.  I'm just going to click it, unclick it.  I don't

17  have that feature.

18          You have the baton in your right hand holding it

19  in the air.  Correct?

20  A.  Yes.

21  Q.  I'll go ahead.

22          (Whereupon, segments of Defendant McCaughey's

23  Exhibit A were published in open court.)

24  BY MR. URSO:

25  Q.  Now your left hand is in the door?

1    A.  Yes.

2    Q.  Where the glass used to be?

3    A.  Yes.

4    Q.  Mr. McCaughey is sort of in the doorway and sort of in

5    your way from closing the door?

6    A.  Yes.

7              (Whereupon, segments of Defendant McCaughey's

8    Exhibit A were published in open court.)

9    BY MR. URSO:

10   Q.  We didn't see -- we missed something from the flag there

11   for a split second, but it looks like you guys are face to

12   face again.  It doesn't look like there's been much

13   movement.  Correct?

14   A.  I believe in the body-worn camera that's when he shoves

15   me.

16   Q.  I'm going to do the body-worn camera, too.  I'm trying

17   to do both angles.

18   A.  Correct.

19   Q.  You think you got shoved while that flag was in the way?

20   A.  I distinctly remember I go to grab the door to pull it

21   closed and then he shoves me.

22   Q.  Okay.  Let me do it again.

23              (Whereupon, segments of Defendant McCaughey's

24   Exhibit A were published in open court.)

25

```
1      BY MR. URSO:

2      Q.  Now, he's not making contact with you there, is he?

3      A.  I believe this is just after the shove.

4                  (Whereupon, segments of Defendant McCaughey's

5      Exhibit A were published in open court.)

6      BY MR. URSO:

7      Q.  You just swung the baton at him.  Right?

8      A.  Correct.

9                  (Whereupon, segments of Defendant McCaughey's

10     Exhibit A were published in open court.)

11     BY MR. URSO:

12     Q.  Now, he was in your way from closing the door.  Right?

13     Right before you --

14     A.  No.  I --

15     Q.  Right before you whacked him?

16     A.  No.  I went to close the door and he shoved me and so I

17     whacked him.  Sorry.  I delivered a strike with the baton.

18     Sorry.

19                  THE COURT:  "Whack" isn't the official term?

20                  THE WITNESS:  Not the technical term.

21     BY MR. URSO:

22     Q.  But he's still alive.  I don't mean it that way.  I'm

23     going to go ahead.

24                  (Whereupon, segments of Defendant McCaughey's

25     Exhibit A were published in open court.)
```

```
1     BY MR. URSO:

2     Q.  At that point, it looks like you reached for his shield

3     to try to pull it and strike.  Correct?

4     A.  Can you go back a second or two?

5               (Whereupon, segments of Defendant McCaughey's

6     Exhibit A were published in open court.)

7     BY MR. URSO:

8     Q.  Is that back enough?

9     A.  I can't tell from here whether I'm going for the shield

10    or whether I'm going for the door again.

11    Q.  You did at least once or twice try to pull his shield

12    aside and hit him with the baton.  Right?  You don't recall?

13    A.  I mean, I might have tried to disarm him of the shield

14    that he had been hitting me with.

15              (Whereupon, segments of Defendant McCaughey's

16    Exhibit A were published in open court.)

17    BY MR. URSO:

18    Q.  Right there, what are you reaching for?  Is this the

19    door or the shield?

20    A.  I can't tell from this angle.

21              (Whereupon, segments of Defendant McCaughey's

22    Exhibit A were published in open court.)

23    BY MR. URSO:

24    Q.  Now, Mr. McCaughey is raising the shield or you pushed

25    it up.  One or the other.  Right?  Your hand reached out to
```

1    the shield?

2    A.  It looks like.

3    Q.  But the shield's not touching your torso.  Right?

4    You're touching the shield?

5    A.  Okay.

6    Q.  Would you agree with that?

7    A.  Yes.

8               (Whereupon, segments of Defendant McCaughey's

9    Exhibit A were published in open court.)

10   BY MR. URSO:

11   Q.  Now his shield came down, but it didn't strike you.

12   Correct?

13   A.  Yes.  But it looks like he swung it towards me.

14   Q.  Well, he didn't hit you.  Correct?  As the shield came

15   down, it didn't strike you?

16   A.  Yes.  But it looks like he swung it towards me.

17   Q.  That's a simple "yes" or "no."

18   A.  I -- I can't necessarily tell from this angle whether it

19   struck me or not.

20   Q.  Don't you think you would have flinched a little if you

21   got struck with it?

22   A.  I mean, I had been struck --

23               MS. PASCHALL:  Objection.

24               THE COURT:  Sustained.  Let's keep going.

25               MR. URSO:  I'm going to keep going forward.

1        (Whereupon, segments of Defendant McCaughey's

2    Exhibit A were published in open court.)

3    BY MR. URSO:

4    Q.  So right there, did you grab the shield and move it out

5    of the way and strike Mr. McCaughey?  Or about to strike

6    him?

7    A.  Yes.  It looks like I got struck with the shield or he

8    attempted to strike me with the shield and then I struck him

9    in response.

10        (Whereupon, segments of Defendant McCaughey's

11    Exhibit A were published in open court.)

12    BY MR. URSO:

13    Q.  And now he puts the shield up again to protect himself.

14    Right?

15    A.  So I'm putting my hand in the way so that he's not able

16    to strike me with the shield.

17    Q.  And in the screenshot which we just showed, did he not

18    just bring the shield back up to --

19    A.  He brung the shield back up.  I can't speak to his

20    intention.

21        (Whereupon, segments of Defendant McCaughey's

22    Exhibit A were published in open court.)

23    BY MR. URSO:

24    Q.  But you were able to speak to his intention when that

25    shield came down.  You said it looked like he was trying to

1    hit you.

2    A.  I mean, I can only say from my perspective.  If

3    something is swinging towards me, I believe it was trying to

4    swing towards me.

5    Q.  Okay.

6              (Whereupon, segments of Defendant McCaughey's

7    Exhibit A were published in open court.)

8    BY MR. URSO:

9    Q.  Now there's nothing happening.  It's sort of just both

10   standing there.  Right?  You were trying to close the door

11   again.  But other than that, nothing happened.  Right?

12   A.  Yes.

13             (Whereupon, segments of Defendant McCaughey's

14   Exhibit A were published in open court.)

15   BY MR. URSO:

16   Q.  And that's the end of your encounter from that

17   perspective.  Right?

18   A.  Yes.

19   Q.  Now I'm going to show your body-worn camera angle.

20   So --

21             THE COURT REPORTER:  Counsel, could I have the

22   exhibit number for the record?

23             MR. URSO:  This is Government's Exhibit 218.

24             Is it?  No.  Yeah.

25             MS. PASCHALL:  Yes.  It's Government's Exhibit

1    218.

2              (Whereupon, segments of Government's Exhibit

3    No. 218 were published in open court.)

4    BY MR. URSO:

5    Q.  By the way, do you recall -- did you hear Officer Hodges

6    when he screamed in this tunnel?

7    A.  I am not familiar with everyone's names.  Is Mr. Hodges

8    the guy that got stuck in the door?

9    Q.  Yeah.

10   A.  Yeah, I did.

11   Q.  And did you -- okay.  That's all.  And this was -- the

12   snippet we're watching now is shortly after that, caught

13   maybe a minute or two after that?

14   A.  I'm not entirely sure when.

15   Q.  Okay.

16             (Whereupon, segments of Government's Exhibit

17   No. 218 were published in open court.)

18   BY MR. URSO:

19   Q.  Now, you can just see in the background Mr. McCaughey

20   was standing there with his shield up, protecting himself.

21   Right?

22   A.  So you can also see that this is where I had my arm

23   raised and an officer's back is right up against me.

24   Q.  Can you just answer the question I asked?  Can you in

25   that snippet -- could you see Mr. McCaughey standing in the

```
1    background just holding the shield up at his chest?

2    A.  Yes.

3    Q.  You think that's the time that you had your arm raised

4    with the baton?

5    A.  I believe so.

6              (Whereupon, segments of Government's Exhibit

7    No. 218 were published in open court.)

8    BY MR. URSO:

9    Q.  That was -- yeah.  That was when you were still behind

10   the other officer.  Right?

11   A.  Yeah.  The other officer's in the way of me having my

12   hand down.

13             (Whereupon, segments of Government's Exhibit

14   No. 218 were published in open court.)

15   BY MR. URSO:

16   Q.  Now, here, it looks like Mr. McCaughey must have just

17   got struck with a baton from another officer.  Would you

18   agree with that?  I'll go back.

19   A.  I can't see from this angle.

20   Q.  Let me just play that again.

21             (Whereupon, segments of Government's Exhibit

22   No. 218 were published in open court.)

23   BY MR. URSO:

24   Q.  He had leaned back and he was -- you don't think so?

25   A.  So I have no idea.  From this perspective, it doesn't
```

1    show anything.

2    Q.  Now, was that your baton that struck Mr. McCaughey right

3    there?

4    A.  Sorry.  Could you go back a few?

5    Q.  Yeah.

6              (Whereupon, segments of Government's Exhibit

7    No. 218 were published in open court.)

8    BY MR. URSO:

9    Q.  Right there.  Did you see the baton?

10   A.  Yes.  He shoved me and I struck him back.

11   Q.  Where did he shove you from this angle before you struck

12   him with the baton?

13   A.  So --

14   Q.  I can go back.

15   A.  Going back, you can see that he leans forward with his

16   shield and strikes me, probably on my left side.

17   Q.  Let me just go back a little, another second or two.

18             (Whereupon, segments of Government's Exhibit

19   No. 218 were published in open court.)

20   BY MR. URSO:

21   Q.  I'm going to actually try to do frame by frame, if I

22   can.

23             (Whereupon, segments of Government's Exhibit

24   No. 301 were published in open court.)

25

Foulds - CROSS - By Mr. Urso

1      BY MR. URSO:

2      Q.   In that split second, you said he shoved you?

3      A.   Yes.   And that's me pushing the shield out of the way.

4      Q.   Let me just do that again.

5              (Whereupon, segments of Government's Exhibit

6      No. 218 were published in open court.)

7      BY MR. URSO:

8      Q.   He struck you in that millisecond?   He reached out and

9      pushed you?   That's what you're saying?

10     A.   Either -- so if he didn't strike me, he was moving to

11     strike.   The shield was moving towards me to strike me.

12     Q.   And -- yeah.   I'm not questioning your use of the baton

13     in any way.

14     A.   I'm just saying.

15     Q.   Yeah.   I'm going to go forward.

16             (Whereupon, segments of Government's Exhibit

17     No. 218 were published in open court.)

18     BY MR. URSO:

19     Q.   And that's when you put your hand on the door, I

20     believe, where the glass was broken?   I'll go back a little

21     bit.

22     A.   I'm sorry.

23             (Whereupon, segments of Government's Exhibit

24     No. 218 were published in open court.)

25

1     BY MR. URSO:

2     Q.  I'm trying to do frame by frame.  Is that your hand

3     there on the door?

4     A.  I think so.

5     Q.  Leather glove.

6              (Whereupon, segments of Government's Exhibit

7     No. 218 were published in open court.)

8     BY MR. URSO:

9     Q.  Now it looks like you struck Mr. McCaughey again because

10    he was sort of -- got in the way of the door being closed.

11    Right?  He put his foot there?

12    A.  You can also see the shield -- plastic shield accelerate

13    towards me as he shoves me off of the door.

14    Q.  Let me go back, because I don't see the shove.  Hold on.

15             (Whereupon, segments of Government's Exhibit

16    No. 218 were published in open court.)

17             THE WITNESS:  Right there.

18    BY MR. URSO:

19    Q.  Again, he shoved you in that millisecond right there?

20    A.  So you can see that my hand is all the way on the far

21    side of the door.  And then in that camera, you can see that

22    the shield has gone all the way past the far side of the

23    door to cover up the near side of the door.  So in that --

24    whatever length of time -- I think it's a little more than a

25    millisecond -- he has crossed that 3-foot distance towards

```
 1    me --
 2    Q.  And you wanted --
 3    A.  -- and pushed me off of the door that I was touching.
 4    Q.  Is it possible that you were just annoyed that he was in
 5    the way of you shutting the door and you wanted to get him
 6    out of the way?
 7    A.  No.
 8              MS. PASCHALL:  Objection.
 9              THE COURT:  Overruled.
10    BY MR. URSO:
11    Q.  No?  That's not possible?
12    A.  No.
13    Q.  What are we just seeing there?
14    A.  We're seeing him recoil from being struck after he
15    shoved me.
16    Q.  Is this another shove or is this the same shove?
17    A.  No.  This is the same shove after I had my hand on the
18    door.
19    Q.  Let me just play that couple of seconds straight
20    through.
21              (Whereupon, segments of Government's Exhibit
22    No. 218 were published in open court.)
23              THE WITNESS:  I'm sorry.  That is the second one.
24    I think I put my hand on the door again and he shoved me
25    again.
```

1    BY MR. URSO:

2    Q.  Is that depicted in the video, him shoving you?  Let me

3    do it again.

4              (Whereupon, segments of Government's Exhibit

5    No. 218 were published in open court.)

6              MR. URSO:  I'm at 40 seconds now.

7              (Whereupon, segments of Government's Exhibit

8    No. 218 were published in open court.)

9              THE WITNESS:  Yes.  That's me reaching for the

10   door.

11   BY MR. URSO:

12   Q.  Right.  That's at 42.

13             (Whereupon, segments of Government's Exhibit

14   No. 218 were published in open court.)

15   BY MR. URSO:

16   Q.  That's him still standing with the shield up against his

17   chest.  Right?

18   A.  I think -- with the frame-by-frame, it's hard.

19   Q.  Yeah.  It's less than a second.  I'm still on 42 and I

20   did four clicks.  But in that frame that you're looking at

21   now, he's still got the shield pulled up --

22   A.  It's hard to tell motion in the frame-by-frame.  But

23   okay.

24             (Whereupon, segments of Government's Exhibit

25   No. 218 were published in open court.)

1    BY MR. URSO:

2    Q.  Actually, I think that was already the end of your

3    encounter with him.  Right?  Because I think he backs up and

4    gets sprayed.

5    A.  I think so.  Yes.

6    Q.  Lets just watch that for a second.  You've seen this

7    video a few times?

8    A.  Yeah.

9    Q.  And you noticed he got sprayed with something and then

10   he backed out of the tunnel?

11   A.  I didn't notice that he got sprayed, but I did notice

12   him back out of the tunnel.  Yeah.

13   Q.  Let me go back again.  Just watch as he's looking over

14   to the left of the side of the screen, to your left.

15              (Whereupon, segments of Government's Exhibit

16   No. 218 were published in open court.)

17              MR. URSO:  It already happened.

18              (Whereupon, segments of Government's Exhibit

19   No. 218 were published in open court.)

20   BY MR. URSO:

21   Q.  Right here.  Coming up here.  Did you see him duck his

22   face?

23   A.  Yeah.

24   Q.  Then he just runs out.  Okay.

25              I just -- I really am having a hard time seeing

```
1    him make contact with you.  I just want to try one more time
2    to see if we can see it.
3    A.  So I don't like being hit by things, so I have my hand
4    in the way because I expected he's going to shove me as he's
5    been doing.  So some of them don't make contact with my
6    torso because, as he brings the shield in, I'm putting my
7    hand in the way to deflect it.
8    Q.  Let me just go back to the other exhibit briefly.  This
9    is Defendant's Exhibit A.
10              (Whereupon, segments of Defendant McCaughey's
11   Exhibit A were published in open court.)
12              MR. URSO:  I'll jump ahead to 1:26.
13              (Whereupon, segments of Defendant McCaughey's
14   Exhibit A were published in open court.)
15   BY MR. URSO:
16   Q.  At this point, Mr. McCaughey is basically either in the
17   doorway or sort of just being pushed outside the door.
18   Would you agree with that?
19   A.  I believe.  If we'll go back two seconds, you can just
20   see him shove someone.
21              (Whereupon, segments of Defendant McCaughey's
22   Exhibit A were published in open court.)
23   BY MR. URSO:
24   Q.  Who did he shove?
25   A.  I couldn't tell.  I think that might be me, but there's
```

1    the doorjamb in the way.

2    Q.  No.  You're still two deep here.  Do you see your mask

3    back there?

4    A.  Okay.  Yeah.

5    Q.  So he didn't shove you there.  Right?

6    A.  Yes.

7    Q.  Yes, he didn't shove you?

8    A.  At that very moment, yes.

9    Q.  That's what I mean.

10                  (Whereupon, segments of Defendant McCaughey's

11   Exhibit A were published in open court.)

12   BY MR. URSO:

13   Q.  And now is when that officer is sort of clearing out to

14   the right and then you're going to be facing McCaughey.

15   Right?

16   A.  Yes.

17                  MR. URSO:  We're at 1:38 of Exhibit A.

18                  (Whereupon, segments of Defendant McCaughey's

19   Exhibit A were published in open court.)

20   BY MR. URSO:

21   Q.  There I kind of saw Mr. McCaughey's hair come back.  Do

22   you see that?  It looked like maybe he got hit with

23   something here.  Let me just go back.  That's his hair, I

24   believe, on the left side of the screen.  I'll go back one

25   more.

1          (Whereupon, segments of Defendant McCaughey's

2     Exhibit A were published in open court.)

3     BY MR. URSO:

4     Q.  Do you see the head come back?

5     A.  No.

6          (Whereupon, segments of Defendant McCaughey's

7     Exhibit A were published in open court.)

8     BY MR. URSO:

9     Q.  He's got long, flowing hair.  Right?

10    A.  Okay.

11         (Whereupon, segments of Defendant McCaughey's

12    Exhibit A were published in open court.)

13    BY MR. URSO:

14    Q.  Do you see his head come back?

15    A.  Yeah.

16    Q.  He must have been dodging something, right, at that

17    point?

18    A.  I mean, everyone's moving around a lot.

19    Q.  That's at 1:45.

20         (Whereupon, segments of Defendant McCaughey's

21    Exhibit A were published in open court.)

22    BY MR. URSO:

23    Q.  This is where you're trying to close the door and he

24    starts stepping into the doorway again.  Right?

25    A.  Yes.

```
1              (Whereupon, segments of Defendant McCaughey's
2     Exhibit A were published in open court.)
3     BY MR. URSO:
4     Q.  We did miss, like, two milliseconds behind the flag
5     there.
6              Now it looks like -- it kind of looked like you
7     stepped a little forward, doesn't it?
8     A.  I think I was standing about where I was.
9     Q.  That's right.  Okay.  Because you reached for the door.
10    Yeah.  That's about right.  You let go of the door and
11    stayed there.  Okay.
12             (Whereupon, segments of Defendant McCaughey's
13    Exhibit A were published in open court.)
14    BY MR. URSO:
15    Q.  Did you just hit Mr. McCaughey with a baton strike in
16    that snippet?
17    A.  I did not hit him with a down-strike.  I hit him with a
18    diagonal strike.
19    Q.  Cross-strike, whatever?
20    A.  Yeah.
21    Q.  Did you see anywhere where he pushed you in those
22    snippets?
23    A.  Yes.
24    Q.  Where did you see that?
25    A.  Right before I struck.  He shoves me with the shield.  I
```

1    pushed the shield away; I struck him.

2    Q.  Let me just go back so you can show me where that was.

3    A.  Okay.

4              (Whereupon, segments of Government's Exhibit

5    No. 218 were published in open court.)

6              THE WITNESS:  Yes.  So the shield's moving towards

7    me.

8    BY MR. URSO:

9    Q.  Right there it is.

10   A.  I mean, it's not a good angle.

11   Q.  I didn't even see the shield again.  Isn't it up against

12   his chest, down to the right?

13   A.  I can't tell from this angle.

14   Q.  I think you would see the opaque that the camera was

15   looking through in --

16             THE COURT:  Mr. Urso, I think you're just kind of

17   stuck with his testimony.  He's been very consistent on

18   this.

19             MR. URSO:  The horse is dead, Judge?

20             THE COURT:  Yes.  Speaking of beatings and

21   whackings.

22             MR. URSO:  If I could just have a moment, your

23   Honor.

24             THE COURT:  Yes, sir.

25             MR. URSO:  (Confers with Defendant McCaughey

```
 1    privately.)

 2    BY MR. URSO:

 3    Q.  Did you see anywhere in these videos where Mr. McCaughey

 4    struck you with a deadly weapon?

 5            MS. PASCHALL:  Objection.  Calls for a legal

 6    conclusion.

 7            THE COURT:  Sustained.

 8            MR. URSO:  Nothing further.

 9            Thank you, Officer.

10            THE COURT:  Ms. Cobb?

11            MS. COBB:  I have no questions for this witness.

12            THE COURT:  Mr. Shipley?

13            MR. SHIPLEY:  Just one question.

14                          CROSS-EXAMINATION

15    BY MR. SHIPLEY:

16    Q.  Officer Foulds, I heard you testify that you considered

17    somebody pushing against you with a shield to be an assault

18    of you.  Is that right?

19    A.  Yes.

20    Q.  Your answer was yes?

21    A.  Yes.

22    Q.  Do you know Sergeant Jason Mastony?

23    A.  Not personally, no.

24    Q.  You know he's a sergeant with CDU 42.  Right?

25    A.  I -- this is news to me.  But I believe you.
```

1    Q.  Well, if Sergeant Mastony testified in this courtroom

2    two days ago that it's not an assault if they are just

3    pushing against me with their body weight to move my line,

4    would you disagree with that?

5              MS. PASCHALL:  Objection.  He's testifying.

6              THE COURT:  I don't think he's testifying,

7    actually.

8              Overruled.

9    BY MR. SHIPLEY:

10   Q.  If that was Sergeant Mastony's testimony, that he said

11   it's not an assault if they're just pushing against me to

12   move my line, would you disagree with that?

13   A.  So if he's a CDU sergeant, he would have a better

14   understanding.  I am basing this off of what I understand to

15   be an assault if I was in the street in my district.  And if

16   someone attempts to shove me around in the street of my

17   district, I would consider that an assault.

18   Q.  Fair enough.

19              THE COURT:  Any redirect?

20              MS. PASCHALL:  None.  Thank you.

21              THE COURT:  Officer Foulds, thank you for your

22   testimony here today.  You're free to go.

23              THE WITNESS:  Thank you.

24              THE COURT:  You may step down.

25              (Witness excused.)

Foulds - CROSS - By Mr. Shipley

1                                 **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                   Dated this 22nd day of September, 2022.

