UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-cr-736-JEB |
| MARK ANDREW MAZZA, | Sentencing Date: October 21, 2022 |
| Defendant. | |

**GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this second supplemental sentencing memorandum in connection with the above-captioned matter. As previously noted in the Government's initial Sentencing Memorandum in footnote 8 at page 15, the government has obtained relevant additional information from Metropolitan Police Department ("MPD") Commander Ramey Kyle, who was the highest-ranking officer in the Lower West Terrace ("LWT") tunnel between approximately 2:30 p.m. and 5:00 p.m. The information is a video statement of Commander Kyle that describes the violence that he observed from defendant Mark Mazza and other rioters in the LWT tunnel that was directed to him and his officers, and the impact this had on them. *See* Attachment 1 to this filing which is being provided through USAFx (Exhibit 9 of the Government's sentencing materials). The statement includes footage taken from the following other video of the Lower West Terrace (LWT) tunnel on January 6, 2021: (1) body worn camera footage ("BWC") of MPD Sgt. William Bogner; (2) BWC of MPD Officer Bronson Spooner; (3) closed circuit television from the U.S. Capitol (camera #74); (4) video obtained from defendant Louis Cantwell 21-cr-89 (EGS); (5) the "*UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol*" video, which is Exhibit 2 of the Government's initial Memorandum in

1

Aid of Sentencing; (6) BWC of MPD Sgt. Jason Mastony; (7) BWC of Sgt. Joseph Austin; and (8) BWC of Sgt. Bernard Grimsley. The government submits this information describes the physical and emotional impact the rioters had on the officers who were assaulted in the LWT tunnel at the time of defendant Mazza's actions, and is material to sentencing and the factors in 18 U.S.C. § 3553(a).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:         /S/
Tejpal S. Chawla
D.C. Bar No. 464012
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
601 D Street, N.W., 5th Floor
Washington, D.C. 20530
Office: 202-252-7280
Tejpal.Chawla@usdoj.gov