# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-736-JEB |
| **MARK ANDREW MAZZA,** | Sentencing Date: October 21, 2022 |
| **Defendant.** | |

## NOTICE OF FILING

The United States, by and through its attorney the United States Attorney for the District of Columbia, hereby notifies the Court and the public of the filing of the following Video Exhibits to its Sentencing Memorandum, and its intention to play the identified portions at a sentencing hearing. The government has no objection to sharing these videos publicly if the Court make such a determination.

| Exhibit Number | Name of Video | Portion of Video for Hearing |
|---|---|---|
| Video Exhibit 1 | CCTV Footage (Camera 74) | 3:08 pm to 3:20 pm |
| Video Exhibit 2 | Unbelievable video | 13:00 to end |
| Video Exhibit 3 | Bodyworn Camera (BWC) footage | None |
| Video Exhibit 9 | Video Statement of Cmd. Ramey Kyle | All |

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Tejpal S. Chawla*
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov