TRULINCS 74953509 - MAZZA, MARK ANDREW - Unit: MIL-A-A

---

FROM: 74953509
TO:
SUBJECT:
DATE: ~~06/10/2024~~ 03:27:19 PM  9/10/24

U.S. District Court
District of Columbia

Leave to file GRANTED
James E. Boasberg
Chief Judge      10/29/24 Date

Criminal Docket For Case#1:21-cr-00736-JEB-1
Magistrate judge case# 1:21-mj-00655-zmf
Case Title: USA v. Mark Andrew Mazza

Defendant:
Mark Andrew Mazza

Plaintiff:
USA  Tejpal Singh Chawla

Attention: Tejpal Singh Chawla

I, Mark Andrew Mazza, defendant, am writing to obtain a copy of the search warrant issued on November 12, 2021. I am also requesting All discovery pursuant to Brady v. Maryland rule 5(f), to include the 9 photo line-up and testimony of the officer involved in the, 18USC 111(a)(1)and(b). I also want ALL discovery of body camera footage that has been discovered and any other discovery. I am also seeking the confiscation list obtained on November 17,2021 at 314 S. Shelby Street, Shelbyville, IN. 46176.
My attorney, Gregory Bruce English, has gone into retirement, due to Liver cancer. Mr. English no longer accepts phone calls or emails and only provides a Post office box number that he does not respond to. This is my 4th attempt to obtain my entire file including discovery, photos and body camera footage. It is imperative that I receive the confiscation list also.
Please send all correspondence to:
Mark Andrew Mazza
Inmate I.D. 74953509
FCI Milan
P.O. Box 1000
Milan, MI. 48160

This is my 6th attempt to Retrieve These files.



RECEIVED
Mail Room
OCT 21 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Tracking Number:

**9589071052700756331073**

Copy   Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:36 am on June 24, 2024 in WASHINGTON, DC 20001.

Get More Out of USPS Tracking:
USPS Tracking Plus®

- **Delivered**
  Delivered, Left with Individual
  WASHINGTON, DC 20001
  June 24, 2024, 11:36 am

- **Out for Delivery**
  WASHINGTON, DC 20001
  June 24, 2024, 6:48 am

- **Arrived at Post Office**
  WASHINGTON, DC 20018
  June 24, 2024, 6:37 am

- **Arrived at USPS Regional Destination Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  June 22, 2024, 11:38 am

- **In Transit to Next Facility**
  June 17, 2024

- **Departed Post Office**
  MILAN, MI 48160
  June 13, 2024, 5:27 pm

- **USPS in possession of item**
  MILAN, MI 48160
  June 13, 2024, 10:21 am

Hide Tracking History

What Do USPS Tracking Statuses Mean?