11

12                   /s/ Lisa Edwards, RDR, CRR
                     Official Court Reporter
13                   United States District Court for the
                       District of Columbia
14                   333 Constitution Avenue, Northwest
                     Washington, D.C. 20001
15                   (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**$**

**$10,000** [1] - 64:13

**/**

**/s** [1] - 163:12

**0**

**06901** [1] - 1:21

**1**

**10** [1] - 7:1
**101** [2] - 130:10, 130:12
**101.6** [18] - 3:12, 130:11, 130:14, 130:16, 130:18, 130:19, 130:20, 130:23, 130:25, 131:15, 131:18, 132:7, 132:23, 133:13, 134:2, 134:13, 134:17, 135:1
**104** [1] - 3:5
**108** [1] - 3:7
**11** [1] - 54:8
**113** [1] - 3:11
**12** [2] - 7:1, 92:1
**122** [1] - 3:11
**124** [1] - 3:12
**12:30** [1] - 12:15
**12:50** [1] - 15:20
**12:54** [1] - 15:20
**130** [1] - 3:12
**135** [1] - 3:7
**14:16:19** [1] - 132:10
**14:16:59** [3] - 133:2, 133:4, 133:8
**14:17:59** [2] - 133:16, 133:25
**14:19:06** [1] - 134:5
**14:30:43** [1] - 118:18
**15** [1] - 54:3
**15:13:29** [1] - 115:15, 115:16
**15:13:30** [2] - 112:22, 113:10
**15:13:32** [1] - 114:15
**15:13:34** [1] - 113:15
**15:13:38** [2] - 115:16, 115:19
**15:13:40** [2] - 116:11, 117:13
**15:13:42** [2] - 117:19,

118:3
**15:13:43** [2] - 118:9, 118:13
**15:13:46** [1] - 118:24
**15:13:58** [1] - 119:3
**15:14:02** [1] - 114:18
**15:14:05** [2] - 119:7, 119:11
**16** [5] - 7:11, 10:4, 30:4, 57:8, 82:19
**161** [1] - 3:7
**16:08** [1] - 123:24
**16:09:11** [1] - 124:4
**16:14** [1] - 128:13
**16:14:00** [2] - 124:11, 125:13
**16:14:07** [1] - 124:16
**16:14:20** [2] - 125:16, 125:22
**16:16:15** [2] - 126:1, 126:9
**16:16:33** [2] - 126:12, 126:17
**16:17:01** [2] - 126:22, 127:2
**16:17:39** [2] - 127:6, 127:13
**16:18:09** [2] - 127:16, 128:7
**16:19:04** [2] - 128:12, 128:25
**16:19:37** [1] - 129:3
**16:20:43** [1] - 129:18
**16:21:02** [1] - 129:23
**16:45** [1] - 38:25
**16:46** [1] - 38:17
**17** [2] - 5:16, 98:22
**17:11** [1] - 74:20
**17:38** [1] - 46:1
**17:42** [1] - 75:15
**18** [5] - 2:5, 46:7, 82:19, 104:25, 105:1
**18:01** [1] - 46:21
**18:06** [1] - 47:6
**18:08** [1] - 47:12
**18:22** [2] - 105:6, 105:22
**18:30** [2] - 105:7, 105:22
**18:33** [2] - 49:17, 49:19
**18:36** [1] - 48:11
**18:44** [1] - 49:19
**18:50** [1] - 48:22
**1:00** [3] - 12:16, 15:17, 15:20
**1:26** [1] - 156:12
**1:38** [2] - 139:21, 157:17

**1:40** [1] - 90:17
**1:45** [2] - 158:19
**1:48** [1] - 141:10

**2**

**2** [1] - 37:22
**20** [6] - 16:22, 51:7, 51:12, 51:24, 95:1, 119:24
**200** [2] - 1:25, 7:17
**20001** [2] - 2:10, 163:14
**2003** [1] - 54:21
**2005** [1] - 58:18
**2017** [1] - 99:20
**2018** [1] - 91:23
**202** [2] - 2:11, 163:15
**2020** [2] - 6:18, 26:21
**2021** [11] - 5:19, 6:10, 8:9, 56:12, 84:5, 109:13, 109:17, 111:8, 112:1, 113:2, 124:20
**2022** [2] - 1:6, 163:10
**20530** [1] - 1:18
**21-00040** [1] - 1:3
**218** [43] - 3:11, 112:10, 112:12, 112:13, 112:16, 112:21, 113:5, 113:6, 113:7, 113:12, 113:24, 114:3, 114:17, 115:18, 116:13, 117:21, 118:6, 118:11, 118:21, 119:5, 119:9, 147:23, 148:1, 148:3, 148:17, 149:7, 149:14, 149:22, 150:7, 150:19, 151:6, 151:17, 151:24, 152:7, 152:16, 153:22, 154:5, 154:8, 154:14, 154:25, 155:16, 155:19, 160:5
**22** [2] - 104:25, 119:25
**220** [19] - 3:12, 123:12, 123:14, 123:20, 124:3, 124:13, 124:23, 124:24, 124:25, 125:13, 125:15, 125:24, 126:11, 126:19, 127:4, 127:15, 128:9, 129:2, 129:20
**22:20** [2] - 120:13,

120:18
**22:33** [2] - 120:16, 120:19
**22:43** [1] - 121:3
**22nd** [1] - 163:10
**232.10** [3] - 22:4, 22:14, 22:24
**232.18** [2] - 35:7, 35:12
**232.22** [2] - 18:8, 97:2
**25** [1] - 16:22
**2:17** [1] - 122:17
**2:38** [1] - 122:18

**3**

**3** [4] - 1:11, 1:21, 1:24, 37:22
**3-foot** [1] - 152:25
**30** [6] - 6:25, 64:8, 64:9, 64:10, 64:15, 73:24, 105:1, 119:17
**301** [34] - 38:18, 38:20, 39:4, 49:17, 49:21, 52:3, 74:4, 74:19, 74:22, 75:20, 76:8, 77:2, 77:16, 78:6, 79:8, 79:19, 80:9, 82:18, 85:25, 86:21, 87:6, 88:15, 88:18, 104:23, 105:9, 105:24, 119:21, 119:23, 120:2, 120:13, 120:15, 121:2, 123:1, 150:24
**301.1** [2] - 37:22, 38:3
**301.10** [2] - 46:2, 46:4
**301.11** [2] - 45:12, 46:21
**301.12** [3] - 46:24, 47:1, 47:6
**301.13** [2] - 47:12, 47:14
**301.14** [2] - 48:10, 48:13
**301.15** [2] - 48:21, 48:24
**301.6** [2] - 39:21, 39:22
**301.7** [1] - 41:11
**301.8** [1] - 45:7
**301.9** [3] - 45:8, 45:14, 45:19
**31** [1] - 1:6
**32502** [1] - 1:25
**333** [2] - 2:9, 163:14

120:18
**22:33** [2] - 120:16, 120:19
**22:43** [1] - 121:3
**22nd** [1] - 163:10
**232.10** [3] - 22:4, 22:14, 22:24
**232.18** [2] - 35:7, 35:12
**232.22** [2] - 18:8, 97:2
**25** [1] - 16:22
**2:17** [1] - 122:17
**2:38** [1] - 122:18

**354-3269** [2] - 2:11, 163:15
**3:11** [1] - 68:9
**3:15** [1] - 68:9

**4**

**4** [4] - 3:5, 37:22, 92:7, 92:10
**4-foot** [1] - 93:8
**40** [5] - 6:25, 59:19, 59:22, 72:23, 154:6
**414** [4] - 51:5, 51:10, 51:19, 52:5
**415** [6] - 3:11, 122:4, 122:6, 122:14, 122:16, 122:20
**42** [3] - 154:12, 154:19, 161:24
**45** [1] - 51:7
**45373** [1] - 2:6
**4:15** [2] - 130:11, 131:9
**4:15:01** [2] - 131:15, 131:16
**4:15:40** [2] - 131:21, 132:2
**4:20:27** [2] - 134:9, 134:10
**4:20:28** [1] - 134:21
**4:20:32** [1] - 135:2
**4:30** [1] - 52:12

**5**

**5** [1] - 37:22
**555** [1] - 1:17
**56** [1] - 3:5
**5:00** [2] - 29:24, 52:12

**6**

**6** [2] - 92:7, 92:10
**6-foot** [1] - 92:4
**6706** [1] - 2:10
**6:00** [1] - 29:25
**6:10** [1] - 8:12
**6:35** [2] - 8:13, 11:2
**6th** [39] - 5:19, 8:9, 56:12, 56:18, 57:3, 58:9, 58:14, 58:15, 58:23, 60:20, 61:2, 61:18, 61:22, 62:1, 62:13, 63:2, 66:8, 70:12, 70:18, 71:3, 72:13, 72:19, 73:5, 73:12, 73:15, 94:25,

99:17, 106:21,
107:10, 107:15,
109:13, 109:17,
111:8, 112:1, 113:2,
123:8, 124:20, 135:19

**7**

**705** [1] - 109:7
**74** [6] - 109:12,
109:14, 109:23,
130:11, 135:8, 135:13
**745** [1] - 2:3

**8**

**8-foot** [1] - 92:4
**801** [4] - 14:10,
42:12, 92:6
**810** [1] - 1:20
**8:00** [1] - 11:5

**9**

**91** [1] - 3:6
**96734** [1] - 2:3
**9:34** [1] - 1:7

**A**

**a.m** [1] - 1:7
**ability** [4] - 49:8,
49:11, 106:16, 163:7
**able** [25] - 18:19,
20:6, 39:7, 39:17,
43:8, 43:9, 44:17,
54:10, 54:14, 54:21,
55:11, 57:18, 74:12,
117:25, 120:6,
124:16, 125:18,
126:3, 126:14, 127:8,
129:24, 134:5, 135:4,
146:15, 146:24
**abrasions** [1] - 123:9
**academy** [1] - 91:16
**accelerate** [1] -
152:12
**accomplish** [1] -
127:22
**according** [1] - 89:23
**account** [1] - 60:4
**accountability** [1] -
71:23
**accountable** [6] -
58:13, 59:8, 59:12,
61:10, 71:20, 72:1
**accurate** [11] - 64:19,

113:1, 115:21, 116:7,
122:25, 124:19,
128:14, 130:3, 132:2,
133:6, 163:4
**accurately** [1] -
115:8
**achieve** [1] - 34:24
**Action** [1] - 1:3
**actions** [1] - 46:9
**activate** [1] - 111:11
**activated** [1] -
111:22
**active** [3] - 9:10,
61:18, 61:22
**actors** [1] - 128:3
**addition** [1] - 106:6
**address** [3] - 11:16,
44:18, 45:22
**adjust** [2] - 4:15,
108:15
**admission** [2] -
113:5, 124:23
**admitted** [7] - 18:9,
35:7, 51:6, 74:4,
130:9, 130:11, 130:12
**admitting** [1] -
130:14
**adrenaline** [1] - 22:1
**advancing** [1] -
137:19
**advantage** [2] -
30:22, 60:1
**AED** [1] - 53:5
**afternoon** [6] -
18:21, 91:13, 91:14,
108:18, 136:2, 136:3
**agencies** [2] - 14:22,
15:2
**agent** [4] - 53:13,
53:16, 53:18, 138:21
**agents** [2] - 53:3,
84:6
**aggravated** [1] - 54:3
**ago** [11] - 5:16,
17:22, 42:2, 42:4,
45:20, 52:1, 62:5,
69:6, 83:1, 87:4,
162:2
**agree** [15] - 70:16,
74:9, 74:15, 75:3,
75:9, 77:22, 83:14,
86:13, 96:11, 97:16,
139:12, 141:12,
145:6, 149:18, 156:18
**agreeing** [1] - 69:8
**agreement** [1] - 64:3
**ahead** [9] - 80:7,
118:19, 119:24,
122:17, 124:10,
129:18, 141:21,

143:23, 156:12
**aid** [2] - 52:23,
107:11
**aiming** [2] - 46:14,
46:17
**Air** [1] - 53:17
**air** [7] - 42:18, 135:5,
141:2, 141:3, 141:4,
141:6, 141:19
**AKERS** [1] - 1:15
**alarm** [1] - 34:13
**alive** [2] - 68:12,
143:22
**alleviate** [1] - 9:15
**alleviated** [1] - 9:16
**allow** [1] - 121:25
**allowed** [3] - 69:24,
73:5, 101:12
**alluded** [1] - 63:22
**almost** [7] - 25:4,
33:13, 36:24, 54:3,
62:3, 72:22, 76:20
**altercation** [1] -
111:16
**altogether** [2] -
40:20, 43:2
**Amendment** [7] -
7:9, 7:13, 9:21,
100:15, 135:9,
135:12, 135:16
**AMERICA** [1] - 1:3
**American** [2] - 58:25,
63:6
**amount** [5] - 9:8,
14:23, 64:4, 64:7,
128:5
**AND** [1] - 1:10
**angle** [10] - 78:18,
81:9, 116:4, 144:20,
145:18, 147:19,
149:19, 150:11,
160:10, 160:13
**angles** [1] - 142:17
**angry** [1] - 50:8
**annotate** [1] - 131:23
**annoyed** [1] - 153:4
**answer** [8] - 58:22,
63:15, 65:10, 70:3,
73:20, 93:15, 148:24,
161:20
**answered** [3] -
11:16, 71:12, 71:13
**answers** [1] - 72:10
**anticipating** [1] -
62:4
**Antonio** [3] - 3:5,
4:24, 5:2
**ANTONIO** [1] - 4:12
**apologize** [8] -
19:19, 45:12, 51:16,

61:15, 63:19, 69:3,
92:12, 94:7
**appear** [3] - 113:19,
124:6, 132:14
**appearances** [5] -
1:13, 58:10, 58:23,
59:22, 62:11
**APPEARANCES** [1] -
2:1
**applied** [2] - 96:19,
106:12
**applies** [1] - 36:25
**apply** [1] - 46:11
**applying** [3] - 45:25,
49:5, 78:24
**approach** [1] - 14:6
**approval** [2] - 59:3,
59:21
**Aquilino** [3] - 3:5,
4:7, 4:24
**AQUILINO** [3] - 1:10,
4:12, 5:2
**archway** [4] - 125:4,
125:9, 132:16, 132:17
**area** [25] - 16:2,
18:12, 19:9, 19:13,
20:5, 24:1, 25:9, 30:4,
33:5, 37:6, 45:25,
46:13, 46:18, 46:20,
53:1, 67:9, 102:2,
106:11, 110:16,
110:18, 110:24,
120:8, 123:16, 131:5
**areas** [9] - 36:25,
37:1, 37:3, 37:7,
37:10, 37:12, 62:25,
67:20
**arm** [10] - 13:14,
49:1, 78:19, 83:3,
83:5, 95:19, 121:18,
121:25, 148:22, 149:3
**arm's** [1] - 140:20
**armed** [1] - 27:2
**armor** [2] - 16:15,
110:4
**arms** [2] - 74:12,
141:2
**Army** [6] - 5:23, 5:24,
5:25, 6:2, 6:6, 58:16
**arrest** [8] - 54:25,
57:8, 57:10, 72:23,
73:24, 98:17, 98:23,
103:5
**arrested** [6] - 98:19,
99:2, 99:5, 99:14,
99:20, 100:7
**arrests** [4] - 57:2,
58:4, 98:20, 99:12
**arrival** [1] - 31:5
**arrived** [2] - 8:12,

20:6
**articles** [1] - 62:11
**ASHLEY** [1] - 1:15
**aside** [2] - 100:19,
144:12
**asp** [5] - 117:7,
121:16, 121:19,
122:1, 137:16
**asp-strike** [1] -
137:16
**assault** [5] - 161:17,
162:2, 162:11,
162:15, 162:17
**assaulted** [4] -
21:23, 69:22, 72:8,
136:23
**assaulting** [1] - 23:8
**assaultive** [8] -
121:17, 121:21,
122:1, 136:24, 137:2,
137:3, 137:4, 137:11
**assemblies** [5] - 7:9,
7:13, 135:9, 135:12,
135:16
**assigned** [1] - 6:13
**assignment** [2] -
6:11, 109:5
**assist** [2] - 44:23,
55:1
**assistance** [6] -
15:18, 15:21, 33:22,
52:15, 52:19, 102:17
**assisted** [1] - 102:12
**assisting** [1] - 102:4
**assumed** [1] - 31:17
**assuming** [1] - 76:23
**asthmatic** [1] - 45:2
**attached** [2] - 13:13,
13:15
**attack** [1] - 26:2
**attacked** [6] - 17:8,
17:23, 17:24, 26:1,
30:12, 31:7
**attacking** [8] - 19:11,
20:14, 23:10, 23:11,
68:15, 87:20, 107:13,
137:4
**attempted** [1] - 146:8
**attempts** [1] - 162:16
**attention** [5] - 9:11,
19:9, 22:2, 33:22,
92:6
**attest** [2] - 30:7,
104:5
**attorney** [1] - 71:1
**ATTORNEY'S** [1] -
1:16
**attribute** [1] - 85:12
**attributed** [1] - 84:24
**audio** [2] - 111:23,

124:9
**August** [1] - 1:6
**authority** [1] - 7:2
**available** [4] - 14:21,
14:23, 96:21, 100:1
**Avenue** [2] - 2:9,
163:14
**avenues** [1] - 28:25
**avoid** [2] - 37:2, 55:8
**avoiding** [1] - 47:10
**award** [1] - 73:7
**awards** [1] - 71:21
**aware** [3] - 10:20,
10:25, 15:14

# B

**backed** [1] - 155:10
**background** [2] -
148:19, 149:1
**backs** [1] - 155:3
**backwards** [2] -
10:25, 89:8
**bad** [2] - 22:1, 128:3
**ballistic** [3] - 13:19,
110:5, 110:8
**barrier** [1] - 35:3
**barriers** [2] - 19:10,
20:22
**base** [1] - 58:17
**based** [2] - 46:14,
46:16
**basing** [1] - 162:14
**bathroom** [1] - 33:9
**baton** [72] - 36:9,
36:10, 36:14, 36:24,
43:8, 44:5, 46:16,
47:18, 47:25, 48:5,
76:12, 76:17, 77:7,
77:9, 77:10, 77:21,
77:23, 78:10, 78:16,
78:20, 78:21, 79:12,
80:2, 80:6, 80:14,
80:20, 80:24, 81:4,
81:8, 81:12, 81:20,
81:22, 81:24, 82:8,
82:12, 115:2, 116:18,
117:2, 117:3, 117:6,
117:7, 117:10, 119:1,
120:22, 121:13,
121:14, 121:15,
121:16, 121:19,
122:1, 136:16,
136:18, 136:22,
137:10, 137:21,
139:11, 140:12,
140:22, 141:1,
141:18, 143:7,
143:17, 144:12,

149:4, 149:17, 150:2,
150:9, 150:12,
151:12, 159:15
**baton-striking** [1] -
136:18
**batons** [2] - 36:22,
117:9
**battalion** [1] - 109:11
**be-ready** [1] - 140:18
**bear** [1] - 34:14
**bearable** [1] - 50:12
**beat** [2] - 17:20, 21:9
**beating** [1] - 20:14
**beatings** [1] - 160:20
**became** [3] - 6:5,
21:11, 103:5
**become** [3] - 20:20,
61:22, 111:13
**Bedford** [1] - 1:20
**BEFORE** [1] - 1:11
**before-and-after** [1]
- 58:8
**began** [19] - 5:16,
12:21, 19:2, 25:13,
27:15, 27:25, 28:7,
32:1, 32:13, 33:20,
34:20, 41:4, 42:15,
48:16, 49:13, 52:10,
53:3, 102:16, 103:17
**begin** [1] - 54:20
**beginning** [6] -
23:12, 40:8, 57:20,
57:23, 102:25, 139:19
**behind** [29] - 25:4,
26:2, 27:25, 28:2,
29:5, 29:10, 29:14,
31:19, 31:21, 31:23,
32:24, 44:22, 49:14,
67:4, 68:4, 75:9,
77:10, 78:10, 80:18,
83:3, 83:7, 86:12,
96:19, 103:12,
103:13, 140:11,
149:9, 159:4
**bell** [1] - 51:21
**belligerent** [1] - 25:2
**belonged** [1] - 117:4
**bench** [1] - 4:2
**BENCH** [1] - 1:11
**berate** [1] - 59:13
**berated** [1] - 59:9
**best** [4] - 11:17,
18:25, 24:17, 163:7
**better** [4] - 13:25,
45:17, 81:17, 162:13
**between** [6] - 82:19,
114:14, 118:17,
121:9, 125:5, 140:5
**beyond** [2] - 68:18,
86:16

**bicycle** [1] - 109:23
**bicycles** [1] - 109:22
**big** [5] - 30:14,
30:21, 57:13, 97:12,
127:25
**bike** [11] - 6:14, 20:8,
20:24, 20:25, 54:13,
67:7, 91:20, 91:22,
109:24, 110:4
**bit** [22] - 5:12, 27:16,
44:21, 47:8, 52:1,
56:25, 57:5, 85:7,
85:15, 97:6, 112:18,
113:21, 118:23,
123:25, 126:14,
127:8, 130:6, 139:17,
139:18, 140:1, 141:7,
151:21
**black** [3] - 20:24,
67:6, 83:5
**bleeding** [7] - 22:3,
35:17, 35:21, 36:3,
41:13, 41:14, 54:2
**block** [2] - 28:12,
76:18
**blocked** [3] - 24:3,
74:16, 76:22
**blocking** [5] - 76:12,
76:16, 77:7, 107:10,
109:21
**blocks** [2] - 109:18,
110:2
**blood** [4] - 41:15,
45:9, 103:1, 103:2
**bloodbath** [2] - 27:4,
50:18
**blow** [2] - 76:12,
76:16
**blurry** [1] - 118:23
**body** [30] - 15:10,
15:12, 15:14, 37:10,
43:17, 49:5, 50:5,
94:21, 111:8, 111:18,
112:1, 112:4, 112:6,
112:24, 114:23,
115:12, 115:25,
116:4, 117:14,
117:25, 120:20,
124:1, 124:6, 124:14,
128:17, 140:21,
142:14, 142:16,
147:19, 162:3
**body-worn** [19] -
15:10, 15:12, 15:14,
111:8, 111:18, 112:1,
112:4, 112:6, 112:24,
114:23, 116:4,
120:20, 124:1, 124:6,
124:14, 128:17,
142:14, 142:16,

147:19
**Bond** [6] - 81:19,
82:6, 82:15, 83:23,
87:10, 104:18
**BOND** [62] - 1:15,
4:18, 8:8, 12:12, 14:6,
14:8, 16:20, 18:8,
18:10, 19:19, 19:24,
22:4, 22:7, 22:16,
22:21, 22:25, 23:1,
27:9, 35:14, 35:15,
36:20, 36:21, 37:21,
37:24, 38:16, 38:21,
38:22, 39:5, 39:20,
39:24, 41:11, 41:18,
45:6, 45:11, 45:18,
46:2, 46:5, 46:24,
47:12, 47:15, 48:10,
48:14, 48:21, 48:25,
49:16, 49:22, 51:5,
51:11, 51:20, 53:19,
55:13, 83:9, 104:1,
104:19, 104:21,
104:24, 105:2,
105:10, 105:11,
105:22, 106:1, 107:23
**book** [8] - 62:13,
62:15, 62:20, 63:17,
64:5, 65:12, 70:13,
107:2
**books** [1] - 64:24
**bottle** [1] - 103:14
**bottom** [5] - 12:4,
17:7, 36:13, 133:7,
133:20
**Box** [1] - 2:3
**brace** [2] - 88:23,
88:24
**bracing** [1] - 87:11
**breach** [4] - 12:19,
12:22, 34:23, 52:10
**breached** [9] - 31:1,
32:13, 35:25, 52:11,
69:9, 69:12, 69:19,
69:22, 73:17
**breaches** [4] - 29:23,
29:24, 67:20, 67:22
**break** [7] - 32:1,
34:22, 55:16, 55:18,
85:6, 90:17, 90:20
**breaking** [2] - 19:10,
20:21
**breath** [2] - 4:22,
33:21
**breathe** [4] - 40:8,
45:4, 95:18, 130:6
**breathe'** [1] - 40:25
**breathing** [2] - 95:6,
95:19
**brief** [2] - 35:8, 139:6

**briefly** [3] - 52:19,
53:24, 156:8
**bright** [1] - 67:6
**bring** [8] - 18:8,
38:18, 39:20, 45:6,
71:2, 101:8, 129:7,
146:18
**bringing** [3] - 20:8,
70:17, 70:21
**brings** [1] - 156:6
**broke** [5] - 19:14,
21:20, 24:5, 24:23,
127:19
**broken** [7] - 19:17,
21:2, 35:1, 38:9,
38:11, 130:3, 151:20
**broom** [1] - 35:1
**brought** [2] - 72:12,
139:3
**brown** [4] - 138:3,
138:10, 139:2
**bruises** [3] - 90:8,
90:11, 90:12
**brung** [1] - 146:19
**brutal** [1] - 34:12
**brutality** [1] - 26:19
**buffer** [2] - 111:21,
111:23
**building** [6] - 17:4,
69:24, 101:2, 110:19,
110:21, 111:6
**Building** [7] - 67:1,
99:6, 100:10, 100:12,
100:19, 100:21,
133:23
**buildings** [1] - 11:7
**burning** [4] - 41:17,
41:20, 42:19
**Bush** [1] - 30:9
**buttons** [1] - 31:22
**BY** [154] - 2:7, 4:18,
8:8, 12:12, 14:8,
16:20, 18:10, 19:24,
22:7, 22:16, 23:1,
27:9, 35:15, 36:21,
37:24, 38:22, 39:5,
39:24, 41:18, 45:18,
46:5, 47:15, 48:14,
48:25, 49:22, 51:11,
51:20, 53:19, 56:3,
60:11, 65:20, 68:21,
69:4, 70:7, 71:14,
74:8, 75:1, 75:17,
75:23, 76:10, 76:21,
77:4, 77:18, 78:8,
79:10, 79:23, 80:12,
83:16, 85:21, 86:2,
86:23, 87:8, 88:21,
89:4, 91:12, 93:21,
97:3, 104:7, 104:21,

105:2, 105:11, 106:1,
108:17, 112:14,
112:23, 113:14,
114:4, 114:19,
115:20, 116:14,
117:1, 117:22,
118:12, 118:22,
119:10, 120:3,
120:17, 121:4,
122:21, 123:15,
124:5, 124:15, 125:2,
125:17, 126:2,
126:13, 126:21,
127:7, 127:17,
128:11, 129:4,
129:22, 131:2,
131:20, 132:9, 133:1,
133:15, 134:4,
134:19, 135:3, 136:1,
136:11, 140:4,
140:10, 141:11,
141:24, 142:9, 143:1,
143:6, 143:11,
143:21, 144:1, 144:7,
144:17, 144:23,
145:10, 146:3,
146:12, 146:23,
147:8, 147:15, 148:4,
148:18, 149:8,
149:15, 149:23,
150:8, 150:20, 151:1,
151:7, 151:18, 152:1,
152:8, 152:18,
153:10, 154:1,
154:11, 154:15,
155:1, 155:20,
156:15, 156:23,
157:12, 157:20,
158:3, 158:8, 158:13,
158:22, 159:3,
159:14, 160:8, 161:2,
161:15, 162:9

**C**

**cam** [2] - 115:12,
117:25
**camera** [23] - 15:12,
97:12, 97:19, 111:9,
111:18, 111:21,
112:1, 112:4, 112:7,
112:24, 114:23,
116:5, 120:20, 124:1,
124:6, 128:17,
130:11, 131:4,
142:14, 142:16,
147:19, 152:21,
160:14
**cameras** [2] - 15:10,
15:14

**cannot** [4] - 11:16,
33:6, 36:4, 72:9
**cans** [1] - 35:2
**capability** [1] - 57:25
**capacity** [4] - 56:18,
95:8, 95:20, 109:14
**Capitol** [110] - 4:25,
5:6, 5:9, 5:15, 5:21,
6:2, 6:6, 6:19, 7:6,
7:7, 7:10, 7:20, 7:24,
8:12, 8:16, 8:21, 8:24,
9:19, 10:1, 10:5,
10:19, 11:7, 11:19,
11:25, 12:20, 12:22,
14:18, 15:10, 15:15,
15:22, 17:10, 18:2,
18:12, 20:18, 29:2,
29:3, 29:17, 29:23,
29:24, 30:12, 31:1,
32:9, 32:10, 32:12,
32:17, 32:25, 34:23,
35:25, 57:7, 57:10,
58:11, 59:4, 62:5,
64:24, 65:4, 66:1,
66:3, 66:16, 66:19,
66:25, 67:1, 67:4,
67:10, 67:11, 67:17,
67:18, 67:22, 67:24,
68:14, 69:9, 69:12,
69:13, 69:15, 69:19,
69:23, 69:25, 72:19,
73:3, 73:17, 82:14,
95:21, 97:17, 97:20,
99:3, 99:6, 99:12,
99:14, 100:10,
100:16, 100:19,
100:21, 101:7,
107:13, 109:18,
110:2, 110:13,
110:14, 110:16,
114:11, 114:12,
127:20, 128:1, 131:5,
133:23, 136:20
**car** [2] - 5:23, 110:5
**care** [2] - 29:25,
41:23
**career** [6] - 57:3,
57:16, 57:20, 57:24,
99:12, 108:2
**case** [15] - 4:4,
31:22, 33:25, 56:22,
60:21, 61:20, 63:11,
65:12, 69:2, 69:5,
69:8, 73:5, 73:15,
83:1, 110:5
**cases** [3] - 56:16,
72:13, 106:25
**catch** [1] - 139:19
**catching** [2] - 4:22,
33:20

**caught** [2] - 28:2,
148:12
**caused** [2] - 89:24,
90:5
**causing** [1] - 106:7
**CDU** [26] - 6:14,
6:19, 6:24, 11:6, 12:5,
12:13, 12:18, 13:2,
14:24, 32:10, 54:13,
66:25, 91:15, 91:22,
109:12, 109:14,
109:23, 121:12,
121:14, 121:16,
129:10, 135:7,
135:13, 161:24,
162:13
**CDU-style** [2] -
32:10, 66:25
**Center** [6] - 9:19,
15:23, 16:4, 16:12,
16:19, 107:17
**center** [5] - 39:25,
97:17, 118:25,
122:22, 131:10
**certain** [4] - 59:5,
62:20, 82:4, 111:13
**certainly** [2] - 59:13,
70:4
**CERTIFICATE** [1] -
163:1
**certification** [2] -
99:21, 100:3
**certify** [1] - 163:4
**chain** [1] - 8:20
**chambers** [1] - 101:9
**chance** [1] - 11:8
**CHANDLER** [1] - 1:6
**Chandler** [1] - 56:6
**change** [3] - 8:22,
49:7, 49:10
**chanting** [1] - 34:13
**chaos** [1] - 23:12
**chapter** [1] - 108:2
**charged** [2] - 69:10,
69:20
**charges** [5] - 71:5,
71:20, 72:7, 72:12,
73:9
**cheek** [1] - 103:1
**chemical** [1] - 42:17
**chemicals** [1] -
20:21
**chest** [20] - 13:8,
37:6, 37:14, 43:18,
50:6, 50:20, 50:21,
84:1, 115:7, 121:18,
128:18, 128:19,
128:22, 130:4, 149:1,
154:17, 160:12
**chief** [1] - 4:5

**chin** [3] - 12:3, 13:1,
13:7
**choke** [1] - 128:4
**circle** [5] - 23:13,
113:16, 114:6,
118:14, 131:10
**circled** [2] - 114:23,
118:15, 122:23
**circling** [1] - 132:10,
134:20
**circumstances** [2] -
30:15, 65:8
**citizen** [4] - 7:22, 8:4,
37:8, 37:11
**citizens** [3] - 9:24,
31:7, 68:15
**civil** [7] - 70:17,
70:21, 71:2, 71:15,
72:3, 109:8, 109:11
**civilian** [2] - 20:16,
55:8
**civilians** [1] - 10:17
**claiming** [1] - 40:6
**clarifications** [1] -
63:21
**clarify** [2] - 66:10,
71:15
**clarifying** [1] - 20:10
**classmates** [1] -
72:21
**claustrophobic** [1] -
34:12
**clear** [3] - 38:21,
97:8, 137:23
**cleared** [1] - 138:23
**clearing** [1] - 157:13
**clearly** [3] - 83:23,
83:24, 86:24
**Clements** [12] -
38:23, 49:18, 74:3,
74:19, 75:14, 76:5,
77:14, 79:1, 104:24,
105:4, 115:14, 118:8
**click** [1] - 141:16
**clicks** [1] - 154:20
**client** [2] - 63:23,
74:9
**climb** [1] - 132:16
**climbed** [2] - 28:15,
98:16
**clinking** [1] - 21:2
**clip** [12] - 22:8, 23:2,
35:8, 35:9, 51:13,
75:18, 75:24, 76:1,
79:21, 81:6, 81:7,
81:14
**clocked** [2] - 8:12,
11:2
**close** [14] - 15:19,
15:20, 25:21, 28:10,

28:20, 66:6, 118:16,
121:9, 136:19,
140:17, 143:16,
147:10, 158:23
**closed** [13] - 12:20,
12:21, 69:13, 69:15,
69:18, 69:23, 69:24,
72:19, 100:16,
100:22, 142:21,
152:10
**closely** [3] - 105:6,
113:22, 114:21
**closer** [3] - 5:12,
12:16, 125:3
**closing** [2] - 142:5,
143:12
**clothes** [1] - 20:16
**Co** [1] - 63:13
**CO** [1] - 2:5
**Co-Defendants** [1] -
63:13
**coat** [4] - 20:3, 32:5,
65:24, 65:25
**Cobb** [1] - 55:25,
56:6, 68:19, 90:16,
106:2, 161:10
**COBB** [59] - 1:23,
56:1, 56:3, 60:11,
65:18, 65:20, 68:20,
68:21, 69:4, 70:7,
71:14, 74:3, 74:8,
74:19, 74:23, 75:1,
75:14, 75:17, 75:21,
75:23, 76:5, 76:9,
76:10, 76:14, 76:16,
76:21, 76:24, 77:3,
77:4, 77:13, 77:17,
77:18, 78:3, 78:7,
78:8, 79:1, 79:9,
79:10, 79:23, 80:7,
80:10, 80:12, 83:12,
83:16, 85:18, 85:21,
86:1, 86:2, 86:18,
86:22, 86:23, 87:7,
87:8, 88:10, 88:13,
88:21, 89:4, 90:14,
161:11
**cocked** [1] - 140:12
**codes** [2] - 30:18,
30:24
**collapsible** [4] -
36:10, 36:11, 117:9,
117:10
**collapsible-style** [2]
- 117:9, 117:10
**collateral** [1] - 54:12
**colleagues** [1] -
103:3
**college** [1] - 58:15
**Columbia** [2] - 2:9,

168

163:13
**COLUMBIA** [2] - 1:1, 1:16
**combat** [1] - 11:23
**coming** [12] - 11:15, 12:6, 24:2, 27:22, 28:13, 28:24, 31:4, 61:1, 68:10, 71:7, 77:11, 155:21
**command** [1] - 8:20
**Commander** [1] - 20:3
**commander** [1] - 66:24
**commanders** [1] - 25:12
**commands** [1] - 32:8
**committed** [1] - 73:17
**common** [4] - 5:2, 57:7, 57:9, 62:25
**commotion** [1] - 19:7
**compared** [3] - 59:24, 115:25, 117:14
**compensated** [1] - 59:23
**complete** [1] - 163:6
**completed** [1] - 15:23
**completely** [5] - 21:22, 23:7, 47:3, 50:2, 124:8
**complies** [2] - 23:15, 55:24
**compromised** [2] - 24:6, 24:16
**concentrate** [1] - 106:13
**concern** [1] - 8:19
**concerns** [6] - 9:2, 9:5, 9:15, 9:16, 11:12, 11:17
**conclusion** [1] - 161:6
**cones** [1] - 34:25
**confers** [2] - 136:7, 160:25
**confidence** [1] - 57:25
**confines** [1] - 69:1
**confirmation** [1] - 100:8
**confrontation** [2] - 7:21, 8:4
**confuse** [2] - 138:13, 138:16
**confusing** [1] - 139:5
**confusion** [2] - 138:21, 139:1

**Congress** [4] - 30:3, 62:25, 101:11, 101:18
**congressmen** [1] - 70:1
**Connecticut** [1] - 1:21
**conscious** [2] - 26:19, 67:23
**consider** [4] - 67:13, 73:9, 87:20, 162:17
**considered** [4] - 70:19, 72:6, 161:16
**considering** [2] - 70:21, 71:11
**consistent** [1] - 160:17
**constitute** [1] - 72:24
**constitutes** [1] - 163:4
**Constitution** [2] - 2:9, 163:14
**consuming** [1] - 8:20
**CONT'D** [1] - 2:1
**contact** [10] - 34:5, 43:17, 43:24, 50:5, 65:11, 70:18, 71:3, 143:2, 156:1, 156:5
**contains** [1] - 4:1
**contents** [1] - 55:18
**context** [1] - 66:20
**continue** [11] - 34:23, 59:10, 76:5, 76:14, 92:19, 116:10, 119:6, 120:24, 125:12, 128:25, 132:4
**continued** [11] - 9:22, 17:3, 20:20, 25:2, 25:17, 25:18, 26:1, 31:17, 43:12, 46:11, 54:3
**continuing** [3] - 42:25, 43:3, 48:19
**contract** [1] - 62:16
**control** [5] - 7:7, 14:24, 79:11, 117:6, 128:3
**contusions** [2] - 54:9, 90:11
**convicted** [1] - 73:14
**coordinate** [6] - 13:25, 17:16, 19:1, 33:22, 52:24, 102:16
**coordinated** [1] - 34:19
**coordinations** [1] - 32:23
**copy** [1] - 62:21
**cord** [1] - 22:19
**corner** [11] - 17:19, 20:4, 24:2, 25:1,

27:19, 88:5, 97:23, 97:24, 98:9, 131:7
**cornered** [5] - 20:1, 20:5, 25:1, 43:13, 49:4
**corral** [1] - 27:15
**correct** [77] - 14:16, 14:17, 34:6, 37:9, 38:9, 41:8, 61:21, 62:8, 62:9, 62:13, 62:14, 71:17, 74:14, 75:7, 75:8, 76:13, 76:22, 77:9, 77:24, 78:12, 78:17, 81:12, 87:13, 87:14, 89:18, 89:21, 89:25, 90:3, 90:7, 92:12, 92:16, 93:5, 93:6, 93:22, 93:24, 94:15, 96:1, 96:2, 96:3, 96:4, 96:10, 97:18, 97:25, 98:1, 98:10, 98:15, 99:1, 99:3, 99:6, 99:11, 100:10, 101:2, 101:4, 101:22, 104:11, 106:22, 106:23, 106:24, 106:25, 115:5, 122:3, 136:13, 138:7, 138:8, 138:11, 139:9, 139:22, 139:23, 140:6, 140:12, 141:19, 142:13, 142:18, 143:8, 143:3, 145:12, 145:14
**correctly** [6] - 12:15, 29:7, 46:8, 53:13, 64:14, 91:1
**correspond** [2] - 38:7, 52:4
**counsel** [6] - 4:2, 71:4, 83:9, 130:13, 136:7, 147:21
**country** [2] - 68:13, 108:1
**counts** [1] - 56:23
**coup** [2] - 69:10, 69:20
**couple** [11] - 17:22, 21:21, 29:13, 32:2, 34:2, 34:10, 59:19, 81:6, 113:25, 134:24, 153:19
**course** [5] - 7:11, 36:16, 81:5, 82:2, 129:15
**Court** [6] - 2:8, 2:8, 83:8, 108:19, 163:12, 163:13
**court** [122] - 22:14,

22:24, 35:12, 38:20, 39:4, 39:23, 45:14, 46:4, 47:1, 47:14, 48:13, 48:24, 49:21, 51:10, 51:19, 71:20, 74:22, 75:20, 76:8, 77:2, 77:16, 78:6, 79:8, 79:19, 80:9, 85:25, 86:21, 87:6, 88:15, 88:18, 105:9, 105:24, 112:12, 112:21, 113:12, 113:24, 114:3, 114:17, 115:18, 116:13, 117:21, 118:6, 118:11, 118:21, 119:5, 119:9, 119:23, 120:2, 120:15, 121:2, 122:20, 123:14, 124:3, 124:13, 125:15, 125:24, 126:11, 126:19, 127:4, 127:15, 128:9, 129:2, 129:20, 130:25, 131:18, 132:7, 132:23, 133:13, 134:2, 134:13, 134:17, 135:1, 140:3, 140:9, 141:9, 141:23, 142:8, 142:24, 143:5, 143:10, 143:25, 144:6, 144:16, 144:22, 145:9, 146:2, 146:11, 146:22, 147:7, 147:14, 148:3, 148:17, 149:7, 149:14, 149:22, 150:7, 150:19, 150:24, 151:6, 151:17, 151:24, 152:7, 152:16, 153:22, 154:5, 154:8, 154:14, 154:25, 155:16, 155:19, 156:11, 156:14, 156:22, 157:11, 157:19, 158:2, 158:7, 158:12, 158:21, 159:2, 159:13, 160:5
**COURT** [68] - 1:1, 4:3, 4:11, 4:14, 8:3, 8:6, 12:8, 14:7, 16:16, 19:17, 19:23, 26:16, 27:8, 36:18, 53:12, 55:16, 55:22, 55:25, 60:9, 65:16, 68:17, 70:2, 71:12, 76:15, 79:5, 83:10, 83:13, 88:9, 88:11, 89:2,

90:16, 90:25, 91:4, 91:8, 93:14, 104:2, 104:13, 104:15, 104:18, 105:20, 105:25, 107:24, 108:4, 108:9, 108:14, 113:6, 116:20, 116:24, 122:11, 124:24, 130:19, 135:23, 136:6, 136:10, 143:19, 145:24, 147:21, 153:9, 160:16, 160:20, 160:24, 161:7, 161:10, 161:12, 162:6, 162:19, 162:21, 162:24
**courtroom** [4] - 4:8, 105:5, 108:12, 162:1
**cover** [1] - 152:23
**covered** [2] - 129:15, 129:17
**COVID** [3] - 100:19, 100:24, 101:1
**COVID-19** [1] - 100:17
**cowriter** [1] - 64:12
**CPR** [3] - 52:24, 53:10, 102:15
**crack** [1] - 38:11
**cracked** [5] - 24:6, 24:10, 24:12, 24:20, 37:18
**create** [1] - 27:4
**created** [1] - 19:7
**creating** [1] - 45:3
**Criminal** [1] - 1:3
**criminal** [3] - 56:15, 56:22, 99:9
**crisscrossed** [2] - 68:6, 68:8
**crooked** [1] - 40:11
**cross** [3] - 105:19, 106:2, 159:19
**Cross** [1] - 3:3
**CROSS** [4] - 56:2, 91:11, 135:25, 161:14
**cross-examination** [2] - 105:19, 106:2
**CROSS-EXAMINATION** [4] - 56:2, 91:11, 135:25, 161:14
**cross-strike** [1] - 159:19
**crossed** [1] - 152:25
**crowd** [16] - 7:7, 7:25, 17:5, 18:19, 20:13, 25:2, 27:2,

36:7, 40:10, 45:23,
68:1, 92:20, 103:10,
106:13, 120:5, 128:4
**crowds** [1] - 7:18
**CRR** [3] - 2:7, 163:3,
163:12
**crushed** [1] - 68:2
**Crypt** [2] - 16:5
**cuff** [1] - 54:5
**current** [3] - 5:17,
108:24, 109:5
**cyst** [1] - 54:1

# D

**D.C** [5] - 1:6, 1:18,
2:10, 52:25, 163:14
**damaged** [1] - 23:20
**dangling** [1] - 22:19
**Dated** [1] - 163:10
**DAVID** [1] - 1:7
**DAY** [1] - 1:11
**days** [5] - 54:3,
72:23, 73:24, 83:1,
162:2
**deactivate** [1] -
111:15
**deactivated** [1] -
111:13
**dead** [2] - 132:1,
160:19
**deadly** [1] - 161:4
**deal** [1] - 7:7
**dealing** [1] - 53:6
**dealt** [1] - 7:18
**decide** [1] - 71:1
**decision** [6] - 55:4,
55:5, 55:10, 67:23,
70:19, 110:10
**decisions** [1] - 55:11
**declaration** [1] -
100:22
**deep** [4] - 95:1,
96:13, 157:2
**deescalate** [1] - 26:6
**defend** [13] - 29:2,
29:3, 29:20, 32:10,
32:11, 66:2, 66:25,
67:10, 67:17, 67:24,
95:20, 106:16
**Defendant** [36] -
68:1, 68:16, 84:16,
84:20, 85:13, 123:5,
140:2, 140:8, 141:8,
141:22, 142:7,
142:23, 143:4, 143:9,
143:24, 144:5,
144:15, 144:21,
145:8, 146:1, 146:10,

146:21, 147:6,
147:13, 156:10,
156:13, 156:21,
157:10, 157:18,
158:1, 158:6, 158:11,
158:20, 159:1,
159:12, 160:25
**DEFENDANT** [3] -
1:19, 1:23, 2:2
**Defendant's** [2] -
139:16, 156:9
**Defendants** [3] - 1:8,
34:4, 63:13
**DEFENDER** [1] -
1:23
**defending** [1] - 35:23
**defense** [2] - 105:17,
130:13
**defensive** [4] -
14:13, 14:14, 92:15,
92:17
**defensively** [1] -
92:18
**deflect** [1] - 156:7
**degree** [1] - 51:13
**delivered** [1] -
143:17
**demonize** [1] - 62:25
**demonstration** [1] -
9:21
**demonstrations** [2] -
10:12, 26:20
**Department** [4] -
18:5, 108:23, 108:25,
109:3
**department** [2] -
54:15, 121:24
**department's** [1] -
59:21
**depicted** [1] - 154:2
**deploy** [4] - 9:6,
10:10, 10:21, 26:1
**deployed** [5] - 10:18,
10:24, 27:3, 28:5,
41:16
**deploying** [1] - 20:21
**describe** [8] - 34:10,
35:3, 46:6, 50:11,
52:19, 53:24, 115:5,
133:6
**described** [3] -
66:21, 116:1, 117:2
**describing** [1] -
115:8
**description** [1] -
64:20
**design** [1] - 114:10
**designed** [1] - 93:24
**desire** [1] - 58:1
**desk** [1] - 31:20

**desks** [1] - 30:25
**detail** [1] - 82:3
**detailed** [1] - 6:15
**details** [5] - 48:9,
64:13, 64:19, 64:21,
65:2
**Detective** [1] -
138:15
**detectives** [2] -
138:14, 138:16
**detector** [1] - 31:18
**determinations** [1] -
71:6
**determined** [1] -
33:2
**deterrence** [1] -
72:24
**deterrent** [2] - 9:7,
73:18
**device** [4] - 25:6,
26:11, 26:12, 53:4
**devolve** [1] - 135:16
**devolved** [1] - 7:25
**diagonal** [3] - 42:14,
44:14, 159:18
**diagonally** [1] -
118:25
**die** [1] - 41:24
**died** [2] - 104:9,
104:10
**difference** [2] -
26:24, 114:13
**different** [10] - 10:6,
28:25, 36:22, 43:7,
44:11, 70:12, 84:7,
84:25, 138:24, 139:4
**differently** [2] -
36:22, 92:19
**difficult** [1] - 26:6
**DIISEN** [1] - 100:12
**DIRECT** [2] - 4:17,
108:16
**direct** [4] - 65:22,
77:19, 78:14, 81:11
**Direct** [1] - 3:3
**direction** [3] - 9:18,
96:8, 133:21
**directions** [1] - 9:25
**directly** [2] - 127:23,
128:22
**Dirksen** [1] - 100:11
**disagree** [2] - 162:4,
162:12
**disarm** [2] - 82:12,
144:13
**discourse** [1] - 59:2
**discretion** [1] - 99:8
**discuss** [2] - 55:17,
90:19
**disorganized** [1] -

34:20
**disposed** [1] - 24:8
**distance** [1] - 152:25
**distinctly** [1] -
142:20
**distress** [4] - 101:25,
102:19, 102:22,
103:19
**district** [3] - 162:15,
162:17, 163:13
**District** [5] - 2:8, 2:9,
108:22, 109:6, 163:13
**DISTRICT** [3] - 1:1,
1:1, 1:12, 1:16, 1:24
**disturbance** [2] -
109:8, 109:11
**dodging** [1] - 158:16
**dollars** [1] - 59:24
**done** [8] - 10:4,
54:20, 58:23, 59:3,
59:16, 61:4, 64:1,
84:23
**door** [48] - 16:11,
27:21, 28:10, 28:11,
28:20, 31:16, 31:22,
31:23, 32:1, 32:13,
33:3, 43:14, 49:3,
49:7, 49:10, 87:10,
87:11, 87:18, 89:7,
118:16, 118:17,
121:9, 141:25, 142:5,
142:20, 143:12,
143:16, 144:10,
144:19, 147:10,
148:8, 151:19, 152:3,
152:10, 152:13,
152:21, 152:23,
153:3, 153:5, 153:18,
153:24, 154:10,
156:17, 158:23,
159:9, 159:10
**doorjamb** [1] - 157:1
**doors** [10] - 15:25,
16:11, 31:12, 31:18,
31:24, 32:19, 52:11,
125:6
**doorway** [4] - 88:4,
142:4, 156:17, 158:24
**double** [9] - 15:25,
16:11, 31:11, 31:12,
31:18, 31:24, 32:19,
52:11, 125:6
**down** [35] - 11:15,
12:4, 16:6, 17:3,
17:14, 17:18, 17:22,
18:2, 19:10, 19:13,
21:2, 24:23, 27:22,
28:9, 28:20, 41:14,
53:1, 71:7, 72:16,
85:6, 98:18, 103:14,

107:24, 109:18,
110:20, 111:5,
118:25, 145:11,
145:15, 146:25,
149:12, 159:17,
160:12, 162:24
**down-strike** [1] -
159:17
**dozen** [1] - 135:14
**dragged** [1] - 68:1
**drank** [1] - 102:11
**draw** [1] - 133:2
**dressed** [2] - 12:2,
125:19
**dropped** [1] - 90:6
**drug** [2] - 104:10
**duck** [3] - 44:21,
47:8, 155:21
**due** [2] - 45:3,
100:17
**during** [19] - 6:14,
15:1, 18:21, 20:11,
30:12, 30:16, 40:3,
49:24, 57:3, 57:16,
61:17, 83:7, 96:6,
99:20, 100:7, 111:11,
111:13, 135:5, 139:12
**duties** [2] - 54:11,
54:12
**duty** [7] - 6:13,
77:25, 91:15, 101:15,
102:18, 109:5, 117:3

# E

**early** [1] - 84:5
**ease** [1] - 9:17
**easier** [1] - 136:9
**east** [2] - 16:9, 32:18
**East** [1] - 2:5
**easy** [2] - 15:7, 70:25
**edges** [1] - 93:18
**editor** [1] - 64:12
**editors** [1] - 64:18
**eds** [2] - 59:19, 59:23
**EDWARD** [1] - 1:6
**Edwards** [1] - 163:12
**EDWARDS** [2] - 2:7,
163:3
**effort** [1] - 49:14
**eight** [4] - 6:1, 14:2,
91:17, 95:1
**eight-foot** [1] - 14:2
**either** [13] - 28:4,
48:2, 53:17, 57:14,
58:17, 65:10, 82:8,
83:20, 92:24, 100:11,
102:10, 151:10,
156:16

**elaborating** [1] - 60:15
**elbow** [1] - 13:14
**elected** [1] - 99:23
**election** [2] - 99:21, 100:5
**Eleventh** [1] - 1:17
**email** [1] - 31:5
**emails** [1] - 8:21
**employed** [2] - 5:5, 5:9
**encounter** [8] - 137:24, 138:7, 138:10, 139:7, 139:12, 139:19, 147:16, 155:3
**encountered** [1] - 7:25
**encountering** [2] - 37:8, 37:11
**end** [8] - 11:12, 11:24, 15:2, 22:9, 28:17, 33:16, 147:16, 155:2
**ended** [2] - 104:8, 104:9
**enforcement** [7] - 14:22, 15:2, 16:24, 18:15, 31:14, 33:15, 81:8
**English** [1] - 12:10
**entered** [6] - 4:8, 108:11, 113:8, 122:15, 125:1, 130:21
**entering** [1] - 136:20
**entertain** [1] - 26:6
**entire** [5] - 33:13, 33:14, 52:10, 100:23, 107:17
**entirely** [1] - 148:14
**entirety** [1] - 130:13
**entrance** [13] - 9:19, 15:23, 16:12, 27:15, 27:17, 27:20, 28:12, 29:18, 29:20, 30:2, 40:20, 107:17
**erected** [1] - 97:18
**escape** [1] - 27:20
**escaping** [1] - 27:21
**especially** [1] - 84:10
**ESQ** [7] - 1:14, 1:15, 1:15, 1:19, 1:23, 2:2, 2:4
**essentially** [1] - 74:16
**establish** [1] - 20:12
**establishing** [1] - 20:7
**estimate** [3] - 7:12, 110:20, 135:11

**event** [6] - 30:14, 30:21, 82:1, 84:11, 120:23, 136:13
**events** [2] - 57:13, 61:2
**eventually** [1] - 27:13
**EVIDENCE** [1] - 3:10
**evidence** [7] - 113:8, 119:21, 122:8, 122:15, 125:1, 130:9, 130:21
**exact** [1] - 33:1
**EXAMINATION** [7] - 4:17, 56:2, 91:11, 104:20, 108:16, 135:25, 161:14
**examination** [6] - 65:22, 77:19, 78:14, 81:11, 105:19, 106:2
**examiner** [1] - 104:10
**example** [1] - 94:9
**except** [1] - 89:12
**EXCERPTED** [1] - 1:11
**excerpts** [1] - 4:1
**exchanged** [2] - 24:19, 129:16
**excuse** [1] - 88:10
**excused** [2] - 108:10, 162:25
**exhibit** [7] - 18:8, 35:6, 38:8, 49:16, 130:16, 147:22, 156:8
**Exhibit** [166] - 3:11, 3:11, 3:12, 3:12, 14:10, 22:4, 22:13, 22:23, 35:11, 38:3, 38:18, 38:19, 39:3, 39:21, 39:22, 41:11, 42:12, 45:7, 45:13, 46:3, 46:25, 47:13, 48:12, 48:23, 49:20, 51:5, 51:9, 51:18, 52:3, 52:5, 74:4, 74:21, 75:19, 76:7, 77:1, 77:15, 78:5, 79:7, 79:18, 80:8, 82:18, 85:24, 86:20, 87:5, 88:14, 88:17, 92:6, 97:1, 104:23, 105:8, 105:23, 112:9, 112:11, 112:13, 112:20, 113:5, 113:7, 113:11, 113:23, 114:2, 114:16, 115:17, 116:12, 117:20, 118:5, 118:10, 118:20,

119:4, 119:8, 119:21, 119:22, 120:1, 120:12, 120:14, 121:1, 122:4, 122:14, 122:16, 122:19, 123:1, 123:12, 123:13, 123:20, 124:2, 124:12, 124:23, 124:25, 125:12, 125:14, 125:23, 126:10, 126:18, 127:3, 127:14, 128:8, 129:1, 129:19, 130:10, 130:12, 130:20, 130:23, 130:24, 131:15, 131:17, 132:6, 132:22, 133:12, 134:1, 134:12, 134:16, 134:25, 139:16, 140:3, 140:9, 141:9, 141:23, 142:8, 142:24, 143:5, 143:10, 143:25, 144:6, 144:16, 144:22, 145:9, 146:2, 146:11, 146:22, 147:7, 147:14, 147:23, 147:25, 148:2, 148:16, 149:6, 149:13, 149:21, 150:6, 150:18, 150:23, 151:5, 151:16, 151:23, 152:6, 152:15, 153:21, 154:4, 154:7, 154:13, 154:24, 155:15, 155:18, 156:9, 156:11, 156:14, 156:22, 157:11, 157:17, 157:19, 158:2, 158:7, 158:12, 158:21, 159:2, 159:13, 160:4
**exhibits** [3] - 37:21, 136:9, 139:7
**EXHIBITS** [1] - 3:10
**expect** [8] - 8:14, 9:1, 10:6, 64:4, 93:7, 94:13, 109:19, 109:20
**expected** [1] - 156:4
**expedient** [1] - 53:7
**experience** [7] - 15:1, 19:13, 34:11, 50:21, 57:19, 59:11, 65:8
**experienced** [3] - 104:5, 135:15, 135:18
**experiences** [1] -

64:25
**experiencing** [2] - 23:4, 49:23
**explain** [1] - 70:5
**explaining** [1] - 13:9
**exposing** [3] - 42:16, 47:4, 59:9
**extent** [4] - 9:16, 28:6, 69:10, 69:20
**extinguisher** [1] - 28:5
**extremities** [1] - 37:13
**eye** [2] - 24:2, 44:17
**eyes** [1] - 45:22

# F

**F-O-U-L-D-S** [1] - 108:20
**face** [23] - 13:20, 39:8, 42:15, 42:16, 43:18, 43:19, 43:23, 44:14, 44:16, 45:16, 45:22, 45:25, 47:3, 50:6, 50:7, 50:11, 78:24, 84:2, 141:12, 141:13, 142:11, 142:12, 155:22
**faced** [1] - 117:14
**facial** [1] - 39:17
**facing** [5] - 44:18, 116:2, 117:17, 117:25, 157:14
**fact** [6] - 10:21, 25:23, 59:7, 88:23, 106:20, 128:21
**facts** [3] - 60:12, 60:19, 71:6
**fair** [13] - 28:23, 61:20, 61:25, 62:1, 66:4, 66:19, 70:20, 72:20, 113:1, 121:25, 124:19, 132:1, 162:18
**fairly** [2] - 57:11
**faking** [1] - 63:2
**fallen** [1] - 117:5
**familiar** [1] - 148:7
**family** [4] - 23:9, 31:4, 68:11, 68:13
**Fanone** [2] - 33:10, 96:23
**far** [5] - 64:23, 72:13, 72:16, 152:20, 152:22
**fast** [1] - 75:14
**fast-forward** [1] - 75:14
**fatigue** [1] - 53:3
**fatigues** [1] - 53:14

**FBI** [14] - 17:22, 53:2, 53:13, 53:15, 53:18, 66:8, 66:15, 66:23, 84:5, 84:8, 84:19, 84:22, 85:5, 85:8
**fear** [3] - 22:1, 23:5, 27:3
**fearful** [1] - 28:1
**feasible** [2] - 10:23, 27:6
**feature** [1] - 141:17
**features** [1] - 39:17
**FEDERAL** [1] - 1:23
**feet** [5] - 92:7, 92:8, 92:10, 95:12
**fell** [1] - 103:8
**fellow** [3] - 55:1, 55:6, 107:12
**felony** [2] - 73:17, 99:9
**felt** [7] - 21:25, 30:7, 66:15, 66:18, 66:23, 67:2, 67:8
**few** [20] - 23:19, 28:6, 31:25, 35:5, 48:18, 49:24, 50:25, 56:7, 64:2, 74:6, 83:1, 85:20, 87:3, 87:4, 109:18, 110:2, 135:14, 150:4, 155:7
**field** [1] - 94:24
**fight** [1] - 54:24
**fighting** [2] - 25:20, 54:25
**figure** [2] - 7:14, 15:7
**final** [1] - 104:8
**finally** [1] - 48:21
**fine** [10] - 34:8, 58:5, 60:23, 61:16, 74:23, 75:15, 82:25, 115:15, 134:10, 134:18
**finger** [2] - 40:11, 131:22
**finish** [2] - 12:1, 94:6
**fire** [3] - 28:5, 34:13, 41:16
**Fire** [1] - 52:25
**firecrackers** [1] - 34:15
**first** [13] - 18:19, 36:12, 36:13, 39:6, 44:11, 52:11, 53:16, 57:10, 65:23, 91:16, 121:21, 122:2, 141:12
**First** [7] - 7:9, 7:13, 9:21, 100:15, 135:9, 135:12, 135:16
**fists** [2] - 115:6, 115:7

**fit** [1] - 27:24
**Fitzsimons** [4] -
69:5, 70:8, 89:24,
102:8
**five** [8] - 11:10,
37:21, 51:7, 76:24,
79:2, 109:4, 135:5
**flag** [3] - 142:10,
142:19, 159:4
**flagpole** [2] - 84:21,
85:9
**flagpoles** [1] - 34:16
**flags** [1] - 21:8
**flanked** [1] - 24:25
**flanks** [1] - 92:23
**flights** [1] - 16:5
**flinched** [1] - 145:20
**Floor** [1] - 1:17
**floor** [1] - 103:1
**florescent** [1] - 67:7
**FLORIDA** [1] - 1:24
**Florida** [1] - 1:25
**flowing** [1] - 158:9
**focus** [3] - 23:11,
35:5, 105:5
**focused** [2] - 10:16
**follow** [2] - 9:23,
27:13
**following** [7] - 4:1,
4:9, 9:24, 55:21,
90:24, 108:12, 136:12
**follows** [1] - 127:21
**foot** [6] - 14:2, 14:3,
54:2, 90:2, 90:6,
152:11
**football** [1] - 30:19
**footing** [1] - 126:25
**FOR** [7] - 1:1, 1:14,
1:16, 1:19, 1:23, 2:2,
3:4
**Force** [1] - 53:17
**force** [14] - 25:22,
26:7, 26:22, 27:3,
36:6, 36:7, 45:24,
46:11, 49:15, 78:24,
95:4, 136:16, 141:2,
141:4
**forced** [1] - 140:21
**forceful** [1] - 25:2
**forcibly** [2] - 84:1,
137:1
**forcing** [2] - 45:23,
140:19
**forefront** [2] - 33:18,
40:6
**foregoing** [1] - 163:4
**foreground** [1] -
121:6
**forehead** [1] - 123:9
**forgot** [1] - 70:10

**formation** [1] - 93:3
**formations** [1] -
92:22
**former** [1] - 71:7
**forth** [3] - 34:17,
34:22, 93:3
**fortunate** [1] - 57:16
**forward** [20] - 22:21,
49:17, 61:1, 75:14,
103:11, 104:25,
106:12, 115:7,
117:16, 117:18,
117:25, 119:2,
126:15, 134:8,
145:25, 150:15,
151:15, 159:7
**FOULDS** [2] - 1:10,
108:13
**Foulds** [15] - 3:7,
108:7, 108:11,
108:20, 112:15,
120:4, 122:22, 123:4,
123:16, 128:12,
131:21, 135:7, 136:2,
161:16, 162:21
**foundation** [1] -
122:8
**four** [7] - 7:5, 62:24,
85:1, 97:18, 134:15,
154:20
**fourth** [1] - 96:13
**Fourth** [1] - 1:17
**frame** [31] - 25:5,
43:14, 49:3, 49:5,
49:7, 49:10, 76:11,
80:3, 87:10, 87:11,
87:17, 87:18, 87:19,
89:7, 114:21, 121:6,
122:22, 139:18,
141:15, 150:21,
152:2, 154:18,
154:20, 154:22
**frame-by-frame** [2] -
154:18, 154:22
**frames** [1] - 113:25
**frantic** [1] - 12:17
**frantically** [1] - 68:11
**free** [4] - 4:14,
107:25, 108:14,
162:22
**FROM** [1] - 1:11
**front** [29] - 12:19,
15:18, 16:23, 25:25,
29:12, 32:13, 32:14,
32:22, 33:4, 39:12,
40:22, 83:2, 94:20,
96:12, 96:15, 96:20,
96:22, 96:23, 110:21,
115:22, 120:21,
127:23, 128:21,

128:22, 137:9,
139:21, 140:15,
140:19
**frozen** [1] - 35:1
**frustrated** [2] -
74:11, 106:3
**frustrating** [1] - 43:5
**frustration** [2] -
49:25, 106:7
**fuck** [2] - 43:2, 50:4
**fucking** [2] - 67:1,
127:10
**full** [9] - 16:14,
16:15, 16:21, 20:15,
44:6, 81:13, 81:14,
108:19, 163:5
**fullest** [1] - 69:10,
69:20
**fully** [6] - 6:25, 24:12
**fun** [1] - 59:14
**functions** [1] - 54:21
**furnitures** [1] - 35:1
**future** [1] - 62:21

**G**

**gain** [2] - 60:3
**gaining** [1] - 64:21
**gains** [1] - 60:1
**galleries** [1] - 101:9
**gallery** [3] - 101:4,
101:6, 101:10
**Garden** [1] - 1:24
**gas** [8] - 13:15,
13:21, 21:7, 25:15,
26:12, 43:20, 43:22,
47:4
**gathering** [1] - 8:16
**gear** [13] - 12:3, 12:5,
12:14, 12:25, 13:3,
13:4, 13:12, 14:24,
16:15, 110:1, 110:4,
110:10, 129:10
**gears** [1] - 73:25
**generally** [3] - 71:11,
100:20, 114:21
**gentleman** [2] -
103:7, 138:1, 138:14
**George** [2] - 30:9,
32:5
**gestures** [1] - 48:1
**ghostwriter** [1] -
64:18
**giant** [1] - 25:5
**girl** [1] - 75:4
**given** [9] - 9:8,
25:20, 25:23, 26:18,
27:5, 34:2, 58:12,
71:6, 96:8

**glass** [4] - 13:20,
31:12, 142:2, 151:20
**glove** [1] - 152:5
**Glover** [1] - 20:3
**goal** [1] - 71:22
**GoFundMe** [1] - 60:4
**Gonell** [35] - 3:5, 4:7,
4:24, 5:3, 18:11, 35:7,
37:23, 38:23, 39:6,
49:23, 51:12, 55:14,
55:17, 55:22, 56:4,
60:6, 74:7, 74:9, 75:2,
75:18, 75:24, 76:11,
77:19, 85:23, 86:3,
90:18, 90:25, 91:3,
91:4, 91:8, 91:13,
104:22, 105:3,
107:19, 107:24
**GONELL** [3] - 1:10,
4:12, 5:2
**gonna** [5] - 9:18,
66:24, 66:25, 67:14,
72:7
**good-looking** [1] -
12:11
**GOVERNMENT** [4] -
1:14, 3:4, 4:12,
108:13
**Government** [6] -
4:6, 70:4, 108:4,
108:7, 113:4, 124:22
**government's** [4] -
3:11, 3:11, 3:12, 3:12
**Government's** [107] -
4:4, 22:13, 22:23,
35:11, 38:19, 39:3,
39:21, 39:22, 45:13,
46:3, 46:25, 47:13,
48:12, 48:23, 49:20,
51:9, 51:18, 74:4,
74:21, 75:19, 76:7,
77:1, 77:15, 78:5,
79:7, 79:18, 80:8,
82:18, 85:24, 86:20,
87:5, 88:14, 88:17,
92:6, 97:1, 105:8,
105:23, 112:11,
112:20, 113:7,
113:11, 113:23,
114:2, 114:16,
115:17, 116:12,
117:20, 118:5,
118:10, 118:20,
119:4, 119:8, 119:22,
120:1, 120:12,
120:14, 121:1,
122:14, 122:19,
123:1, 123:13, 124:2,
124:12, 124:25,
125:14, 125:23,

126:10, 126:18,
127:3, 127:14, 128:8,
129:1, 129:19,
130:20, 130:24,
131:17, 132:6,
132:22, 133:12,
134:1, 134:12,
134:16, 134:25,
136:9, 147:23,
147:25, 148:2,
148:16, 149:6,
149:13, 149:21,
150:6, 150:18,
150:23, 151:5,
151:16, 151:23,
152:6, 152:15,
153:21, 154:4, 154:7,
154:13, 154:24,
155:15, 155:18, 160:4
**grab** [10] - 22:20,
44:5, 47:24, 47:25,
48:2, 77:9, 80:24,
82:12, 142:20, 146:4
**grabbed** [7] - 77:22,
78:11, 79:12, 79:21,
80:20, 88:3, 119:12
**grabbing** [1] - 78:19
**grabs** [1] - 80:25
**grand** [1] - 64:15
**grands** [1] - 64:10
**gray** [1] - 32:5
**green** [7] - 23:22,
36:25, 46:18, 120:7,
120:10, 122:23,
139:24
**groin** [2] - 37:6,
37:13
**ground** [16] - 16:2,
16:14, 16:17, 16:18,
17:9, 21:3, 25:3,
25:19, 29:6, 73:3,
103:9, 115:3, 117:5,
125:10, 137:6
**grounds** [11] - 7:10,
12:21, 69:9, 69:13,
69:15, 69:19, 69:23,
69:25, 73:18
**group** [4] - 14:25,
19:6, 29:12, 128:21
**groups** [2] - 10:2,
121:10
**grubber** [1] - 60:17
**Guard** [1] - 53:17
**guardrails** [1] -
34:25
**guess** [20] - 10:14,
13:15, 26:18, 26:23,
27:20, 28:1, 29:13,
36:6, 43:5, 56:24,
57:16, 58:2, 59:17,

59:25, 80:16, 81:5,
85:6, 89:5, 99:7,
103:8
**guidance** [1] - 9:5
**guidelines** [1] - 59:5
**gun** [1] - 68:7
**guns** [4] - 9:7, 10:9,
10:10, 10:18
**guy** [10] - 23:21,
28:20, 43:2, 48:19,
138:3, 138:19,
138:24, 139:3, 148:8
**guys** [5] - 12:1,
20:11, 83:19, 101:16,
142:11

## H

**hair** [5] - 75:7, 84:20,
157:21, 157:23, 158:9
**half** [2] - 82:19,
134:9
**halfway** [2] - 12:2,
16:3
**hallway** [7] - 16:9,
31:19, 111:6, 111:7,
130:1, 130:2
**hand** [60] - 21:25,
22:3, 24:4, 25:13,
25:14, 26:2, 26:3,
26:14, 26:15, 27:10,
35:17, 36:2, 36:4,
36:20, 37:17, 38:5,
38:6, 38:8, 40:9,
41:16, 41:19, 43:8,
47:16, 48:5, 54:1,
55:1, 80:11, 80:21,
81:20, 86:4, 86:6,
86:13, 86:25, 88:3,
88:19, 88:23, 88:24,
88:25, 89:7, 89:18,
117:11, 118:16,
131:7, 132:17,
140:19, 140:20,
140:24, 141:18,
141:25, 144:25,
146:15, 149:12,
151:19, 152:2,
152:20, 153:17,
153:24, 156:3, 156:7
**hand's** [1] - 35:21
**handed** [1] - 72:15
**handful** [2] - 101:16,
101:21
**handled** [1] - 28:18
**handles** [1] - 15:7
**hands** [12] - 41:12,
41:14, 54:1, 68:6,
78:23, 79:13, 80:6,

81:22, 115:2, 115:6,
117:8, 140:15
**happy** [1] - 122:8
**hard** [13] - 8:15,
14:24, 23:11, 24:5,
35:3, 48:9, 55:4, 82:3,
84:10, 85:11, 154:18,
154:22, 155:25
**hard-gear** [1] - 14:24
**harder** [2] - 41:4,
49:12
**hardly** [4] - 17:2,
42:22, 50:3, 57:12
**harm** [3] - 93:4, 93:9,
95:25
**Hart** [1] - 100:12
**hat** [3] - 32:5, 42:3,
75:3
**Hawaii** [1] - 2:3
**head** [28] - 7:14,
24:1, 37:5, 37:13,
42:17, 42:19, 42:23,
43:18, 43:25, 44:9,
44:12, 45:23, 46:10,
47:3, 50:4, 86:4, 86:7,
86:14, 86:15, 86:16,
86:25, 87:15, 88:3,
93:18, 125:19, 158:4,
158:14
**healing** [2] - 59:7,
63:9
**hear** [20] - 17:4, 21:2,
53:13, 56:9, 68:5,
83:12, 89:3, 105:5,
105:12, 105:15,
105:21, 124:7,
124:16, 126:3,
126:14, 127:8,
127:18, 129:5, 148:5
**heard** [11] - 11:22,
12:5, 12:17, 26:13,
32:21, 32:24, 64:14,
83:17, 83:18, 126:22,
161:16
**hearing** [1] - 20:24
**hearings** [2] - 100:8,
100:14
**heart** [1] - 53:5
**heave** [1] - 34:16
**heave-ho** [1] - 34:16
**heavily** [1] - 128:2
**heavy** [2] - 15:25,
90:5
**held** [3] - 59:12,
72:1, 111:6
**helmet** [16] - 13:17,
13:18, 13:19, 42:16,
44:1, 44:2, 44:14,
46:10, 47:2, 47:10,
79:4, 83:3, 102:11,

123:10, 129:9
**helmets** [3] - 110:5,
110:8, 110:12
**help** [14] - 13:6,
18:18, 33:22, 40:9,
40:14, 42:24, 44:23,
53:4, 86:19, 103:2,
103:9, 103:18, 126:7
**helped** [1] - 13:25,
19:18, 19:21, 20:11,
44:24, 47:5, 52:23,
59:7, 101:24, 103:21,
103:24
**helpful** [1] - 63:8
**helping** [6] - 71:1,
102:2, 102:5, 102:19,
102:21, 103:5
**Henry** [4] - 3:7,
108:7, 108:11, 108:20
**HENRY** [3] - 1:10,
108:13, 108:20
**hereby** [1] - 163:3
**herself** [1] - 42:10
**high** [4] - 9:4, 32:6,
58:15, 65:25
**high-ranking** [3] -
9:4, 32:6, 65:25
**higher** [5] - 9:4, 9:13,
28:24, 54:19, 123:2
**higher-ranking** [1] -
9:13
**higher-up** [1] - 123:2
**highest** [3] - 73:5,
73:15, 73:22
**himself** [5] - 77:23,
86:11, 89:7, 146:13,
148:20
**hit** [32] - 21:3, 21:6,
21:24, 24:1, 24:5,
34:25, 43:5, 43:9,
50:7, 50:20, 72:8,
77:21, 77:22, 77:23,
78:23, 82:8, 84:2,
84:3, 84:21, 85:9,
86:15, 93:18, 102:25,
136:22, 144:12,
145:14, 147:1, 156:3,
157:22, 159:15,
159:17
**hitting** [9] - 78:11,
78:16, 78:19, 80:19,
80:25, 81:7, 81:11,
81:24, 144:14
**ho** [1] - 34:16
**Hodges** [6] - 35:24,
68:2, 101:22, 122:6,
148:5, 148:7
**hold** [9] - 19:1, 33:9,
36:1, 58:13, 61:10,
107:9, 128:4, 128:5,

152:14
**holding** [16] - 36:3,
43:4, 49:3, 49:7,
49:10, 59:8, 71:19,
94:19, 113:19,
113:20, 140:20,
140:22, 140:24,
141:3, 141:18, 149:1
**holy** [1] - 17:11
**home** [3] - 50:15,
72:23, 73:24
**honestly** [1] - 50:24
**Honor** [1] - 4:6,
14:6, 56:1, 91:7,
108:6, 122:5, 122:10,
130:8, 135:24, 136:5,
160:23
**HONORABLE** [1] -
1:11
**hoodies** [1] - 139:2
**hook** [1] - 139:16
**hope** [2] - 40:19,
127:24
**hopefully** [1] - 73:2
**horrific** [2] - 59:12,
72:22
**horse** [1] - 160:19
**hostile** [1] - 20:20
**hour** [1] - 110:22
**hours** [1] - 85:1
**hours-plus** [1] - 85:1
**House** [6] - 28:14,
30:17, 30:19, 100:20,
101:1, 101:10
**hundreds** [3] - 7:15,
7:16, 127:25
**hunted** [1] - 31:9
**hunting** [1] - 107:13
**hurry** [1] - 16:2
**hurt** [5] - 95:3, 95:5,
107:12, 126:8
**hurting** [1] - 128:4
**hurts** [3] - 95:13,
95:16, 95:18

## I

**idea** [2] - 104:12,
149:25
**ideal** [1] - 41:24
**identified** [3] - 40:12,
40:18, 52:3
**identify** [3] - 17:23,
22:10, 120:6
**III** [1] - 1:6
**image** [3] - 75:2,
75:3, 77:20
**imagine** [1] - 129:17
**immediately** [6] -

17:3, 17:15, 32:15,
32:22, 133:20, 138:20
**impact** [1] - 34:2
**impeded** [1] - 107:9
**implication** [2] -
66:18, 72:2
**imply** [5] - 58:3,
58:6, 60:13, 60:17,
60:18
**important** [1] - 60:21
**imposed** [1] - 73:4
**impression** [2] -
32:6, 67:12
**IN** [1] - 3:10
**inauguration** [9] -
16:7, 16:8, 21:1, 30:9,
97:15, 100:3, 100:4,
100:5, 111:3
**inaugurational** [1] -
110:24
**incident** [7] - 29:25,
33:21, 38:13, 83:7,
103:3, 103:6, 123:17
**includes** [1] - 13:7
**including** [3] - 61:3,
62:25, 71:7
**indicated** [1] - 97:22
**indicates** [2] -
131:25, 133:5
**individual** [30] -
33:19, 33:23, 33:24,
39:25, 41:3, 42:7,
42:9, 47:16, 49:1,
51:1, 52:21, 82:7,
98:16, 102:4, 102:14,
102:25, 103:2, 103:9,
113:16, 116:6,
125:19, 131:12,
132:11, 132:12,
132:14, 134:20,
134:21, 134:23, 135:4
**individuals** [4] -
17:23, 84:25, 101:8,
103:18
**inflict** [1] - 93:4,
95:25
**information** [1] -
11:15
**injured** [9] - 33:19,
53:20, 53:22, 54:23,
71:25, 72:8, 72:22,
102:8, 138:6
**injuries** [14] - 53:24,
53:25, 54:8, 54:9,
54:16, 59:25, 67:25,
71:18, 72:21, 85:16,
85:17, 89:17, 123:4,
123:7
**injuring** [1] - 43:23
**injury** [10] - 30:11,

47:11, 54:2, 54:5,
89:18, 89:22, 89:23,
90:2, 94:14, 100:6
**inlet** [1] - 127:25
**inside** [18] - 22:3,
28:3, 29:2, 29:7, 29:8,
29:15, 29:17, 30:16,
31:3, 31:4, 31:14,
41:15, 45:10, 99:5,
99:14, 100:10, 125:9
**insignias** [1] -
114:13
**insinuated** [1] -
63:22
**instance** [2] -
121:22, 136:18
**instead** [7] - 40:23,
41:1, 54:18, 66:11,
93:19, 103:5, 114:11
**instigating** [1] - 19:3
**insurrection** [1] -
71:9
**intact** [3] - 18:22,
24:13, 31:12
**integrate** [1] - 91:22
**intended** [1] - 93:19
**intending** [1] - 89:12
**intensity** [1] - 36:6
**intent** [6] - 40:9,
87:24, 89:9, 89:10,
89:11, 99:7
**intention** [2] -
146:20, 146:24
**interact** [1] - 49:11
**interacting** [2] -
42:17, 42:19
**interaction** [8] -
36:13, 114:22,
119:17, 120:18,
120:20, 123:5, 123:6,
138:18
**interactions** [3] -
50:15, 57:12
**interlock** [1] - 93:3
**interrupt** [1] - 61:12
**interrupted** [1] -
58:20
**intervening** [1] -
133:17
**interviewed** [2] -
58:17, 138:14
**interviews** [7] -
58:10, 58:12, 58:22,
58:24, 84:8, 84:9,
90:4
**inverse** [1] - 120:19
**invested** [1] - 66:19
**investigated** [1] -
121:23
**investigating** [4] -

70:17, 70:20, 70:22,
71:1
**involuntary** [1] -
140:23
**involved** [3] - 57:15,
61:11, 84:9
**Iraq** [4] - 6:5, 6:7,
45:3, 58:18
**issue** [1] - 121:14
**issued** [2] - 101:6,
121:15
**issues** [2] - 45:3,
49:13
**it'll** [4] - 37:21, 38:24,
80:5, 109:4
**items** [1] - 21:8
**itself** [5] - 29:2, 48:6,
57:10, 100:16, 101:13

## J

**jabbing** [2] - 83:25,
84:1
**jacket** [1] - 23:22
**jail** [2] - 71:18, 72:23
**January** [40] - 5:19,
6:10, 8:9, 56:12,
56:18, 57:3, 58:8,
58:9, 58:14, 58:15,
58:23, 60:20, 61:2,
61:18, 61:22, 62:1,
62:13, 63:2, 66:8,
70:12, 70:18, 71:3,
72:13, 72:19, 73:5,
73:12, 73:15, 94:25,
99:17, 106:21,
107:10, 107:15,
109:13, 109:17,
111:8, 112:1, 113:2,
123:8, 124:20, 135:19
**Jason** [2] - 82:23,
161:22
**jeopardy** [1] - 55:6
**job** [9] - 7:6, 11:13,
23:10, 44:8, 50:14,
82:12, 82:13, 95:20,
107:10
**JOCELYN** [1] - 1:15
**joined** [2] - 5:21,
11:5
**JOSE** [1] - 2:4
**JR** [1] - 2:2
**judge** [3] - 71:16,
72:4, 73:9
**JUDGE** [1] - 1:12
**Judge** [2] - 69:3,
160:19
**jump** [3] - 53:4, 53:5,
156:12

**jump-start** [2] - 53:4,
53:5
**justifiable** [1] - 37:5
**justification** [1] -
26:25
**justified** [1] - 27:1

## K

**Kailua** [1] - 2:3
**Kavanaugh** [1] -
100:8
**keep** [15] - 29:6,
41:2, 41:6, 42:7,
42:23, 44:17, 45:22,
68:24, 69:1, 85:20,
86:18, 128:7, 145:24,
145:25
**kept** [4] - 24:7,
24:22, 39:13, 74:12
**kicked** [1] - 17:14
**killed** [1] - 127:20
**killing** [1] - 128:4
**KIMBERLY** [1] - 1:14
**kind** [29] - 6:9, 8:23,
13:8, 13:19, 14:18,
17:6, 19:2, 27:4,
27:16, 32:5, 42:13,
43:6, 44:12, 44:14,
44:21, 47:10, 92:13,
94:14, 114:8, 115:6,
117:8, 117:19, 118:24,
121:6, 132:17, 135:4,
157:21, 159:6, 160:16
**kinds** [2] - 14:4, 17:5
**knocked** [1] - 86:7
**knowledge** [3] -
10:18, 65:1, 101:17
**knows** [2] - 87:15,
89:11
**Kyle** [1] - 32:4

## L

**labrum** [1] - 54:4
**lacerations** [1] - 54:9
**lack** [2] - 40:7, 98:20
**ladders** [1] - 34:25
**language** [1] - 35:3
**large** [2] - 135:9,
135:11
**larger** [1] - 128:6
**last** [6] - 5:3, 20:2,
29:8, 33:18, 55:1,
136:12
**late** [1] - 10:21
**LAUREN** [1] - 1:23
**Lauren** [1] - 56:6

**law** [11] - 14:21,
15:1, 16:24, 18:15,
31:14, 33:15, 69:11,
69:21, 73:6, 73:16,
81:7
**LAW** [2] - 1:20, 2:2
**lawmakers** [1] -
107:14
**lawsuit** [1] - 72:4
**lay** [1] - 122:8
**layers** [1] - 39:15
**lead** [1] - 98:11
**leadership** [1] - 61:4
**leaned** [1] - 149:24
**leans** [1] - 150:15
**learn** [1] - 103:23
**least** [2] - 33:25,
144:11
**leather** [1] - 152:5
**leave** [5] - 16:2, 19:9,
28:21, 66:16, 85:14
**leaving** [4] - 33:5,
40:20, 42:24, 54:14
**left** [37] - 16:3, 16:18,
19:8, 20:4, 24:4, 28:2,
29:5, 29:10, 29:14,
33:7, 33:8, 33:17,
36:4, 37:17, 45:24,
54:4, 66:17, 67:3,
67:9, 67:19, 78:19,
80:11, 88:4, 92:24,
98:5, 98:8, 113:16,
116:7, 118:14, 131:7,
141:25, 150:16,
155:14, 157:24
**left-hand** [1] - 131:7
**leg** [1] - 121:18
**legal** [2] - 71:20,
161:5
**length** [1] - 152:24
**lenient** [2] - 72:13,
72:16
**less** [3] - 64:13,
89:15, 154:19
**lethal** [2] - 26:7, 27:3
**letters** [1] - 20:19
**letting** [4] - 32:8,
32:25, 67:16, 80:25
**level** [6] - 27:11,
28:24, 36:6, 110:24,
111:2, 111:4
**liberal** [1] - 139:11
**lieutenant** [1] - 54:18
**lieutenants** [1] -
11:10
**life** [5] - 55:11, 57:22,
67:25, 70:12, 82:24
**lift** [3] - 46:10, 47:4,
141:1
**lifted** [1] - 79:4

**lifting** [1] - 42:16
**likely** [1] - 89:15
**LINDY** [2] - 1:19,
1:20
**line** [48] - 10:23,
18:17, 18:22, 19:1,
19:14, 20:12, 21:10,
21:17, 21:20, 21:22,
23:7, 24:23, 30:23,
33:4, 34:21, 34:23,
36:7, 36:12, 38:9,
38:10, 52:22, 93:1,
94:3, 94:10, 96:22,
96:23, 98:3, 98:19,
102:7, 102:10,
102:14, 103:7,
103:12, 103:13,
103:16, 125:8,
128:21, 131:22,
131:23, 133:3, 133:6,
133:18, 133:21,
134:6, 137:8, 139:22,
162:3, 162:12
**lines** [3] - 32:9, 33:1,
43:12
**LISA** [2] - 2:7, 163:3
**Lisa** [1] - 163:12
**list** [1] - 130:16
**listen** [1] - 105:6
**listened** [1] - 31:25
**literally** [1] - 43:13
**livestreaming** [1] -
11:21
**living** [1] - 84:11
**located** [1] - 97:17
**location** [3] - 18:23,
29:20, 57:11
**locations** [1] - 30:3
**lock** [3] - 31:22,
31:23
**locked** [2] - 31:16,
32:2
**locking** [1] - 28:21
**logo** [1] - 114:5
**look** [16] - 11:13,
13:18, 13:23, 31:2,
44:17, 61:4, 61:7,
67:2, 68:9, 88:9,
88:11, 113:22,
114:20, 120:19,
139:4, 142:12
**looked** [9] - 17:13,
28:9, 41:14, 67:3,
88:3, 125:19, 146:25,
157:22, 159:6
**looking** [12] - 12:11,
18:15, 21:11, 42:6,
51:15, 77:20, 79:16,
97:10, 117:13,
154:20, 155:13,

160:15
**looks** [11] - 86:16, 92:7, 142:11, 144:2, 145:2, 145:13, 145:16, 146:7, 149:16, 152:9, 159:6
**LOPEZ** [3] - 2:4, 2:5, 130:15
**losing** [2] - 29:6, 126:25
**lost** [8] - 21:22, 23:7, 25:3, 25:19, 81:3, 98:2, 103:7, 125:10
**loud** [1] - 105:4
**lower** [8] - 18:13, 18:14, 18:20, 29:17, 37:13, 98:11, 110:18, 110:21
**luck** [1] - 108:1
**luckier** [1] - 8:6
**luckily** [4] - 24:2, 43:22, 47:4, 49:13
**lunch** [2] - 88:12, 90:17
**luncheon** [1] - 90:23

# M

**M4** [1] - 10:10
**ma'am** [54] - 6:4, 7:3, 7:8, 7:19, 7:23, 8:1, 8:5, 8:10, 11:22, 14:11, 14:20, 15:11, 15:13, 15:16, 16:25, 18:4, 23:3, 23:18, 27:12, 31:13, 34:1, 34:3, 36:19, 37:19, 39:10, 39:16, 39:18, 40:2, 42:5, 42:8, 47:20, 48:16, 51:4, 52:6, 53:15, 53:23, 54:12, 56:5, 56:17, 56:23, 60:10, 62:2, 64:6, 64:16, 66:20, 70:9, 75:5, 76:4, 82:22, 83:4, 86:5, 86:9, 89:19, 106:5
**machine** [2] - 16:10, 32:20
**magnetometer** [2] - 16:10, 32:19
**main** [3] - 49:16, 133:23, 135:8
**maintain** [1] - 18:17
**man** [1] - 65:24
**maneuver** [2] - 13:25, 25:10
**manned** [1] - 135:12
**marches** [3] - 135:9,

135:11, 135:15
**mark** [2] - 21:16, 22:6
**marked** [3] - 14:9, 35:16, 139:16
**marker** [1] - 122:17
**marking** [1] - 22:11
**mask** [13] - 4:13, 13:15, 13:21, 25:15, 26:13, 43:20, 43:22, 47:4, 120:7, 120:10, 122:23, 139:24, 157:2
**masks** [1] - 27:7
**mass** [1] - 128:18
**Mastony** [5] - 80:18, 82:23, 83:17, 161:22, 162:1
**Mastony's** [1] - 162:10
**match** [2] - 36:6, 49:15
**matter** [1] - 59:7
**McCarthy** [1] - 138:15
**McCaughey** [27] - 1:6, 1:20, 63:12, 136:19, 137:24, 138:11, 138:13, 138:22, 139:8, 139:12, 139:20, 140:5, 141:13, 142:4, 144:24, 146:5, 148:19, 148:25, 149:16, 150:2, 152:9, 156:16, 157:14, 159:15, 160:25, 161:3
**McCaughey's** [30] - 140:2, 140:8, 141:8, 141:22, 142:7, 142:23, 143:4, 143:9, 143:24, 144:5, 144:15, 144:21, 145:8, 146:1, 146:10, 146:21, 147:6, 147:13, 156:10, 156:13, 156:21, 157:10, 157:18, 157:21, 158:1, 158:6, 158:11, 158:20, 159:1, 159:12
**McFADDEN** [1] - 1:11
**mean** [28] - 6:22, 8:15, 11:5, 15:6, 24:16, 32:17, 33:14, 43:25, 57:9, 57:10, 62:18, 67:16, 70:22, 71:16, 78:15, 84:7, 93:10, 95:14, 98:1, 116:6, 141:3, 143:22,

144:13, 145:22, 147:2, 157:9, 158:18, 160:10
**meaning** [1] - 12:3
**means** [2] - 59:9, 71:19
**meant** [1] - 131:16
**mechanism** [1] - 65:3
**media** [7] - 9:11, 61:18, 61:23, 62:12, 70:12, 101:19, 106:23
**medic** [2] - 103:10, 103:11
**medical** [7] - 33:22, 52:15, 52:23, 53:4, 54:6, 54:15, 104:10
**MEHAFFIE** [2] - 1:7, 2:2
**melee** [1] - 103:5
**member** [3] - 32:6, 71:8, 135:12
**members** [7] - 16:23, 30:3, 31:9, 50:19, 61:5, 101:11, 120:5
**memorable** [1] - 138:19
**memory** [4] - 28:19, 52:13, 77:24, 83:20, 100:17
**mental** [3] - 54:7, 84:14
**mention** [1] - 122:6
**mentioned** [10] - 10:8, 33:24, 38:14, 50:20, 62:5, 76:2, 101:18, 109:23, 119:1, 120:20
**merit** [1] - 73:9
**messages** [1] - 68:10
**met** [2] - 60:7, 82:24
**metal** [6] - 13:19, 21:3, 23:24, 31:18, 36:11, 121:6
**Metro** [2] - 64:23, 66:16
**Metropolitan** [12] - 18:5, 18:18, 19:21, 20:19, 32:7, 32:17, 62:6, 82:23, 108:22, 108:24, 109:3, 114:12
**Michael** [2] - 33:10, 96:23
**microphone** [3] - 4:15, 5:12, 108:15
**middle** [7] - 40:23, 98:2, 98:3, 98:4, 132:1, 132:11, 134:20
**midnights** [2] - 6:12,

6:15
**might** [3] - 60:18, 144:13, 156:25
**military** [2] - 53:3, 53:14
**millisecond** [3] - 151:8, 152:19, 152:25
**milliseconds** [1] - 159:4
**mind** [2] - 26:23, 90:25
**mine's** [1] - 39:13
**minute** [13] - 17:10, 17:13, 17:18, 22:8, 27:14, 55:16, 73:25, 111:23, 122:17, 133:17, 134:9, 136:4, 148:13
**minutes** [25] - 13:6, 16:14, 18:7, 22:22, 23:19, 25:9, 28:7, 32:1, 35:5, 40:21, 46:7, 51:7, 51:25, 82:19, 85:20, 87:4, 88:13, 104:25, 105:1, 111:22, 119:25, 130:5
**miss** [1] - 159:4
**missed** [4] - 26:10, 26:17, 76:15, 142:10
**mistaken** [1] - 92:10
**mistaking** [1] - 44:6
**mob** [10] - 19:6, 19:10, 25:17, 28:6, 34:12, 36:13, 45:23, 103:4, 103:16, 128:22
**mole** [1] - 19:2
**moment** [35] - 23:4, 37:15, 38:7, 40:5, 40:6, 41:6, 41:7, 42:2, 45:20, 46:7, 46:22, 47:7, 47:8, 47:22, 47:24, 52:11, 66:8, 67:6, 67:8, 76:19, 79:22, 116:4, 116:22, 117:11, 117:23, 127:9, 127:22, 129:8, 130:4, 132:15, 136:5, 137:17, 157:8, 160:22
**moments** [5] - 39:11, 48:18, 55:10, 115:11, 115:21
**money** [7] - 60:17, 64:4, 71:17, 71:19, 71:22, 72:5, 107:6
**months** [1] - 5:16
**morning** [8] - 4:10, 4:11, 4:19, 4:20, 56:4, 56:5, 61:19, 109:16
**most** [8] - 20:18, 53:25, 57:13, 72:17,

96:20, 100:13, 100:15, 109:21
**mostly** [1] - 129:16
**motherfuckers** [2] - 32:9, 32:25
**motion** [3] - 49:18, 115:4, 154:22
**motivations** [1] - 72:3
**mountain** [4] - 6:14, 54:13, 91:20, 91:22
**mouth** [1] - 5:13
**move** [27] - 12:24, 18:24, 37:4, 45:11, 46:2, 49:17, 74:12, 87:18, 89:7, 93:5, 96:3, 104:24, 113:5, 117:8, 122:9, 122:16, 124:10, 124:23, 126:7, 129:18, 134:8, 136:19, 137:8, 137:19, 146:4, 162:3, 162:12
**moved** [6] - 18:25, 40:19, 115:7, 115:23, 122:7, 125:18
**movement** [3] - 34:17, 95:6, 142:13
**moves** [1] - 41:9
**movie** [1] - 17:6
**moving** [12] - 15:9, 46:21, 47:6, 48:10, 52:8, 87:17, 98:1, 129:25, 151:10, 151:11, 158:18, 160:6
**MPD** [10] - 19:18, 20:6, 20:11, 25:11, 28:10, 32:4, 65:25, 66:1, 67:7, 135:13
**MR** [81] - 91:7, 91:12, 93:16, 93:21, 97:1, 97:3, 104:7, 104:14, 104:17, 122:10, 130:15, 135:24, 136:1, 136:5, 136:7, 136:11, 140:4, 140:10, 141:7, 141:10, 141:11, 141:24, 142:9, 143:1, 143:6, 143:11, 143:21, 144:1, 144:7, 144:17, 144:23, 145:10, 145:25, 146:3, 146:12, 146:23, 147:8, 147:15, 147:23, 148:4, 148:18, 149:8, 149:15, 149:23, 150:8, 150:20, 151:1, 151:7, 151:18, 152:1,

152:8, 152:18,
153:10, 154:1, 154:6,
154:11, 154:15,
155:1, 155:17,
155:20, 156:12,
156:15, 156:23,
157:12, 157:17,
157:20, 158:3, 158:8,
158:13, 158:22,
159:3, 159:14, 160:8,
160:19, 160:22,
160:25, 161:2, 161:8,
161:13, 161:15, 162:9
  **MS** [235] - 4:6, 4:18,
8:8, 12:12, 14:6, 14:8,
16:20, 18:8, 18:10,
19:19, 19:24, 22:4,
22:7, 22:16, 22:21,
22:25, 23:1, 27:9,
35:14, 35:15, 36:20,
36:21, 37:21, 37:24,
38:16, 38:21, 38:22,
39:5, 39:20, 39:24,
41:11, 41:18, 45:6,
45:11, 45:18, 46:2,
46:5, 46:24, 47:12,
47:15, 48:10, 48:14,
48:21, 48:25, 49:16,
49:22, 51:5, 51:11,
51:20, 53:19, 55:13,
56:1, 56:3, 60:11,
65:18, 65:20, 68:20,
68:21, 69:4, 70:7,
71:14, 74:3, 74:8,
74:19, 74:23, 75:1,
75:14, 75:17, 75:21,
75:23, 76:5, 76:9,
76:10, 76:14, 76:16,
76:21, 76:24, 77:3,
77:4, 77:13, 77:17,
77:18, 78:3, 78:7,
78:8, 79:1, 79:9,
79:10, 79:23, 80:7,
80:10, 80:12, 83:9,
83:12, 83:16, 85:18,
85:21, 86:1, 86:2,
86:18, 86:22, 86:23,
87:7, 87:8, 88:10,
88:13, 88:21, 89:4,
90:14, 104:1, 104:19,
104:21, 104:24,
105:2, 105:10,
105:11, 105:22,
106:1, 107:23, 108:6,
108:17, 112:9,
112:13, 112:14,
112:18, 112:22,
112:23, 113:4, 113:9,
113:13, 113:14,
113:25, 114:4,
114:15, 114:18,

114:19, 115:14,
115:19, 115:20,
116:10, 116:14,
116:22, 117:1,
117:18, 117:22,
118:3, 118:7, 118:12,
118:18, 118:22,
119:2, 119:6, 119:10,
119:20, 119:24,
120:3, 120:12,
120:16, 120:17,
120:24, 121:3, 121:4,
122:4, 122:13,
122:16, 122:21,
123:11, 123:15,
124:4, 124:5, 124:10,
124:15, 124:22,
125:2, 125:12,
125:16, 125:17,
125:22, 125:25,
126:2, 126:9, 126:12,
126:13, 126:17,
126:20, 126:21,
127:1, 127:5, 127:7,
127:12, 127:16,
127:17, 128:7,
128:10, 128:11,
128:25, 129:3, 129:4,
129:18, 129:21,
129:22, 130:8,
130:17, 130:22,
131:1, 131:2, 131:14,
131:19, 131:20,
132:4, 132:8, 132:9,
132:20, 132:24,
133:1, 133:10,
133:14, 133:15,
133:24, 134:3, 134:4,
134:8, 134:14,
134:18, 134:19,
135:2, 135:3, 135:21,
145:23, 147:25,
153:8, 161:5, 161:11,
162:5, 162:20
  **multiple** [21] - 7:11,
23:8, 28:25, 44:5,
44:11, 48:8, 53:25,
57:9, 58:12, 58:24,
59:16, 67:20, 67:25,
72:7, 72:20, 84:7,
84:25, 94:5, 96:7,
96:19, 123:10
  **muscle** [1] - 37:12
  **must** [3] - 129:17,
149:16, 158:16

# N

  **name** [7] - 4:21,
4:24, 5:3, 34:6, 91:1,

108:19, 108:20
  **name's** [1] - 56:6
  **names** [2] - 82:21,
148:7
  **nation** [1] - 31:2
  **National** [1] - 53:17
  **national** [2] - 31:2,
31:8
  **near** [8] - 7:16,
11:24, 32:19, 35:23,
98:3, 102:13, 115:6,
152:23
  **nearby** [1] - 103:15
  **necessarily** [2] -
36:23, 145:18
  **necessary** [1] - 34:9
  **neck** [4] - 24:1,
45:25, 47:11, 106:11
  **need** [10] - 9:20,
14:1, 45:1, 59:12,
66:10, 82:25, 101:10,
103:10, 105:18, 124:7
  **needed** [6] - 52:14,
52:22, 52:23, 110:5,
110:7, 110:23
  **neon** [2] - 120:7,
120:10
  **never** [12] - 8:3,
17:23, 56:22, 57:7,
60:7, 63:3, 76:19,
79:11, 80:25, 81:1,
82:24, 96:17
  **new** [1] - 24:19
  **news** [6] - 8:15,
58:10, 58:16, 62:11,
70:12, 161:25
  **next** [18] - 29:3,
30:23, 41:3, 57:2,
58:21, 62:4, 68:3,
73:2, 75:6, 80:3,
108:2, 108:4, 110:24,
111:2, 111:4, 116:22,
128:19, 134:24
  **nobody** [4] - 30:12,
87:15, 89:11, 137:18
  **none** [2] - 102:2,
162:20
  **nonofficer** [1] -
103:20
  **nonpolice** [3] -
102:2, 102:21, 103:23
  **normal** [3] - 7:6,
24:9, 30:15
  **normally** [9] - 6:11,
10:1, 10:3, 11:14,
26:4, 27:23, 30:14,
92:21, 101:7
  **north** [5] - 9:19,
15:22, 16:12, 98:4,
107:17

  **NORTHERN** [1] -
1:24
  **northwest** [2] -
97:20, 97:24
  **Northwest** [3] - 1:17,
2:9, 163:14
  **note** [1] - 40:13
  **NOTE** [1] - 4:1
  **noted** [1] - 122:7
  **notes** [1] - 163:5
  **nothing** [6] - 8:22,
43:3, 104:17, 147:9,
147:11, 161:8
  **notice** [2] - 19:3,
155:11
  **noticed** [3] - 22:3,
29:4, 155:9
  **nuclear** [3] - 30:18,
30:19, 30:24
  **number** [10] - 57:1,
57:6, 58:7, 59:15,
59:17, 123:9, 128:5,
128:6, 147:22
  **nursing** [1] - 30:11

# O

  **oath** [3] - 56:13,
56:20, 91:9
  **Obama** [1] - 30:10
  **object** [2] - 90:5,
118:24
  **objection** [10] - 83:9,
104:1, 113:6, 124:24,
130:13, 130:19,
145:23, 153:8, 161:5,
162:5
  **objects** [1] - 92:23
  **obvious** [1] - 30:5
  **obviously** [2] -
60:19, 87:15
  **occasion** [2] - 98:23,
109:8
  **occasionally** [1] -
10:11
  **occurred** [1] - 89:20
  **October** [1] - 109:4
  **OF** [8] - 1:1, 1:3,
1:10, 1:16, 1:20, 1:23,
1:24, 2:2
  **offense** [1] - 92:20
  **offensive** [1] - 14:14
  **offensively** [2] -
94:9, 94:10
  **Office** [1] - 2:3
  **OFFICE** [2] - 1:16,
1:23
  **Officer** [11] - 35:23,
101:22, 108:7,

108:11, 120:4, 122:6,
125:3, 131:3, 136:2,
148:5, 161:9
  **officer** [72] - 6:6,
9:25, 13:6, 16:1, 19:8,
20:16, 28:10, 31:16,
32:4, 32:24, 44:22,
49:14, 55:9, 56:19,
57:17, 58:11, 65:25,
68:4, 69:22, 72:20,
73:2, 77:10, 78:10,
78:11, 78:16, 78:22,
78:25, 80:21, 80:23,
81:1, 82:13, 85:3,
87:25, 91:15, 95:9,
95:21, 99:11, 101:12,
102:12, 103:15,
103:21, 103:24,
109:1, 109:2, 109:7,
109:14, 112:15,
113:15, 114:5,
115:22, 119:12,
121:5, 122:9, 122:22,
123:4, 123:16, 124:6,
127:18, 128:12,
131:21, 132:10,
133:2, 134:20, 135:7,
140:5, 140:12,
149:10, 149:17,
157:13, 161:16,
162:21
  **officer's** [2] - 148:23,
149:11
  **officers** [93] - 6:24,
7:1, 8:19, 8:23, 10:8,
10:15, 10:22, 11:8,
11:20, 12:23, 14:1,
14:18, 14:24, 15:10,
15:15, 16:22, 17:7,
17:14, 17:17, 18:1,
18:17, 19:3, 19:11,
20:2, 20:5, 20:14,
20:15, 20:18, 21:5,
21:6, 21:9, 21:22,
23:9, 25:6, 25:13,
25:18, 27:11, 27:14,
27:25, 28:12, 28:17,
29:4, 29:13, 32:17,
32:18, 34:21, 43:15,
52:23, 55:1, 55:6,
55:12, 57:19, 61:3,
62:6, 62:23, 62:24,
63:5, 65:1, 66:1, 66:2,
66:16, 66:17, 67:4,
67:7, 67:15, 67:18,
69:25, 73:3, 77:21,
77:24, 80:17, 80:19,
81:11, 81:24, 96:8,
96:12, 96:13, 96:21,
96:24, 98:17, 101:14,
102:2, 102:4, 102:15,

102:19, 102:21,
103:24, 107:12,
117:5, 120:8
**OFFICES** [2] - 1:20,
2:2
**official** [6] - 9:4,
9:14, 13:25, 95:8,
143:19, 163:12
**Official** [1] - 2:8
**often** [2] - 111:16,
140:14
**Ohio** [1] - 2:6
**old** [1] - 66:25
**older** [1] - 103:7
**once** [13] - 11:21,
20:11, 21:20, 26:5,
28:9, 28:23, 32:13,
32:21, 42:10, 44:5,
104:12, 117:13,
144:11
**one** [95] - 6:8, 7:5,
11:20, 14:2, 14:3,
16:1, 18:23, 19:4,
23:11, 24:19, 25:11,
25:25, 26:1, 27:23,
28:17, 29:7, 30:10,
33:9, 33:25, 36:10,
36:11, 36:18, 36:20,
36:24, 37:18, 40:12,
42:11, 43:1, 43:4,
43:6, 45:10, 48:17,
52:15, 53:2, 54:22,
55:1, 56:14, 56:16,
61:14, 62:10, 62:22,
67:2, 68:3, 68:15,
70:13, 70:25, 71:15,
71:24, 73:13, 74:10,
76:25, 79:24, 80:1,
80:17, 80:19, 81:5,
82:6, 85:19, 86:13,
90:4, 91:20, 93:7,
96:8, 96:16, 96:24,
98:16, 101:21,
101:24, 103:20,
103:23, 103:24,
104:8, 109:23,
110:11, 113:20,
116:20, 117:4, 117:6,
117:9, 117:10, 118:8,
119:15, 126:6,
130:17, 135:8, 136:8,
144:25, 153:23,
156:1, 157:24, 161:13
**one-minute-and-50
-second** [1] - 22:5
**ones** [1] - 77:25
**online** [3] - 8:19, 9:9,
11:14
**onwards** [1] - 130:12
**op** [2] - 59:19, 59:23

**op-eds** [2] - 59:19,
59:23
**opaque** [1] - 160:14
**open** [125] - 16:1,
22:14, 22:24, 35:12,
38:20, 39:4, 39:23,
45:14, 46:4, 47:1,
47:14, 48:13, 48:24,
49:21, 51:10, 51:19,
74:22, 75:20, 76:8,
77:2, 77:16, 78:6,
79:8, 79:19, 80:9,
85:25, 86:21, 87:6,
88:15, 88:18, 94:24,
100:21, 101:2, 105:9,
105:24, 112:12,
112:21, 113:12,
113:24, 114:3,
114:17, 115:18,
116:13, 117:21,
118:6, 118:11,
118:21, 119:5, 119:9,
119:23, 120:2,
120:15, 121:2,
122:20, 123:14,
124:3, 124:13,
125:15, 125:24,
126:11, 126:19,
127:4, 127:15, 128:9,
129:2, 129:20,
130:25, 131:18,
132:7, 132:23,
133:13, 134:2,
134:13, 134:17,
135:1, 140:3, 140:9,
141:9, 141:23, 142:8,
142:24, 143:5,
143:10, 143:25,
144:6, 144:16,
144:22, 145:9, 146:2,
146:11, 146:22,
147:7, 147:14, 148:3,
148:17, 149:7,
149:14, 149:22,
150:7, 150:19,
150:24, 151:6,
151:17, 151:24,
152:7, 152:16,
153:22, 154:5, 154:8,
154:14, 154:25,
155:16, 155:19,
156:11, 156:14,
156:22, 157:11,
157:19, 158:2, 158:7,
158:12, 158:21,
159:2, 159:13, 160:5
**opened** [1] - 15:25
**opinion** [2] - 73:4,
73:14
**opportunity** [5] -

11:8, 23:23, 58:2,
66:10, 98:24
**opposed** [1] - 125:4
**orchestrated** [1] -
71:9
**order** [6] - 44:15,
44:16, 44:20, 67:12,
71:16, 72:4
**orders** [1] - 8:23
**original** [1] - 89:5
**originally** [4] - 34:19,
109:16, 110:2, 110:3
**otherwise** [2] -
44:17, 61:3
**ourselves** [1] - 50:18
**outer** [3] - 125:4,
125:9, 132:17
**outnumbered** [2] -
27:5, 128:2
**outside** [1] - 156:17
**outspoken** [2] - 62:7,
106:21
**overall** [1] - 34:11
**overdose** [1] -
104:11
**overheard** [2] -
25:11, 32:3
**overlap** [3] - 51:13,
51:25, 52:2
**overpowered** [1] -
10:14
**overruled** [3] -
104:2, 153:9, 162:8
**overseas** [1] - 57:23
**overwhelmed** [6] -
17:19, 18:1, 21:11,
21:17, 21:21, 23:7
**overwhelming** [2] -
17:17, 17:25
**own** [5] - 31:7, 65:15,
68:15, 124:17, 126:3
**oxygen** [1] - 40:7

## P

**p.m** [10] - 15:17,
29:25, 131:9, 131:16,
131:21, 132:10,
133:2, 134:9, 134:10,
134:21
**packed** [1] - 140:14
**PAGE** [1] - 3:10
**page** [1] - 61:19
**paid** [4] - 59:20,
62:15, 63:18, 64:4
**pain** [9] - 21:25,
40:7, 41:22, 50:9,
50:11, 50:12, 50:21,
106:8

**pain-wise** [1] - 50:9
**painful** [1] - 41:22
**pandemic** [2] -
100:22, 101:5
**panicking** [1] - 27:16
**paper** [1] - 62:19
**parade** [3] - 72:18,
72:23, 73:10
**parading** [1] - 72:18
**paraphrase** [3] -
66:4, 66:9, 66:14
**paraphrasing** [1] -
11:23
**part** [7] - 5:24, 7:6,
14:24, 51:22, 72:17,
103:16, 129:10
**participation** [1] -
60:19
**particular** [13] -
19:20, 27:23, 32:24,
38:16, 38:17, 40:5,
47:22, 51:17, 67:6,
67:8, 85:12, 102:3,
123:6
**particularly** [3] -
61:25, 64:1, 87:16
**partly** [1] - 51:25
**PASCHALL** [117] -
1:14, 4:6, 108:6,
108:17, 112:9,
112:13, 112:14,
112:18, 112:22,
112:23, 113:4, 113:9,
113:13, 113:14,
113:25, 114:4,
114:15, 114:18,
114:19, 115:14,
115:19, 115:20,
116:10, 116:14,
116:22, 117:1,
117:18, 117:22,
118:3, 118:7, 118:12,
118:18, 118:22,
119:2, 119:6, 119:10,
119:20, 119:24,
120:3, 120:12,
120:16, 120:17,
120:24, 121:3, 121:4,
122:4, 122:13,
122:16, 122:21,
123:11, 123:15,
124:4, 124:5, 124:10,
124:15, 124:22,
125:2, 125:12,
125:16, 125:17,
125:22, 125:25,
126:2, 126:9, 126:12,
126:13, 126:17,
126:20, 126:21,
127:1, 127:5, 127:7,

127:12, 127:16,
127:17, 128:7,
128:10, 128:11,
128:25, 129:3, 129:4,
129:18, 129:21,
129:22, 130:8,
130:17, 130:22,
131:1, 131:2, 131:14,
131:19, 131:20,
132:4, 132:8, 132:9,
132:20, 132:24,
133:1, 133:10,
133:14, 133:15,
133:24, 134:3, 134:4,
134:8, 134:14,
134:18, 134:19,
135:2, 135:3, 135:21,
145:23, 147:25,
153:8, 161:5, 162:5,
162:20
**pass** [2] - 96:23,
101:10
**passed** [4] - 31:17,
53:10, 54:18, 82:11
**passes** [1] - 101:6
**passing** [2] - 80:14,
104:9
**past** [5] - 31:17,
31:18, 102:10,
137:15, 152:22
**Patrick** [1] - 63:12
**PATRICK** [1] - 1:6
**patrol** [3] - 109:7,
110:3, 121:17
**Patton** [1] - 32:5
**pause** [12] - 17:13,
75:21, 75:22, 76:9,
77:3, 77:17, 78:7,
79:9, 80:10, 86:1,
86:22, 87:7
**paused** [1] - 81:19
**pay** [4] - 9:11, 22:2,
71:16, 72:4
**peaceful** [3] - 30:13,
30:15, 50:16
**peacefully** [1] -
137:22
**pending** [3] - 6:12,
65:16, 79:6
**Pensacola** [1] - 1:25
**people** [70] - 8:16,
12:6, 12:21, 17:5,
17:21, 18:13, 18:14,
23:8, 25:24, 26:9,
27:2, 28:13, 29:8,
29:18, 30:2, 30:23,
33:2, 36:1, 50:17,
57:9, 58:13, 58:25,
59:8, 59:12, 59:25,
60:25, 61:10, 62:25,

63:6, 63:14, 65:13, 65:15, 67:17, 69:24, 70:18, 71:2, 71:20, 71:23, 71:25, 72:8, 73:18, 84:23, 93:1, 93:5, 94:3, 94:10, 94:20, 95:24, 95:25, 98:15, 99:2, 99:5, 101:21, 102:19, 103:4, 107:11, 107:12, 126:8, 127:20, 127:23, 127:24, 127:25, 128:4, 128:18, 129:25, 130:1, 136:18, 137:9

**pepper** [5] - 34:14, 42:18, 86:11, 103:8, 129:16

**per** [1] - 7:1

**perform** [1] - 54:14

**perhaps** [2] - 22:1, 62:22

**perimeter** [3] - 12:19, 20:7, 69:9

**period** [6] - 18:22, 38:24, 40:3, 52:5, 99:25, 123:17

**person** [26] - 23:11, 26:5, 26:21, 27:23, 33:10, 40:1, 40:24, 41:10, 71:16, 93:8, 94:14, 102:5, 104:8, 107:9, 107:11, 113:17, 113:19, 113:20, 114:22, 115:10, 115:25, 117:14, 118:1, 120:21, 138:10, 138:24

**personally** [4] - 13:2, 60:14, 67:21, 161:23

**personnel** [1] - 12:18

**persons** [1] - 41:9

**perspective** [3] - 147:2, 147:17, 149:25

**phone** [1] - 11:21

**photo** [1] - 97:4

**photograph** [3] - 131:11, 131:24, 132:12

**physical** [3] - 7:21, 8:4, 106:7

**physically** [1] - 137:4

**picked** [3] - 13:24, 115:3, 117:5

**picketing** [2] - 72:18, 72:23

**picking** [1] - 15:2

**picture** [8] - 18:11,

29:11, 97:8, 97:10, 97:11, 97:12, 97:23, 98:8

**piece** [2] - 23:24, 62:19

**pieces** [1] - 21:4

**pike** [1] - 11:15

**place** [7] - 6:17, 20:25, 29:1, 41:9, 65:3, 88:9, 88:11

**plain** [1] - 48:5

**Plaintiff** [1] - 1:4

**plastic** [1] - 152:12

**plate** [2] - 13:7, 13:8

**platform** [3] - 63:8, 110:25, 111:3

**platoon** [5] - 6:24, 7:1, 7:4, 16:21

**platoons** [2] - 6:21, 11:6

**play** [40] - 22:21, 23:22, 38:18, 38:23, 44:4, 51:6, 51:14, 55:7, 74:3, 74:5, 74:19, 74:24, 75:15, 76:6, 76:14, 76:20, 76:25, 77:13, 79:2, 79:24, 79:25, 80:1, 83:22, 88:7, 104:25, 105:20, 112:18, 113:21, 114:15, 119:6, 122:17, 123:25, 127:1, 131:14, 134:24, 139:17, 140:1, 141:7, 149:20, 153:19

**played** [3] - 88:1, 122:6, 138:9

**playing** [4] - 85:20, 86:18, 128:13, 132:4

**plays** [1] - 22:9

**plaza** [4] - 18:13, 18:14, 19:13, 19:22

**plenty** [1] - 57:22

**plus** [3] - 30:4, 54:7, 85:1

**podium** [5] - 16:9, 31:19, 31:21, 102:13

**point** [52] - 9:6, 11:1, 11:3, 11:18, 18:3, 18:5, 19:2, 21:10, 25:3, 29:10, 30:1, 33:20, 34:20, 34:22, 35:8, 39:17, 42:16, 42:22, 43:1, 43:6, 43:10, 43:13, 48:15, 49:12, 50:3, 52:14, 52:24, 56:9, 67:2, 67:25, 68:7, 71:8, 89:11, 97:11, 97:22,

98:14, 122:9, 123:2, 125:3, 128:5, 128:14, 129:17, 129:23, 132:5, 136:12, 137:21, 140:6, 140:11, 144:2, 156:16, 158:17

**pointing** [1] - 92:6

**points** [2] - 111:11, 111:13

**police** [60] - 9:25, 12:23, 18:17, 18:22, 19:11, 19:14, 20:12, 20:14, 20:15, 20:16, 20:17, 21:10, 21:20, 23:7, 23:8, 24:23, 26:19, 26:22, 34:21, 34:22, 36:7, 36:12, 47:18, 52:22, 54:21, 55:9, 56:18, 64:24, 69:22, 69:25, 82:13, 87:24, 95:1, 95:8, 96:8, 96:11, 98:3, 101:12, 102:7, 102:10, 102:11, 102:12, 102:14, 103:6, 103:12, 103:13, 103:15, 103:21, 109:1, 109:2, 110:17, 125:8, 131:22, 131:23, 133:3, 133:17, 133:21, 134:5, 137:18

**Police** [42] - 4:25, 5:6, 5:9, 5:15, 5:22, 6:3, 6:6, 6:20, 7:7, 7:20, 7:24, 8:22, 10:19, 14:18, 15:10, 15:15, 18:2, 18:5, 18:18, 19:21, 20:19, 32:7, 32:17, 57:7, 58:11, 62:6, 65:4, 66:1, 66:16, 66:17, 67:4, 67:10, 67:18, 82:23, 95:21, 99:3, 108:22, 108:24, 109:3, 114:11, 114:12

**policy** [4] - 136:16, 137:8, 137:11, 137:21

**political** [1] - 59:2

**politics** [1] - 62:1

**portion** [2] - 38:18, 111:19

**position** [6] - 7:2, 44:7, 44:9, 54:19, 58:11, 140:18

**positive** [2] - 57:13, 57:24

**possession** [1] - 96:14

**possibility** [1] - 41:25

**possible** [25] - 18:25, 37:2, 42:24, 61:8, 73:16, 73:21, 73:23, 80:17, 80:22, 81:2, 81:3, 81:10, 83:20, 83:22, 85:11, 86:6, 87:14, 87:16, 87:17, 87:21, 87:22, 89:6, 89:13, 153:4, 153:11

**possibly** [3] - 53:8, 105:4, 137:22

**Post** [1] - 2:3

**posts** [1] - 70:13

**posture** [1] - 8:22

**potential** [1] - 9:7

**potentially** [1] - 71:5

**power** [4] - 6:12, 8:18, 30:13, 30:14

**PR-24** [1] - 36:24

**PRATT** [1] - 2:5

**preparation** [1] - 111:25

**prepared** [1] - 9:21

**preparing** [1] - 131:3

**presidency** [1] - 30:23

**president** [4] - 16:6, 30:17, 30:18, 71:7

**President** [1] - 99:21

**president's** [1] - 31:4

**press** [6] - 25:17, 42:15, 43:12, 48:17, 71:5, 72:7

**pressed** [9] - 44:10, 49:4, 49:12, 75:25, 93:8, 95:2, 95:4, 126:24, 140:16

**pressing** [4] - 42:20, 44:15, 46:9, 94:21

**pressure** [3] - 47:9, 49:6, 106:11

**pretend** [1] - 86:8

**pretty** [8] - 15:7, 17:6, 30:4, 43:1, 47:11, 48:18, 54:25, 139:11

**prevent** [8] - 28:5, 65:4, 77:23, 95:6, 95:8, 95:16, 106:16, 128:3

**prevented** [3] - 43:22, 95:13, 95:17

**preventing** [3] - 42:25, 82:13, 107:10

**prevents** [2] - 95:18, 95:19

**previous** [3] - 38:8, 45:10, 116:15

**possibility** [1] - 41:25

**previously** [1] - 114:23

**principle** [2] - 62:17, 64:3

**print** [1] - 62:21

**privately** [1] - 161:1

**pro** [2] - 10:2, 30:17

**problem** [4] - 26:10, 26:16, 27:7, 79:17

**procedure** [1] - 10:4

**procedures** [1] - 100:15

**proceedings** [5] - 4:9, 55:21, 90:24, 108:12, 163:6

**process** [9] - 6:16, 13:4, 30:16, 54:14, 54:17, 64:1, 65:3, 70:17, 99:21

**produced** [1] - 163:6

**program** [1] - 91:17

**projectile** [1] - 21:5

**promotion** [1] - 91:19

**pronouncing** [1] - 91:1

**properly** [2] - 66:21, 95:19

**property** [2] - 10:17, 24:18

**prosecuted** [2] - 69:10, 69:20

**prosecutor** [1] - 78:20

**protect** [5] - 15:4, 47:5, 73:3, 92:22, 146:13

**protecting** [5] - 10:16, 66:19, 86:11, 93:2, 148:20

**protections** [1] - 21:7

**protective** [1] - 12:2

**protector** [6] - 12:3, 12:9, 13:1, 13:2

**protester** [2] - 75:10, 102:3

**protesters** [18] - 29:12, 95:2, 96:9, 99:14, 99:15, 99:20, 100:7, 101:25, 102:5, 103:21, 103:24, 118:17, 126:7, 128:6, 128:20, 129:25, 130:5, 137:18

**protocol** [1] - 100:17

**provide** [3] - 9:4, 52:14, 62:20

**provided** [1] - 52:20

**prying** [1] - 121:15

**PSA** [1] - 109:7
**public** [5] - 100:17, 100:21, 101:2, 101:4, 101:13
**publicity** [1] - 107:4
**publish** [1] - 30:24
**published** [121] - 22:14, 22:24, 35:12, 38:20, 39:4, 39:23, 45:14, 46:4, 47:1, 47:14, 48:13, 48:24, 49:21, 51:10, 51:19, 74:22, 75:20, 76:8, 77:2, 77:16, 78:6, 79:8, 79:19, 80:9, 85:25, 86:21, 87:6, 88:15, 88:18, 105:9, 105:24, 112:12, 112:21, 113:12, 113:24, 114:3, 114:17, 115:18, 116:13, 117:21, 118:6, 118:11, 118:21, 119:5, 119:9, 119:23, 120:2, 120:15, 121:2, 122:20, 123:14, 124:3, 124:13, 125:15, 125:24, 126:11, 126:19, 127:4, 127:15, 128:9, 129:2, 129:20, 130:25, 131:18, 132:7, 132:23, 133:13, 134:2, 134:13, 134:17, 135:1, 140:3, 140:9, 141:9, 141:23, 142:8, 142:24, 143:5, 143:10, 143:25, 144:6, 144:16, 144:22, 145:9, 146:2, 146:11, 146:22, 147:7, 147:14, 148:3, 148:17, 149:7, 149:14, 149:22, 150:7, 150:19, 150:24, 151:6, 151:17, 151:24, 152:7, 152:16, 153:22, 154:5, 154:8, 154:14, 154:25, 155:16, 155:19, 156:11, 156:14, 156:22, 157:11, 157:19, 158:2, 158:7, 158:12, 158:21, 159:2, 159:13, 160:5
**pull** [17] - 5:12, 22:4, 35:6, 41:11, 51:5,

74:5, 87:3, 97:1, 112:9, 119:20, 119:24, 122:4, 123:11, 130:22, 142:20, 144:3, 144:11
**pulled** [5] - 52:21, 61:19, 102:14, 123:20, 154:21
**pulling** [3] - 10:22, 19:11, 37:21
**pulls** [1] - 81:1
**punch** [2] - 84:21, 137:6
**punched** [1] - 85:9
**purpose** [3] - 21:1, 93:20, 141:1
**push** [29] - 18:19, 19:18, 20:6, 25:6, 27:25, 34:16, 36:1, 41:4, 44:21, 44:24, 48:16, 77:13, 87:24, 87:25, 92:20, 92:25, 93:1, 94:3, 94:8, 94:10, 94:20, 95:24, 115:11, 127:24, 130:1, 137:1, 137:15
**pushed** [24] - 17:8, 17:20, 45:2, 72:9, 93:7, 93:9, 111:16, 120:21, 125:9, 128:17, 133:19, 133:21, 133:22, 133:23, 137:11, 137:12, 137:13, 144:24, 151:9, 153:3, 156:17, 159:21, 160:1
**pushing** [30] - 25:2, 27:16, 34:21, 36:5, 38:6, 41:2, 41:7, 41:13, 42:7, 43:14, 43:16, 44:12, 44:13, 45:4, 49:15, 75:10, 87:20, 94:13, 96:8, 103:17, 106:12, 111:15, 116:1, 128:20, 137:6, 151:3, 161:17, 162:3, 162:11
**pussies** [1] - 127:10
**pussy** [3] - 43:10, 83:25, 105:16
**put** [25] - 9:3, 13:6, 15:23, 44:25, 49:8, 49:11, 49:18, 53:3, 55:5, 55:11, 65:3, 76:19, 88:3, 98:19, 110:6, 110:7, 110:10, 118:17, 121:9, 129:9, 141:4, 141:6, 151:19, 152:11, 153:24
**puts** [1] - 146:13

**putting** [9] - 12:13, 13:4, 15:23, 31:7, 86:6, 89:7, 110:12, 146:15, 156:6

## Q

**quarters** [1] - 25:21
**questioning** [1] - 151:12
**questions** [19] - 1:19, 11:12, 11:16, 55:13, 56:7, 60:12, 60:22, 62:4, 63:15, 63:22, 74:1, 74:6, 81:19, 90:14, 91:5, 106:20, 135:22, 161:11
**quickly** [3] - 15:23, 89:17, 110:6
**quiet** [1] - 107:18
**quote** [1] - 11:22
**quoting** [1] - 85:2

## R

**rack** [2] - 20:25
**racks** [2] - 20:8, 20:24
**radio** [4] - 12:17, 12:18, 22:18, 31:25
**rails** [2] - 20:25
**raise** [4] - 26:1, 26:3, 61:8, 61:21
**raised** [1] - 40:9, 41:17, 148:23, 149:3
**raising** [2] - 59:3, 144:24
**rallies** [3] - 135:9, 135:11, 135:15
**rallying** [1] - 32:11
**Ramey** [1] - 32:3
**ramming** [1] - 25:6
**ramp** [1] - 16:11
**ranges** [1] - 6:25
**rank** [3] - 5:17, 5:19, 108:24
**ranking** [5] - 6:22, 9:4, 9:13, 32:6, 65:25
**ray** [2] - 16:10, 32:19
**RDR** [3] - 2:7, 163:3, 163:12
**reached** [5] - 103:12, 144:2, 144:25, 151:8, 159:9
**reaching** [6] - 68:7, 80:23, 87:2, 87:3, 144:18, 154:9
**react** [2] - 19:4, 19:5

**reactivate** [2] - 111:18, 112:6
**read** [3] - 66:12, 70:14, 90:4
**ready** [5] - 12:1, 12:6, 12:16, 54:19, 140:18
**real** [1] - 42:1
**realized** [3] - 11:3, 25:9, 30:1
**really** [2] - 140:14, 155:25
**rear** [1] - 92:24
**reason** [8] - 26:22, 33:7, 33:8, 40:10, 54:22, 57:18, 62:22, 84:2
**receive** [2] - 73:15, 73:22
**RECEIVED** [1] - 3:10
**receiving** [1] - 123:7
**recently** [1] - 17:21
**recess** [2] - 55:20, 90:23
**recognize** [6] - 14:10, 40:1, 112:15, 112:24, 114:10, 124:1
**recoil** [1] - 153:14
**recollection** [4] - 89:9, 96:15, 96:18, 98:6
**record** [6] - 4:21, 42:12, 46:1, 53:13, 115:5, 147:22
**recording** [1] - 111:19
**records** [1] - 111:21
**recovering** [2] - 99:23, 100:6
**recovery** [1] - 54:17
**Red** [1] - 3:3
**red** [5] - 36:25, 46:20, 125:20, 131:12
**reddish** [1] - 138:3
**reddish-brown** [1] - 138:3
**redirect** [3] - 70:4, 104:18, 162:19
**REDIRECT** [1] - 104:20
**referring** [1] - 34:4
**regard** [2] - 21:6, 23:9
**regardless** [1] - 61:10
**regular** [1] - 110:3
**reinforcement** [2] - 57:25, 102:9
**reinforcements** [1] - 33:8

**related** [2] - 58:11, 62:1
**relationship** [2] - 58:12, 58:24
**release** [1] - 78:23
**relevant** [1] - 139:4
**relieve** [1] - 47:9
**relieved** [1] - 33:10
**remain** [3] - 67:24, 72:21, 123:16
**remember** [3] - 12:15, 20:23, 21:13, 21:20, 29:7, 33:1, 33:5, 33:7, 40:4, 42:9, 46:8, 50:22, 51:1, 51:2, 54:5, 56:14, 81:18, 82:3, 83:24, 84:10, 84:12, 84:19, 84:21, 85:8, 85:13, 106:4, 114:22, 114:25, 115:1, 129:11, 138:17, 142:20
**remembered** [2] - 83:8, 84:6
**remind** [2] - 84:16, 91:8
**remove** [2] - 4:13, 22:11
**removed** [1] - 42:10
**rendering** [2] - 102:15, 107:11
**reorient** [2] - 43:7, 44:24, 45:1
**repeat** [2] - 19:15, 81:16
**rephrase** [3] - 70:23, 83:11, 83:13
**replay** [1] - 79:14
**replayed** [1] - 116:21
**REPORTED** [1] - 2:7
**REPORTER** [5] - 12:8, 16:16, 53:12, 60:9, 147:21
**Reporter** [2] - 2:8, 163:12
**REPORTER'S** [1] - 4:1
**reports** [1] - 8:16
**represent** [1] - 56:6
**representation** [1] - 113:1
**request** [1] - 32:14
**requested** [1] - 4:2
**required** [1] - 33:21
**requirements** [1] - 91:21
**resecured** [1] - 33:15
**resources** [2] - 53:7, 98:20

**respectful** [1] - 68:22
**respecting** [1] - 9:23
**respond** [4] - 12:18, 15:21, 27:4, 61:14
**responding** [2] - 53:5, 53:11
**response** [4] - 60:15, 87:9, 91:22, 146:9
**responsibilities** [1] - 6:9
**responsibility** [1] - 44:7
**responsible** [1] - 62:20
**responsive** [1] - 102:16
**rest** [1] - 24:20
**restrained** [1] - 59:5
**result** [1] - 138:6
**resume** [1] - 90:17
**resuming** [1] - 4:4
**resuscitations** [1] - 52:24
**retain** [1] - 22:19
**retake** [1] - 55:22
**retaking** [1] - 91:1
**retention** [1] - 81:3
**retirement** [1] - 54:15
**retreat** [5] - 21:21, 25:7, 25:12, 94:22, 110:23
**retreated** [2] - 111:5
**return** [1] - 54:10
**returned** [1] - 6:4
**returning** [1] - 6:5
**review** [1] - 112:1
**revised** [1] - 130:15
**rewind** [2] - 78:3, 79:1
**ribs** [3] - 43:9, 46:13, 46:20
**ridicule** [1] - 59:9
**rifle** [1] - 9:7
**rifles** [1] - 10:10
**rights** [1] - 9:23
**ring** [1] - 51:21
**rinsed** [1] - 102:11
**riot** [4] - 7:25, 113:20, 119:15, 127:21
**rioter** [2] - 21:24, 41:13
**rioters** [6] - 23:8, 25:17, 28:24, 52:15, 71:8, 103:24
**ripped** [1] - 79:13
**risk** [2] - 31:8, 55:12
**risking** [1] - 67:25

**roaring** [1] - 17:5
**rod** [1] - 23:24
**rods** [1] - 21:4
**roll** [5] - 9:14, 9:20, 11:5, 11:6, 11:7
**Room** [1] - 2:10
**room** [8] - 15:24, 25:10, 31:10, 36:1, 107:13, 130:6
**rotated** [1] - 6:15
**rotation** [1] - 6:17
**rotator** [1] - 54:4
**roughly** [5] - 16:22, 33:17, 52:10, 54:8, 91:25
**round** [8] - 13:24, 14:3, 22:18, 23:16, 23:17, 39:13, 92:4, 92:11
**route** [1] - 27:20
**routine** [1] - 121:17
**row** [5] - 37:22, 96:12, 96:13, 96:17
**rows** [4] - 95:1, 96:7, 96:11, 96:19
**rude** [1] - 61:12
**running** [2] - 16:14, 61:6
**runs** [1] - 155:24
**Russell** [1] - 100:12
**résumé** [1] - 54:20

# S

**safe** [1] - 24:12
**safety** [1] - 55:6
**sat** [2] - 17:21, 103:13
**saw** [17] - 17:14, 28:10, 38:8, 41:14, 51:13, 52:1, 67:5, 68:10, 78:20, 88:2, 88:6, 98:14, 102:13, 115:4, 115:6, 116:21, 157:21
**scaffolding** [2] - 98:8, 98:15
**scaffoldings** [1] - 28:16
**scared** [1] - 61:6
**scary** [1] - 68:12
**school** [1] - 58:15
**scrambling** [1] - 10:22
**scream** [2] - 40:8, 68:5
**screamed** [2] - 25:16, 148:6
**screaming** [4] -

26:12, 34:13, 40:7, 126:15
**screen** [14] - 21:16, 23:13, 38:21, 83:2, 112:15, 118:25, 128:14, 131:22, 132:1, 133:3, 133:20, 134:21, 155:14, 157:24
**screenshot** [2] - 133:7, 146:17
**scuffle** [1] - 54:24
**seat** [2] - 4:15, 108:14
**second** [21] - 17:13, 30:10, 31:23, 32:18, 42:4, 43:6, 55:10, 58:20, 62:5, 75:16, 77:12, 96:13, 96:17, 118:8, 142:11, 144:4, 150:17, 151:2, 153:23, 154:19, 155:6
**secondary** [1] - 6:13
**seconds** [26] - 32:2, 48:18, 49:24, 51:7, 51:8, 51:12, 51:24, 76:25, 79:2, 104:25, 105:1, 116:11, 116:15, 117:19, 118:4, 118:19, 118:24, 119:18, 119:25, 120:25, 134:15, 134:24, 135:5, 153:19, 154:6, 156:19
**section** [1] - 16:9
**secure** [4] - 19:21, 30:2, 31:17, 57:11
**security** [2] - 31:2, 31:8
**see** [115] - 8:22, 13:20, 17:19, 18:11, 20:2, 23:2, 24:2, 28:9, 28:17, 28:24, 35:8, 35:13, 36:4, 37:25, 38:2, 38:4, 38:9, 39:7, 39:15, 40:11, 42:17, 42:22, 42:23, 44:4, 45:9, 45:15, 45:16, 46:10, 47:3, 47:16, 49:1, 50:3, 51:16, 62:24, 66:11, 67:2, 67:3, 67:5, 71:23, 75:3, 75:6, 75:24, 76:3, 78:4, 78:22, 79:2, 79:4, 79:11, 79:25, 80:2, 80:11, 80:14, 80:23, 81:7, 82:10, 83:2, 86:3, 86:24, 87:25, 88:2,

88:5, 88:25, 96:18, 97:4, 98:8, 102:6, 102:18, 102:21, 102:25, 113:17, 114:5, 114:7, 114:8, 116:15, 117:25, 118:14, 118:24, 121:5, 123:20, 125:18, 129:6, 129:24, 131:11, 132:12, 133:3, 134:5, 134:21, 135:4, 139:8, 139:24, 142:10, 148:19, 148:22, 148:25, 149:19, 150:9, 150:15, 152:12, 152:14, 152:20, 152:21, 155:21, 156:2, 156:20, 157:2, 157:22, 158:4, 158:14, 159:21, 159:24, 160:11, 160:14, 161:3
**seeing** [9] - 20:23, 41:7, 57:22, 113:6, 124:24, 128:13, 153:13, 153:14, 155:25
**segments** [120] - 22:13, 22:23, 35:11, 38:19, 39:3, 45:13, 46:3, 46:25, 47:13, 48:12, 48:23, 49:20, 51:9, 51:18, 74:21, 75:19, 76:7, 77:1, 77:15, 78:5, 79:7, 79:18, 80:8, 85:24, 86:20, 87:5, 88:14, 88:17, 105:8, 105:23, 112:11, 112:20, 113:11, 113:23, 114:2, 114:16, 115:17, 116:12, 117:20, 118:5, 118:10, 118:20, 119:4, 119:8, 119:22, 120:1, 120:14, 121:1, 122:19, 123:13, 124:2, 124:12, 125:14, 125:23, 126:10, 126:18, 127:3, 127:14, 128:8, 129:1, 129:19, 130:24, 131:17, 132:6, 132:22, 133:12, 134:1, 134:12, 134:16, 134:25, 140:2, 140:8, 141:8, 141:22, 142:7, 142:23, 143:4, 143:9,

143:24, 144:5, 144:15, 144:21, 145:8, 146:1, 146:10, 146:21, 147:6, 147:13, 148:2, 148:16, 149:6, 149:13, 149:21, 150:6, 150:18, 150:23, 151:5, 151:16, 151:23, 152:6, 152:15, 153:21, 154:4, 154:7, 154:13, 154:24, 155:15, 155:18, 156:10, 156:13, 156:21, 157:10, 157:18, 158:1, 158:6, 158:11, 158:20, 159:1, 159:12, 160:4
**Senate** [6] - 30:3, 30:17, 30:19, 100:20, 101:1, 101:9
**senator** [1] - 30:25
**senators** [4] - 30:20, 61:5, 70:1, 107:14
**send** [1] - 27:10
**sense** [1] - 64:22
**sentence** [4] - 73:4, 73:5, 73:15, 73:22
**sentences** [3] - 19:12, 34:10, 72:15
**separate** [1] - 10:2
**September** [1] - 163:10
**sergeant** [12] - 4:24, 5:18, 6:9, 6:14, 7:2, 14:9, 23:2, 37:25, 38:3, 93:15, 161:24, 162:13
**Sergeant** [41] - 4:11, 18:11, 22:8, 35:7, 37:22, 38:23, 39:6, 49:23, 51:12, 55:14, 55:17, 55:22, 56:4, 60:6, 74:7, 74:9, 75:2, 75:18, 75:24, 76:11, 77:19, 80:18, 82:23, 83:17, 85:22, 86:3, 90:18, 90:25, 91:3, 91:8, 91:13, 97:4, 98:21, 104:14, 104:22, 105:3, 107:19, 107:24, 161:22, 162:1, 162:10
**sergeants** [4] - 6:22, 7:4, 11:11, 110:11
**served** [1] - 77:24
**serves** [3] - 28:19, 52:13, 100:18
**service** [2] - 45:3,

108:1
**session** [2] - 100:20, 101:2
**set** [5] - 15:25, 31:24, 32:18, 52:11, 60:4
**sets** [3] - 15:24, 16:11, 125:5
**setup** [1] - 6:23
**Seventh** [2] - 108:22, 109:5
**several** [5] - 59:22, 103:3, 106:25, 111:11, 130:5
**severe** [1] - 53:25
**SEVERT** [1] - 2:5
**shaggy** [2] - 75:6, 84:20
**shaking** [1] - 50:4
**shield** [116] - 13:17, 13:20, 13:22, 13:23, 13:24, 14:2, 14:13, 14:19, 22:18, 23:16, 23:17, 23:20, 24:3, 24:6, 24:10, 24:13, 24:20, 36:4, 37:16, 38:5, 38:9, 38:10, 39:7, 39:8, 39:13, 41:15, 42:11, 42:15, 42:16, 43:14, 43:15, 43:16, 44:14, 44:16, 44:22, 44:24, 45:10, 45:16, 46:10, 47:3, 48:5, 50:1, 50:2, 50:5, 74:11, 74:16, 74:17, 75:10, 76:19, 76:22, 77:8, 78:23, 80:24, 84:1, 93:22, 94:14, 94:18, 95:2, 95:23, 96:24, 102:11, 106:3, 106:6, 106:10, 106:13, 106:16, 113:22, 114:6, 114:11, 114:12, 115:1, 115:11, 116:1, 116:17, 117:15, 118:1, 119:18, 120:21, 121:11, 129:13, 138:24, 144:2, 144:9, 144:11, 144:13, 144:19, 144:24, 145:1, 145:4, 145:11, 145:14, 146:4, 146:7, 146:8, 146:13, 146:16, 146:18, 146:19, 146:25, 148:20, 149:1, 150:16, 151:3, 151:11, 152:12, 152:22, 154:16, 154:21, 156:6,

159:25, 160:1, 160:11, 161:17
**shield's** [2] - 145:3, 160:6
**shields** [22] - 14:2, 14:5, 14:23, 16:15, 24:12, 32:14, 32:22, 39:12, 43:4, 75:25, 92:4, 92:13, 92:16, 93:8, 96:13, 96:15, 96:17, 96:18, 96:20, 113:20, 114:14, 119:15
**shift** [1] - 19:8
**Shipley** [2] - 104:16, 161:12
**SHIPLEY** [6] - 2:2, 2:2, 104:17, 161:13, 161:15, 162:9
**shirking** [1] - 58:4
**shit** [1] - 17:11
**shocked** [2] - 57:1, 57:5
**shooting** [1] - 57:14
**short** [1] - 68:24
**shortly** [2] - 111:4, 148:12
**shorts** [1] - 110:4
**shot** [2] - 118:23, 131:11
**shoulder** [11] - 13:13, 30:11, 33:19, 37:12, 54:4, 89:23, 99:24, 100:6, 106:11, 116:7
**shove** [13] - 117:24, 143:3, 150:11, 152:14, 153:16, 153:17, 156:4, 156:20, 156:24, 157:5, 157:7, 162:16
**shoved** [12] - 17:8, 17:20, 115:1, 116:17, 121:10, 142:19, 143:16, 150:10, 151:2, 152:19, 153:15, 153:24
**shoves** [4] - 142:14, 142:21, 152:13, 159:25
**shoving** [1] - 154:2
**show** [11] - 18:5, 18:7, 19:6, 37:22, 51:22, 79:20, 80:5, 81:15, 147:19, 150:1, 160:2
**showed** [4] - 78:20, 79:21, 82:16, 146:17
**showing** [3] - 81:15, 82:7, 97:7

**shown** [1] - 120:18
**shows** [2] - 82:10, 97:23
**shutting** [1] - 153:5
**sic** [2] - 38:24, 100:12
**side** [25] - 13:15, 13:16, 16:4, 19:5, 28:13, 28:14, 40:13, 40:22, 44:12, 96:9, 97:17, 97:20, 98:8, 110:18, 111:6, 116:2, 116:5, 117:16, 117:17, 150:16, 152:21, 152:22, 152:23, 155:14, 157:24
**sides** [2] - 13:14, 129:17
**sideways** [1] - 42:14
**sign** [1] - 25:5
**signal** [1] - 25:14
**signals** [4] - 25:13, 26:14, 26:15, 27:10
**signed** [2] - 62:19, 62:21
**signs** [2] - 12:23, 69:15
**silent** [1] - 111:20
**similar** [4] - 56:16, 117:7, 121:16, 122:25
**simple** [1] - 145:17
**simply** [1] - 134:3
**simultaneously** [1] - 23:10
**single** [2] - 21:3, 82:3
**sit** [1] - 74:24
**situation** [2] - 44:21, 60:5
**situations** [1] - 26:8
**six** [3] - 11:11, 14:3, 76:24
**six-foot** [1] - 14:3
**skin** [1] - 41:17
**skull** [1] - 43:25
**slamming** [1] - 95:11
**slanted** [2] - 42:13, 44:12
**slightly** [4] - 41:8, 42:10, 98:5, 98:6
**slow** [1] - 49:18
**small** [1] - 128:5
**smoke** [1] - 28:3
**snippet** [4] - 140:23, 148:12, 148:25, 159:16
**snippets** [1] - 159:22
**so..** [3] - 10:17, 46:20, 85:5

**social** [4] - 9:11, 61:18, 61:23, 62:12
**soda** [1] - 35:2
**solid** [1] - 117:11
**solution** [1] - 27:6
**someone** [14] - 72:4, 73:14, 87:15, 105:12, 121:17, 122:1, 126:6, 136:24, 137:4, 137:6, 137:16, 140:19, 156:20, 162:16
**sometimes** [2] - 12:11, 94:9
**somewhat** [1] - 28:18
**somewhere** [2] - 21:18, 98:3
**soon** [2] - 17:4, 65:2
**sorry** [35] - 4:22, 6:5, 8:3, 12:8, 13:9, 13:10, 13:16, 16:16, 19:15, 30:14, 46:15, 51:14, 52:2, 53:12, 53:21, 58:20, 64:14, 76:15, 79:5, 83:12, 85:16, 91:4, 91:18, 93:14, 93:16, 95:15, 105:20, 116:20, 118:7, 131:15, 143:17, 143:18, 150:4, 151:22, 153:23
**sort** [15] - 58:8, 62:3, 68:17, 98:11, 116:6, 120:7, 121:6, 125:5, 138:3, 142:4, 147:9, 152:10, 156:17, 157:13
**sorts** [1] - 129:15
**sounded** [1] - 124:19
**south** [1] - 28:13
**southwest** [7] - 17:19, 20:1, 25:1, 27:19, 97:23, 97:24, 98:9
**space** [2] - 126:24, 140:15
**span** [1] - 85:1
**speaker** [2] - 30:17, 90:5
**speakers** [1] - 35:1
**speaking** [5] - 101:15, 101:18, 114:21, 160:20
**specific** [10] - 18:23, 19:9, 35:5, 36:23, 59:17, 71:8, 74:1, 121:14, 137:5
**specifically** [5] - 13:23, 14:15, 29:19, 71:19, 84:24

**speech** [2] - 11:21, 11:24
**spell** [2] - 4:21, 108:18
**spelling** [1] - 5:2
**spine** [2] - 37:6, 37:14
**split** [4] - 55:10, 64:17, 142:11, 151:2
**split-second** [1] - 55:10
**spot** [4] - 35:23, 51:17, 81:20, 83:19
**spray** [6] - 34:14, 34:15, 42:18, 86:11, 129:16
**sprayed** [4] - 103:8, 155:4, 155:9, 155:11
**sprinklers** [2] - 34:14, 41:16
**squad** [1] - 7:5
**squads** [2] - 6:21, 6:25
**staffed** [1] - 7:1
**staffer** [2] - 101:7, 101:13
**staffers** [1] - 69:25
**stage** [12] - 9:18, 16:8, 16:13, 17:2, 17:3, 25:1, 25:14, 27:19, 27:22, 28:12, 35:1, 107:18
**staged** [1] - 15:22
**staircase** [2] - 27:23, 28:3
**stairs** [1] - 28:8
**stake** [4] - 30:5, 30:8, 30:22, 41:23
**stalemate** [1] - 137:17
**Stamford** [1] - 1:21
**stand** [8] - 31:23, 55:23, 73:3, 91:1, 97:14, 97:16, 107:20, 126:24
**standby** [1] - 110:5
**standing** [7] - 83:7, 137:22, 147:10, 148:20, 148:25, 154:16, 159:8
**start** [25] - 8:11, 12:6, 12:13, 19:10, 22:5, 53:4, 53:5, 104:22, 105:3, 110:17, 113:9, 115:16, 118:3, 118:18, 119:2, 120:12, 125:22, 126:9, 126:17, 127:12, 131:14, 132:20, 133:10,

133:24, 134:10
**started** [6] - 12:21, 44:11, 45:21, 128:12, 137:9, 137:21
**starts** [1] - 158:24
**state** [1] - 108:18
**statement** [3] - 69:12, 81:25, 85:12
**statements** [1] - 34:2
**States** [10] - 2:8, 4:25, 5:6, 57:7, 59:4, 63:12, 63:14, 68:14, 95:21, 163:13
**STATES** [4] - 1:1, 1:3, 1:12, 1:16
**states** [1] - 83:23
**station** [1] - 58:16
**stationed** [3] - 109:16, 109:18, 110:2
**stay** [7] - 18:23, 33:4, 52:8, 59:5, 67:14, 103:15
**stayed** [3] - 25:8, 107:16, 159:11
**Steal** [1] - 8:17
**stenographic** [1] - 163:5
**step** [2] - 107:24, 162:24
**stepped** [3] - 103:1, 103:11, 159:7
**stepping** [1] - 158:24
**steps** [9] - 16:4, 16:5, 16:6, 18:19, 21:21, 28:13, 28:16, 41:8, 42:10
**STEVENS** [2] - 1:6, 1:23
**Stevens** [24] - 74:10, 75:9, 76:11, 76:16, 77:7, 77:20, 78:15, 79:11, 80:5, 80:20, 80:25, 81:7, 81:11, 81:23, 82:20, 83:17, 84:20, 85:9, 86:3, 87:11, 87:17, 90:1
**Stevens's** [5] - 75:6, 75:11, 76:1, 80:21, 81:20
**still** [23] - 5:6, 5:9, 6:6, 6:16, 18:22, 31:12, 37:5, 37:15, 38:17, 39:13, 50:13, 72:21, 84:9, 84:15, 91:9, 131:11, 140:11, 143:22, 149:9, 154:16, 154:19, 154:21, 157:2
**stipulate** [1] - 122:10
**stole** [2] - 78:10,

78:22
**stolen** [6] - 43:15, 47:18, 74:17, 77:21, 78:16, 81:12
**stomach** [2] - 43:9, 46:13
**Stop** [1] - 8:17
**stop** [38] - 5:1, 8:17, 22:25, 35:14, 40:10, 41:22, 43:2, 46:9, 63:10, 105:10, 107:19, 112:13, 112:22, 113:13, 114:18, 115:16, 115:19, 120:16, 121:3, 124:4, 125:16, 125:25, 126:12, 126:20, 127:5, 127:16, 128:10, 129:3, 129:21, 131:1, 131:19, 132:8, 132:24, 133:14, 134:3, 134:14, 135:2, 141:10
**stopped** [10] - 113:15, 118:13, 118:23, 119:11, 124:16, 129:23, 131:21, 132:10, 133:2, 133:16
**stops** [1] - 130:16
**storming** [1] - 128:1
**straight** [7] - 6:2, 17:15, 42:23, 45:22, 116:2, 117:15, 153:19
**straight-on** [1] - 117:15
**strange** [1] - 63:25
**straps** [1] - 13:14
**strategy** [1] - 25:25
**strayed** [1] - 68:17
**street** [2] - 162:15, 162:16
**Street** [4] - 1:17, 1:20, 1:24, 2:5
**streets** [1] - 109:21
**strike** [31] - 23:25, 46:8, 46:12, 48:2, 48:3, 48:4, 74:12, 76:19, 76:20, 77:7, 93:11, 117:15, 121:18, 121:20, 137:16, 143:17, 144:3, 145:11, 145:15, 146:5, 146:8, 146:16, 151:10, 151:11, 159:15, 159:17, 159:18, 159:19
**strikes** [3] - 136:16,

136:22, 150:16
**striking** [4] - 19:11, 47:23, 82:8, 136:18
**strong** [1] - 13:15
**struck** [20] - 83:25, 115:2, 116:17, 120:22, 123:10, 145:19, 145:21, 145:22, 146:7, 146:8, 149:17, 150:2, 150:10, 150:11, 151:8, 152:9, 153:14, 159:25, 160:1, 161:4
**structure** [2] - 6:19, 97:12
**structure's** [1] - 24:16
**struggle** [2] - 54:24, 84:15
**struggling** [2] - 44:23, 45:21
**stuck** [2] - 148:8, 160:17
**student** [1] - 5:23
**stuff** [8] - 8:21, 9:11, 9:22, 17:5, 17:15, 17:20, 26:20, 129:16
**style** [4] - 32:10, 66:25, 117:9, 117:10
**subcomponent** [1] - 130:14
**subcomponents** [1] - 130:10
**substance** [1] - 90:19
**sue** [1] - 71:22
**suffering** [1] - 59:24
**suit** [5] - 27:13, 70:17, 70:21, 71:16, 72:3
**Suite** [2] - 1:21, 1:25
**suits** [1] - 71:2
**sum** [2] - 19:12, 20:12
**summer** [2] - 6:18, 26:21
**supervisor** [1] - 57:17
**supply** [1] - 5:23
**supporting** [1] - 110:17
**supposed** [1] - 37:1
**supposedly** [1] - 8:17
**surface** [1] - 81:4
**surgery** [1] - 99:24
**surprise** [4] - 102:24, 103:20, 103:23, 104:4
**surrender** [1] - 127:9
**surrounded** [2] -

25:23, 29:1
**surveillance** [1] - 131:4
**surviving** [2] - 42:1, 84:11
**sustain** [1] - 25:20
**sustained** [7] - 54:2, 54:4, 59:25, 71:18, 72:20, 145:24, 161:7
**sustaining** [3] - 47:10, 67:25, 123:4
**sweat** [1] - 42:19
**sweatshirt** [2] - 138:4, 138:11
**swing** [1] - 147:4
**swinging** [1] - 147:3
**switch** [1] - 73:25
**SWORN** [2] - 4:12, 108:13
**swung** [4] - 79:12, 143:7, 145:13, 145:16
**system** [1] - 71:21

# T

**T-U-R-T-L-E-S** [1] - 13:10
**tackled** [3] - 17:9, 21:23, 98:18
**tactically** [1] - 34:20, 92:20
**tactics** [3] - 20:8, 32:23, 92:22
**target** [3] - 37:5, 37:7, 37:10
**targeted** [1] - 31:9
**targeting** [2] - 37:2, 37:4
**task** [1] - 6:11
**taught** [3] - 36:16, 37:7, 37:10
**team** [1] - 122:7
**tear** [1] - 54:4
**teargas** [1] - 28:5
**tech** [1] - 5:23
**technical** [1] - 143:20
**Telemundo** [1] - 58:18
**temporarily** [1] - 21:1
**temporary** [1] - 20:24
**tempore** [1] - 30:17
**ten** [6] - 13:6, 18:7, 40:21, 54:8, 55:16, 120:25
**ten-minute** [1] - 55:16

**term** [4] - 54:5, 54:6, 143:19, 143:20
**terms** [2] - 6:22, 92:19
**terrace** [5] - 18:13, 18:14, 18:20, 29:17, 98:12
**terribly** [1] - 31:1
**test** [1] - 54:18
**testified** [28] - 33:24, 39:8, 51:2, 56:13, 56:19, 56:22, 59:16, 62:24, 66:4, 77:19, 81:10, 81:23, 83:6, 83:15, 87:3, 87:9, 89:18, 89:22, 90:2, 92:15, 97:6, 98:14, 98:22, 101:14, 106:25, 136:15, 137:25, 162:1
**testify** [3] - 83:14, 137:24, 161:16
**testifying** [11] - 69:5, 74:10, 81:18, 83:1, 83:9, 107:4, 107:6, 107:8, 107:9, 162:5, 162:6
**TESTIMONY** [1] - 1:10
**testimony** [13] - 55:18, 61:17, 88:22, 90:19, 107:25, 111:25, 131:4, 136:15, 136:17, 136:21, 160:17, 162:10, 162:22
**text** [2] - 66:11, 66:13
**texting** [1] - 68:11
**THE** [122] - 1:1, 1:11, 1:11, 1:14, 1:16, 1:19, 1:23, 1:23, 2:2, 3:4, 4:3, 4:10, 4:11, 4:13, 4:14, 4:16, 8:3, 8:5, 8:6, 8:7, 12:8, 12:10, 14:7, 16:16, 16:18, 19:17, 19:20, 19:23, 22:15, 26:16, 26:18, 27:8, 35:13, 36:18, 41:12, 45:9, 45:15, 47:2, 53:12, 53:15, 55:15, 55:16, 55:19, 55:22, 55:24, 55:25, 60:9, 60:10, 65:16, 65:19, 68:17, 69:3, 70:2, 70:6, 71:12, 71:13, 76:15, 76:18, 78:4, 79:4, 79:5, 79:20, 80:11, 83:10, 83:13, 88:9, 88:11,

88:16, 88:19, 89:2, 90:16, 90:22, 90:25, 91:3, 91:4, 91:8, 91:10, 93:14, 93:17, 104:2, 104:4, 104:13, 104:15, 104:18, 105:20, 105:25, 107:24, 108:3, 108:4, 108:8, 108:9, 108:14, 113:6, 116:20, 116:24, 122:11, 124:14, 124:24, 130:19, 135:23, 136:6, 136:10, 143:19, 143:20, 145:24, 147:21, 152:17, 153:9, 153:23, 154:9, 160:6, 160:16, 160:20, 160:24, 161:7, 161:10, 161:12, 162:6, 162:19, 162:21, 162:23, 162:24

**themselves** [5] - 15:4, 17:7, 50:19, 61:5, 71:24

**therefore** [2] - 27:4, 102:16

**Thereupon** [4] - 4:8, 55:20, 90:23, 108:11

**thigh** [4] - 12:3, 12:9, 12:10, 13:1

**thighs** [2] - 13:7, 37:12

**third** [3] - 56:14, 96:13, 96:17

**thousand** [1] - 59:24

**thousands** [1] - 25:24

**threat** [3] - 11:19, 26:5, 31:2

**threats** [4] - 9:8, 10:11, 11:14, 44:18

**three** [12] - 12:17, 14:1, 16:14, 19:12, 20:2, 25:9, 25:15, 29:8, 30:23, 33:5, 92:3, 98:17, 118:19, 134:15

**threw** [1] - 82:11

**throat** [1] - 13:8

**throughout** [5] - 8:20, 10:1, 57:22, 99:12, 123:7

**throwing** [4] - 20:21, 21:5, 86:12, 92:22

**thrown** [3] - 17:8, 28:4, 34:15

**thumb** [1] - 54:1

**ticket** [1] - 101:5

**tickets** [1] - 101:6

**tie** [1] - 12:9

**tied** [1] - 55:1

**tier** [1] - 18:19

**tight** [1] - 140:14

**timeline** [3] - 41:5, 84:13, 84:15

**timestamp** [14] - 38:16, 38:25, 46:1, 46:7, 46:21, 47:6, 47:12, 48:10, 48:22, 49:17, 51:6, 123:21, 131:7, 134:9

**timing** [1] - 62:20

**today** [9] - 56:16, 60:7, 63:11, 107:4, 107:6, 107:8, 107:20, 107:21, 162:22

**toe** [1] - 125:19

**together** [2] - 54:8, 91:23

**took** [9] - 16:13, 32:11, 54:17, 75:21, 86:24, 97:11, 97:12, 98:18, 103:13

**tool** [1] - 121:15

**top** [8] - 7:14, 13:12, 16:18, 17:2, 28:8, 28:9, 86:25, 98:17

**topics** [2] - 61:24, 61:25

**torso** [2] - 145:3, 156:6

**total** [3] - 6:1, 16:12, 54:7

**totally** [2] - 61:16

**touching** [3] - 145:3, 145:4, 153:3

**tour** [3] - 50:16, 59:1, 73:12

**tourists** [1] - 101:8

**toward** [1] - 28:11

**towards** [14] - 48:1, 49:6, 79:12, 115:11, 116:1, 118:1, 145:13, 145:16, 147:3, 147:4, 151:11, 152:13, 152:25, 160:6

**tower** [2] - 98:5, 98:6

**train** [1] - 94:5

**trained** [18] - 15:5, 92:13, 92:18, 92:25, 93:4, 93:5, 93:22, 93:25, 94:2, 94:8, 94:18, 94:19, 95:23, 95:24, 95:25, 121:12, 121:14, 121:17

**training** [15] - 9:23, 10:16, 26:4, 36:8,

36:14, 36:16, 36:23, 46:14, 46:16, 56:23, 91:20, 92:21, 95:22, 121:12, 121:25

**transcript** [2] - 163:5, 163:6

**transfer** [4] - 6:12, 8:18, 30:13, 30:14

**trauma** [3] - 54:7, 61:2, 84:14

**traumatic** [4] - 63:5, 64:21, 82:1, 84:11

**treacherous** [1] - 30:21

**treated** [2] - 63:1, 84:14

**treatment** [1] - 84:15

**trench** [3] - 20:3, 32:5, 65:24

**TREVOR** [1] - 1:11

**trial** [3] - 4:2, 11:23, 70:8

**TRIAL** [1] - 1:11

**trick** [1] - 10:3

**tried** [11] - 22:20, 29:5, 40:14, 43:7, 44:22, 46:8, 53:10, 98:17, 103:2, 103:9, 144:13

**tripping** [1] - 25:4

**Tristan** [2] - 56:6, 84:20

**TRISTAN** [1] - 1:6

**Troy** [1] - 2:6

**true** [5] - 66:14, 70:15, 70:16, 163:4, 163:5

**truly** [3] - 57:6, 58:6, 65:10

**Trump** [1] - 30:10

**Trump's** [2] - 11:24, 99:21

**truth** [2] - 56:25, 107:21

**try** [19] - 8:7, 9:3, 10:2, 18:1, 26:5, 28:10, 44:8, 44:18, 47:9, 68:24, 81:17, 103:18, 115:16, 139:18, 141:15, 144:3, 144:11, 150:21, 156:1

**trying** [8] - 8:17, 18:17, 18:25, 25:7, 28:1, 28:12, 28:20, 34:22, 34:24, 35:25, 36:5, 42:22, 44:3, 44:4, 45:16, 45:22, 47:24, 47:25, 48:1, 48:3, 49:15, 53:4,

54:25, 55:1, 58:3, 58:6, 58:13, 58:22, 58:25, 60:1, 60:3, 60:12, 60:17, 60:18, 68:11, 69:17, 72:2, 77:9, 77:20, 78:23, 82:8, 82:12, 89:15, 91:21, 99:13, 103:4, 103:11, 118:16, 121:8, 121:9, 127:22, 130:1, 137:1, 137:8, 137:15, 139:19, 142:16, 146:25, 147:3, 147:10, 152:2, 158:23

**tunnel** [30] - 22:3, 29:18, 31:11, 31:14, 33:15, 34:11, 35:6, 40:20, 52:8, 52:16, 65:24, 67:23, 74:11, 87:19, 89:8, 89:20, 95:1, 96:6, 98:12, 112:3, 120:8, 123:16, 125:4, 125:9, 131:5, 137:8, 137:19, 148:6, 155:10, 155:12

**turn** [7] - 37:23, 44:16, 45:23, 85:18, 88:24, 105:4, 124:7

**turned** [8] - 24:3, 24:18, 66:16, 88:4, 112:4, 115:25, 116:2, 116:5

**turtle** [2] - 13:8, 13:12

**TV** [2] - 97:14, 97:16

**twice** [1] - 144:11

**Twitter** [2] - 61:19, 70:13

**two** [50] - 5:16, 11:10, 12:17, 15:24, 16:5, 16:10, 16:13, 16:14, 19:12, 22:8, 22:21, 25:8, 25:14, 27:14, 27:24, 28:17, 33:5, 33:8, 43:3, 51:25, 56:15, 59:19, 69:6, 71:4, 72:22, 75:25, 88:13, 92:21, 98:17, 100:4, 111:22, 111:23, 114:14, 116:10, 116:15, 117:18, 118:4, 121:9, 125:5, 138:16, 139:4, 139:5, 144:4, 148:13, 150:17, 156:19, 157:2, 159:4, 162:2

**two-minute** [2] - 22:8, 111:23

**two-minute-and-15**

**-minute** [1] - 38:24

**two-minute-and-15 -second** [1] - 40:3

**type** [4] - 26:21, 65:24, 110:1, 119:16

**types** [2] - 14:2, 92:3

## U

**U.S** [2] - 99:2, 131:5

**ultimately** [2] - 110:14, 112:6

**unclick** [1] - 141:16

**under** [8] - 30:15, 54:15, 56:13, 56:20, 73:6, 73:16, 91:9, 110:22

**underground** [1] - 16:17

**understood** [7] - 27:8, 31:8, 55:19, 59:13, 65:10, 71:10, 89:16

**unfair** [1] - 63:23

**unfortunately** [1] - 63:13

**uniform** [8] - 13:4, 15:24, 20:15, 44:6, 54:23, 67:5, 67:7, 78:4

**uniforms** [1] - 20:19

**unison** [2] - 34:21, 115:7

**unit** [5] - 54:13, 91:23, 109:9, 109:11, 110:14

**UNITED** [4] - 1:1, 1:3, 1:12, 1:16

**United** [9] - 4:25, 5:6, 57:7, 59:4, 63:12, 63:14, 68:14, 95:20, 163:13

**united** [1] - 2:8

**units** [3] - 109:24, 110:13, 135:8

**Univision** [1] - 58:17

**unjustifiably** [1] - 26:22

**unjustified** [1] - 136:18

**unless** [3] - 79:25, 99:8, 122:1

**unpack** [1] - 39:1

**unprecedented** [1] - 136:13

**unresponsive** [1] - 52:22

**unruly** [2] - 7:18, 7:25

**unusual** [6] - 11:4, 99:2, 99:5, 99:10, 99:11, 99:13
**up** [95] - 9:23, 12:1, 15:2, 16:4, 16:5, 17:20, 18:6, 18:7, 18:8, 19:12, 20:12, 21:9, 22:4, 25:7, 25:14, 25:15, 26:11, 27:11, 28:2, 28:4, 28:6, 28:7, 28:13, 28:21, 28:24, 35:6, 36:2, 37:21, 38:18, 39:20, 41:11, 43:6, 44:24, 45:6, 45:22, 46:10, 47:4, 48:18, 51:5, 59:6, 60:4, 61:19, 74:5, 75:25, 76:24, 77:11, 88:9, 88:11, 93:8, 95:2, 97:1, 104:9, 105:4, 110:12, 110:24, 111:2, 111:4, 112:9, 115:3, 117:5, 119:20, 122:4, 123:2, 123:12, 123:20, 126:25, 128:17, 128:22, 129:7, 130:22, 131:7, 132:16, 136:12, 138:23, 139:3, 139:17, 140:16, 140:22, 141:1, 144:25, 146:13, 146:18, 146:19, 148:20, 148:23, 149:1, 152:23, 154:16, 154:21, 155:3, 155:21, 160:11
**upper** [3] - 27:11, 118:14, 131:7
**URSO** [78] - 1:19, 1:20, 91:7, 91:12, 93:16, 93:21, 97:1, 97:3, 104:7, 104:14, 122:10, 135:24, 136:1, 136:5, 136:7, 136:11, 140:4, 140:10, 141:7, 141:10, 141:11, 141:24, 142:9, 143:1, 143:6, 143:11, 143:21, 144:1, 144:7, 144:17, 144:23, 145:10, 145:25, 146:3, 146:12, 146:23, 147:8, 147:15, 147:23, 148:4, 148:18, 149:8, 149:15, 149:23, 150:8, 150:20, 151:1, 151:7, 151:18, 152:1,

152:8, 152:18, 153:10, 154:1, 154:6, 154:11, 154:15, 155:1, 155:17, 155:20, 156:12, 156:15, 156:23, 157:12, 157:17, 157:20, 158:3, 158:8, 158:13, 158:22, 159:3, 159:14, 160:8, 160:19, 160:22, 160:25, 161:2, 161:8
**Urso** [3] - 91:5, 135:23, 160:16
**use-of-force** [1] - 136:16

## V

**vaguely** [1] - 114:10
**vantage** [2] - 97:11, 123:2
**various** [1] - 39:12
**verbatim** [1] - 85:3
**version** [2] - 13:5, 136:8
**versus** [1] - 63:12
**vetted** [1] - 59:4
**vice** [3] - 30:16, 30:18, 31:3
**victim** [1] - 34:2
**video** [57] - 17:21, 19:21, 22:22, 29:11, 38:17, 40:11, 41:7, 44:4, 48:1, 79:20, 81:13, 81:14, 82:10, 82:15, 82:19, 83:22, 83:23, 85:19, 87:25, 88:7, 88:25, 111:22, 111:24, 113:9, 113:15, 113:17, 115:10, 119:11, 125:16, 125:25, 126:12, 126:20, 127:1, 127:5, 127:12, 127:16, 128:10, 128:13, 129:21, 129:23, 131:5, 131:19, 132:8, 132:20, 132:24, 133:10, 133:14, 133:16, 133:24, 134:3, 134:6, 134:11, 134:14, 134:24, 138:9, 154:2, 155:7
**videos** [5] - 74:2, 82:6, 120:4, 120:6, 161:3
**view** [1] - 123:1
**viewed** [1] - 125:5

**violated** [1] - 137:20
**violating** [2] - 137:7, 137:10
**violence** [6] - 9:8, 10:7, 26:8, 26:9, 53:1, 135:16
**violent** [1] - 9:24
**Visitor** [6] - 9:19, 15:22, 16:4, 16:12, 16:19, 107:17
**vocal** [1] - 62:23
**voice** [11] - 58:25, 59:3, 59:11, 60:25, 61:8, 61:21, 124:17, 126:3, 127:8, 127:18, 129:5
**vs** [1] - 1:5
**vulnerable** [1] - 19:10

## W

**waist** [1] - 12:4
**wait** [1] - 85:16
**waited** [1] - 52:25
**waiting** [1] - 29:13
**walk** [3] - 17:4, 17:10, 89:8
**walked** [1] - 31:11
**wall** [9] - 36:2, 36:5, 38:6, 38:8, 43:13, 45:4, 48:17, 49:4, 49:5
**walls** [1] - 28:15
**washer** [1] - 5:23
**Washington** [4] - 1:6, 1:18, 2:10, 163:14
**watch** [4] - 22:8, 35:7, 38:25, 68:10, 75:18, 78:1, 80:2, 87:4, 88:19, 125:12, 131:4, 134:23, 155:6, 155:13
**watched** [11] - 51:13, 51:24, 74:2, 81:6, 88:2, 89:6, 115:12, 117:8, 119:17, 120:4, 120:19
**watching** [9] - 11:20, 40:4, 52:5, 68:13, 77:21, 82:19, 87:14, 123:18, 148:12
**Water** [1] - 2:5
**water** [3] - 102:11, 102:12, 103:14
**wave** [1] - 135:4
**ways** [1] - 94:5
**WD-40** [1] - 34:15

**weapon** [7] - 10:15, 15:3, 23:23, 93:19, 161:4
**weapons** [2] - 25:25, 34:16
**wear** [1] - 15:10
**wearing** [7] - 12:25, 13:2, 67:7, 110:1, 110:3, 111:8, 120:7
**week** [2] - 17:22, 69:6
**weeks** [2] - 92:21, 100:4
**weight** [5] - 49:5, 49:8, 49:11, 106:13, 162:3
**welcome** [1] - 55:15
**West** [1] - 1:24
**west** [14] - 12:19, 15:18, 16:23, 18:13, 18:14, 18:20, 19:13, 29:17, 97:17, 98:11, 110:18, 110:21, 111:6
**wet** [1] - 81:4
**whack** [2] - 19:2, 143:19
**whack-a-mole** [1] - 19:2
**whacked** [2] - 143:15, 143:17
**whacking** [1] - 137:9
**whackings** [1] - 160:21
**whichever** [1] - 13:16
**whole** [14] - 12:20, 13:4, 13:5, 18:23, 24:22, 39:14, 61:6, 64:21, 67:24, 89:11, 97:8, 99:12, 99:25, 107:16
**wife** [1] - 40:12
**WILLIAM** [2] - 2:2, 2:2
**willing** [2] - 41:24, 49:18
**wise** [1] - 50:9
**witness** [8] - 4:8, 14:6, 65:11, 91:6, 108:5, 131:25, 133:5, 161:11
**Witness** [3] - 23:15, 108:10, 162:25
**WITNESS** [47] - 4:10, 4:12, 4:13, 4:16, 8:5, 8:7, 12:10, 16:18, 19:20, 22:15, 26:18, 35:13, 41:12, 45:9, 45:15, 47:2, 53:15, 55:15, 55:19, 55:24,

60:10, 65:19, 69:3, 70:6, 71:13, 76:18, 78:4, 79:4, 79:20, 80:11, 88:16, 88:19, 90:22, 91:3, 91:10, 93:17, 104:4, 108:3, 108:8, 108:13, 124:14, 143:20, 152:17, 153:23, 154:9, 160:6, 162:23
**witnessed** [2] - 104:5, 139:7
**WITNESSES** [1] - 3:4
**witnessing** [1] - 113:2
**woman** [4] - 42:2, 42:3, 53:9, 104:9
**wood** [1] - 23:24
**wooden** [4] - 115:2, 117:6, 117:11, 119:1
**word** [1] - 90:12
**words** [1] - 33:1
**worn** [20] - 15:10, 15:12, 15:14, 111:8, 111:18, 112:1, 112:4, 112:6, 112:24, 114:23, 116:4, 120:20, 124:1, 124:6, 124:14, 128:17, 142:14, 142:16, 147:19
**worry** [2] - 32:23, 55:2
**worse** [1] - 24:7
**wrap** [2] - 88:9, 88:11
**write** [1] - 62:15
**writing** [6] - 9:3, 62:12, 63:17, 65:12, 65:13, 107:2
**written** [1] - 59:22
**wrote** [1] - 85:4

## X

**x-ray** [2] - 16:10, 32:19

## Y

**yanked** [2] - 80:2, 80:21
**year** [2] - 5:16, 6:8
**years** [14] - 6:1, 7:11, 7:20, 7:24, 10:4, 30:4, 57:8, 72:22, 91:15, 91:17, 92:1, 97:18, 98:22, 109:4
**years-plus** [1] - 30:4

**yelling** [3] - 17:5, 34:13, 40:7
  **yellow** [1] - 67:6
**yes-or-no** [1] - 104:3
  **yesterday** [1] - 122:6
  **yourself** [17] - 22:10, 23:2, 23:13, 28:8, 35:8, 37:25, 38:4, 45:1, 51:16, 52:3, 92:22, 106:17, 120:6, 120:10, 121:5, 141:4

## Z

**zero** [2] - 56:21, 57:4